

EXHIBIT 1

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

Xiaotian Liu

       v.                                   Case No. 25-cv-133-SE

Kristi Noem et al.

## **O R D E R**

On April 7, 2025, Plaintiff Xiaotian Liu brought suit against Kristi Noem, the Secretary of the Department of Homeland Security, and Todd Lyons, the Acting Director of Immigration and Customs Enforcement, alleging that DHS unlawfully terminated his F-1 student status in the Student and Exchange Visitor ("SEVIS")[1] system. He alleges, among other things, that DHS violated his due process rights under the Fifth Amendment and violated the Administrative Procedure Act when it terminated his status in the system. Liu filed a motion for a temporary restraining order with his complaint, requesting a TRO "(i) enjoining Defendants from terminating Plaintiff's F-1 student status under the Student and Exchange Visitor (SEVIS) system and (ii) requiring Defendants to set aside their termination determination." Doc. no. 2 at 1.

The court held a brief video hearing on April 7. Although Liu filed a motion for a TRO, his attorneys communicated with the defendants' attorney, who was able to attend the hearing. The parties agreed that the court should not consider the motion for a TRO at that hearing and that they would confer regarding a potential briefing schedule and provide the court with a status update on or before April 9.

---

[1] SEVIS is "the web-based system that [DHS] uses to maintain information regarding: . . . F-1 . . . students studying in the United States[.]" About SEVIS, Department of Homeland Security, https://studyinthestates.dhs.gov/site/about-sevis (last visited April 10, 2025).

On the evening of April 8 and the early morning of April 9, Liu filed two addenda to his motion for a TRO. See doc. nos. 7 and 8. In the latter addendum, Liu stated that because of the "potential immigration detention and deportation in light of the F-1 student status termination, on April 7, 2025, Plaintiff's counsel attempted to receive assurance from Defendants' counsel that Defendants would not arrest, detain, or place him in removal proceedings during the pendency of [litigation regarding the] temporary restraining order and preliminary injunction." Doc no. 8 at 3. Liu added that his "counsel could not receive such assurances from Defendants' counsel." Id. He therefore notified the defendants' counsel that he would pursue his motion for a TRO immediately and he requested an emergency hearing. The court held that hearing on April 9, and counsel for both Liu and the defendants appeared.

As explained at the hearing, although the defendants were given notice and an opportunity to be heard, the court does not convert the motion for a TRO into a motion for a preliminary injunction. The defendants' counsel acknowledged at the hearing that he had not had adequate time to investigate certain of Liu's factual allegations or evaluate properly the legal bases on which Liu's motion rests. Therefore, the court construes Liu's motion as a request for the provisional remedy of a TRO with notice, which essentially seeks to avoid irreparable harm until the defendants are able to review the factual record and develop their legal arguments sufficiently to address the request for preliminary relief.

In evaluating a motion for a TRO, the court considers the same four factors that apply to a motion for a preliminary injunction. Karlsen v. Town of Hebron, Civ. No. 18-cv-794-LM, 2018 WL 11273651, at *1 (D.N.H. Sept. 28, 2018). Those four factors include "(i) the likelihood that the movant will succeed on the merits; (ii) the possibility that, without an injunction, the movant will suffer irreparable harm; (iii) the balance of relevant hardships as between the parties; and

(iv) the effect of the court's ruling on the public interest." Coquico, Inc. v. Rodríguez-Miranda, 562 F.3d 62, 66 (1st Cir. 2009). "The first of these four factors normally weighs heaviest in the decisional scales." Id. When, as here, the defendants are government officials sued in their official capacities, the balance of the hardships and the public interest factors merge. Does 1-6 v. Mills, 16 F.4th 20, 37 (1st Cir. 2021).

After considering Liu's motion for a TRO, the exhibits attached thereto, and the addenda, as well as the parties' oral argument during the April 9 hearing, the court granted Liu's motion for a TRO on the record at the hearing.

Liu has shown a likelihood of success on the merits of his claim in Count 2, that DHS violated the APA when it terminated his F-1 student status in the SEVIS system. Based on the record before the court, Liu is likely to show that DHS's termination of his F-1 student status was not in compliance with 8 C.F.R. § 214.1(d) and was arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with the law. See 5 U.S.C. § 706(2)(A). The defendants did not offer any legal or factual argument contradicting Liu's likelihood of success on the merits of Count 2 during the hearing.[2]

Because DHS terminated Liu's F-1 student status in the SEVIS system, he is no longer authorized to work as a research assistant or participate in any research, and he is no longer eligible to receive any stipend from his Ph.D. program at Dartmouth College. There is uncontroverted evidence that due to his inability to participate in research, Dartmouth must require him to disenroll from his current courses so that Dartmouth can remain in compliance

---

[2] Because the court finds that Liu has shown a likelihood of success on the merits of his APA claim in Count 2, it does not address at this time his claim in Count 1 that DHS violated his due process rights under the Fifth Amendment when it terminated his F-1 status in the SEVIS system.

with federal law. Additionally, it may be too late to forestall this requirement by the time the defendants are prepared to be heard on the preliminary injunction. These circumstances will derail Liu's academic trajectory and ability to complete his Ph.D. program in a timely fashion. This loss of timely academic progress alone is sufficient to establish irreparable harm. Further, the change in Liu's status in the SEVIS system may expose him to a risk of detention or deportation. The defendants' inability to agree that he would not be detained or deported as a result of his status change before the defendants could be prepared to be heard on Liu's request for preliminary relief is an acknowledgement of the existence of this risk. The evidence before the court further establishes that the uncertain link between Liu's SEVIS status and the possibility of detention and deportation is causing him emotional harm. Liu has shown that, without a TRO, he will suffer irreparable harm for which an award of monetary damages would not be sufficient.

The balance of the hardships and whether injunctive relief is in the public interest both weigh in Liu's favor. The only argument that the defendants offered on these factors was a concern that a TRO in this case may interfere with ICE's ability to carry out its duties. Though the defendants did not challenge for the purposes of the April 9 hearing the allegation that Liu's SEVIS status had changed, they could not confirm that his status had changed, or if it had, whether it had been changed intentionally or as the result of an error. Nor could the defendants confirm that ICE had included Liu in any priority. At best, the defendants ask the court to avoid unintentionally interfering with ICE's ability to carry out some unstated duty. For his part, Liu points to the irreparable injury that he contends supports his request for immediate relief, as well as Congress's expressed intent to allow foreign students to pursue educational opportunities in

the United States without interference. The court finds that these two factors weigh in Liu's favor.

A TRO is necessary to avoid irreparable harm in this case. It is made more appropriate given its anticipated short duration, which is only long enough to afford the defendants the time they have requested to prepare their factual and legal responses to Liu's requests for preliminary relief.

After considering the relevant factors, the court exercises its discretion to waive the bond requirement embedded in Rule 65(c) of the Federal Rules of Civil Procedure. See Crowley v. Local No. 82, Furniture & Piano Moving, Furniture Store Drivers, Helpers, Warehousemen, & Packers, 679 F.2d 978, 1001 (1st Cir. 1982), rev'd on other grounds, 467 U.S. 526 (1984).

Conclusion

For the foregoing reasons, the plaintiff's motion for a temporary restraining order (doc. no. 2) is granted. The parties shall meet and confer regarding an appropriate briefing and argument schedule for the preliminary injunction hearing, with the hearing scheduled no later than April 23, 2025.

All defendants are (i) enjoined from terminating Mr. Liu's F-1 student status under the SEVIS [Student and Exchange Visitor] system, and (ii) required to set aside their termination determination. This order shall remain in effect until further order of the court.

SO ORDERED.

_____
Samantha D. Elliott
United States District Judge

April 10, 2025
cc: Counsel of Record.

5



EXHIBIT 2

*Student and Exchange Visitor Program*

**U.S. Department of Homeland Security**
SEVP MS 5600
500 12th Street, SW
Washington, DC 20536-5600



U.S. Immigration and Customs Enforcement

June 7, 2010

**POLICY GUIDANCE FOR:**     Designated School Officials

**FROM:**     Student and Exchange Visitor Program – Policy Branch

**SUBJECT:**     Policy Guidance 1004-04 –Visa Revocations

**AUTHORITIES:**     *Immigration and Nationality Act, section 244(b)(1)*; *8 CFR 214.2(f)(6) and (9)*; *8 CFR 214.2(m)(9)* and *8 CFR 214.3(g)(2)*

**Comments:**

To comment on this Policy Guidance or suggest a change, please e-mail SEVIS.source@dhs.gov with "Policy Guidance 1004-04 Comment" entered in the subject line within 60 days of the date of this guidance.

