1  Andre Y. Bates (SBN 178170) (aybates@dehengsv.com)
2  Steven A. Soloway (SBN 130774) (ssoloway@dehengsv.com)
   Keliang (Clay) Zhu (SBN 305509) (czhu@dehengsv.com)
3  Yi Yao (SBN 292563) (yyao@dehengsv.com)
   DEHENG LAW OFFICES PC
4  7901 Stoneridge Drive, Suite 208
   Pleasanton, CA 94588
5  T: 925-399-6702
   F: 925-397-1976
6

7  *Attorneys for Plaintiffs*
   *Zhuoer Chen, Mengcheng Yu,*
8  *Jiarong Ouyang and Gexi Guo*

9              **UNITED STATES DISTRICT COURT**

10            **NORTHERN DISTRICT OF CALIFORNIA**

11

12 | ZHUOER CHEN, an individual; MENGCHENG | Case No. 3:25-cv-03292-SI
   | YU, an individual; JIARONG OUYANG, an |
13 | individual; and GEXI GUO, an individual; |
                                           | **DECLARATION OF ANDRE Y.**
14 |            Plaintiffs,                 | **BATES REGARDING NOTICE OF**
                                           | **FILING APPLICATION FOR**
15 | vs.                                    | **NATIONWIDE TEMPORARY**
                                           | **RESTRAINING ORDER**
16 |
   | KRISTI NOEM, in her official capacity as | L.R. 65-1 (a)(5)
17 | Secretary of the U.S. Department of Homeland |
   | Security; and TODD LYONS, in his official | Judge: Honorable Susan Illston
18 | capacity as Acting Director of U.S. Immigration | Date:
   | and Customs Enforcement; | Time:
19 |                                        | Courtroom: 1
20 |            Defendants.

21

22

23

24

25

26

27

28

I, Andre Y. Bates, declare as follows:

1.     I am a member of good standing of the California State Bar and an attorney at DeHeng Law Offices PC, counsel of record for Plaintiffs Zhuoer Chen, Mengcheng Yu, Jiarong Ouyang, and Gexi Guo in the above captioned action. I hereby submit this declaration in support of Plaintiffs' Application for a Nationwide Temporary Restraining Order. Except where noted, the testimony set forth in this declaration is based on first-hand knowledge, about which I would and could testify competently in court if called upon to do so.

2.     On April 11, 2025, Plaintiffs filed the complaint in this action, *Chen v. Noem*, Case No. 3:25-cv-03292, in the U.S. District Court for the Northern District of California. The Summons were issued around noon on April 14, 2025. Plaintiffs immediately ordered rush service of process on all Defendants' including the U.S. Attorney's office.

3.     On the morning of April 15, 2025, I sent an email to Pamela T. Johann, Chief of the Civil Division of the U.S. Attorney's Office for the Northern District of California, at pamela.johann@usdoj.gov, notifying her of the filing of the complaint and attaching a copy of the filed complaint.

4.     In that same email, I provided notice that Plaintiffs intended to file an application for a Nationwide Temporary Restraining Order that afternoon and requested the contact information for the Assistant U.S. Attorney assigned to the case so the parties could coordinate briefing and hearing logistics.

5.     As soon as the TRO motion is filed today, I will email Pamela T. Johann a copy of the motion and also arrange overnight delivery to her office.

6.     A true and correct copy of that email is attached hereto as Exhibit A.

**DECLARATION OF ANDRE Y. BATES**
**REGARDING NOTICE OF APPLICATION FOR NATIONWIDE TRO**

1    I declare under penalty of perjury under the laws of the United States of America that the

2    foregoing is true and correct, and that this Declaration is executed in Rancho Cordova, California

3    on April 15, 2025.

4

5                                        /s/ _Andre Y. Bates_

6                                        Andre Y. Bates

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF ANDRE Y. BATES
REGARDING NOTICE OF APPLICATION FOR NATIONWIDE TRO**



EXHIBIT A

**Tuesday, April 15, 2025 at 10:05:57 Pacific Daylight Time**

**Subject:** Notice of Complaint and Imminent TRO Filing – Chen v. Noem, Case No. 3:25-cv-03292
**Date:** Tuesday, April 15, 2025 at 10:04:26 AM Pacific Daylight Time
**From:** Andre Y. Bates
**Attachments:** image001.png, 2025.04.11_[001]_Complaint.pdf

Dear Ms. Johann,

I am writing to inform you that we have filed a complaint in the Northern District of California on behalf of four international students whose SEVIS records were recently terminated without notice. The case is styled *Chen v. Noem*, Case No. 3:25-cv-03292. A copy of the filed complaint is attached for your reference.

We intend to file an application for a **Nationwide Temporary Restraining Order** this afternoon, seeking immediate relief on behalf of the named Plaintiffs and similarly situated F-1 visa students. In light of the urgency of the matter, we would like to coordinate with the appropriate Assistant U.S. Attorney regarding briefing and hearing logistics.

Could you please let us know who in your office will be assigned to this matter and provide their contact information?

Thank you for your attention.

Best regards,

**Andre Bates**
**Senior Attorney**

Silicon Valley Office: 7901 Stoneridge Drive #208, Pleasanton, CA 94588
Tel: (+1) 925 399 6702   Fax: (+1) 925 397 1976   Web: www.dehenglaw.com

 DeHeng Law Offices PC