**Purpose:**

The Student and Exchange Visitor Program (SEVP) wants to ensure that designated school officials (DSOs) are aware of the visa revocation process, how to record such an action in a Student and Exchange Visitor Information System (SEVIS) record, and how to respond to law enforcement inquiries involving students whose visas have been revoked.[1]

---

[1]  This guidance represents SEVP's current thinking on this topic. It is advisory in nature and informational in content. Its purpose is to provide guidance to the SEVIS user community and to all SEVP personnel involved in the adjudication and review of petitions for SEVP certification and appeals.

It reflects the position on, or interpretation of, the applicable laws or regulations DHS has published as of the date of this publication, which appears on the first page of the policy guidance. This guidance does not, in any way, replace or supersede those laws or regulations. Only the latest official release of the applicable law or regulation is authoritative.

This guidance does not create or confer any rights for or on any person and does not operate to bind SEVP or the public.

SEVP has not provided previous guidance on this issue. This policy remains in effect until specifically superseded by a subsequent SEVP policy guidance or directive, or until SEVP amends the specifically cited authorities, above, with respect to this issue.

**Background:**

Visa revocations are an important tool in maintaining the security of our borders. Since September 11, 2001, the Department of State (DoS) has revoked 1,250 visas based on information suggesting possible terrorist activities or links. DoS receives a continuous stream of information that affects the eligibility of aliens to hold visas. Subsequent to an alien receiving a visa, the DoS uses any information received that calls into question the alien's suitability as a visa holder, such as a potential threat to the security of the United States, to revoke a visa. DoS revokes the visa promptly and relies on the visa application process to resolve identity and other questions at a later time, should the visa holder wish to reapply for a visa.

The revocation process supplements the terrorist watch-listing work of the Terrorist Screening Center (TSC), which provides the vast majority of the derogatory information on specific individuals. The TSC updates the DoS's Consular Lookout and Support System (CLASS) database with the derogatory information about an alien. If it appears that DoS may have issued a visa to a watch-listed alien, TSC forwards the derogatory information to the Visa Office (VO) of the Bureau of Consular Affairs, which manages the visa-revocation process for DoS.

Once it determines a possible link between the alien and the terrorist-related information, DoS formally revokes the visa. As soon as VO receives the derogatory information from TSC or other agencies, it places a revocation lookout (VRVK code) in CLASS, which replicates in real time in the Department of Homeland Security's (DHS) Interagency Border Inspection System, making the lookout available to DHS inspectors at ports of entry into the United States.

The alien does not receive advance notice that DoS is considering revoking the visa. After DoS revokes the visa, the relevant consular post attempts to contact the alien. However, the consular posts are not in a position to determine whether the alien is in the United States or to find the alien and provide him or her with notice that the revocation has occurred.

If the holder of the revoked visa reapplies for a visa at one of the embassies or consulates abroad, a consular officer carefully screens the application and, after consultation with DoS, determines eligibility. DoS might issue a new visa if it determines that the information which led to the revocation does not pertain to the alien or that the alien is in any event eligible.

**DHS Reaction to DoS Visa Revocation:**

Immigration and Customs Enforcement's Compliance Enforcement Unit (CEU) receives notification from DoS when DoS revokes a nonimmigrant's visa on national security grounds. In turn, CEU gathers additional information to prepare the case for a field investigation, if warranted. If it finds that DoS revoked an F or M visa on national security grounds, and the student is not present in the United States, CEU refers the nonimmigrant student's information to the SEVP liaison assigned to CEU.

**DSO Actions in Response to Visa Revocation Notice:**

The SEVP/CEU liaison provides a DSO with a list of the visa revocations at the DSO's school. A visa revocation may occur after the visa is issued but before the nonimmigrant enters the United States or upon arrival at a port of entry or while the nonimmigrant is in the United States.

If a DSO receives a visa revocation notice, the DSO should take the following actions in the student's SEVIS record:

- If the nonimmigrant was entering on an initial Form I-20, "Cancel" the record upon notification.

- If the nonimmigrant student was re-entering the United States to continue a program of study, enter "Terminated" in the SEVIS record for "No Show."

Some circumstances require revocation of a nonimmigrant student's visa while the nonimmigrant is in the United States and in status. Visa revocation is not, in itself, a cause for termination of the student's SEVIS record.

It is possible that neither the student in question nor the DSO has knowledge of the visa's revocation. However, law enforcement authorities may contact the school officials to verify whether the student is maintaining status.

Contact SEVP if you have questions.



EXHIBIT 3



**U.S. Department of State**
**Bureau of Educational and Cultural Affairs**
**Private Sector Exchange**

**September 2, 2016**

# Guidance Directive 2016-03
**9 FAM 403.11-3 – VISA REVOCATION**

**------------------------------------------**

The Department would like to bring to your attention a policy implemented on November 5, 2015, which requires consular officers to prudentially revoke (i.e., without making a determination that the individual is inadmissible) nonimmigrant visas of individuals arrested for, or convicted of, driving under the influence or driving while intoxicated, or similar arrests/convictions, that occurred within the previous five years, as detailed in 9 FAM 403.11-3(A). This requirement does not apply when the arrest/conviction occurred prior to the date of the visa application and has already been assessed within the context of a visa application.

Driving under the influence indicates a possible visa ineligibility under INA 212(a)(1)(A)(iii) for a physical or mental disorder with associated harmful behavior that is likely to pose a threat to the property, safety, or welfare of the applicant or others in the future. Consular officers refer any nonimmigrant visa applicant with one alcohol related arrest in the last five years, two or more arrests in the last 10 years, or where other evidence suggesting an alcohol problems exists, to a panel physician for a medical examination prior to visa issuance in order to determine whether this type of ineligibility may apply to the applicant.  See INA 212(d); 22 CFR 41.108; 9 FAM 302.2-7(B)(3)(b).

The Department's prudential revocations reflect that, after visa issuance, new or additional information calls into question the subject's continued eligibility for a visa. In cases of a DUI arrest/conviction, consular officers may prudentially revoke the visa of an individual even if he or she is physically present in the United States.  If a J-1's visa is revoked, the Department will usually revoke any J-2 dependents' visas as well.

What does this mean for exchange visitors?  If an exchange visitor is in the United States, the revocation of their visa does not override the J-1 status granted by Customs

AILA Doc. No. 16100409. (Posted 10/4/16)

and Border Protection ("CBP") at the time of their entry or their ability to stay in the United States (except in extremely rare instances).  However, the visa is no longer valid for future travel to the United States.  An individual whose visa has been revoked and who departs the United States must receive a new visa (i.e., reapply for a visa and demonstrate eligibility) before seeking to reenter the United States.  Therefore, after the individual's departure from the United States, sponsors should terminate his or her program status in SEVIS.

On March 14, 2016, all unclassified 9 FAM content was made public, except for redacted portions that contain sensitive but unclassified language.  The publicly available subchapters can be found at:
https://fam.state.gov/Fam/FAM.aspx?ID=09FAM.

We thank you for your continued commitment to international exchanges and to the Department's public diplomacy mission. Your contribution is vital, and we value your partnership.

Keri M. Lowry
Deputy Assistant Secretary
 for Private Sector Exchange



EXHIBIT 4

AMERICAN
IMMIGRATION
LAWYERS
ASSOCIATION

**Policy Brief: Immigration Enforcement Actions Against International Students**

April 8, 2025

Contact: Shev Dalal-Dheini at SDalal-Dheini@aila.org, Amy Grenier at agrenier@aila.org, and Mariah Ferguson at mferguson@aila.org[1]

Student visas are a surprising focus of the Trump administration's current enforcement measures. A handful of high-profile arrests of international students have dominated the news coverage and have raised serious concerns about the violation of First Amendment rights.[1] But beyond these cases, the Department of State (DOS) and Immigration and Customs Enforcement (ICE) are aggressively targeting international students, including those without a history of protest, for visa revocation, termination of their status, and removal. Late last month, Secretary Rubio reported that DOS revoked more than 300 student visas and announced a new program that uses AI-assisted reviews to screen social media posts of student visa holders.[2] Since that time, hundreds more students have had their visas revoked because of alleged criminal activities, or criminal cases that were dismissed. In concert, ICE began to terminate an unknown number of records of international students, which has significant implications for their immigration status.[3] These actions are unprecedented, with a wide-ranging impact and significant due process concerns, as well as a number of open legal questions that will likely require litigation to resolve. AILA issued a press statement in response to the immigration enforcement targeting international students.

As litigation works its way through the courts, the significant and long-lasting economic impact of targeting international students may already be solidified.[4] According to NAFSA: Association of International Educators (NAFSA), "international students studying at U.S. colleges and universities contributed $43.8 billion and supported 378,175 jobs to the U.S. economy during the 2023-2024 academic year."[5] Although the overall share of international students is small, they play a particularly important role in supporting state universities as they offset declining state appropriations for university education, in part because most international students pay full tuition.[6] Universities are already bracing themselves for a significant decline in international enrollment, which will only compound as these enforcement measures continue.[7]

Furthermore, there are implications for the businesses across the country who employ the 160,627 international students who will be unable to work if their SEVIS record is terminated.[8] Indeed, over half of the examples submitted to AILA in the first twenty-four hours were for students on Optional Practical Training (OPT) work authorization. OPT allows students to put their education in practice with U.S. employers. The vast majority of international students work in the STEM fields.[9]

Beyond the economic impact, fighting the revocations and terminations of student visas will have a significant impact on the existing backlogs in both immigration court, and federal court. At the end of February 2025, the immigration courts had a backlog of 3,687,750 cases, which is expected to increase with the recent firings of immigration judges and dramatic shifts in court policy.[10] Seeking to reinstate wrongfully terminated and revoked visas will also exacerbate processing delays at USCIS and DOS. This

---

[1] Thanks to the DOS Liaison Committee for their work in drafting the related Practice Pointer: DOS Authority to Revoke Visas for Persons in the U.S., which informed this policy brief. Special thanks to AILA members Dan Berger, Dahlia French, and Peter Rees for their review of a draft of this policy brief.

1

policy brief explains how student visas differ from other nonimmigrant visa types, explores the legal pathways to revoking and terminating a student visa, and explains the due process protections that are available.

**Background**

*How are student visas different from other nonimmigrant visas?*

Student visas, which include F-1, M-1, and J-1 visas,[11] are uniquely managed jointly by the federal government and the universities hosting the international student. One of the ways that student visas are different from other nonimmigrant visas is the use of a central electronic database managed by ICE known as the Student and Exchange Visitor Information System (SEVIS) to track their status.[12] Universities must report in SEVIS the nonimmigrant student's initial admission, course load, when they transfer, extend their stay, or engage in employment, as well as when their address changes. In short, ICE has relatively easy access to a lot of information on students who are noncitizens.

*What is the difference between a visa and a status?*

While often used interchangeably, there is a distinction between a visa and the noncitizen's status in the U.S., and keeping these separate is important to understanding the impact of revocation versus termination as well as the options available. A visa is the sticker in the noncitizen's passport that is issued by the DOS that authorizes them to travel to the U.S. Notably, a status can continue if a visa expires or is revoked.[13] For example, someone who enters on an H-1B visa can remain in the U.S. even after the date on their visa, as long as they continue to renew their H-1B status. This distinction is also clear in the case of Canadian citizens, who are visa exempt but still require a status to attend school or work in the U.S.

**How are student visas revoked?**

Student visas can be revoked at the U.S. government's discretion. However, historically, revocations when students are already present in the United States only occur in extreme cases. Consular officers are prohibited under 9 FAM 403.11 from revoking a visa when the individual is already in the United States, with an exception for revocation based on driving under the influence (DUI). Recently, the Department of State has revoked student visas using INA 237(a)(4)(C), which provides that "[a]n alien whose presence or activities in the United States the Secretary of State has reasonable ground to believe would have potentially serious adverse foreign policy consequences for the United States is deportable." On March 28, 2025, Secretary of State Marco Rubio said that up to 300 visas had been revoked using INA 237(a)(4)(C).[14]

**What happens after a visa is revoked?**

Once a visa is revoked, ICE can choose to initiate removal proceedings under INA 237(a)(1)(B) (present in violation of law). ICE can also allege, among other grounds, that the individual is deportable under INA 237(a)(4)(C)(i), "an alien whose presence or activities in the United States the Secretary of State has a reasonable ground to believe would have potentially serious adverse foreign policy consequences for the United States is deportable."[15] While ICE can make this allegation, it does not automatically authorize removal.

**What is the distinction between revoking a visa and terminating status?**

As discussed above, there is a distinction between a visa and a status. That distinction is important because it makes **revocation by DOS alone insufficient for removal**. If a visa is revoked by DOS, while the noncitizen's ability to re-enter the U.S. after departure is impacted, the revocation does not impact the nonimmigrant's **status** or require the immediate departure from the U.S.[16]

2

After revocation, the Department of Homeland Security (DHS) may determine that a person with a revoked visa is subject to deportation under INA 237(a)(1)(B), which states that any noncitizen "whose nonimmigrant visa. . . has been revoked . . . is deportable."[17] To remove a noncitizen after their nonimmigrant visa is revoked, DHS must file a Notice to Appear (NTA), which is the charging document that begins immigration court proceedings.

It is also possible to **terminate** a nonimmigrant status in limited circumstances under 8 CFR § 214.1(d).[18] These circumstances include:

- revocation of specific waivers authorized on his or her behalf;
- introduction of a private bill to confer permanent resident status on such alien; or,
- pursuant to notification in the Federal Register, on the basis of national security, diplomatic, or public safety reasons.

Importantly, there is at least one federal court case connecting the limitations spelled out in 8 CFR § 214.1(d) to ICE terminating SEVIS records, which underpin an international student's status in the U.S.[19]

There are widespread reports of ICE proactively terminating SEVIS records, particularly in cases where there is a history of minor misdemeanors that would not necessarily rise to the level of deportability or inadmissibility. ICE also terminated SEVIS records of students whose criminal matters were dismissed or withdrawn, which raises concerns about what violation ICE found that justified SEVIS record termination. According to NAFSA, the typical notations for terminations under this current trend include "serious adverse foreign policy consequences" and "otherwise failing to maintain status."[20] The latter of which could be further explained in the notation as due to the student being identified in a criminal records check or because their visa was revoked.[21] ICE taking these steps is highly unusual, as terminating SEVIS records is usually done by the university under specific circumstances spelled out in the regulations (such as withdrawing from school), and the student is expected to depart the U.S. immediately.[22] It is unclear what evidence ICE is using to make these determinations, some of which appear to be previously resolved, leaving students unable to properly defend themselves.

**What is the impact of a terminated SEVIS record?**

Once a SEVIS record is terminated, the international student immediately loses employment authorization, cannot re-enter the U.S. if they depart, and if they have any dependents (spouses or children), their status is also terminated.[23]

These terminations short circuit due process by not allowing the student the opportunity to hear the specifics of the charges against them, nor defend themselves before an arbitrator. The rationale given by ICE in some of the terminated SEVIS records includes: "[o]therwise failing to maintain status" and "terminated pursuant to 237(a)(1)(C)(i)/8 USC 1227(a)(1)(C)(i)."[24] This section of the INA states: "[a]ny alien who was admitted as a nonimmigrant and who has failed to maintain the nonimmigrant status in which the alien was admitted . . . or to comply with the conditions of any such status, is deportable."[25] By relying on this general statement, which merely recites the statute without further explanation, ICE does not provide sufficient information to determine the underlying rationale and the accuracy of the government's determination to terminate their status. AILA has already heard reports of students having their status terminated due to long-standing confusion over their name being similar to another's, as well as individuals who have been charged with a misdemeanor but have not been to court yet.

3

**What due process protections exist?**

*Reinstatement of student status* – In the case of a SEVIS termination, students can request a reinstatement at the discretion of USCIS, which is a slow process and a favorable outcome may be unlikely given current administrative objectives. During this pending reinstatement process, while they can attend classes, they cannot work, engage in internships or curricular practical training, and cannot apply for post-graduation optional practical training (OPT). And F-1 reinstatement requests cannot be expedited (i.e. no premium processing), and a student may graduate before the application is approved. In those situations, USCIS may have to deny the request because the student is no longer engaging in academic study. Reinstatement requires an admission or acknowledgement that a  status violation exists, which may have additional legal ramifications. Reinstatement may also not be possible for all students whose SEVIS was terminated. Even if the student ends up in immigration court, immigration judges do not have the authority to review a denial of reinstatement of a SEVIS record.[26] As a result, contesting a SEVIS termination will likely involve costly litigation in federal court.

*Revocation & removal proceedings* – The due process protections available to challenge a visa revocation are  limited. Just last year, the Supreme Court held in *Bouarfa v Mayorkas* that the revocation of a visa petition under 8 U.S.C. § 1155 does not have judicial review.[27] However, there are significant due process protections before someone can be removed from the United States. Once a visa is revoked, the student can remain in the U.S.  To initiate removal proceedings, DHS is required to file an NTA with the immigration court that sets forth the alleged basis for removing the person. In proceedings the individual  is entitled to be represented by legal counsel (though not at government expense) and is entitled to challenge the government's evidence and make their case that they are not removable or inadmissible under the law.

**Further Resources**

Policy Brief: Explaining the Foreign Policy Ground of Removability

Practice Pointer: DOS Authority to Revoke Visas for Persons in the U.S. (AILA members only)

Practice Alert: SEVIS Records of International Students Being Terminated by ICE (AILA members only)

---

[1] *See* Nate Raymond, *Tufts student detained by Trump administration defends right to advocate,* Reuters (April 3, 2025 at 6:14 PM EDT) https://www.reuters.com/world/us/tufts-student-detained-by-trump-administration-defends-right-advocate-2025-04-03/.

[2] Ali Bianco, *Rubio says State Department has revoked more than 300 student visas,* POLITICO (March 27, 2025 at 4:02 PM EDT), https://www.politico.com/news/2025/03/27/marco-rubio-student-visas-palestine-00005141; Marc Caputo, *Scoop: State Dept. to use AI to revoke visas of foreign students who appear "pro-Hamas",* AXIOS: Politics & Policy (Mar 6, 2025), State Dept. to use AI to revoke visas of foreign students who appear "pro-Hamas"; Nick Lentz, *Visas of Central Michigan University international students terminated by federal officials, school says,* CBS: CBS Detroit (April 7, 2025 at 4:10 PM EDT), Visas of Central Michigan University international students terminated by federal officials, school says - CBS Detroit;

[3] Nick Lentz, *Visas of Central Michigan University international students terminated by federal officials, school says,* CBS: CBS Detroit (April 7, 2025 at 4:10 PM EDT), Visas of Central Michigan University international students terminated by federal officials, school says - CBS Detroit

[4]  *ACLU of NH files suit on revoked student status of Dartmouth College student,* ACLU: New Hampshire (April 7, 2025), ACLU of NH files suit on revoked student status of Dartmouth College student  | ACLU of New Hampshire; Sam Skolnik, *California, Pennsylvania Students Sue Over Revoked F-1 Visas (2),* Bloomberg Law (April 7, 2025 at 8:50 AM EDT), California, Pennsylvania Students Sue Over Revoked F-1 Visas (2)

[5] NAFSA, Policy and Advocacy, Policy Resources, NAFSA International Student Economic Value Tool | NAFSA

AILA Doc. No. 25040804. (Posted 4/9/25)

[6] John Bound et al, *A Passage to American: University Funding and International Students*, American economic journal, Economic policy vol. 12, (February 2020), https://pmc.ncbi.nlm.nih.gov/articles/PMC10832447/; *See also* Omar Duwaji, *High fees paid by international students help US universities balance their books,* The World (March 28, 2024), High fees paid by international students help US universities balance their books - The World from PRX

[7] Liam Knox, *International Enrollment's Precarious Moment,* Inside Higher Ed: Global (March 19, 2025), https://www.insidehighered.com/news/global/international-students-us/2025/03/19/colleges-fear-decline-international-student

[8] Student and Exchange Visitor Program (SEVP), *2023 SEVIS by the Numbers Report* (May 13, 2024), https://www.ice.gov/doclib/sevis/btn/24_0510_hsi_sevp-cy23-sevis-btn.pdf.

[9] *Id.*

[10] TRAC Immigration, Tools, https://tracreports.org/immigration/quickfacts/eoir.html.

[11] F-1 visas are for academic students and are the most common. M-1 visas are used for non-academic studies (like language or occupational school). In the academic context, J-1 visas are more commonly used for postgraduate fellowships and residencies than students.

[12] Homeland Security Act of 2002, Section 442(a)(4), https://www.dhs.gov/sites/default/files/2023-11/23_0930_HSA-2002-updated.pdf.

[13] *See* Student and Exchange Visitor Program and Designated School Officials of SEVP-Certified Schools with F-1 Students Eligible for or Pursuing Post-Completion Optional Practical Training, *SEVP Policy*, (April 23, 2010), https://www.ice.gov/doclib/sevis/pdf/opt_policy_guidance_042010.pdf;
Guidance Directive 2016-03, *9 FAM 403.11-3 – VISA REVOCATION*, (September 2, 2016) https://j1visa.state.gov/wp-content/uploads/2016/09/2016-03-GD-Visa-Revocation-FINAL-Sept-2016.pdf

[14] Secretary of State Marco Rubio Remarks to the Press, U.S. Department of State (March 28, 2025), https://www.state.gov/secretary-of-state-marco-rubio-remarks-to-the-press-3/;
Humeyra Pamuk, *Rubio Says U.S. May Have Revoked More Than 300 Visas*, Reuters, (March 27, 2025), https://www.reuters.com/world/us/rubio-says-us-may-have-revoked-more-than-300-visas-2025-03-27/

[15] *Policy Brief: Explaining the Foreign Policy Ground of Removability,* American Immigration Lawyers Association (March 14, 2025), https://www.aila.org/library/policy-brief-explaining-the-foreign-policy-ground-of-removability.

[16] *AILA DOS Liaison Q&As (4/15/15)* at Q.#7 and Q.#10, AILA Doc. No. 15042004, American Immigration Lawyers Association (April 15, 2015) https://www.aila.org/library/aila-dos-liaison-qas-04-15-15.

[17] INA § 237(a)(1)(B).

[18] 8 CFR § 214.1(d).

[19] *See Jie Fang et al. v. Director, ICE*, 935 F.3d 172, 176 (3rd Cir., Aug. 15, 2019). *Jie Fang* held that ICE's order terminating students' visas was a final order subject to judicial review under APA, and action was ripe for adjudication. This case came out of a 2013 ICE operation where the agency created a fake university to target academic recruiters. By the end of this operation, students were sent a letter informing that their SEVIS record had been terminated "due to your fraudulent enrollment." While the government conceded that the students were victims of fraud, this termination created issues for the student's subsequent enrollment in legitimate universities.

[20] NAFSA, *ICE-Initiated SEVIS Record Terminations*, (April 8, 2025), https://www.nafsa.org/regulatory-information/ice-initiated-sevis-record-terminations.

[21] *Id.*

[22] DHS, *Study in the States*, "Terminate a Student," (November 7, 2024), https://studyinthestates.dhs.gov/sevis-help-hub/student-records/completions-and-terminations/terminate-a-student#:~:text=Terminate%20a%20Dependent-,Effects%20of%20Termination,2%20dependent%20records%20are%20terminated.

[23] *Id.*

[24] INA § 237(a)(1)(C)(i) states "[a]ny alien who was admitted as a nonimmigrant and who has failed to maintain the nonimmigrant status in which the alien was admitted or to which it was changed under section 1258 of this title, or to comply with the conditions of any such status, is deportable."

[25] INA § 237(a)(1)(C)(i).

[26] *See* discussion in *Jie Fang*, 935 F.3d at 184-5.

[27] *Bouarfa, v. Mayorkas, Secretary of Homeland Security, Et al*, 604 U.S., (2024).

5

AILA Doc. No. 25040804. (Posted 4/9/25)



EXHIBIT 5

Student and Exchange Visitor Program (SEVP)
2023 SEVIS by the Numbers Report





## Executive Summary

### Background

[The Student and Exchange Visitor Program (SEVP)](#) is part of U.S. Homeland Security Investigations (HSI) within the U.S. Department of Homeland Security (DHS). SEVP manages the [Student and Exchange Visitor Information System (SEVIS)](#), the web-based system that DHS uses to maintain and manage information on nonimmigrant students whose primary purpose for coming to the United States is to study.

A nonimmigrant is any foreign national who temporarily visits the United States to fulfill a specific purpose (e.g., tourism, business, study). SEVP acts as a bridge for organizations and individuals with an interest in information about nonimmigrant students in the following categories:

- F-1 STUDENTS – Nonimmigrant students whose primary purpose is to complete an academic course of study at an SEVP-certified school or program.
- M-1 STUDENTS – Nonimmigrant students whose primary purpose is to complete a vocational course of study at an SEVP-certified school or program.
- J-1 EXCHANGE VISITORS – Nonimmigrant students selected to participate in a U.S. Department of State-designated exchange visitor program.

SEVP certifies U.S. schools to enroll nonimmigrant students and ensures their compliance with administrative regulations. The U.S. Department of State manages the J-1 Visa Exchange Visitor Program, under which there are a variety of exchange visitor categories. Both SEVP and the Department of State use SEVIS to maintain critical information that allows DHS to protect national security, while supporting the legal entry of nonimmigrant students, also termed international students and exchange visitors.

Student and Exchange Visitor Program (SEVP)
2023 SEVIS by the Numbers Report



Homeland
Security
Investigations

**SEVIS by the Numbers**

SEVIS by the Numbers is an annual report that highlights key SEVIS data. The data illustrates trends, values and information specifically on F and M international students studying in the United States. The report includes the following sections:

- STUDENTS – Data on international students who come to the United States to study.
- SCHOOLS – Data on SEVP-certified schools that enroll international students in the United States.
- STATES AND TERRITORIES – Data about international student demographics within individual U.S. states and territories.

This SEVIS by the Numbers report uses SEVIS data from calendar year 2023 and compares it to data from calendar year 2022. This report can also be compared to calendar year data in the SEVP Data Library on HSI.gov as well as the 2022 SEVIS by the Numbers report.

PLEASE NOTE: An international student or exchange visitor is deemed active once they enter the United States and engage in their program of study or exchange visitor program.

**Trends**

International student enrollment in the United States in 2023 showed a substantial increase from calendar year 2022. The total number of SEVIS records for active F-1 and M-1 students was 1,503,649 in calendar year 2023, an increase of 10.4 percent from calendar year 2022 and the largest number of records since calendar year 2019.

- All four regions in the United States saw an increase in international student records from 2022 to 2023, with respective increases ranging from 5.7 to 13.4 percent.
- In calendar year 2023, 7,417 SEVP-certified schools were eligible to enroll international students, a decrease of 266 schools from 2022 (7,683 schools)[1].
- The number of international students enrolled at kindergarten through grade 12 (K-12) schools increased 1.9 percent from 2022 to 2023 (+1,041).
- No K-12 schools hosted more than 700 international students in calendar year 2023, similar to calendar year 2022.
- The number of students from India and China made Asia the most popular continent of origin. India sent 27.1 percent more students compared to 2022 (+80,469). Reversing the trend from 2021 and 2022, China sent 1.9 percent more students in 2023 (+6,169).
- There were 160,627 pre- and post-completion optional practical training (OPT) students with both an employment authorization document (EAD) and who reported working for an employer in calendar year 2023, compared to 117,301 in calendar year 2022 —a 36.9 percent increase.

---

[1] The number of SEVP-certified schools can be impacted by schools whose certification has been withdrawn or by schools who chose to merge petitions during the calendar year.

Student and Exchange Visitor Program (SEVP)
2023 SEVIS by the Numbers Report

**Homeland
Security
Investigations**

- In 2023, California hosted 237,594 international students, the largest percentage of international students (15.8%) of any U.S. state.
- There was a total of 122,101 international students participating in science, technology, engineering, and mathematics (STEM) OPT in 2023. Most students participating in STEM OPT were from India (39.1%) or China (23.7%).



The figure above illustrates the percent changes of international student records by U.S. region from calendar year 2022 to calendar year 2023. Groupings are based on the U.S. Census regions.

PLEASE NOTE: Continent information within this report was compiled using the United Nations' composition of macrogeographical (continental) regions, geographical subregions, and selected economic and other groupings.

Student and Exchange Visitor Program (SEVP)
2023 SEVIS by the Numbers Report

**Homeland Security Investigations**



STUDENTS

## Overview

Between the calendar year 2022 and calendar year 2023 reporting period, the total number of F-1 and M-1 international student records increased by 141,492 (+10.4%). In calendar year 2023, international students in the United States hailed from 238 countries and pursued 1,479 different primary majors.[2] International students engaged in studies across a variety of education levels, from primary schools to flight training schools to higher education.

## International Students in Higher Education

Most F-1 and M-1 students come to the United States to take part in the higher education system. In 2023, roughly 90 percent of all F-1 and M-1 students were enrolled in an SEVP-certified associate, bachelor's, master's, or doctoral program. Specifically, international students in the United States pursued 1,352,844 degrees in higher education, which is an increase from calendar year 2022 (+126,613). It is important to note that one student might partake in more than one level of education in a given calendar year, so they may be counted in multiple educational levels.

## Associate Degrees

There were 79,648 F-1 students who sought an associate degree in calendar year 2023, which accounted for nearly six percent of higher education degrees pursued by the international student population. This represents an 11.5 percent increase from calendar year 2022, in which 71,445 F-1 students sought an associate degree and accounted for nearly six percent of degrees sought by the international student population. The number of students enrolled in associate degree programs increased by nearly 12 percent (8,203) between calendar year 2022 and 2023.

## Bachelor's and Master's Degrees

There were 1,066,763 F-1 students who sought either a bachelor's (457,906) or master's (608,857) degree in calendar year 2023, which accounted for 79 percent of higher education degrees sought by the international student population. These two levels of education were the most popular among international students in the United States. The percentage of students pursuing bachelor's degrees increased by 1.7 percent (7,498) and

---

[2] A primary major is the foremost major listed on an international student's SEVIS record and corresponds to most of their coursework while studying in the United States.



Homeland
Security
Investigations

the percentage of students pursuing master's degrees increased by 20 percent (101,662) between calendar years 2022 and 2023.

**Doctoral Degrees**

There were 206,433 F-1 students who sought a doctoral degree in calendar year 2023, which accounted for 15.3 percent of higher education degrees sought by the international student population. In comparison, 197,183 F-1 students sought a doctoral degree in calendar year 2022 and accounted for 16.1 percent of degrees sought by the international student population. The number of students enrolled in doctoral programs increased 4.7 percent (9,250) between calendar year 2022 and calendar year 2023.

**International Students by Degree Type**

5.9% (79,648) Associate

33.8% (457,906) Bachelor's

45% (608,857) Master's

15.3% (206,433) Doctoral

Above are the percentage breakdowns by degree type of the total number of international student records enrolled in the U.S. higher education system in calendar year 2023.

**Primary Majors**

International students can pursue more than one major during their program of study in the United States. This section focuses on students' primary majors, which are the foremost majors listed on their SEVIS record and correspond to most of their coursework in the United States.

The top 20 most popular higher education majors for international students in calendar year 2023 were:

| Primary Major | 2023 Active Student Count |
|---|---|
| Computer Science | 108,438 |
| Second Language Learning** | 99,721 |
| Business Administration and Management, General | 86,235 |
| Computer and Information Sciences, General | 78,408 |
| Electrical and Electronics Engineering | 37,322 |
| Management Science | 35,270 |
| Mechanical Engineering | 30,319 |
| Information Technology | 28,881 |

Student and Exchange Visitor Program (SEVP)
2023 SEVIS by the Numbers Report

Homeland
Security
Investigations

| Econometrics and Quantitative Economics | 27,899 |
| Management Sciences and Quantitative Methods, Other | 27,249 |
| General Studies | 27,185 |
| Liberal Arts and Sciences/Liberal Studies | 26,607 |
| Information Science/Studies | 24,768 |
| Regular/General High School/Secondary Diploma Program | 22,930 |
| Biology/Biological Sciences, General | 19,797 |
| Civil Engineering, General | 18,135 |
| Computer Engineering, General | 17,417 |
| High School/Secondary Diploma Programs, Other | 16,703 |
| Chemistry, General | 15,984 |
| Mathematics, General | 15,493 |

*\*"Second Language Learning" indicates a major in a language other than English, such as (but not limited to) Spanish language and/or literature, Japanese language and/or literature, etc.*

Fifty-one percent (763,443) of international students studied at least one of the top 20 majors listed above.

Please visit the SEVP Data Library for additional data on international students and schools.

**International Students at K-12 Schools**

There were 54,558 international student records for K-12 education during calendar year 2023. China sent 26.3 percent of all K-12 students in 2023, followed by Republic of Korea (South Korea), Mexico, Spain, and Vietnam.

26.3% (14,329): China

7.4% (4,059): Republic of Korea (South Korea)

6.8% (3,732): Mexico

5.9% (3,195): Spain

5.8% (3,187): Vietnam

Above are the top five countries of citizenship with the largest number of international K-12 students in the United States in calendar year 2023.

Student and Exchange Visitor Program (SEVP)
2023 SEVIS by the Numbers Report



**Optional Practical Training and Curricular Practical Training**

International students can participate in various types of practical training related to their field of study while they are in the United States.

- Pre-completion OPT takes place prior to a student's program end date and can last up to 12 months.
- Post-completion OPT takes place after a student's program end date and can also last up to 12 months.
- STEM OPT is a 24-month extension of OPT for qualifying students with degrees in science, technology, engineering and mathematics (STEM).
- Curricular Practical Training (CPT) takes place prior to a student's program end date and is integral to the school's established curriculum.

PLEASE NOTE: To participate in any form of OPT, an international student must receive an EAD from U.S. Citizenship and Immigration Services.

The total number of international students working at any point during a calendar year may exceed the number of employment authorizations issued each year because STEM OPT extensions are two-year authorizations and OPT authorizations are granted on a rolling basis throughout the year. Reporting the number of authorizations issued allows for precise reporting on how many individuals pursued work authorization under the program in a given year. More information on total annual employment authorizations is available in the SEVP Data Library.

**International Students from Around the World**

Other than Antarctica, F-1 and M-1 students come from every continent in the world, and from more than 238 countries and territories. Asia had the largest number of active international student records (1,070,875), accounting for 71.2 percent of the international student population.

The figure below illustrates the overall increase or decline rate of international student records from each continent from calendar year 2022 to calendar year 2023.

Student and Exchange Visitor Program (SEVP)
2023 SEVIS by the Numbers Report

**Homeland Security Investigations**



The top 10 countries of citizenship with the largest number of international student records in the United States in calendar year 2023 were:

| Country of Citizenship | Active Student Count |
|---|---:|
| India | 377,620 |
| China | 330,365 |
| Republic of Korea (South Korea) | 63,314 |
| Canada | 43,873 |
| Brazil | 41,703 |
| Vietnam | 31,310 |
| Japan | 28,408 |
| Taiwan | 28,218 |
| Nigeria | 26,431 |
| Mexico | 23,756 |



Homeland
Security
Investigations

## Africa

The overall number of active F-1 and M-1 student records coming from Africa increased by 12,694 student records from calendar year 2022 (77,246) to calendar year 2023 (89,925). Nigeria (26,431) was the West African country that sent the most students in 2023. Additionally, Kenya (6,535) was the East African country that sent the most students in 2023. Lastly, Libya (-65) saw the steepest decrease in student records across the continent.

| Country | Percent Change | Absolute Change | Calendar Year 2023 Total Population |
|---|---|---|---|
| Sierra Leone | +51.4% | +184 | 542 |
| Ghana | +48.2% | +3,635 | 11,172 |
| South Sudan | +47.1% | +73 | 228 |

Above are the African countries that sent at least 50 international students to the United States and saw the greatest fluctuation in enrollments from calendar year 2022 to calendar year 2023.

## Asia

Forty-seven percent (707,985) of all active SEVIS records hailed from either India (377,620) or China (330,365) in calendar year 2023, one percentage point higher than calendar year 2022. The overall number of active F-1 and M-1 student records coming from Asia increased by 111,826 from calendar year 2022 to calendar year 2023, with student record trends varying across different countries.

The number of international student records from India and China made Asia the most popular continent of origin. India sent 80,469 more students, while China sent 6,169 more students.

Seventy-one percent of all international students in the United States call Asia home.

Other Asian countries that sent fewer students this year compared to last include Saudi Arabia (-1,896), Kuwait (-579), Oman (-327) and Malaysia (-197).

| Country | Percent Change | Absolute Change | Calendar Year 2023 Total Population |
|---|---|---|---|
| Maldives | +177.8% | +64 | 100 |
| Turkmenistan | +59.5% | +308 | 826 |
| Kyrgyzstan | +58.1% | +695 | 1,892 |

Above are the Asian countries that sent at least 50 international students to the United States and saw the greatest fluctuation in enrollments in the reporting period calendar year 2022 to calendar year 2023.



Homeland
Security
Investigations

## Australia and Pacific Islands

The overall number of active F-1 and M-1 student records from Australia and Pacific Island nations increased by 946 from calendar year 2022 to calendar year 2023. In calendar year 2023, there were 9,323 active student records from this region, which is an 11.3 percent increase from calendar year 2022 (8,377). Ninety-five percent of enrollments from this continent hail from the region's largest countries: Australia (6,623) and New Zealand (2,251).

| Country | Percent Change | Absolute Change | Calendar Year 2023 Total Population |
|---|---|---|---|
| Fiji | +45.8% | +33 | 105 |
| Papua New Guinea | +26.7% | +40 | 190 |
| Australia | +10.6% | +633 | 6,623 |

Above are the Australian and Pacific Island countries that sent at least 50 international students to the United States and saw the greatest fluctuation in enrollments in the reporting period calendar year 2022 to calendar year 2023.

## Europe

The overall number of active F-1 and M-1 student records coming from Europe increased by 2,195 from calendar year 2022 (128,657) to calendar year 2023 (130,852). Student enrollment from the United Kingdom (+707), Russia (+677), Spain (+654), France (+183), and Poland (+157) all increased in calendar year 2023.

| Country | Percent Change | Absolute Change | Calendar Year 2023 Total Population |
|---|---|---|---|
| Moldova | +9.5% | +148 | 266 |
| Kosovo | +9.3% | +150 | 294 |
| Montenegro | +9% | +133 | 327 |
| Russia | +8.9% | +4,577 | 8,302 |
| Albania | +8.4% | +1,007 | 1,805 |

Above are the European countries that sent at least 50 international students to the United States and saw the greatest fluctuation in enrollments in the reporting period calendar year 2022 to calendar year 2023.

## North America

The overall number of active F-1 and M-1 student records coming from North America increased by 2,467 from calendar year 2022 to calendar year 2023, resulting in 44,345 students studying in the United States in 2023. The increase in the number of student records from Canada (+2,481) exclusively accounted for this increase.

Student and Exchange Visitor Program (SEVP)
2023 SEVIS by the Numbers Report



| Country | Percent Change | Absolute Change | Calendar Year 2023 Total Population |
|---|---|---|---|
| Canada | +6% | +2,481 | 43,873 |
| Bermuda | -3.3% | -16 | 468 |

Above are the North American countries that sent at least 50 international students to the United States and saw the greatest fluctuation in enrollments in the reporting period calendar year 2022 to calendar year 2023.

**Central and South America**

The number of students coming into the United States from Central and South America increased by 18,594 from calendar year 2022 (128,168) to calendar year 2023 (158,267). Student enrollment from Brazil (41,703), Mexico (23,756), and Colombia (23,596) was highest in calendar year 2023.

| Country | Percent Change | Absolute Change | Calendar Year 2023 Total Population |
|---|---|---|---|
| Turks and Caicos | +23% | +17 | 91 |
| Grenada | +15.9% | +36 | 263 |
| Peru | +14.5% | +1,096 | 8,656 |

Above are the South American countries that sent at least 50 international students to the United States and saw the greatest fluctuation in enrollments in the reporting period calendar year 2022 to calendar year 2023.

Visit the SEVP Data Library for a full list of 2023 All Countries of Citizenship by Total Number of Active Students.

**International Student Gender[3] Trends**

As with last year, 44.5 percent (668,771) of F-1 and M-1 international students in calendar year 2023 were female, while 55.5 percent (834,111) were male. Of K-12 student enrollments in 2023, 43.6 percent were female (26,088). In addition, 44 percent (670,769) of bachelor's and master's international students were female, 49.9 percent (39,755) of international students seeking associate degrees were female and 41.3 percent (85,169) of international students seeking doctoral degrees were female in 2023. Of the top 10

---

[3] An international student's gender in SEVIS is the gender listed on the student's passport from their country of citizenship or other equivalent document (such as government-issued travel documents or birth certificates). SEVIS gender options currently include Female, Male or Other. DSOs only select the "Other" option if the student's or dependent's passport contains no information or contains another option (such as nonbinary).

**Homeland
Security
Investigations**

countries of citizenship in calendar year 2023, the average female enrollment was 48.6 percent (444,139) and the average male enrollment was 51.4 percent (550,330).

Below are the percentage of female and male students for the top 10 countries of citizenship in calendar year 2023.

| Country of Citizenship | Female | Male | 2023 Total Active Student Count |
|---|---|---|---|
| India | 38% | 62% | 377,620 |
| China | 48% | 52% | 330,365 |
| Republic of Korea (South Korea) | 48% | 52% | 63,314 |
| Canada | 49% | 51% | 43,873 |
| Brazil | 56% | 44% | 41,703 |
| Vietnam | 53% | 47% | 31,310 |
| Japan | 52% | 48% | 28,408 |
| Taiwan | 48% | 52% | 28,218 |
| Nigeria | 45% | 55% | 26,431 |
| Mexico | 48% | 52% | 23,756 |

Student and Exchange Visitor Program (SEVP)
2023 SEVIS by the Numbers Report

**Homeland Security Investigations**



**SCHOOLS**

**Overview**

F-1 and M-1 students must attend schools that are SEVP-certified. U.S. schools can petition for SEVP certification to enroll F-1 students, M-1 students or both F-1 and M-1 students. In calendar year 2023, there were 7,417 SEVP-certified schools in the United States, 266 fewer schools than in calendar year 2022.[4] In 2023, 86 percent (6,370) of SEVP-certified schools could enroll only F-1 students; seven percent (501) could enroll only M-1 students; and seven percent (546) could enroll both F-1 and M-1 students.

Please visit the SEVP Data Library for additional data on international students and schools.

**Enrollment at SEVP-certified Schools**

There were 7,417 total SEVP-certified schools in calendar year 2023. Of the 6,268 SEVP-certified schools that enrolled students in 2023, 64 percent hosted one to 50 international students. Twenty percent of schools that enrolled international students hosted 101 to 1,000 international students, 11 percent of schools that enrolled international students hosted 51 to 100 students and four percent of schools hosted 1,001 to 5,000 students. Less than one percent of schools that enrolled international students in 2023 hosted 5,001 or more international students.

There were seven schools that enrolled more than 15,000 international students in 2023; New York University, Northeastern University, Columbia University in the City of New York, University of Southern California, Arizona State University, University of Illinois, and Boston University.

| 2023 Active Student Enrollment | Count of Approved Schools in 2023 |
|---|---:|
| 1 to 50 Students | 4,027 |
| 51 to 100 Students | 697 |
| 101 to 1,000 Students | 1,236 |
| 1,001 to 5,000 Students | 240 |
| 5,001 to 10,000 Students | 48 |
| 10,001 to 15,000 Students | 13 |

---

[4] The number of SEVP-certified schools can be impacted by schools whose certification has been withdrawn or by schools who chose to merge petitions during the calendar year.

Student and Exchange Visitor Program (SEVP)
2023 SEVIS by the Numbers Report



Homeland
Security
Investigations

| > 15,000 Students | 7 |
|---|---|
| **Total Number of SEVP-Certified Schools that Enrolled at Least One International Student in 2023** | 6,268 |

Above is the breakdown of the number of SEVP-certified schools with at least one international student by active student enrollment. There are an additional 1,149 schools that have been certified to accept international students but did not enroll any international students in 2023.

**F-1 Schools**

F-1 schools are SEVP-certified schools that enroll international students with F-1 visas. F-1 students are in an academic program, often with a core academic curriculum, and can remain in the United States for the duration of their program of study. F-1 students can change their major or program of study, and they can transfer at any time during their program or begin a new program after completing one.

The top 20 most popular F-1 schools hosted 20 percent (292,619) of the entire international student population.

| School Name | 2023 Active Student Count |
|---|---|
| New York University | 24,921 |
| Northeastern University | 23,711 |
| Columbia University in the City of New York | 22,982 |
| University of Southern California | 19,985 |
| Arizona State University | 17,953 |
| University of Illinois | 16,418 |
| Boston University | 15,930 |
| University of North Texas | 13,082 |
| Purdue University | 13,033 |
| University of Michigan | 12,952 |
| University of California San Diego | 12,249 |
| University of California at Berkeley | 12,109 |
| University of Washington | 11,774 |
| University of Pennsylvania | 11,563 |
| University of California, Los Angeles | 11,112 |
| The University of Texas at Dallas | 10,929 |
| Carnegie Mellon University | 10,796 |
| The Pennsylvania State University | 10,630 |
| Cornell University | 10,249 |

Student and Exchange Visitor Program (SEVP)
2023 SEVIS by the Numbers Report


**Homeland Security Investigations**

| University of Wisconsin-Madison | 10,240 |
|---|---|

Above are the top 20 SEVP-certified schools with the greatest number of F-1 students in calendar year 2023.

## M-1 Schools

M-1 schools are SEVP-certified schools that enroll international students with M-1 visas. M-1 students are in a vocational program, typically without a core academic curriculum, and can only remain in the United States for up to one year unless they apply for an extension. M-1 students cannot change their major or program of study, and they can only transfer in the first six months after arrival in the United States.

There were 501 schools certified to enroll only M-1 students in 2023. 86 M-1 schools only enrolled one international student during the reporting period.

| School Name | 2023 Active Student Count |
|---|---|
| CAE Oxford Aviation Academy Phoenix Inc | 690 |
| Bethel School of Supernatural Ministry | 601 |
| Treasure Coast Flight Training | 566 |
| Bethel Church – Civic Center | 404 |
| Airborne Systems, Inc. | 318 |
| Delta Aeronautics, Inc. d/b/a Delta-Qualiflight Aviation | 261 |
| Paris Air, Inc. | 250 |
| Aircraft Development Flight Airways Corp d/b/a ADF Airways | 244 |
| American Flight Training LLC DBA Wayman Aviation Academy | 228 |
| International Aero Academy, Ltd | 217 |
| Pilot Training Center | 206 |
| Bird Acquisition LLC dba Transpac Aviation Academy, AeroG | 201 |
| Skymates Inc. | 193 |
| Airbus Americas Customer Services Inc. | 182 |
| Ari Ben Aviator, Inc.Dba Aviator College | 180 |
| Broadway Dance Center | 174 |
| Epic Aviation, Inc | 172 |
| L3harris Aerosim Academy, Inc. D/B/A L3harris | 158 |
| Westwind School of Aero. Phx LLC dba United Aviate Acad | 156 |
| Charis Bible College | 155 |



Student and Exchange Visitor Program (SEVP)
2023 SEVIS by the Numbers Report

Above are the top 20 SEVP-certified schools that had the greatest number of M-1 students in calendar year 2023. Visit the SEVP Data Library to view the full list of 2023 All M-1 Schools by Number of Active SEVIS Records.

**F-1 and M-1 Schools**

Seven percent of SEVP-certified schools enrolled both F-1 and M-1 students. These schools tend to have smaller student populations than their F-1-only counterparts.

| School Name | Campus Name | 2023 Active Student Count |
|---|---|---|
| Cornell University | Cornell University | 10,250 |
| Houston Community College System | System Administration Office | 3,737 |
| Dallas College | Dallas College | 2,824 |
| Santa Monica College | Santa Monica College | 2,776 |
| UCLA-Extension | UCLA-Extension | 2,466 |
| Lamar University | Lamar University | 2,186 |
| Minnesota State University, Mankato | Minnesota State University, Mankato | 2,056 |
| Florida Institute of Technology | Florida Institute of Technology | 2,025 |
| The University of Iowa | The University of Iowa | 1,944 |
| Embry-Riddle Aeronautical University | Daytona Beach Campus | 1,535 |
| Arkansas State University | Arkansas State University-Jonesboro | 1,313 |
| Bellevue College | Bellevue College | 1,289 |
| Green River College | Green River College | 1,217 |
| Long Island University | LIU Brooklyn | 1,181 |
| Seattle Colleges | Seattle Central College | 1,098 |
| University of North Dakota | University of North Dakota | 954 |
| Diablo Valley College | Diablo Valley College | 857 |
| New York Institute of English and Business | New York Inst. of English and Business | 849 |
| Cornell University | Cornell Tech | 841 |
| Florida National University | Hialeah | 838 |

Above are the top 20 SEVP-certified schools with the greatest number of both F-1 and M-1 students in calendar year 2023.

**K-12 Schools**

K-12 schools are SEVP-certified schools that enroll international students with F-1 visas in the grade years from kindergarten through grade 12. Students can attend private

elementary schools, private middle schools, private high schools (grades 9-12) or public high schools (grades 9-12). SEVP regulations place no limit on the length of time an F-1 student may attend a private SEVP-certified school; however, F-1 students can only attend public schools in grades 9-12 schools and can only do so for up to one year.

| School Name | 2023 Active Student Count |
|---|---|
| EF International Academy | 554 |
| Layton Christian Academy | 553 |
| CATS Academy Boston | 494 |
| Fairmont Private Schools | 493 |
| IMG Academy | 476 |
| Roman Catholic Diocese of Rockville Centre | 436 |
| Archdiocese of Los Angeles | 417 |
| Montverde Academy | 384 |
| North Broward Preparatory School | 351 |
| Commonwealth Academy | 341 |
| Gateway Legacy Christian Academy | 307 |
| Hoosac School | 300 |
| Thornton Academy | 279 |
| The Village School | 278 |
| Windermere Preparatory School | 263 |
| Keio Academy of New York | 251 |
| Fryeburg Academy | 246 |
| Cushing Academy | 241 |
| Life Preparatory Academy | 238 |
| El Camino Real Charter High School | 236 |

Above are the top 20 SEVP-certified K-12 schools that had the greatest number of F-1 students in calendar year 2023. Visit the SEVP Data Library to view the full list of 2023 Top 200 Kindergarten through Grade 12 (K-12) Public and Private Schools by Number of Active SEVIS Records.

**Location of SEVP-certified Schools**

Although there are SEVP-certified higher education and vocational schools throughout the United States and its territories with active students, 54 percent (3,388) of these schools are in 10 U.S. states. California alone is home to 13.2 percent (830) of all SEVP-certified schools with active students.

| State | SEVP-Certified School Count |
|---|---|
| California | 830 |
| New York | 488 |
| Florida | 437 |

Student and Exchange Visitor Program (SEVP)
2023 SEVIS by the Numbers Report

**Homeland
Security
Investigations**

| Texas | 382 |
|-------|-----|
| Pennsylvania | 269 |
| Massachusetts | 247 |
| Illinois | 203 |
| Georgia | 192 |
| North Carolina | 172 |
| Michigan | 168 |

Above are the 10 U.S. states that had the greatest number of SEVP-certified schools and programs with active students. For a comprehensive list of all the SEVP-certified schools in the United States, please visit the School Search tool on Study in the States.

Please visit the SEVP Data Library for additional data on SEVP-certified schools.

**States and Territories**

**Overview**

F-1 and M-1 students study across the United States and its territories.[5] As in calendar year 2022, California, New York, Massachusetts, Texas and Florida hosted the largest number of student records and together welcomed 48 percent (722,129) of all international students.

**International Students Across the United States**

Of the four major regions within the continental United States, the Northeast had the greatest number of student records in calendar year 2023, followed closely by the South, the West and the Midwest. All four regions saw a net increase in their respective F-1 and M-1 student populations from calendar year 2022 to calendar year 2023.

The South saw the greatest percentage increase and welcomed 13.4 percent more student records (+51,232) than in calendar year 2022. The Midwest also welcomed 13.2 percent more student records (+34,610) than in calendar year 2022, followed by an increase of 10.5 percent (+42,627) in the Northeast. The West welcomed 5.7 percent (+20,217) more student records than in calendar year 2022. Non-continental U.S. territories also had a 5.1 percent increase student records (+73) in calendar year 2023 compared to calendar year 2022.

---

[5] Please note: In state data, international students may be counted more than once if they attend a new school in a different state throughout the calendar year.

Student and Exchange Visitor Program (SEVP)
2023 SEVIS by the Numbers Report

**Homeland
Security
Investigations**



PLEASE NOTE: Groupings are based on the U.S. Census regions.

Above are the U.S. states that hosted the largest number of F-1 and M-1 student records in calendar year 2023, with the percentage of F-1 and M-1 student records associated with each state.

29.8% (447,764) in the Northeast

28.9% (434,328) in the South

24.8% (373,288) in the West

19.7% (296,466) in the Midwest

0.1% (1,495) non-continental U.S. territories

Above is the percentage of students studying in each U.S. region in calendar year 2023.

**International Students in the Northeast**

In calendar year 2023, nine Northeastern states hosted 447,764 F-1 and M-1 student records. New York had 169,903 international student records in 2023, the largest number of international student records in the region. New York also experienced the largest increase in student enrollment (+13,243), while New Jersey saw the largest percentage change in the region (+23.15%).



Student and Exchange Visitor Program (SEVP)
2023 SEVIS by the Numbers Report

Below are the three Northeastern states that saw the greatest percentage change in enrollments in the reporting period calendar year 2022 to calendar year 2023.

| State | Percent Change | Absolute Change | Calendar Year 2023 Total Population |
|---|---|---|---|
| New Jersey | +23.2% | +12,415 | 66,033 |
| Connecticut | +16.5% | +3,657 | 25,767 |
| New Hampshire | +12.9% | +711 | 6,213 |

## International Students in the South

Sixteen Southern U.S. states and the District of Columbia hosted 434,328 international student records in calendar year 2023. The state in the region with the largest increase in student records in 2023 was Texas, which hosted 121,403 student records in 2023 (+18,977). West Virginia, by comparison, was the only state in the region to observe a decline in student records (-61). West Virginia hosted 3,335 student records.

Below are the three Southern states that saw the greatest percentage change in enrollments in the reporting period calendar year 2022 to calendar year 2023.

| State | Percent Change | Absolute Change | Calendar Year 2023 Total Population |
|---|---|---|---|
| Texas | +18.5% | +18,977 | 121,403 |
| Delaware | +18.1% | +766 | 4,996 |
| Tennessee | +13.8% | +1,847 | 15,250 |

## International Students in the Midwest

The Midwest saw a 13.2 percent increase in the number of international student records from calendar year 2022 to calendar year 2023. Illinois hosted 79,579 student records in 2023 and saw the greatest increase in student records (+11,908), followed by Missouri (+5,907).

Below are the three Midwestern states that saw the greatest percentage change in enrollments in the reporting period calendar year 2022 to calendar year 2023.

| State | Percent Change | Absolute Change | Calendar Year 2023 Total Population |
|---|---|---|---|
| Missouri | +24.9% | +5,907 | 29,588 |
| Illinois | +17.6% | +11,908 | 79,579 |
| Kansas | +13.3% | +1,794 | 15,262 |


Homeland
Security
Investigations

## International Students in the West

The West saw the smallest percent increase in the number of international student records in calendar year 2023. California remains the most popular state for international students, hosting 237,594 student records in calendar year 2023, which was an increase of 12,421 from calendar year 2022. While Hawaii saw the largest proportional increase in 2022, the state saw a decline in 2023 (-6.2%), along with Oregon (-3.8%) and Idaho (-0.4%).

Below are the three Western states that saw the greatest percentage change in enrollments in the reporting period calendar year 2022 to calendar year 2023.

| State | Percent Change | Absolute Change | Calendar Year 2023 Total Population |
|---|---|---|---|
| Arizona | +12.4% | +3,163 | 28,646 |
| New Mexico | +11.7% | +424 | 4,060 |
| Nevada | +10.6% | +354 | 3,706 |

## International Students Studying in Non-Continental U.S. Territories

The non-continental United States territories hosted 1,495 student records during calendar year 2023, and 60.3 percent of those records were from international students in Puerto Rico. The Northern Mariana Islands (-6) and the Virgin Islands (-5) experienced declines in F-1 and M-1 participation from calendar year 2022 to calendar year 2023. Puerto Rico (+68) and Guam (+14) experienced the largest increase in student records. In calendar year 2023, Puerto Rico hosted 901 student records and Guam hosted 170 student records.

Below are the two non-continental regions that saw the greatest percentage change in enrollments in the reporting period calendar year 2022 to calendar year 2023.

| State | Percent Change | Absolute Change | Calendar Year 2023 Total Population |
|---|---|---|---|
| Guam | +8.9% | +14 | 170 |
| Puerto Rico | +8.2% | +68 | 901 |

Please visit the SEVP Data Library for additional data on international students and schools.