Andre Y. Bates (SBN 178170) (aybates@dehengsv.com)
Steven A. Soloway (SBN 130774) (ssoloway@dehengsv.com)
Keliang (Clay) Zhu (SBN 305509) (czhu@dehengsv.com)
Yi Yao (SBN 292563) (yyao@dehengsv.com)
**DEHENG LAW OFFICES PC**
7901 Stoneridge Drive, Suite 208
Pleasanton, CA 94588
T: 925-399-6702
F: 925-397-1976

*Attorneys for Plaintiffs*
*Zhuoer Chen, Mengcheng Yu,*
*Jiarong Ouyang and Gexi Guo*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZHUOER CHEN, an individual; MENGCHENG YU, an individual; JIARONG OUYANG, an individual; and GEXI GUO, an individual;<br><br>        Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; and TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement;<br><br>        Defendants. | Case No. 3:25-cv-03292<br><br>**DECLARATION OF YI YAO IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Judge: Honorable Susan Illston<br>Date:<br>Time:<br>Courtroom: Room 1 |

I, Yi Yao, declare as follows:

1.      I am a member of good standing of the California State Bar and an attorney at DeHeng Law Offices PC, counsel of record for Plaintiffs Zhuoer Chen, Mengcheng Yu, Jiarong Ouyang, and Gexi Guo in the above captioned action. I hereby submit this declaration in support of Plaintiffs' Motion for Temporary Restraining Order. Except where noted, the testimony set forth in this declaration is based on first-hand knowledge, about which I would and could testify competently in court if called upon to do so.

2.      I have been assisting with the factual investigation underlying this matter, including the sudden and widespread terminations of SEVIS records for F-1 international students across the United States in early April 2025. As part of this work, I reviewed and compiled numerous media reports, news articles, and university statements that document the scope, scale, and impact of these terminations.

3.      I have reviewed over 40 separate media articles and posts published in April 2025, describing SEVIS terminations affecting students across various U.S. states and academic institutions.

4.      The earliest known public report of these terminations, appeared on April 4, 2025, in *OurMidland*, titled "Visa records of CMU international students terminated without notice," describing how several international students at Central Michigan University had their visa records unexpectedly terminated by the U.S. Department of Homeland Security, without explanation or prior notice. A true and correct copy of that article is attached as **Exhibit A,** available at https://www.msn.com/en-us/news/us/visa-records-of-cmu-international-students-%20terminated-without-notice/ar-AA1CjV4X?ocid=BingNewsSerp (last visited April 12, 2025).

5.      Since that time, multiple national and regional outlets — including *The Wall Street Journal*, *New York Times*, *Washington Post*, *USA Today*, *Associated Press*, *San Francisco*

*Chronicle*, *Texas Tribune*, and *Salt Lake Tribune* — have reported similar incidents at institutions such as:

- Harvard University
- Stanford University
- Columbia University
- Carnegie Mellon University
- University of Michigan
- University of California, Berkeley
- University of California, Los Angeles
- University of California, San Diego
- University of California, Davis
- Texas A&M University
- Arizona State University
- University of Cincinnati, among others.

6.    Attached hereto as **Exhibit B** is a true and correct copy of a news article from The Wall Street Journal, titled "Student Visas Are Being Revoked Without Reason or Warning, Colleges Say," available at: https://www.wsj.com/us-news/education/student-visas-revoked-trump-administration-82fd8059 (last visited April 12, 2025).

7.    Attached hereto as **Exhibit C** is a true and correct copy of a news article from the Washington Post, titled "Feds Are Revoking Student Visas Without Notifying Colleges," available at: https://www.washingtonpost.com/education/2025/04/07/student-visas-revoked/ (last visited April 12, 2025) ("But in recent days universities have found records terminated by the government without clear reasons or recourse for appeal or correction.").

8.    Attached hereto as **Exhibit D** is a true and correct copy of a news article USA Today, titled "Trump Cancels Hundreds of Student Visas, Forcing Rapid Departures," available at: https://www.usatoday.com/story/news/nation/2025/04/08/trump-international-student-visas-revoked/82989535007/ (last visited April 12, 2025).

9.    Attached hereto as **Exhibit E** is a true and correct copy a *X* post by Dan Rosenzweig-Ziff, a staff writer with the Washington Post, available at: https://x.com/DanRosZiff/status/1911100311890014608?ref_src=twsrc%5Egoogle%7Ctwcamp

**DECLARATION OF YI YAO ISO PLAINTIFFS' MOTION FOR NATIONWIDE TRO**

%5Eserp%7Ctwgr%5Etweet (last visited April 12, 2025) ("As 4700+ foreign students have had their records terminated, some are deleting social media, won't leave campus.").

10.     Attached hereto as **Exhibit F** is a true and correct copy of a news article from the Associated Press, titled "International students file legal challenges over widespread US visa revocations," available at: https://apnews.com/article/f1-visa-international-college-student-trump-9d4d900d328a0c205503c1178e70f1d5 (last visited April 12, 2025).

11.     Attached hereto as **Exhibit G** is a true and correct copy of a news article from the Pittsburgh Post-Gazette, titled "Trump administration revokes CMU International Student visas," available at: https://www.post-gazette.com/news/education/2025/04/08/trump-admin-revokes-cmu-international-student-visas/stories/202504080055 (last visited April 12, 2025).

12.     Attached hereto as **Exhibit H** is a true and correct copy of a news article from the Guardian, titled "Deported Over A Speeding Ticket? Dozens of US Students' Visas Abruptly Revoked," available at: https://www.theguardian.com/us-news/2025/apr/07/trump-student-visas-deportation (last visited April 12, 2025).

13.     Attached hereto as **Exhibit I** is a true and correct copy of a news article from the Valley News, titled "Homeland Security Revokes Visas Of Two At Dartmouth College," available at: https://www.vnews.com/Two-Dartmouth-students-visas-revoked-60515002 (last visited April 12, 2025) ("The two at Dartmouth are among hundreds of foreign national students around the country, including at Harvard, Stanford and state universities in California, Massachusetts, Colorado, Texas, Oregon and Minnesota…").

14.     Attached hereto as **Exhibit J** is a true and correct copy of a news article from the Salt Lake Tribune, titled "20 University of Utah International Students See Visas Revoked By Trump Admin," available at: https://www.sltrib.com/news/education/2025/04/08/trump-admin-revokes-visas-17/ (last visited April 12, 2025).

**DECLARATION OF YI YAO ISO PLAINTIFFS' MOTION FOR NATIONWIDE TRO**

15.     Attached hereto as **Exhibit K** is a true and correct copy of a news article from the IPM News, titled "University of Illinois Confirms Some International Student' Visas Have Been Revoked," available at: https://ipmnewsroom.org/university-of-illinois-confirms-some-international-students-visas-have-been-revoked/ (last visited April 12, 2025).

16.     Attached hereto as **Exhibit L** is a true and correct copy of a news article from the New York Times, titled "Nearly 300 Students Have Had Visas Revoked And Could Face Deportation," available at: https://www.nytimes.com/2025/04/07/us/student-visas-revoked-trump-administration.html (last visited April 12, 2025).

17.     Attached hereto as **Exhibit M** is a true and correct copy of a news article from the Milwaukee Journal Sentinel, titled "Over 2 Dozen International Students At University Of Wisconsin System Schools See Visas Revoked," available at: https://www.jsonline.com/story/news/education/2025/04/09/student-visas-revoked-for-at-least-27-university-of-wisconsin-students/83008191007/ (last visited April 12, 2025).

18.     Attached hereto as **Exhibit N** is a true and correct copy of a news article from WPXI, titled "2 Students, 5 recent grands from Carnegie Mellon University have visas revoked," available at: https://www.wpxi.com/news/local/2-students-5-recent-grads-carnegie-mellon-university-have-visas-revoked/VCCWEJRL3RBUPEVIWX6OQKA7WQ/ (last visited April 12, 2025).

19.     Attached hereto as **Exhibit O** is a true and correct copy of a news article from www.WOODTV.com, titled "Visas of 2 GVSU International Students Have Been Revoked, School Says," available at: https://www.woodtv.com/news/kent-county/visas-of-2-gvsu-international-students-have-been-revoked-school-says/ (last visited April 12, 2025).

20.     Attached hereto as **Exhibit P** is a true and correct copy of a news article from the Daily Tar Heel, titled "Trump Administration Terminates Six UNC-CH International Student

Visas," available at: https://www.dailytarheel.com/article/2025/04/university-breaking-student-visas#google_vignette (last visited April 12, 2025).

21.    Attached hereto as **Exhibit Q** is a true and correct copy of a news article from the Los Angeles Times, titled "Caught off-guard, California Colleges Scramble To Determine Scope Of Student Visa Cancellations," available at: https://www.latimes.com/california/story/2025-04-07/ucla-california-universities-concerns-cancellations-student-visas (last visited April 12, 2025).

22.    Attached hereto as **Exhibit R** is a true and correct copy of a news article from the NBC News, titled "University Of Florida Student Deported To Colombia After Traffic Stop, available at: https://www.nbcnews.com/news/us-news/university-florida-student-deported-colombia-traffic-stop-rcna200366 (last visited April 12, 2025).

23.    Attached hereto as **Exhibit S** is a true and correct copy of a news article from ABC News, titled "Harvard, UCLA, Stanford Among Schools Across US Reporting Student Visa Revocations," available at: https://abcnews.go.com/US/harvard-ucla-stanford-schools-us-reporting-student-visa/story?id=120549032 (last visited April 12, 2025).

24.    Attached hereto as **Exhibit T** is a true and correct copy of a news article from Oklahoma Voice, titled "Federal Government Revokes Visas For International Students At Oklahoma Universities," available at: https://oklahomavoice.com/briefs/federal-government-revokes-visas-for-international-students-at-oklahoma-universities/ (last visited April 12, 2025).

25.    Attached hereto as **Exhibit U** is a true and correct copy of a news article from San Francisco Chronicle, titled "Trump Administration Sows Panic At California Universities After Revoking Over 100 Student Visas," available at:

https://www.sfchronicle.com/bayarea/article/trump-student-visas-california-universities-20265095.php (last visited April 12, 2025) ("The plaintiff's situation is similar to many others across the country, Tolchin said, noting that many of the purported criminal violations the

government has used for justification to revoke students' visas and their immigration status are for issues that were cleared before students renewed visas, minor traffic-related issues, or criminal arrests that did not result in convictions.").

26.    Attached hereto as **Exhibit V** is a true and correct copy of a news article from Ohio Capital Journal, titled "Trump Administration Revokes Visas For International Students At Various Ohio Universities," available at: https://ohiocapitaljournal.com/2025/04/08/trump-administration-revokes-visas-for-international-students-at-various-ohio-universities/ (last visited April 12, 2025).

27.    Attached hereto as **Exhibit W** is a true and correct copy of a news article from CBS News, titled "Visas Revoked From International Students At Some Maryland Colleges, School Say," available at: https://www.cbsnews.com/baltimore/news/maryland-johns-hopkins-university-student-visas-revoked/ (last visited April 12, 2025).

28.    Attached hereto as Exhibit **X** is a true and correct copy of a news article from Lansing State Journal, titled "Visas Revoked For Some Michigan State International Students, University Confirms," available at:

https://www.lansingstatejournal.com/story/news/local/2025/04/07/michigan-state-university-international-students-visas-revoked/82982075007/ (last visited April 12, 2025).

29.    Attached hereto as Exhibit **Y** is a true and correct copy of a news article from ABC News, titled "3 Penn Students' Visas Revoked By Federal Government," available at:

https://6abc.com/post/3-university-pennsylvania-students-visas-revoked-federal-government/16143778/ (last visited April 12, 2025).

30.    Attached hereto as **Exhibit Z** is a true and correct copy of a news article from KSL News Radio, titled "Utah Colleges, Universities Say International Student Visas Are Being

**DECLARATION OF YI YAO ISO PLAINTIFFS' MOTION FOR NATIONWIDE TRO**

Revoked Without Notice," available at: https://kslnewsradio.com/colleges-universities/student-visas/2201551/ (last visited April 12, 2025).

31.    Attached hereto as **Exhibit AA** is a true and correct copy of a news article from the Register Guard, titled "University of Oregon International Students Stripped Of Visas In Trump Administration Move," available at:

https://www.registerguard.com/story/news/education/2025/04/09/uo-international-students-stripped-of-visas-in-trump-order-crackdown/82995949007/ (last visited April 12, 2025).

32.    Attached hereto as **Exhibit AB** is a true and correct copy of a news article from www.abc4.com, titled "International Students At Several Utah Universities had Their Visas Revoked – Here's What We Know," available at: https://www.abc4.com/news/wasatch-front/u-of-u-student-visas-revoked/ (last visited April 12, 2025) ("'What is different currently is that records are being terminated in SEVIS sometimes without notice to the university and/or the student,' the university said.").

33.    Attached hereto as **Exhibit AC** is a true and correct copy of a news article from The Charlotte Observer, titled "Several UNC Charlotte Student Visas Terminated By Trump Admin, University Says," available at:

https://www.charlotteobserver.com/news/local/education/article303844376.html (last visited April 12, 2025).

34.    Attached hereto as Exhibit **AD** is a true and correct copy of a news article from the Detroit News, titled "At Least 5 Michigan Universities Grapple With Revoked International Student Visa," available at:

https://www.detroitnews.com/story/news/local/michigan/2025/04/07/university-michigan-discovers-student-visas-revoked-federal-government/82969177007/ (last visited April 12, 2025) ("Other universities across the country that have reported that students' visas were stripped

include Harvard, Arizona State, Cornell, the University of California, Minnesota State University, North Carolina State, the University of Oregon, the University of Texas and the University of Colorado.").

35.    Attached hereto as **Exhibit AE** is a true and correct copy of a news article from the Spectrum News, titled "Texas A&M International Students Face Sudden Visa Revocation," available at: https://spectrumlocalnews.com/tx/austin/news/2025/04/09/texas-am-international-visa-revoked (last visited April 12, 2025).

36.    Attached hereto as **Exhibit AF** is a true and correct copy of a news article from the Los Angeles Times, titled "Caught Off-Guard, California Colleges Scramble TO Determine Scope Of Student Visa Cancellations," available at: https://www.latimes.com/california/story/2025-04-07/ucla-california-universities-concerns-cancellations-student-visas (last visited April 12, 2025).

37.    Attached hereto as **Exhibit AG** is a true and correct copy of a news article from Seattle Fox 13, titled "US Revoking Some University Of Washington International Student Visas," available at: https://www.fox13seattle.com/news/us-revoking-uw-international-student-visas (last visited April 12, 2025).

38.    Attached hereto as **Exhibit AH** is a true and correct copy of a news article from NBC Bay Area, titled "Visas Revoked For 39 International Students In Bay Area," available at: https://www.nbcbayarea.com/news/local/student-visas-revoked-bay-area/3839632/ (last visited April 12, 2025).

39.    Attached hereto as Exhibit **AI** is a true and correct copy of a news article from KIRO 7, titled "UW Students' Visas Revoked Without Notice Due To New Federal Policies," available at: https://www.kiro7.com/news/local/uw-students-visas-revoked-without-notice-due-new-federal-policies/6F234H2HGFCCLOZYRZUEJZSXIA/ (last visited April 12, 2025).

DECLARATION OF YI YAO ISO PLAINTIFFS' MOTION FOR NATIONWIDE TRO

40.     Attached hereto as Exhibit **AJ** is a true and correct copy of a news article from CNN, titled "More Than 500 Student Visas Revoked As The Government Expands Reasons For Deportation," available at: https://www.cnn.com/2025/04/09/us/us-immigration-student-visas-revoked/index.html (last visited April 12, 2025).

41.     Attached hereto as Exhibit **AK** is a true and correct copy of a news article from the News & Observer, titled "Visas of 6 International Students At UNC-Chapel Hill Terminated By Trump Administration," available at:

https://www.newsobserver.com/news/local/education/article303778476.html (last visited April 12, 2025).

42.     Attached hereto as Exhibit **AL** is a true and correct copy of a news article from North Carolina Public Radio, titled "U.S. Government Revokes Visas of Three International Duke University Students, Alumnus," available at: https://www.wunc.org/politics/2025-04-08/u-s-government-revokes-visas-international-duke-university-students-alumnus (last visited April 12, 2025).

43.     Attached hereto as Exhibit **AM** is a true and correct copy of a news article from the Harvard Crimson, titled "Harvard Is Checking International Students' Visas Status Daily After Revocations," available at: https://www.thecrimson.com/article/2025/4/9/visas-checked-daily-hgsu/ (last visited April 12, 2025).

44.     Attached hereto as Exhibit **AN** is a true and correct copy of a news article from the O'Colly, titled "U.S. Government Revokes 8 OSU International Students' Visas," available at: https://www.ocolly.com/news/osu/u-s-government-revokes-8-osu-international-students-visas/article_314dbd1b-a693-4a6e-8e06-a4ce99005ca1.html (last visited April 12, 2025). ("Other college officials have said the termination of students' legal residency status has come with little notice to students or schools.").

**DECLARATION OF YI YAO ISO PLAINTIFFS' MOTION FOR NATIONWIDE TRO**

45.     Attached hereto as Exhibit **AO** is a true and correct copy of a news article from Pittsburgh Post-Gazette, titled "Pitt and WVU Among Schools Reporting Student Visa Revocations," available at: https://www.post-gazette.com/news/education/2025/04/09/pitt-wvu-international-students-visa-revoked-trump/stories/202504090048 (last visited April 12, 2025).

46.     Attached hereto as **Exhibit AP** is a true and correct copy of a news article from the Harvard Crimson, titled "3 Harvard Students, 2 Recent Grads had Visas Revoked," available at: https://www.thecrimson.com/article/2025/4/7/visas-revoked/ (last visited April 12, 2025).

47.     Attached hereto as **Exhibit AQ** is a true and correct copy of a news article from CBS 19 News, titled "UVA Says International Student's Visa Has Been Canceled," available at: https://www.cbs19news.com/news/uva-says-international-students-visa-has-been-canceled/article_a7417bb4-6960-4ed8-b4b5-d66f264cf8af.html (last visited April 12, 2025).

48.     Attached hereto as Exhibit **AR** is a true and correct copy of a news article from Los Angeles Times, titled "Trump Administration Cancels Dozens of International Student Visas at University of California, Stanford," available at: https://www.yahoo.com/news/trump-administration-cancels-more-dozen-165705107.html (last visited April 12, 2025).

49.     Attached hereto as Exhibit **AS** is a true and correct copy of a news article from International Legal And Business Services Group, titled "F-1 Students Report Widespread SEVIS Terminations," available at: https://bizlegalservices.com/2025/04/08/f-1-students-report-widespread-sevis-terminations/ (last visited April 12, 2025). ("International students have found their visas and statues in SEVIS abruptly terminated by ICE over the last few weeks. Some F-1 students have received no rationale behind their status being revoked, while others have received notice from their school's Designated School Official (DSO) that the reason is related to criminal charges they have faced while in the United States. However, and most worrisome, many students had their immigration status terminated based on charges that were ultimately

**DECLARATION OF YI YAO ISO PLAINTIFFS' MOTION FOR NATIONWIDE TRO**

dismissed. When your SEVIS is terminated, you are no longer in valid F-1 status and there is no grace period. As such, these unforeseen terminations are causing widespread panic and confusion for a great number of people impacted.")

50.     Attached hereto as Exhibit **AT** is a true and correct copy of a news article from San Francisco Chronicle, titled "10 Stanford, UC Berkeley Student Visas Revoked – Dozens More Around California," available at: https://www.sfchronicle.com/bayarea/article/stanford-students-visas-revoked-20260431.php (last visited April 12, 2025).

51.     Attached hereto as Exhibit **AU** is a true and correct copy of a news article from www.Boston.com, titled "Feds Quietly Revoke Visas of Multiple UMass, Harvard Students," available at: https://www.boston.com/news/local-news/2025/04/06/feds-quietly-revoke-visas-of-multiple-umass-harvard-students/ (last visited April 12, 2025).

52.     Attached hereto as Exhibit **AV** is a true and correct copy of  a news article from CBS8, titled "Five UCSD Students' Visas Revoked And Additional Personal Deported, University Confirms," available at: https://www.cbs8.com/article/news/local/five-ucsd-students-f-1-visas-revoked-additional-deported/509-2c257e52-4a31-42f7-8e3e-f6bd92a287b3 (last visited April 12, 2025).

53.     Attached hereto as Exhibit **AW** is a true and correct copy of a news article from News From New Hampshire and NPR, titled "5 UMass Amherst Students Have Visas Revoked," available at: https://www.nhpr.org/2025-04-05/5-umass-amherst-students-have-visas-revoked (last visited April 12, 2025).

54.     According to these posts and articles, hundreds of students have been affected. Some posts estimate that as many as 4700 or more SEVIS terminations have occurred nationwide. The stated or inferred reasons vary widely and include:

- Arrests that resulted in no charges or were later expunged

**DECLARATION OF YI YAO ISO PLAINTIFFS' MOTION FOR NATIONWIDE TRO**

- Minor traffic infractions
- No adverse record whatsoever

55. Most of the articles indicate that the universities themselves were unaware of the impending terminations and received no advance communication from DHS or ICE. Affected students reportedly received no individualized explanation or opportunity to contest the decision before their legal status was revoked.

56. Based on my review of public reporting and communications from university officials, the terminations appear to follow no consistent legal standard, affect students who have maintained lawful status, good academic standing, and visa compliance, and reflect a pattern of action that is sudden, opaque, and nationwide in scope. The lack of prior notice, individualized review, or stated rationale suggests that the terminations are arbitrary, procedurally deficient, and not grounded in DHS's own rules or guidance.

57. These findings are consistent with the experiences of Plaintiffs in this case, whose SEVIS records were terminated in early April 2025 without due process or any discernible legal justification, despite the fact that they had maintained valid F-1 status and academic compliance.

58. Termination of SEVIS records has caused and will continue to cause immediate and irreparable harm to affected students across the country. Affected students are forced to depart the United States immediately, suspend or abandon their academic programs, lose their employment authorization, and face steep barriers to reentry if they leave the country. Many students are weeks away from graduation or in the middle of critical research or internship programs. These consequences are not only devastating on a personal level, but also impossible to fully remedy through later relief. For these reasons, immediate intervention by the Court through a temporary restraining order is necessary to prevent further irreparable injury.

**DECLARATION OF YI YAO ISO PLAINTIFFS' MOTION FOR NATIONWIDE TRO**

1    I declare under penalty of perjury under the laws of the United States of America that the

2    foregoing is true and correct, and that this Declaration is executed in Pleasanton, California on

3    April 14, 2025.

4

5                                              /s/ ___Yi Yao___

6                                                   Yi Yao

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF YI YAO ISO PLAINTIFFS' MOTION FOR NATIONWIDE TRO**



EXHIBIT A



**Upgrade your Chrome brows...**
Get localized weather, trending news, AI p...

Close    Add it now



Midland Daily News    Follow

# Visa records of CMU international students terminated without notice

Story by Dan Clark, Editor | 1 week · 2 min read



Ad

University had their visa records unexpectedly terminated by the U.S. Department of Homeland Security, university officials announced Friday, April 4.

According to a message sent to students, faculty and staff by President Neil MacKinnon and Provost Paula Lancaster, the issue was discovered during a routine review of the Student and Exchange Visitor Information System.



Inbox Zero Koree Standi
Height-Adjustable Desk

Wayfair    Learn more

The university said neither the affected students or CMU received prior notification of the status changes.

The discovery aligns with national reporting from "Inside Higher Ed and The Chronicle of Higher Education," which indicates that hundreds of international students across the country have been impacted by similar SEVIS record terminations.

The reasons behind the changes remain unclear.

"This news is alarming and may be especially difficult for our international students, faculty and staff, who are valuable, important members of our community," the university's message read.

While CMU is not able to reverse federal decisions related to immigration status, the Office of International Student and Scholar

Services is conducting daily reviews of SEVIS records. Students will be notified immediately if any changes to their status are found.

CMU is encouraging affected students to seek legal counsel as soon as possible.

 **Related video**: Student visas revoked at St. Louis area colleges, universities (KSDK-TV St. Louis)


KSDK-TV St. Louis

Student visas revoked at St. Louis area colleges, universities

Although the university cannot recommend specific attorneys, resources are available through the American Immigration Lawyers Association and Legal Services of Eastern Michigan. The university also provided contact information and urged students to seek out these services if their visa status has changed.

In the meantime, faculty and staff are being asked to support international students by directing them to appropriate legal and campus support services.

The university emphasized that while offering emotional support is encouraged, faculty and staff should not provide legal advice.

The university also stated that, as of now, there have been no reports of Immigration and Customs Enforcement or Customs and Border Protection officials on campus.

CMU officials acknowledged the uncertainty and concern created by the situation and reaffirmed their support for the university's international community.

"You are welcome here, and we are glad to have you as members of our community," the message read. "In uncertain times, we rely on our friends, colleagues, and neighbors to help us weather challenges."

## Sponsored Content









 79°F



Search the web

## More for You







SecureEPLS by Edentech

Trustworthy Results - MediCal included

Ad      Sign Up

Local News Matters · 21h

California colleges worried about tuition loss as international student visas...

👍 11   👎   💬 4

Business Insider

I married an Ame moved to the US ago. I'm happy no

👍 769   👎   💬 123



Bloomberg · 9h

Tariff Shock Awaits China After Trade Surplus Hits $103 Billion

👍 555   👎   💬 173




Metro · 10h

Thousands of immigrants in US 'to be classified dead so they can't claim benefits'

👍 370   👎   💬 20



Wayfair

Inbox Zero Koree Standing & Height-Adjustable Desks 46.46 H X 40.0 W X 23.62 D...

Ad



Wayfair

Inbox Zero Koree Height-Adjustable 46.46 H X 40.0 W

Ad



Ukrainska Pravda · 5h

"Lost my job during COVID": captured Chinese nationals explain how they ended up...

👍 108   👎   💬 18



Newsweek · 4h

California Experiences Major Migrant Shift

👍 37   👎   💬 5



Newsweek · 35m

ICE Detains Pro-Palestinian Columbia Student at His Citizenship Interview

👍 4   👎   💬



MiBolsilloColombia · 20h

By Trump's order, immigrants lose a SNAP coupons or

👍 2k   👎   💬 270



13



The Telegraph   Follow      760.9K Followers

## Solicitor 'restrained' in court after immigration judge shunned

Visa records of CMU international students terminated without notice

# security checks

Story by Telegraph reporters • 3h •     2 min read



L A security scanner

A solicitor had to be "restrained" in court after an immigration judge allowed the legal worker to skip security checks.

Judge Jenna McKinney, who was sitting as a magistrate, apologised after letting the solicitor into the building through an "alternative entrance".

The judge was anxious for a court hearing involving the solicitor to go ahead when she let them in, a Judicial Conduct Investigations Office report said.

She has since resigned as a magistrate but still sits as a tribunal judge for the Immigration and Asylum Chamber.

The duty solicitor had been "declined re-entry to the court for refusing to comply with security checks" in May 2024, the report said.

Members of the public usually have to walk through a metal detector and have their bags searched every time they go into court, but professionals such as solicitors can sometimes skip the checks. The

Continue reading

## Sponsored Content

More for You



EXHIBIT B

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com.

https://www.wsj.com/us-news/education/student-visas-revoked-trump-administration-82fd8059

U.S.  |  U.S. EDUCATION NEWS   Follow

# Student Visas Are Being Revoked Without Reason or Warning, Colleges Say

The cancellations have caused fear and confusion on campuses

*By Joseph Pisani* Follow *, Michelle Hackman* Follow *and Sara Randazzo* Follow
*Updated April 8, 2025 7:32 pm ET*



Harvard University and other schools say weren't told why some student visas have been revoked.
PHOTO: SCOTT EISEN/GETTY IMAGES

Colleges and universities across the country say the visas of some international students have been revoked in recent days without notice, causing confusion on campuses and panic among students, some of whom have filed lawsuits.

Schools including Columbia University, Harvard University and University of California, San Diego, said they weren't told the visas were being revoked or even given a reason why. The schools found out by monitoring their databases of international students, or in some cases because immigration agents have made arrests.

At least 300 visas had been revoked, Secretary of State Marco Rubio confirmed last month, adding that the department would continue to identify student visa holders who it felt had abused its parameters. There are roughly 1.1 million international student visa-holders in the U.S. When international students lose their visas, they are immediately vulnerable to deportation.

Education Secretary Linda McMahon said in an interview Tuesday that universities should do more to vet whether students have any terrorist leanings or "are not necessarily supportive of the United States" before they come to campuses. She cited the increased activity by Rubio in taking away student visas.

The Trump administration has been escalating its crackdown on international students, which began with arrests of several students who participated in pro-Palestine protests. Though the number of visas revoked remains relatively small, recent cases have created widespread fear among foreign students that they could be targeted for unpredictable reasons.

"It seems like they're going lower and lower on the list of flags in the system to terminate these students' status," said Elizabeth Goss, an immigration attorney specializing in higher education, referencing the Immigration and Customs Enforcement database of student visa holders. "It's totally unprecedented."

ICE and the State Department didn't respond to requests for comment.

Dartmouth College doctoral student Xiaotian Liu said in a lawsuit Monday that his visa was revoked on Friday without explanation. He is suing Homeland Security Secretary Kristi Noem and Todd Lyons, the acting director of ICE.

Liu says in the complaint, filed by the American Civil Liberties Union of New Hampshire, that he has never committed a crime or participated in any protests. The Chinese citizen has been studying at Dartmouth since 2023.

"Xiaotian's dream of finishing his doctoral program and obtaining a Ph.D. at Dartmouth College is now in severe jeopardy," the lawsuit said, adding that Liu is at risk of being detained or deported. Liu's lawyer didn't respond to a request for comment.

The American Council on Education, which represents higher education schools, sent a letter to Rubio and Noem on Friday seeking clarity on why the visas were revoked, saying some people were told to self-deport, with no information on how to appeal the decision.

Immigration attorneys have said, most commonly, the students affected have some sort of arrest or criminal record, including minor charges filed against them that were subsequently dropped. Charges that have resulted in visa revocations include speeding tickets and at least one instance of urinating in public.

"But there are some students where I honestly can't divine what the reason is for the termination," said Dan Berger, an attorney in Massachusetts who works with universities in the northeast U.S.

Schools reporting revoked visas varied and were spread from coast-to-coast, from University of Kentucky to Minnesota State University, Mankato, to University of Massachusetts Boston. The move is hitting students from countries across the globe. Undergraduates, graduate students and even those working in the U.S. after graduation on their visas have been targeted.

Visas of seven students at Ohio State University were revoked, according to the school. "The students, their attorneys and Ohio State are considering next steps," an Ohio State spokesman said.

Across the University of California system, at least 57 visas were revoked from students and recent graduates. At UC San Diego, one student was detained at the border and deported to their home country, the school said, but didn't provide additional details.

The Trump administration is also investigating 60 schools for alleged antisemitism during pro-Palestinan demonstrations and has been targeting international students who were involved in the protests.



Protestors in Newark, N.J., last month calling for the release of Mahmoud Khalil. PHOTO: DEREK FRENCH/ZUMA PRESS

Last month, for example, federal authorities detained Columbia student Mahmoud Khalil, a green-card holder, after he helped lead pro-Palestinian demonstrations.

Bernie Burrola, who works with schools on global engagement as a vice president of the Association of Public and Land-Grant Universities, said the visa revocations have led to concern among international students, unsure if they'll be targeted next.

"Some are worried, is it a social-media post I made? Is it because I may or may not have been near a protest?" Burrola said. "That is the big fear, just not knowing."

Write to Joseph Pisani at joseph.pisani@wsj.com, Michelle Hackman at michelle.hackman@wsj.com and Sara Randazzo at sara.randazzo@wsj.com

*Appeared in the April 9, 2025, print edition as 'Colleges Blindsided as Visas Revoked'.*

## Further Reading

**U.S. Can Deport Columbia Student Mahmoud Khalil, Immigration Judge Says**

**Tufts Graduate Student Detained by Federal Immigration Authorities**

**Judge Orders ICE to Stop Trying to Arrest 21-Year-Old Columbia Student**

**The Trump Administration Says This Law Allows It to Take Away Green Cards. What to Know.**

**State Department Revokes Columbia University Student's Visa**

**Videos**



EXHIBIT C

*Democracy Dies in Darkness*

**Higher Education**

# Feds are revoking student visas without notifying colleges

Dozens of schools found out about revoked visas only after checking a federal database. Some are related to Israel-Gaza war protests, others are not.

April 7, 2025

 By [Susan Svrluga](#)

Scores of international students and scholars across the country have recently learned that their visas have been abruptly revoked, according to university leaders, leaving college officials scrambling to understand what is happening and how to advise frightened students.

It is unclear how many visas have been revoked or whether the targeted people were all notified that they must now leave the country, college officials said.

It's alarming, said Sarah Spreitzer, vice president and chief of staff for government relations at the American Council on Education, which led a group of 15 higher-education associations asking the departments of State and Homeland Security for more information about what is happening as schools report that international student records have been terminated in a federal database.

"We are very concerned," she said.

Typically universities, rather than the government, would enter changes to the database, said Miriam Feldblum, chief executive of the Presidents' Alliance on Higher Education and Immigration. But in recent days universities have found records terminated by the government without clear reasons or recourse for appeal or corrections. The actions appear to be "arbitrary, unpredictable, unresolvable," and are creating havoc on campus and alarm for anyone on campus who is not a U.S. citizen, she said.

The latest changes are adding to the climate of uncertainty on many college campuses as moves by the Trump administration rapidly [upend budgets](#), [policies and practices](#).

Spokespeople for the departments of State and Homeland Security did not immediately respond to requests for comment Monday.

Last month, after high-profile detentions and pursuit of students involved in pro-Palestinian protests, Secretary of State Marco Rubio said that federal officials had already revoked many visas and would continue to do so. "Every time I find one of these lunatics, I take away their visas," he said. Trump has vowed to deport international students involved in "pro-terrorist, antisemitic, anti-American" protests over the Israel-Gaza war.

This latest flurry of revocations may be tied to minor infractions of the law such as traffic tickets, rather than protest activity, several university officials said; many institutions are trying to discern if there is any pattern. In some cases, the infractions were known at the time the visa was issued or renewed.

Students and others are asking for more specifics, said Fanta Aw, the chief executive of NAFSA: Association of International Educators, so if there's an error they can correct it, and if not, they can figure out how to proceed.

Some schools have reported detentions of international students and scholars in the last several days. Many colleges have alerted their campus community to the situation.

At most schools, officials are reporting fewer than a dozen students affected. At Arizona State University, federal authorities revoked visas of at least eight students in cases that, according to a spokesman for the university, did not appear to be related to campus protests. In some cases they may have been connected to minor legal infractions, he said.

The University of California system said students at several of its campuses have seen visas terminated, calling it a fluid situation. A spokeswoman for the University of California at Berkeley said six people had visas terminated last week: one undergraduate, three graduate students and two recent graduates working in an optional practice training program for science, technology, engineering and math students that allows students on visas to apply to stay longer to get experience in their field.

Over the weekend, UCLA's chancellor, Julio Frenk, said six current students and six people participating in a training program had their records terminated in the database.

At Harvard University, the school learned during a routine record review that three students and two recent graduates have had their student visas revoked, officials said.

At the University of Massachusetts at Amherst, Chancellor Javier Reyes told the campus community that five students had their visa status revoked. The university was not notified by federal authorities of these status revocations and became aware only "as a result of proactive checks in the Immigration and Customs Enforcement's Student and Exchange Visitor Information System (SEVIS) database," he wrote. School officials will keep monitoring that database, he said, for further updates.

"Like so many others, I came to the United States to study through the student visa program," Reyes wrote. "We came to better ourselves, better our communities, and better the country that welcomed us as scholars."

Veena Dubal, general counsel at the American Association of University Professors and a professor of law at the University of California at Irvine, said the association is urging administrators to ensure that affected students have access to legal counsel, and to keep them enrolled. It's not clear that the database status changes are lawful, she said.

Some students reported getting emails that notified them that their visas were revoked and directing them to self-deport through a Homeland Security app, without information about whether it was possible to appeal the decision, according to the American Council on Education.

A group of 15 national higher-education associations has asked to meet with officials from the departments of State and Homeland Security to clarify the situation. ACE sent a letter to Secretary of State Marco Rubio and Department of Homeland Security Secretary Kristi L. Noem asking for an explanation amid reports that student visas were being revoked and records terminated in SEVIS without information being shared with the schools they attend.

The associations also asked about recent communication to U.S. consulates requiring enhanced social media vetting for all student visa applicants.

They wrote that they support the U.S. government's need to protect national security, including by vetting visa applicants and those currently in the country.

The hope, said Bernard Burrola, vice president for international, community and economic engagement at the Association of Public and Land-grant Universities, is "to get some clarity from the government so we can ensure that our schools are compliant and our students are compliant, and remove some of this ambiguity and uncertainty for our international students about their status."

More than 1 million international students attend colleges in the U.S. every year, contributing nearly $44 billion to the national economy, according to NAFSA.

Right now, many students accepted to U.S. colleges are deciding whether to enroll — or, Spreitzer said, perhaps choose to study in another country.

---

**What readers are saying**

The comments express significant concern over the revocation of student visas without notifying colleges, highlighting the negative impact on international students' sense of security and the broader implications for U.S. higher education. Many commenters emphasize the loss of... Show more

This summary is AI-generated. AI can make mistakes and this summary is not a replacement for reading the comments.



EXHIBIT D



---

international students    Add Topic

# Trump cancels hundreds of student visas, forcing rapid departures

*Secretary of State Marco Rubio said he's revoked the visas of 'lunatics,' but civil-rights experts say the administration is targeting free speech.*

 **Trevor Hughes**
USA TODAY

Published 3:25 p.m. ET April 8, 2025  |  **Updated 2:25 p.m. ET April 11, 2025**

---

**Key Points**  AI-assisted summary ⓘ

> The Trump administration has revoked hundreds of student visas, forcing them to leave the U.S. quickly.
>
> Some visa revocations appear to be connected to minor infractions or participation in pro-Palestinian protests.
>
> Universities are scrambling to assist affected students.

---

DENVER – The Trump administration has revoked hundreds of international student visas across the country, setting off a desperate scramble for them to leave the United States within days.

Universities have reported some students being forced to leave immediately, in many cases after discovering their visas were canceled in the federal Student Exchange and Visitor Information System or via an unexpected text or email. Multiple universities contacted by the USA TODAY Network regarding the visa cancellations declined to discuss specifics, citing student confidentiality.

Immigration experts said they've never seen the federal government make such sweeping changes to the ordinarily low-profile process of hosting international students. The National Immigration Project is challenging the visa cancellations,

which have affected students in California, Colorado, Kentucky, Ohio, Michigan, Massachusetts and Florida, among others.

**More:**  Trump targeted college students. Campuses went silent.

The cancellations reflect a small percentage of the estimated 1.5 million international students studying in the United States, but have sent shockwaves through the collegiate community. Some of the cancellations appear to be connected to things as minor as roommate disputes or as off-campus traffic tickets, university officials said, while others appear to be connected to pro-Palestinian protest participation.

"I've been doing this for 25 years and I've never seen 300 students lose their visas," said Len Saunders, a Washington state immigration attorney based near the Canadian border. "To hear that something like 300 visas were canceled out of the blue ... it's all political. To read that there's hundreds of people having their visas canceled, you know exactly what it is."

President Donald Trump won back the White House after campaigning on tough new immigration controls, and some conservatives have accused other countries, particularly China, of sending students to study in the United States to steal intellectual property. International students are typically ineligible for financial aid and instead usually pay full tuition, subsidizing other students.

According to the federal government, California is home to the largest number of international students, and the most popular majors among international students are computer science, language, and business administration and management. People from India and China represent the largest proportion of international students, accounting for about half of the overall enrollment, according to federal officials.

There is no central accounting of how many students have had their visas revoked or where they came from. Many of the foreign students involved in campus protests were from the Middle East.

Saunders said he's seen a handful of students annually lose their visas over things like a drunken-driving arrest, but in many cases, students were allowed to finish out their studies.

This round of visa cancellations has prompted some students to leave immediately, including those who are close to graduating. At the University of Michigan, officials said they were trying to figure out how to help an international student finish his architectural master's degree work despite fleeing home.

The visa cancellations appear to be different than the targeted detentions of Columbia University graduate Mahmoud Khalil and Tufts University student Rümeysa Öztürk, largely because the students are not being detained but are instead being told to self-deport within seven days. The cancellations have sparked scattered protests, including at the University of Arizona.

Secretary of State Marco Rubio said last month that he's revoked at least 300 visas of students he described as "lunatics," citing pro-Palestinian support or activism, activities that are normally considered protected First Amendment rights.

"It might be more than 300 at this point. We do it every day. Every time I find one of these lunatics, I take away their visas," Rubio said at a press conference.

Colorado State University officials said six students there lost their visas, and university officials escorted some of them to the airport to fly home. It's unclear whether the students have the right to appeal their visa revocations.

"To date, no specific justification for the visa revocations has been provided to the impacted individuals or CSU," Kathleen Fairfax, the university's vice provost for international affairs, said in a statement. "We are working proactively with the students to help them connect with appropriate legal resources and understand their options. CSU is providing this support based on students' personal decisions."

At the University of Massachusetts-Amherst, Chancellor Javier Reyes said five international students lost their visas and urged other students to check their own

status. He said affected students are being offered financial assistance through the university's "Angel Fund," which was created during the first Trump presidency to help students affected by changes in immigration laws.

Reyes, who first came to the United States from Mexico on a student visa himself, called the American higher education system "the envy of the world" and promised international students "unwavering support as we confront this new reality."

New York University professor Robert Cohen, who studies protest movements, said targeting students because they attended rallies or wrote pro-Palestinan letters is a thinly veiled attempt by Trump to clamp down on dissent.

"It speaks to the issue that Donald Trump and these right-wing people don't actually believe in free speech," Cohen said.

The American Council on Education and 15 other higher ed groups have requested a briefing from federal officials. The groups noted that Trump has the responsibility and right to safeguard national security but asked for an explanation of the decision-making process.

"Recent actions have contributed to uncertainty and impedes the ability of our institutions to best advise international students and scholars," the groups wrote in an April 4 letter to Rubio and other officials. "It is important institutions are in a position to reassure international students so they can continue to make exceptional contributions to their campuses, communities, and the nation."



EXHIBIT E

← **Post**

**Dan Rosenzweig-Ziff**
@DanRosZiff

As 4700+ foreign students have had their records terminated, some are deleting social media, won't leave campus.

"I don't know what is considered freedom of speech and what is considered a threat to the government," one student said.

W/ @SusanSvrluga

Some foreign students fear speaking out as visa cancelations rise

From washingtonpost.com

9:53 AM · Apr 12, 2025 · **74** Views

New to X?

Sign up now to get your

G  Sign u

  Sign u

Create

By signing up, you agre
Privacy Policy, including

Something wer

Terms of Service    Pri
Accessibility    Ads info

**Don't miss what's happening**
People on X are the first to know.

Log in



EXHIBIT F

4/14/25, 3:32 PM
What to know about international student visas being revoked | AP News
Case 3:25-cv-03292-S... Document 7-3 Filed 04/15/25 Page 40 of 380

ADVERTISEMENT

LIVE: **Trump administration**     LIVE: **WNBA draft**     **JD Vance**     **California earthquake**     **Stock market today**

LIVE: **Trump administration**     LIVE: **WNBA draft**     **JD Vance**     **California earthquake**     **Stock market today**

EDUCATION

# International students file legal challenges over widespread US visa revocations



 BY **ANNIE MA**
Updated 1:44 PM PDT, April 14, 2025

WASHINGTON (AP) — Several international students who have had their visas revoked in recent weeks have filed lawsuits against the Trump administration, arguing the government denied them due process when it suddenly took away their permission to be in the U.S.

The actions by the federal government to terminate students' legal status have left hundreds of scholars at risk of detention and deportation. Their schools range from private universities like Harvard and Stanford to large public institutions like the University of Maryland and Ohio State University to some small liberal arts colleges.

In lawsuits against the Department of Homeland Security, students have argued the government lacked justification to cancel their visa or terminate their legal status.

4/14/25, 3:32 PM
Case 3:25-cv-03292-S — Document 7-3 — Filed 04/15/25 — Page 41 of 380
What to know about international student visas being revoked | AP News

## Why is the government canceling international students' visas?

Visas can be canceled for a number of reasons, but colleges say some students are being singled out over infractions as minor as traffic violations, including some long in the past. In some cases, students say it's unclear why they were targeted.

"The timing and uniformity of these terminations leave little question that DHS has adopted a nationwide policy, whether written or not, of mass termination of student (legal) status," ACLU of Michigan attorneys wrote in a lawsuit on behalf of students at Wayne State University and the University of Michigan.

**RELATED STORIES**



**Colleges' international students see F-1 visas canceled in new Trump administration tactic**



**Columbia University arrests worry international college students**



**Mahmoud Khalil's lawyers appear in court over jurisdiction of Columbia activist's case**

In New Hampshire, a federal judge last week issued a restraining order in the case of a Dartmouth College computer science student from China, Xiaotian Liu, who had his status terminated by the government. Attorneys have filed similar challenges in federal court in Georgia and California.

Homeland Security officials did not respond to a message seeking comment.

In some high-profile cases, including the detention of Columbia University activist Mahmoud Khalil, President Donald Trump's administration has argued it should be allowed to deport noncitizens over involvement in pro-Palestinian activism. But in the vast majority of visa revocations, colleges say there is no indication affected students had a role in protests.

"What you're seeing happening with international students is really a piece of the much greater scrutiny that the Trump administration is bringing to bear on immigrants of all different categories," said Michelle Mittelstadt, director of public affairs at the Migration Policy Institute.

## How do student visas work?

Students in other countries must meet a series of requirements to obtain a student visa, usually an F-1. After gaining admission to a school in the U.S., students go through an application and interview process at a U.S. embassy or consulate abroad.

Students on an F-1 visa must show they have enough financial support for their course of study in the U.S. They have to remain in good standing with their academic program and are generally limited in their ability to work off-campus during their academic program.

Entry visas are managed by the State Department. Once they're in the U.S., international students' legal status is overseen by the Student and Exchange Visitor Program under the Department of Homeland Security.

In recent weeks, leaders at many colleges learned the legal residency status of some of their international students had been terminated when college staff checked a database managed by Homeland Security. In the past, college officials say, legal statuses typically were updated after colleges told the government the students were no longer studying at the school.

## After losing legal residency, students are told to leave the country

Historically, students who had their visas revoked were allowed to keep their legal residency status and complete their studies.

The lack of a valid entry visa only limited their ability to leave the U.S. and return, something they could reapply for with the State Department. But if a student has lost legal residency status, they risk detention by immigration authorities. Some students already have left the country, abandoning their studies to avoid being arrested.

Higher education leaders worry the arrests and visa revocations could discourage students overseas from pursuing higher education in the United States.

4/14/25, 3:32 PM
Case 3:25-cv-03292-SI    Document 7-3    Filed 04/15/25    Page 44 of 380
What to know about international student visas being revoked | AP News

The lack of clarity of what is leading to revocations can create a sense of fear among students, said Sarah Spreitzer, vice president of government relations at the American Council on Education.

"The very public actions that are being taken by ICE and the Department of Homeland Security around some of these students, where they are removing these students from their homes or from their streets, that's not usually done unless there is a security issue when a student visa is revoked," she said. "The threat of this very quick removal is something that's new."

## Colleges are trying to reassure students

In messages to their campuses, colleges have said they are asking the federal government for answers on what led to the terminations. Others have re-emphasized travel precautions to students, recommending they carry their passports and other immigration documents with them.

College leaders spoke of a growing sense of uncertainty and anxiety.

"These are unprecedented times, and our normal guiding principles for living in a democratic society are being challenged," University of Massachusetts Boston Chancellor Marcelo Suárez-Orozco wrote in an email. "With the rate and depth of changes occurring, we must be thoughtful in how we best prepare, protect, and respond."

Suárez-Orozco said the legal residency status had been canceled for two students and "five other members of our university community including recent graduates participating in training programs."

———

The Associated Press' education coverage receives financial support from multiple private foundations. AP is solely responsible for all content. Find AP's standards for working with philanthropies, a list of supporters and funded coverage areas at AP.org.



**ANNIE MA**
Ma is an Associated Press national writer who covers K-12 education.
𝕏  ✉

ADVERTISEMENT

**MOST READ**



1  Suspect arrested in arson fire that forced Pennsylvania Gov. Josh Shapiro, family to flee residence

2  The dead in upstate New York plane crash included 2022 NCAA woman of the year and family members

3  Kansas man who was falsely accused of being a shooter after Chiefs' 2024 Super Bowl win has died

4  Suspect in arson at Pennsylvania Gov. Josh Shapiro's residence being treated at hospital, police say

5  Live updates: Both the US and El Salvador refuse to return wrongly deported man to the US



EXHIBIT G



# Trump administration revokes CMU international student visas



**MADDIE AIKEN** ☑
Pittsburgh Post-Gazette
maiken@post-gazette.com  ✕

| APR 8, 2025 | 9:31 AM |

The Trump administration has revoked the international student visas of two current Carnegie Mellon University students and five recent graduates.

The university learned of the revocation late last week, Provost James Garrett Jr. and Dean of Students Gina Casalegno wrote in a Monday letter to the CMU community.

The letter did not specify why the students' visas were revoked. The students' records in the Student and Exchange Visitor Information System (SEVIS) — which tracks and monitors foreign students, their admissions and educational participation — have also been terminated.

In their message, Mr. Garrett and Ms. Casalegno referred to the news as "distressing" for those impacted directly and the broader global community.

4/14/25, 1:51 PM    Trump admin revokes CMU international student visas, revoked by Trump administration | Pittsburgh Post-Gazette

Case 3:25-cv-03292-SI    Document 7-3    Filed 04/15/25    Page 48 of 380

"These incidents understandably raise wider concerns for many in our community, and we take seriously our continued responsibility to ensure that our community is equipped with the information they need to navigate these uncertain times," the letter reads.

Across the country, the Trump administration has canceled the student visas of hundreds of international students in recent weeks. In Pennsylvania, impacted students have included those at the University of Pennsylvania, where three students' visas were revoked, and at Penn State.

A Penn State spokesman declined to say how many students have been affected. The university is working with these students to determine options for continuing their education, including through Penn State's online World Campus.

The University of Pittsburgh did not immediately respond to a request for comment on whether Pitt international students have been impacted.

The White House has cited some international students' involvement in pro-Palestine protests as a top reason for revocation. Both Pitt and CMU have seen pro-Palestine movements on campus.

But international students are also facing visa revocation and SEVIS record termination for offenses like DUIs and disorderly conduct, said Pittsburgh immigration attorney Joseph Patrick Murphy.

"It's shocking," Mr. Murphy said. "It's not the way it normally worked, but it is the way it works now."

Termination of students' SEVIS records is particularly impactful, Mr. Murphy explained. When a foreign student's SEVIS records are terminated, that student becomes unlawfully present in the United States. And if universities continue allowing these students to take classes, they are in violation of immigration law.

At CMU, officials have contacted impacted students with information about legal resources.

The university has also shared guidelines for all students regarding international travel and U.S. Immigration and Customs Enforcement. CMU officials are not aware of any recent presence of immigration authorities on campus, the letter says.

Case 3:25-cv-03292-SI    Document 7-3    Filed 04/15/25    Page 49 of 380

And the university will host an Open Forum on Immigration Policies on April 21, and free one-to-one consultations between attorneys from Klasko Immigration Law Partners and CMU students, faculty and staff on April 22.

This isn't the first time that CMU has felt the impacts of the new Trump administration. The elite university has been the subject of federal investigations over its high enrollment of Chinese international students and what the White House sees as race-exclusionary practices.

CMU, along with Pitt and Duquesne, also stands to lose millions in research funding if proposed cuts to the National Institutes of Health are seen through.

*First Published: April 8, 2025, 9:31 a.m.*
*Updated: April 9, 2025, 7:50 a.m.*



**Maddie Aiken** covers higher education for the Post-Gazette. Previously, she covered education and other community-related topics for the Tribune-Review and The Daily Times in Salisbury, Md.

✉ maiken@post-gazette.com
𝕏 @madsaiken



EXHIBIT H

**Support the Guardian**
Fund independent journalism with $5 per month

Support us →

Sign in

US

# Deported over a speeding ticket? Dozens of US students' visas abruptly revoked

**Nearly 40 students report canceled visas over minor infractions as Trump intensifies crackdown on universities**



📷 People protest in support of Rumeysa Ozturk, who was taken into custody by federal agents, in Somerville, Massachusetts, on 26 March. Photograph: Faith Ninivaggi/Reuters

*Ava Hu in Berkeley, California*

Mon 7 Apr 2025 11.18 EDT

Lisa was eating takeout at a friend's place when the email from her university landed. She clicked into her inbox and skimmed the message:

"ISS [International Student Services] is writing to inform you that your SEVIS record was terminated …"

The wording felt unfamiliar. She read it again, but it still sounded like a scam - absurd and unreal.

Lisa is an international student at the University of Wisconsin-Madison, just one month away from graduation. She asked to use a pseudonym due to concerns about retaliation and an ongoing legal case.

Before going to bed, she found someone posted a similar notice on social media. It was through these posts that Lisa understood what the email had actually meant: with her Student and Exchange Visitor Information System record terminated, she was now considered out of status in the US. Staying could mean violating immigration laws.

The Department of Homeland Security maintains the Sevis database that tracks international students and scholars on F, M and J visas. Once a Sevis record is terminated, a student's legal status becomes immediately invalid. They must either leave the US within the grace period, typically 15 days, or take steps to restore their status. Otherwise, they risk deportation and future visa restrictions.

She dug through comment sections. Joined group chats. Searched for patterns. One emerged: most of the affected students had been fingerprinted. Some had been cited for non-criminal offenses, but the messages they received said they had criminal records.

That's when she remembered: a year ago, she was driving home when she got two tickets: one for speeding and another for failing to stop. She hadn't seen the police car behind her until it was too late. To get the charges dismissed, she showed up in court, where she was fingerprinted.

Lisa is one of several students across states who found their legal status revoked by the US government on 4 April, without prior notice or clear explanation. University statements show that at least 39 students have been affected, including UC Berkeley, UCLA, UC San Diego, Stanford, Ohio State, the University of Tennessee, the University of Kentucky, Minnesota State University and the University of Oregon.

An online self-reported data sheet created by affected students suggests the issue may be more widespread. Students from 50 universities reported their visas were canceled around 4 April, with many noting that they had prior records, some limited to citations or non-criminal offenses.



📷 People protest in support of Rumeysa Ozturk in Somerville, Massachusetts, on 26 March 2025. Photograph: Faith Ninivaggi/Reuters

This secret wave of revocation came a few days after the US secretary of state, Marco Rubio, announced the revocation of 300 or more student visas. "We do it every day. Every time I find one of these lunatics, I take away their visas," he said at a news conference on 27 March, referring to students he described as national security threats.

Lisa's university had included a screenshot of her Sevis record in the message. Termination was logged on 4 April by a system administrator, with a note: "Individual identified in criminal records check and/or has had their VISA revoked."

Shenqi Cai, a California immigration attorney and managing attorney at Lashine Law, said she got the first call from a student on 3 April. "At the time, we thought it was a one-off. It seemed strange."

But by Friday, more cases kept coming in. She contacted designated school officials at several partner universities and confirmed that the terminations were visible in the Sevis system.

Cai said this round of Sevis terminations appeared to be unprecedented. "Students weren't given any chance to explain their situation. As long as the system flagged them, what we believe is a kind of criminal screening trigger, they were terminated under one broad directive."

Based on the information collected so far, Cai said about 90% of the affected students had been fingerprinted. But she explained that the criteria used to flag students can vary by state. "Each state defines these triggers differently. The thresholds are inconsistent. A student may be arrested in one state, but that doesn't mean they'll be convicted, because the power to decide guilt or innocence lies with the judge."

David, a Chinese student who completed his undergraduate degree, was immediately unable to continue working. He requested a pseudonym due to fears of retaliation and an ongoing legal case.

In 2024, David was reported to police after a verbal argument with his partner. When officers arrived, they were still arguing, but there was no physical contact, he said. Because of a language barrier, his partner couldn't clearly explain what had happened. David was detained overnight and later ordered to appear in court.

"My partner wrote a statement to the prosecutor explaining it wasn't domestic violence," he said. The charge was eventually dropped. Court records show the case was dismissed with prejudice, and the judge ordered the arrest record and biometric data to be destroyed.

Four months later, David received a Sevis termination notice.

Unlike enrolled F-1 students, David is working under optional practical training, a work authorization linked to the Sevis system. Once a Sevis record is terminated, that authorization ends and is nearly impossible to recover.

David was nearing the end of his first year of employment when he got the notice on Friday. He scheduled a lunch meeting with his manager, who said the company would try to help him relocate to Canada. But because the termination took effect immediately, he was subjected to the 15-day departure rule.

"I told my family, and they felt just as powerless," he said. "But we don't come from wealth, and there's not a lot they can do."

Bill is facing the same dilemma. He graduated in December 2024 and is currently job-hunting. He asked not to use his real name due to a pending case.

In early 2025, Bill hit another car while making a turn. At the time, his driver's license had just expired. Police cited him for driving with an expired

license. After renewing it, he followed the instructions and appeared in court.

"I went with a temporary license. The court staff were friendly," he said. "One even joked, 'This is no big deal, handsome,' while taking my fingerprints and photos. It felt like a scene out of a movie."

**Sign up to This Week in Trumpland**     📧 **Free newsletter**

A deep dive into the policies, controversies and oddities surrounding the Trump administration

**Enter your email address**

[                                                                      ]     Sign up

**Privacy Notice:** Newsletters may contain info about charities, online ads, and content funded by outside parties. For more information see our Privacy Policy. We use Google reCaptcha to protect our website and the Google Privacy Policy and Terms of Service apply.

His initial appearance only involved ID verification. When he asked if the hearing could be held that day, a staff member told him it was scheduled for May and suggested he come back then.

"I thought it was fine. My license was updated, I just had to show up again." But on 3 April, he suddenly received a notice from the school that his Sevis record had been terminated.

Now, Bill has no idea what to do. Legally, he should leave the country immediately, but his case is still open and he's required to appear in court in May. He doesn't know whether showing up would put him at risk of detention.

On 4 April, he met with his university's international office. Staff there were willing to help, he said, but had few tools. They asked him to write a personal statement, which they promised to pass along to university leadership. The only formal support offered was a referral to a discounted lawyer - $150 an hour.



📷 Boston University students protest outside the office of the dean of students on 3 April 2025. Photograph: Jessica Rinaldi/The Boston Globe via Getty Images

"The dust of history falls on me, and it becomes a mountain. That's all there is to it," he said.

By Sunday evening, the panic had spread. Three hundred students joined a Zoom info session hosted by Brad Banias, a federal court immigration litigator and former justice department trial attorney. Questions poured into the chat box: "Should we leave our apartments right now in case ICE shows up?" "Will an unpaid parking ticket be a problem?"

Banias called the terminations a political move, not a legal one. "It makes me angry to see 19-year-olds just trying to study, and suddenly a parking ticket they didn't even know about shows up on a criminal background check," he said. "Don't let them convince you it's reasonable to leave the country over a parking ticket."

For Lisa, the future was just starting to take shape. She is about to graduate in one month, with a job offer and grad school acceptance. But now, she said she wasn't even sure if she should go to class on Monday.

Back in April 2024, she was pulled over in Madison for speeding. She hadn't noticed the patrol car behind her right away, and by the time she stopped, two officers approached. One told her not to worry - it was her first offense,

and all she needed to do was pay the fine. But the other issued two citations: one for speeding, the other for failing to stop.

They told her it was just a miscommunication, something she could clear up in court.

But that never really happened.

"My first court date was just for ID," she said. "They fingerprinted me, took a photo, measured my height. The judge barely said anything. No hearing, just a new court date."

She asked if the case could be resolved sooner and was told to schedule an online meeting. She did. During that meeting, the case was dropped. No record. They asked if she accepted. She said yes.

Everything after that went smoothly: her work visa was approved, the company background checks cleared, and she had no trouble leaving and re-entering the country. She thought it was behind her.

Then the email came.

"I don't know if I'm still allowed to graduate," she said. "If I don't get my degree, does the grad school still take me? Does the company push back the offer? Worst case, I don't graduate. I go home and start college again. Four more years. And then what?"

  This article was amended on 9 April 2025. The Chinese student David received a Sevis termination notice four months after charges against him were dropped, not three years later as stated in an earlier version.

**Most viewed**



EXHIBIT I

E-Edition    Advertise    Newsletters    Subscrib

37° Mostly cloudy H:51 / L:36



# VALLEY NEWS

Home    News    Opinion    Sports    Photos    Arts & Life    Obituaries    Classifieds    Calendar    Puzzles

Search

# Homeland Security revokes visas of two at Dartmouth College



*Dartmouth College graduates walk past Dartmouth Hall to line up with other students for commencement in Hanover, N.H., on June 12, 2022. (Valley News - Geoff Hansen) Copyright Valley News. May not be reprinted or used online without permission. Send requests to permission@vnews.com. Geoff Hansen*

By JOHN LIPPMAN

Valley News Staff Writer

Published: 04-08-2025 6:00 PM
Modified: 04-09-2025 12:32 PM

Hanover NH     Dartmouth College     facebook

Privacy • Terms

HANOVER — The Trump administration's promise to deport millions of foreign nationals who it says are in the U.S. illegally has reached into the Upper Valley as two individuals associated with Dartmouth College have had their visas terminated, leading one of them to sue the Department of Homeland Security to challenge his deportation.

Homeland Security has offered no explanation — either to the affected individuals or college officials — about why it terminated their visa status.

Xiaotian Liu, a Chinese national studying for a doctorate in computer science at Dartmouth, filed a lawsuit this week through the New Hampshire chapter of the American Civil Liberties Union, arguing that his due process rights were unlawfully denied when his F-1 visa student status was terminated, exposing him to detention or deportation by authorities.

Liu, 26, a graduate of Wake Forest University in North Carolina who has been at Dartmouth since 2023, received an email from college officials last week informing him that his student visa status had been suddenly revoked by the Department of Homeland Security without warning or explanation, according to the lawsuit filed in federal court in New Hampshire.

The visa of a second, unidentified individual at Dartmouth was also terminated, according to the college.

"We are alarmed by the Trump administration's sudden revocation, without any notice or stated explanation, of student visas and status at universities across the country, including our client here in New Hampshire," Gilles Bissonnette, legal director of the ACLU of New Hampshire, said. "No administration should be allowed to circumvent the law to unilaterally strip students of status, disrupt their studies, and put them at risk of deportation."

The two at Dartmouth are among hundreds of foreign national students around the country, including at Harvard, Stanford and state universities in California, Massachusetts, Colorado, Texas, Oregon and Minnesota, who have reported that they have received notice in recent days that they are no longer legally allowed to be in the U.S.

Emails to the Department of Homeland Security and its various subsidiary immigration enforcement agencies seeking comment received no response on Tuesday.

Article continues after...

## Yesterday's Most Read Articles



Federal judge temporarily reinstates legal status for Dartmouth graduate student

Jury awards former Dartmouth Health fertility doctor $1.1 million in damages



Prosecutors seek prison term of at least 30 years for man convicted at Dartmouth rape trial

 <u>Former Dartmouth ski team member dies in accident in California</u>

 <u>West Lebanon bridge reopens to vehicles</u>

 <u>Upper Valley donut maven Muriel Maville dies at 87</u>

<u>Your Daily Puzzles</u>



<u>Cross|Word</u>



<u>Flipart</u>



Typeshift



SpellTower



Really Bad Chess

In an email to the college community on Monday, Dartmouth Provost David Kotz, said that the college "at this time" is aware "of two such record terminations within the Dartmouth community" revoking the

right of individuals to study and work in the U.S.

The college's Office of Visa and Immigration Services (OVIS) is communicating with both individuals and helped them to connect with "legal and other sources of support," he said.

About 20% of Dartmouth's approximately total 7,000 students are designated "international."

The college's published 2028 class profile says that 14.2% of students are "foreign citizens," while 16% are classified as "international."

Kotz said that Dartmouth's OVIS staff discovered the record terminations during a "proactive check of the database," which they are conducting multiple times each day. The college was never "notified of the change" of the two individual's status, he said.

OVIS, in an email to Dartmouth's international population, said it appeared so far "terminations and revocations are limited in number" and in "most cases schools and impacted individuals have not received notification of these actions and have learned of them instead by schools checking the database of the Student and Exchange Visitor Information System.

(The database is an online government portal run by Homeland Security to track status of students in the U.S. under the F-1 student visa and other programs).

If a student is notified by the State Department that their visa or student status has been revoked, OVIS urges them to contact their OVIS counselor "right away" in order to verify the information and affirm it is "not a scam email sent in an effort to exploit this situation."

"OVIS is working with senior leadership at Dartmouth as well as our outside immigration counsel and our professional associations and networks and will provide updates as the situation evolves," Dartmouth said.

The ACLU's Bissonnette said they have no information as to why Liu was targeted, noting in their lawsuit that he "has not committed a crime, let alone a crime, in the U.S." Moreover, Liu has not participated in any protest in the U.S. "or elsewhere," and graduated with a master's degree from Wake Forest with a 4.0 grade average.

Liu's lawsuit was prepared in conjunction with attorneys from Manchester law firm Shaheen & Gordon.

"These indiscriminate government actions have real-life consequences. The people affected are not just 'case numbers,' they are real people with real families, real colleagues, real employers, real fellow congregants and others, all of whom feel the acute pain of these inexplicably arbitrary and indefensibly inhumane decisions," Ronald Abramson, a partner at Shaheen & Gordon, said in a news release.

Liu's attorneys argue in their lawsuit that Liu's F-1 student status was unlawfully terminated and his due process rights denied because "the government is required to provide him with an advance notice and a meaningful opportunity to respond."

The lawsuit states further that the government is "required to have grounds in order to terminate a student status, and that revocation of an F-1 visa is not sufficient ground to terminate student status."

The F-1 visa and F-1 student status are different things: the former refers to the documents foreign students receive to enter the U.S.; the latter refers to the student's immigration classification.

To terminate student status, the ACLU said, the student must fail to take full courses of study, engage in unauthorized employment, or be convicted of a violent crime.

None of those situations exist in Liu's case, Bissonnette emphasized.

In an interview with the Valley News on Tuesday, Bissonnette reiterated that Liu does not understand why he was targeted.

"We have no concept why this is happening to him. That's what's so concerning. You're dealing with an individual who's been at Dartmouth since September 2023. All he is trying to do is comply with the rules, comply with the law, and be the best student he possibly can be to get the degree that he's been working on for so long," said Bissonnette, calling the government's unexplained action "needlessly cruel."

*Contact John Lippman at jlippman@vnews.com.*

 Share on Facebook

 Share on Twitter

 Share via E-Mail

## Support Local Journalism

Subscribe to Valley News

Subscribe Now

## More News for you


NHDOT considers designated pedestrian crossings near Saint-Gaudens site
04-12-2025 2:01 PM


Orange County Republican finds his footing in Montpelier
04-12-2025 12:02 PM


Local farms in New Hampshire are helping close loop on food waste
04-12-2025 10:00 AM

 [Upper Valley businesses feel the sting of rising cocoa prices](#)
04-11-2025 6:01 PM

# VALLEY NEWS

24 Interchange Dr
West Lebanon, NH 03784
603-298-8711

- Terms & Conditions
- Privacy Policy
- About Us
- Accessibility

## Customer Relations
- Advertising 603-298-6082
advertising@vnews.com
- Subscriptions 603-298-7739
circulation@vnews.com

## Social Media
- Facebook
- Twitter
- Instagram

## The Newspapers of New England Family
- Amherst Bulletin
- Athol Daily News
- Concord Monitor
- Daily Hampshire Gazette
- Greenfield Recorder
- Monadnock Ledger-Transcript
- Valley News
- Valley Advocate
- The Concord Insider
- Around Concord
- NNEdigital

By using this site, you agree with our use of cookies to personalize your experience, measure ads and monitor how our site works to improve it for our users

Copyright © 2016 to 2025 by Valley News. All rights reserved.



EXHIBIT J

✕

☰ 🔍   *The Salt Lake Tribune*   SUBSCRIBE   LOG IN   SUBSCRIBE   👤

# 20 University of Utah international students see visas revoked by Trump admin

It is one of the largest tallies, so far, for a single university since the federal government began its nationwide efforts to terminate students' legal residency status.



(Francisco Kjolseth | The Salt Lake Tribune) The University of Utah campus on Tuesday, Feb. 4. 2025. At least 20 international students at the U. have received letters from the Trump administration revoking their visas to be in the United States and instructing them to self-deport.

By Courtney Tanner  | April 8, 2025, 6:32 p.m.  | Updated: April 9, 2025, 4:24 p.m.

💬 Comment

☰  🔍        *The Salt Lake Tribune*        [ SUBSCRIBE ]              SUBSCRIBE        👤

school disclosed an initial count of 17 students for the first time Tuesday; by Wednesday afternoon, it was aware of at least 20 receiving notification. It is one of the largest tallies, so far, for a single university since the federal government began its nationwide efforts to terminate students' legal residency status.

The Tribune reached out to each of the state's eight public colleges and universities to understand the impact across Utah. According to the schools, as of Wednesday morning, more than 50 students across the state have been affected.

A spokesperson for Weber State University in Ogden confirmed five students there have seen their visas revoked. Snow College in central Utah reported two students.

Both Salt Lake Community College and Utah Valley University each have three students impacted, and both Utah Tech University and Southern Utah University reported nine students.

Utah State University in Logan also said it has students affected but is "not providing exact numbers in order to protect the privacy of affected students."

In total, about 300 visas for international students and recent graduates have been terminated across the country, according to an announcement from U.S. Secretary of State Marco Rubio. Those have spanned from private schools, like Harvard University, to public schools, like Ohio State University and the University of California system.

According to a copy of a letter sent to U. students that The Salt Lake Tribune obtained, it says: "Remaining in the United States without a lawful immigration status can result in fines, detention, and/or deportation. It may also make you ineligible for a future U.S.

✕



☰ 🔍 *The Salt Lake Tribune*    [ SUBSCRIBE ]    SUBSCRIBE  👤

(Francisco Kjolseth | The Salt Lake Tribune) The University of Utah campus is picture on Tuesday, Feb. 4. 2025.

At the U., about half of the impacted students are from China; the others from the Middle East and Southeast Asia. Some are freshmen. Other schools did not immediately have or provide more information.

"As a public institution of higher education, the University of Utah follows state and federal law," the U. said in a statement. "We are currently in a period of enhanced immigration enforcement."

The U. is likely to be the most impacted in the state by the federal effort to target international student visas. The school has the highest number of enrolled international students, at 3,138 this past fall, as well as the highest percentage overall, with international students making up 9% of the student population.

That's largely because the U. recruits worldwide for its renowned medical and research programs — which have also been the focus of funding cuts by the Trump administration.

The Tribune has also contacted the state's two main private schools — Brigham Young University and Westminster University. BYU did not immediately respond, but a spokesperson for Westminster said the school has been in touch with its international students and "to our knowledge we do not have any students whose visas have been revoked." There are 35 international students currently at the small Salt Lake City school.

☰ 🔍 *The Salt Lake Tribune*    SUBSCRIBE    SUBSCRIBE 👤

a vibrant and creative community of people of different life experiences, geographies, faiths and perspectives."

They urged faculty to be flexible with all international students as they finish their coursework this semester.



### Subscribe To *Top Stories* Newsletter

Get the latest news by subscribing to our *Top Stories* newsletter. Enter your email below to receive more stories like these right to your inbox.

Enter your email

The students affected at the U. at this point are a mix of undergraduate and graduate students, as well as recent graduates, with F-1 visas; there are 3,733 total connected to the school who could be impacted. The university is not aware of any employed scholars or researchers who have had their visas revoked; there are about 370 individuals with those J-1 visas there.

Like most schools, the U. is also unaware of what is driving the decisions. Most of the students affected do not have criminal records. Some have had some traffic infractions.

☰    🔍     **The Salt Lake Tribune**     [ SUBSCRIBE ]     SUBSCRIBE    👤

The Trump administration has been targeting students nationwide who participated in a wave of pro-Palestine protests last spring. That included detaining a Columbia University student, Mahmoud Khalil, who is a green card-holder and who led protests on his campus. And Rubio has directed staff to comb through social media posts for anything pro-Palestine and anti-Israel to find cases.

At the U., no cases seem to be connected to the protest and later encampment on campus last April, where police came in wearing riot gear and 21 individuals were ultimately arrested. No one has been charged.

The school's International Student and Scholar Services is reaching out to each affected student individually to support them. The office has also sent out resources, generally, to all international students, with information on how to remain in good standing and legal resources to contact, if needed.

It states: "We are committed to keeping you informed and supported as we navigate these changes together."

The office also recommends that all international students carry copies of their I-94 record, visa documentation and passport stamps with them at all times.

Staff there are advising that students not leave the country if they don't need to. "Although there are no current travel bans, new travel restrictions or policy changes may be implemented with little or no warning, which could affect your ability to reenter the U.S.," the message notes.

The U. has offered counseling services, too, for those distressed by the situation. And its international services office can be reached at international@utah.edu or 801-581-8876.



≡ 🔍          *The Salt Lake Tribune*          [ SUBSCRIBE ]          SUBSCRIBE     👤

Students have to meet a series of requirements to get a visa. That includes proving admission to a U.S. school, filing an application and being interviewed. They also must show they have financial support for their studies and stay in good academic standing.

Visas typically can be revoked if a student is not maintaining their full-time enrollment status, violates work agreements or is deemed a security risk.

In the past, when a student's visa has been revoked, they have stayed in the SEVIS system and been allowed to finish their studies before leaving the country.

The Trump administration, though, has quietly taken that additional SEVIS termination step, with little notice to schools on which students' records have been terminated. Schools are now monitoring the system themselves so they can inform students if their status has changed.

Trump has also instructed immigration officers that they can enter previous "sensitive locations," such as schools and hospitals, to make arrests.

A student group at the U., Mecha — which is largely led by and for students of color — organized the pro-Palestine protest on campus last spring. Members attended the school's board of trustees' meeting Tuesday to call for the school to become a "sanctuary campus," not allowing immigration officers to step foot there. An accompanying petition has garnered more than 1,000 signatures.

As a public institution, however, the school cannot legally block federal officers from entering its grounds. On its website explaining recent federal changes, the U. notes, though, that its officers "do not have any agreements with ICE and do not expect to be called upon to enforce immigration law."



SUBSCRIBE          SUBSCRIBE

The Salt Lake Tribune

Trump admin cuts University of Utah funding that institute used to research health disparities, citing DEI

PREMIUM

University of Utah's business school flagged by Trump administration for 'race-exclusionary practices'

'The timeline is frantic': Utah university presidents only have 2 months to make major budget cuts

New tuition hikes are coming to all Utah colleges. Here's what that looks like at your school.

Curriculum on Western civilization, Christianity's rise doesn't make sense at all schools, Utah higher ed commissioner says

This Utah university is eliminating administrative positions to respond to state-imposed budget cuts



## The Salt Lake Tribune

SUBSCRIBE          SUBSCRIBE   

## IN CASE YOU MISSED IT



In her own words: How Deserae Turner, shot as a teen, decided to enter hospice care



University of Utah told to look at cutting majors with fewer than 40 graduates per year



In Salt Lake City's growing Granary District, brewery owners and locals help paint a new crosswalk — without city permission

## THE LATEST

Bagley Cartoon: Weekend With Bernie

Gordon Monson: OK, so you won't win the Masters like Rory, but you can fulfill dreams of your own

How do Will Hardy, Lauri Markkanen, Jordan Clarkson, and other veterans feel about sticking with the Utah Jazz next year?



☰  🔍            The Salt Lake Tribune            SUBSCRIBE                    SUBSCRIBE    👤

## CONNECT

Facebook

Twitter

Instagram

YouTube

RSS





## SUBSCRIPTIONS

Subscribe to print + digital

Subscribe to digital only

Digital access for print subscribers

Email newsletters

Login to your print account

Login to your digital account

Subscription FAQs

Help and contact info

Gift Subscriptions

## ABOUT US

History and mission

Our nonprofit model

Board and advisers

Officers and staff

Supporters

Donors and tax filing

Share Your Opinion

Meet the Editorial Board

Privacy policy

California privacy

## MORE

Advertise with us

Legal notices

Store

Archives

Story Tips

Support The Tribune

Donate

Cookie Preferences

Commenting Policy





EDITORIAL POLICY                 DONATE

NEWS TIPS                SHARE YOUR OPINION

ADVERTISE              MEET THE EDITORIAL BOARD

CONTACT US/HELP           COOKIE PREFERENCES

Report a missed paper by emailing subscribe@sltrib.com or calling 801-237-2900

For e-edition questions or comments, contact customer support 801-237-2900 or email subscribe@sltrib.com



sltrib.com © 1996-2025 The Salt Lake Tribune. All rights reserved.

4/14/25, 1:55 PM
Case 3:25-cv-03292-SI    Document 7-3    Filed 04/15/25    Page 80 of 380
Trump administration revokes visas of 20 University of Utah international students



EXHIBIT K

  IPM NEWS

# University of Illinois confirms some international students' visas have been revoked

By Emily Hays | April 8, 2025





Students at the University of Illinois in Urbana-Champaign are among those whose immigration status has been ended by the Trump administration in recent weeks.

*Photo: Emily Hays/Illinois Public Media*

▶ 00:00                                        00:00 🔊

URBANA — Some students at the University of Illinois Urbana-Champaign have lost their visas amid the Trump administration's crackdown on immigration.

U of I spokesperson Robin Kaler confirmed Tuesday that multiple foreign students on campus have had their visas revoked.

"We are working directly with affected students to help them connect with appropriate resources and understand their options," she said in a statement sent via email.

Kaler declined to share the number of students who were impacted or the federal government's reasons for changing their status.

The Trump administration first started revoking visas and attempting to deport some international students who joined pro-Palestinian protests. The Associated Press has reported the new wave includes those with previous traffic violations.

Some students have not been given any reason for the change.

According to an online letter from Chancellor Robert Jones and Provost John Coleman, International Student and Scholar Services has reached out to each affected student. The letter notes that the university has no authority to reverse the federal government's decision on the visas.

The letter also includes information about lawyers for students who choose to fight the visa decision. Jones and Coleman said students should consider "making plans to exit the United States immediately."

"ISSS is encouraging students to speak with their academic programs for guidance on continuing their degree programs," the two wrote. "If possible, the university is encouraging colleges and departments to provide alternative learning options, including online learning, to allow students to complete their degree programs."

TAGS: immigration, international enrollment, international students, student visas, Trump administration, University of Illinois at Urbana Champaign

# Emily Hays

Emily Hays started at WILL in October 2021 after three-plus years in local newsrooms in Virginia and Connecticut. She has won state awards for her housing coverage at Charlottesville Tomorrow and her education reporting at the New Haven Independent. Emily graduated from Yale University where she majored in History and South Asian Studies.



WILL Home

Office of the Chancellor

Office of the Provost

Research

Student Assistance Center

University of Illinois System

Accessibility at Illinois

Admissions

Alumni

Athletics

Bookstore

Calendar

Campus Directory

Campus Map

COVID-19

Diversity, Equity, & Inclusion

Emergency

Employment

Giving

Mental Health

About Cookies



EXHIBIT L

# Nearly 300 Students Have Had Visas Revoked and Could Face Deportation

Dozens of schools, including the University of California and Harvard, said the Trump administration ended the visas of their students in recent days. For many, the reasons are unclear.

**By Vimal Patel, Miriam Jordan and Halina Bennet**

April 7, 2025

Nearly 300 international students were abruptly stripped of their ability to stay in the United States in recent days, according to universities and media reports, sowing fear among students and confusion at schools scrambling to help students facing detention and possible deportation.

The moves targeted students at a wide range of universities, from private institutions like Harvard and Stanford to public ones like the University of Texas at Austin and Minnesota State University-Mankato. The University of California had dozens of cases reported across its campuses.

Several immigration lawyers told The New York Times that they began receiving frantic emails and calls late last week from students who had been notified by the State Department or their universities that their visas or statuses had been terminated without clear justifications.

Criminal convictions have always put students at risk of losing their status, but participation in political actions and committing traffic infractions have rarely been cited as justifications.

In some cases, immigration officers have arrested international students related to their involvement in pro-Palestinian causes. In other cases, students had committed legal infractions, such as driving over the speed limit or while intoxicated, often years ago, several immigration lawyers said in interviews.

But lawyers said the Trump administration had often given no reason at all, leaving them to guess why students were targeted.

### Share Your Story

Are you an international student who has lost your visa or has chosen to leave the U.S. over deportation concerns? *

0 words

Continue »

"This upends all usual practice by the government," said Miriam Feldblum, chief executive of the Presidents' Alliance on Higher Education and Immigration, which represents more than 570 public and private colleges and universities across the country. "They are terminating students' statuses in a way they have never done before and with virtually no explanation and little recourse to correct or appeal by either the institution or the students."

Late last month, Marco Rubio, the secretary of state, ordered diplomats to scour the social media postings of some visa applicants to keep away from the country those suspected of criticizing the United States and Israel.

The State Department and the Department of Homeland Security did not immediately respond to messages seeking comment.

The recent moves add more anxiety to an already precarious environment for international students and scholars in the United States. Advocates for international education worry that such moves will chill the ability of U.S. schools to attract foreign students.

Last month, Mahmoud Khalil, a recent Columbia University graduate student who was involved in pro-Palestinian activism during campus protests last year, was arrested at his apartment and sent to Louisiana for possible deportation, despite being a permanent resident. Shortly after, Rumeysa Ozturk, a Tufts University student from Turkey, was detained by masked agents from U.S. Immigration and Customs Enforcement, while she was on the way to meet friends. Ms. Ozturk, who had written a pro-Palestinian opinion essay, was also taken to Louisiana.



Stanford University, in Palo Alto, Calif., is one of the schools that has had student visas revoked. Jim Wilson/The New York Times

The moves aimed at international students fit with the Trump administration's broader policy agenda of reducing the number of immigrants, both legal and undocumented, and of forcing universities to crack down on what the president says is rampant antisemitism on campuses.

The United States issued more than 400,000 visas to students in 2024.

Some of the students targeted recently had committed offenses like speeding or driving while intoxicated, the lawyers said. They said that such offenses did not ordinarily rise to deportation.

Without a visa an international student becomes undocumented, and must leave the United States or risk being detained and placed in deportation proceedings. Several attorneys said that they had clients who had opted to leave the country out of fear that they could be arrested by agents from ICE, the Homeland Security agency charged with carrying out Mr. Trump's pledge of mass deportations.

Some of the affected students are graduate students who have doctoral dissertations that they are supposed to defend next month. Others are undergraduates. Still others have completed their studies and have been working in the United States, under a special program that allows recent international graduates to remain in the country for up to three years if employed.

"This is totally unprecedented," said Fuji Whittenburg, an immigration lawyer in Calabasas, Calif., who has been practicing law for 20 years. "I have never seen anything close to this."

She added, "A brush with law enforcement that didn't necessarily result in an arrest or a conviction is all it took."

Ms. Whittenburg said that one of her clients was an Indian national who got a DUI when he was studying in the United States more than a decade ago. When he applied for a second student visa more recently, he disclosed the charge to U.S. consular authorities in his home country. They ultimately granted him the visa to pursue further studies in the United States.

Harvard advised international students last week during a webinar to think carefully about traveling abroad, according to The Harvard Crimson, the student newspaper. The staff also warned students that pro-Palestinian speech could be risky.

During the webinar, Jason Corral, an attorney, said there seemed to be a change from President Trump's first term, according to The Crimson. "The difference is we have seen situations where it seems as though people's visas are being revoked simply based on their speech or protests," he said.

In an alert, a coalition of national student media organizations urged student media last week to "minimize harm," citing threats to student speech.

On Monday a letter sent to Michael Drake, the president of the University of California, and others by the Council of University of California Faculty Association said the university should help students who had been targeted, arguing it had a "moral obligation" to protect students and scholars' legal rights.

The letter, which was co-signed by the University Council AFT, a teaching faculty and librarians union, called on the university to allow deported or detained students to continue their programs remotely, to continue providing stipends, salaries and fellowships and to help students in the courts.

Several students have sued the government to challenge their terminations, and lawsuits are expected to pile up.

Stacy Tolchin, an immigration lawyer in Pasadena, Calif., filed two suits in federal court in Los Angeles on Saturday, and said that she would be filing more this week.

In one case, the American Civil Liberties Union is representing a Chinese doctoral student at Dartmouth College who has been studying computer science. According to a complaint filed on April 4, the student, Xiaotian Liu, had not committed any crimes or participated in any protests.

The college told the student in an email that this was "not standard or normal procedure," according to the lawsuit, which was filed in federal court in New Hampshire.

"Xiaotian's dream of finishing his doctoral program and obtaining a Ph.D. at Dartmouth College is now in severe jeopardy," the lawsuit said.

Steven Rich contributed reporting.

**Vimal Patel** writes about higher education with a focus on speech and campus culture.

**Miriam Jordan** reports from a grass roots perspective on immigrants and their impact on the demographics, society and economy of the United States.



EXHIBIT M

# milwaukee journal sentinel

EDUCATION

# Over 2 dozen international students at University of Wisconsin System schools see visas revoked

**Kelly Meyerhofer** and **Sophie Carson** | Milwaukee Journal Sentinel

Published 11:16 a.m. CT April 9, 2025 | **Updated 9:58 a.m. CT April 10, 2025**

The Trump administration terminated the visas of more than two dozen current or former University of Wisconsin System students, UW officials have announced.

The termination of the students' records in the government's Student and Exchange Visitor Program database means they have lost their legal status in the U.S. and they must either leave the country immediately or take legal action to try to stay.

Here's what to know about the visa cancellations across Wisconsin universities:

**More:** Trump administration terminates more UW-Madison student visas

## At least 13 UW-Madison student visas revoked

UW-Madison said six current students and seven alumni who received employment extensions of their visas had their visas terminated as of Monday.

UW-Madison said it played no role in the terminations, was unaware of any Immigration and Customs Enforcement activity on campus and did not believe the terminations were related to free speech or protests.

UW-Madison enrolls about 8,000 international students, according to university data. The international student services division has contacted the 13 affected

students to inform them of potential ramifications if they stay in the country and where to access legal resources, if requested.

## Student visas at other UWs also revoked

UW System spokesperson Mark Pitsch said officials were aware of 14 cases at the 12 other UW institutions involving students or former students. He was unable to break down these cases by institution.

International student enrollment has been increasing across the UW System, from 9,200 in 2014-15 to 10,600 in 2023-24. The increase has been driven primarily by growing the numbers of graduate students.

Altogether, international students made up 6.5% of the overall student population in 2023-24.

## What's been happening nationally with student visas?

Nationally, some of the students whose visas have been terminated participated in pro-Palestinian protests. For example, Mahmoud Khalil, a Columbia University graduate student of Palestinian descent who was active in campus protests, was arrested and sent to Louisiana for possible deportation, despite being a permanent resident.

But a number of other student visas were canceled for no apparent reason, leaving students and schools guessing why individuals were targeted.

The visa terminations are part of a nationwide campaign to strip international students of their ability to stay in the U.S., often for reasons unclear to the universities. Nearly 300 students nationally have been notified of visa cancellations, The New York Times reported this week.

## Why are student visas being canceled?

In several of the most high-profile cases, the Trump administration is not accusing the student visa holders of any crimes. The Trump administration has said Secretary of State Marco Rubio has the authority to revoke the visas of non-citizens if their actions pose "potentially serious adverse foreign policy consequences."

The White House directed inquiries to the State Department. A staff member at the press office there pointed to comments State Department spokeswoman Tammy Bruce made Tuesday at a news conference about student visa revocations.

"We don't go into statistics or numbers. We don't go into the rationale for what happens with individual visas," Bruce said. "What we can tell you is that the department revokes visas every day in order to secure our borders and to keep our community safe, and we'll continue to do so."

*Contact Kelly Meyerhofer at kmeyerhofer@gannett.com or 414-223-5168. Follow her on X (Twitter) at @KellyMeyerhofer.*

*Sophie Carson is a general assignment reporter who reports on religion and faith, immigrants and refugees and more. Contact her at scarson@gannett.com or 920-323-5758.*



# EXHIBIT N

LOCAL

# 2 students, 5 recent grads from Carnegie Mellon University have visas revoked





**2 students, 5 recent grads from Carnegie Mellon University have visas revoked**



By **Jess Shannon, WPXI.com and Rich Pierce, WPXI-TV**

April 08, 2025 at 2:16 pm EDT



By **Jess Shannon, WPXI.com and Rich**

**Pierce, WPXI-TV**

April 08, 2025 at 2:16 pm EDT

PITTSBURGH — The federal government has revoked the visas of two current students and five recent graduates from Carnegie Mellon University.

Provost James Garrett Jr. and Dean of Students Gina Casalegno **sent a letter to the CMU community** stating they learned about the revocation late last week.

According to CMU, the seven people also have had their records in the Student and Exchange Visitor Information System (SEVIS) terminated.

"If you terminate the visa itself, they wouldn't be able to enter again, but they can stay and take classes. If you terminate the SEVIS, they are out of status. They have to go home," Pittsburgh-based immigration lawyer Joseph Murphy said. "There's any number of reasons. We've been seeing a rash of student visas revoked for petty crimes, DUI, disorderly conduct. We've also seen people who are involved in political activity."

The letter stated, "The incident...



39°    WATCH

NEWS    WEATHER    VIDEO    11 INVESTIGATES    SPORTS    DECISION 2025    11 CARES

CHANGING CLIMATE    HOME EXPERTS    BREAKING THE STIGMA    STEALS AND DEALS



WPXI Now

## Hot Topics

Hot Topics wraps up the
week's most talked-about
stories from across America

Resize: 

### Live Streams

  

attention to current events and stay out of trouble.
Drag to Resize Video

Visas can be canceled for a number of reasons, but college leaders say the government has
been quietly terminating students' legal residency status with little notice to students or
schools, **according to the Associated Press.** That marks a shift from past practice and
leaves students vulnerable to detention and deportation.

The Trump administration has targeted students who had been involved with pro-
Palestinian activism or speech. But **the AP reports that** more schools are seeing visas
stripped from students with no known connection to protests. In some cases, past
infractions such as traffic violations have been cited. Some colleges say the reasons
remain unclear to them — and they are seeking answers.

Last week, CMU said it was one of six universities to receive a letter from the House
Selected Committee on the Chinese Communist Party. According to the university, the
letter asked for details on international students, insights into their policies and practices
related to participation of these students in research and information about
collaborations among the university and China-based universities and research
institutions. At the time, the university said it was still reviewing the letter. It's unknown if
this letter is related to the student's visas being revoked.

CMU has reached out to the students impacted to offer support, including legal resources
to assist them.

"It's a stressful time for everyone and it's a confusing time," CMU Senior Camden Johnson said. "A lot of the people that are in my lab are international students and I worry that they are feeling stressed and under more pressure."

The university also shared guidance and resources on travel and immigration topics. It will also hold an Open Forum on Immigration Policies on April 21, in addition to in-person one-on-one consultations.

*The Associated Press contributed to this story.*

**Download the FREE WPXI News app for breaking news alerts.**

**Follow Channel 11 News on Facebook and Twitter. | Watch WPXI NOW**

**TOP STORIES FROM CHANNEL 11 NEWS**

Read More ⌄

💬 **0** Join the Conversation     View Comments

**7 Ways To Help Generate Income Once Your Portfolio Reaches $1,000,000**

Download The Definitive Guide to Retirement Income to learn how to grow your wealth and generate income from your portfolio.     Learn More

**Plastic Surgeon Tells: If You Have Wrinkles, Do This Immediately (It's Genius!)**
The 1 Household Item That Visibly Tightens Saggy Skin

**Beverly Hills MD** | Sponsored     Learn more

**People Born 1948-1979 Can Fly Business Class For The Price of Economy**

**Travel Savings Tools** | Sponsored



EXHIBIT O

62°

KENT COUNTY

# Visas of 2 GVSU international students have been revoked, school says

by: **Anna Skog**
Posted: Apr 8, 2025 / 11:45 PM EDT
Updated: Apr 8, 2025 / 11:47 PM EDT

**SHARE**    

GRAND RAPIDS, Mich. (WOOD) — The Department of Homeland Security has revoked the visas of two international students at Grand Valley State University.

University leaders said they only found out after hearing about visa cancellations at other schools and deciding to review their own records.

"GVSU has not been contacted by DHS about the reasons for the visa revocations," the school [wrote on its website](#) Monday.

Currently, international students make up about 3% of the student body.

Similar situations are also unfolding in East Lansing, where **Michigan State University** administrators say the department of state contacted students directly to tell them their travel visas had been revoked, and Mount Pleasant, where **Central Michigan University** said international students' records were unexpectedly terminated without notice from the government.

A GVSU spokesperson said its office for international students is working with affected students.

Copyright 2025 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

CONTENT CONTINUES BELOW SURVEY

BEST**R**EVIEWS



READ NEXT >                                                                                          ✕

READ NEXT >

**Next story in**                                              Cancel

### Gifts and goodies every kid will want in their Easter ...

HOLIDAY   /   **2 Hours Ago**

From toys and games to Easter candy, there's plenty you can fill an Easter basket with.



### Michael Kors bags are up to 60% on their new Amazon ...

HANDBAGS & WALLETS   /   **3 Hours Ago**

If you love designer goodies that blend luxury with affordability, Michael Kors has a new Amazon storefront.

READ NEXT >



READ NEXT >

**Next story in**

4/14/25, 1:58 PM
Case 3:25-cv-03292-SI   Document 7-3   Filed 04/15/25   Page 106 of 380
Visas of 2 GVSU international students have been revoked, school says | wooDtv.com



## Amazon's $150 version of West Elm's $500 midcentury …

TABLES  /  4 Hours Ago

Every so often, someone discovers an amazing, affordable lookalike of a popular West Elm piece on Amazon, like this midcentury coffee table.

**View All BestReviews**

SUBSCRIBE NOW

# Breaking News Alerts

READ NEXT >



READ NEXT >

**Next story in**



**Teen's parents to sextortion victims: Ask for help**



**El Salvador President Bukele says he won't be releasing ...**



**Attack by gunmen leaves at least 40 people dead in ...**







**READ NEXT >**



**READ NEXT >**

**Next story in**

4/14/25, 1:58 PM
Case 3:25-cv-03292-SI Document 7-3 Filed 04/15/25 Page 108 of 380
Visas of 2 GVSU international students have been revoked, school says | WOODTV.com

## MORE STORIES

 **GRCC president resigns after being placed on leave**

 **Father, uncle heard shot that killed security guard**

 **Cruise ship bomb hoax linked to pet sitting duties**

 **International students file legal challenges over …**

 **Teen's parents to sextortion victims: Ask for help**

 **El Salvador President Bukele says he won't be releasing …**

 **A Palestinian activist expecting a US citizenship …**

 **Attack by gunmen leaves at least 40 people dead in …**

| More Stories |
| --- |

## WOODTV.com Video

READ NEXT >



READ NEXT >

**Next story in**

More Videos

## BUILDING WEST MICHIGAN



READ NEXT >



READ NEXT >

**Next story in**

● **Historic Sligh building in GR listed for sale**
Grand Rapids • 1 week ago

▶ **New pickleball club opening in Grand Rapids**
Grand Rapids • 2 weeks ago

● **Fox Powersports buys three Lakeside Motor dealerships**
Montcalm County • 2 weeks ago

View All Building West Michigan

## TOP STORIES ON WOODTV.COM

● **Teen's parents to sextortion victims: Ask for help**
Kent County • 32 seconds ago

● **Convicted sex offender faces child porn charges**
Kent County • 2 hours ago

● **Cruise ship bomb hoax linked to pet sitting duties**
Muskegon County • 9 mins ago

▶ **Mostly dry Monday- becoming windy**
Forecast • 5 hours ago

● **Live cams give up-close look at bald eagle family**
Michigan • 5 hours ago



READ NEXT >



READ NEXT >

**Next story in**

4/14/25, 1:58 PM
Visas of 2 GVSU international students have been revoked, school says | WOODTV.com
Case 3:25-cv-03292-SI   Document 7-3   Filed 04/15/25   Page 111 of 380

Stream News 8 newscasts

Gas Prices for Grand Rapids & Kent Co.



News

## BESTREVIEWS.COM - TOP PICKS TO MAKE EVERYONE HAPPY

 **Gifts and goodies every kid will want in their Easter …**
Holiday • 2 hours ago

 **Walmart's 'Flash Deals' are filled with hidden gems …**
Holiday • 3 days ago

 **LEGO Easter sets are perfect basket-fillers**
Holiday • 3 days ago

 **Easter basket ideas that teens won't hate**
Holiday • 3 days ago

 **Amazon's new Easter storefront has incredible deals …**

READ NEXT >



READ NEXT >

Next story in



**News**                                          **Weather**

**Sports**                                        **Community**

**eightWest**

About Our Ads                                     FCC Public File

Closed Captioning Concerns                        EEO Report

Children's TV Report

**Get News App**                                  **Get Weather App**

                              

**READ NEXT >**

**READ NEXT >**

**Next story in**

Privacy Policy  11/18/2024                    Terms Of Use

FCC Applications                              Public File Assistance Contact

                                              The Hill

NewsNation                                    BestReviews

Content Licensing                             Nexstar Digital

Journalistic Integrity                        Sitemap

Do Not Sell or Share My Personal Information


© 1998 - 2025 Nexstar Media Inc. | All Rights Reserved.

**READ NEXT >**



**READ NEXT >**

**Next story in**



EXHIBIT P



Newsletters
Latest print issue

Donate Today.

*Printing news. Raising hell. Since 1893.*

No. 7 UNC men's lacrosse outlasts No. 12 Duke, 8-7, on the road

UNIVERSITY

# Trump administration terminates six UNC-CH international student visas

# The Daily Tar Heel



Photo by **Nate Skvoretz** / The Daily Tar Heel

The Old Well on Wednesday, Nov. 15, 2023.

By **Ananya Cox** and **Daneen Khan**
Published Tuesday, April 8, 2025

The Daily Tar Heel



**Updated April 9 at 2:35 p.m.:**

The visas of six international students have been terminated by the federal government, University Media Relations confirmed in a Tuesday email to The Daily Tar Heel.

According to the email, the University's International Student and Scholars Services' Student Exchange and Visitor Program records of the six students have been terminated.

In a separate email intended for "[U]niversity sponsored international students and scholars in non-immigrant status," ISSS Director Ioana Costant wrote that UNC-CH did not initiate the terminations and that the University was not directly notified.

"As soon as ISSS is aware that the government has terminated the SEVIS record of a current or alumni student or scholar, a member of the ISSS team will contact the student or scholar directly. ISSS will advise the student or scholar to

**The Daily Tar Heel**

ISSS serves as the sole authority for processing UNC-sponsored immigration benefits and advising with staff that regularly communicates with international students, as well as their departments and advisors about regulatory changes.

"ISSS is available to advise, answer questions and provide resources to all university-sponsored international students and scholars," Media Relations wrote.

Media Relations wrote that the University is not aware of ICE presence on campus.

Multiple terminations of student visas at Duke University and North Carolina State University have also been reported.

Read More

00:34                                                                02:08

*This is a developing story. Check back for updates.*

**@daneenk_ | @a_nanyabusiness**

**@dailytarheel | university@dailytarheel.com**

To get the day's news and headlines in your inbox each morning, sign up for our email newsletters.

SUBSCRIBE NOW

The Daily Tar Heel

Ananya Cox is the 2024-25 University editor. She previously served as the summer University editor and a senior writer on the Udesk.

What organization is responsible for processing UNC-sponsored immigration benefits?

○ Office of Admissions

○ International Student and Scholars Services

○ Campus Security

○ Student Government

10          Log in

TM

Advertisement



**Latest Print Edition**



**The Daily Tar Heel's 2025 Music Edition**

The Daily Tar Heel

The Daily Tar Heel

Administration
Faculty
UNC System

**City & State**
Chapel Hill
Carrboro
Orange County
North Carolina
General Assembly

**Lifestyle**
Arts & Entertainment
Food & Drink
Reviews & Trends
Community

**Opinion**
Editorials
Cartoons
Columns
Letters

**Multimedia**
Data
Video
Photo Galleries
Audio

**Donate**

**Subscribe**

**Print Archive**

**1893 Brand Studio**

**Shop**
Buy Photos

Women's Basketball
Men's Basketball
Baseball
Field Hockey
Women's Soccer
Men's Soccer
Volleyball
Women's Lacrosse
Men's Lacrosse
Softball

**About**
Hiring
Board of Directors
Alumni
Corrections
Contact
Policies & Bylaws

**Advertise**
Classifieds
Events Calendar
Celebrations
Obituaries

   

All rights reserved © 2025 The Daily Tar Heel

Powered by WORKS     Solutions by The State News

Do Not Sell or Share My Personal Information



EXHIBIT Q

# Los Angeles Times

CALIFORNIA

# Caught off-guard, California colleges scramble to determine scope of student visa cancellations



Students walk through the UCLA campus on May 17, 2023.  (Jay L. Clendenin / Los Angeles Times)



**By Jaweed Kaleem**
Staff Writer  |  𝕏 Follow

April 7, 2025 **Updated** 3:38 PM PT

Confusion and concern have ratcheted up at California colleges as campus officials indicated they were caught unaware by the Trump administration's cancellation late last week of dozens of international student visas.

Federal authorities have revoked at least 83 foreign student visas within the University of California and California State University systems and at Stanford, college officials said.

UCLA confirmed Sunday that federal authorities revoked the visas of 12 community members: six current students and six recent graduates. In a campus message, Chancellor Julio Frenk implied the government had not notified UCLA ahead of time. The issues were found during a "routine audit" of an immigrant student database connected to the Department of Homeland Security, he said. The government had shifted students' status and canceled their visas from the State Department.

"The termination notices indicate that all terminations were due to violations of the terms of the individuals' visa programs," Frenk said in his campus message. "At this time, UCLA is not aware of any federal law enforcement activity on campus related to these terminations."

He later told the campus: "We recognize that these actions can bring feelings of tremendous uncertainty and anxiety to our community. We want our immigrant and international UCLA students, staff and faculty to know we support your ability to work, learn, teach and thrive here."

UC Santa Cruz said Sunday that the visas of three of its students had been terminated "with no advance notice."

"The federal government has not detailed the reasons behind these terminations," said a campus notice from Chancellor Cynthia Larive. "We have notified the three students and are in direct contact with them to provide support."

Other UC campuses — Berkeley, Davis, San Diego and Riverside — and Stanford announced student visa cancellations Friday through Monday. At UC San Diego, one

student was also detained for deportation at the border, according to a campus message from Chancellor Pradeep Khosla.



**CALIFORNIA**

**Trump administration cancels dozens of international student visas at University of California, Stanford**

April 5, 2025

A UC official told The Times that UC Irvine students also had been affected by the sweep. No other details were provided. The official spoke anonymously because they were not authorized to talk to the media. A UC Irvine spokesperson did not respond to a request Sunday for more information.

ADVERTISEMENT

CSU officials said Monday that at least 32 students systemwide have had their visas revoked, but did not identify the campuses.

The Trump administration changed the students' status in SEVIS, a system linked to the Homeland Security Department that schools use to provide information on whether foreign students are enrolled in classes, abiding by work restrictions and otherwise in good standing.

Without valid enrollment status or visas, students could be open to immigration enforcement actions against them. Federal immigration authorities generally detain individuals only when they are a public danger or flight risk, but the Trump administration has at times taken more aggressive actions. Schools have not reported federal immigration authorities on campuses.

Two anonymous students filed separate suits over the weekend in federal court in Los Angeles against the Trump administration, alleging their statuses at unnamed campuses — in Orange County and the Inland Empire — were illegally terminated.

The Orange County student's suit says that their only legal violations were a "minor speeding ticket and a misdemeanor alcohol related driving conviction" and that the State Department was aware of the alcohol charge before renewing their visa.

The Inland Empire student's complaint says their "only criminal history is a minor misdemeanor non-alcohol related driving conviction."

Both students are represented by the same lawyers. Their suits say the administration's actions are "designed to coerce students... into abandoning their studies and 'self-deporting.' If [Immigration and Customs Enforcement] believes a student is deportable for having a revoked visa, it has the authority to initiate removal proceedings and make its case in court. It cannot, however, misuse SEVIS to circumvent the law, strip students of status, and drive them out of the country without process."



**CALIFORNIA**

**California international students on alert as Trump ramps up arrests of pro-Palestinian activists**

March 28, 2025

Since school leaders are not receiving warnings about the changes, employees are scrambling to find out how many students have been affected. Some tallies have

fluctuated multiple times a day. At UC Berkeley, the campus initially said Saturday that four students' visas were canceled. It revised the number twice and landed on six later.

Other campuses are still evaluating their international student enrollments.

Officials at USC have declined to state whether student visas were canceled at the campus, which is home to more than 17,000 international students, the largest concentration at any California school. Student and faculty leaders said Sunday that they had not heard of revocations.

At UC San Francisco, a spokesperson said Sunday that there had been no visa actions. A spokesperson for UC Merced on Sunday declined to state whether the campus was affected, while representatives of UC Santa Barbara did not reply to inquiries.

In total, the visa revocations discovered since Friday have affected dozens of students and recent graduates in California. They include undergraduates, graduates and people on student visas as part of "optional practical training," a designation employed after graduation that gives temporary visa extensions to allow students to get job experience.

A Homeland Security spokesperson did not respond to a request to provide a total number of affected campuses or individuals in California.

Nationally, similar actions since last week have affected students at Arizona State, Colorado State, Columbia, Harvard, North Carolina State and several other universities.

It's unclear why the Trump administration is revoking the visas. In March, the Homeland Security and State departments detained several foreign students, including those at Columbia University, for deportation. Those actions were based on allegations that their pro-Palestinian protest activities were "pro-Hamas" — the militant group that the U.S. has designated as a terrorist organization — and a threat to U.S. security and foreign policy. Many of those detentions are being challenged in federal courts.

But according to campus members, many of the more recent cancellations do not appear to be connected to protesters.

"Terminations may be due to recent or past interactions with law enforcement — ranging from arrests to criminal or misdemeanor offenses," said Syed Tamim Ahmad, a junior at UCLA who is the student government's international student representative. "The students received an email from the visa management system, but it's very brief. It simply informs them of the termination and cites a termination reason as stated in SEVIS. It also refers them to seek outside legal counsel."



CALIFORNIA

**Justice Department probes major California universities over 'illegal DEI' in admissions**

March 28, 2025

Ahmad said he received the reasons for the terminations from the Dashew Center, which is UCLA's international student office. The center's director, Sam Nahidi, declined an interview request from The Times.

The issue of a past criminal case recently came up at the University of Minnesota after the March arrest of a Turkish student. The Trump administration said visa actions against the student were due to a 2023 drunk driving arrest in which he pleaded guilty. The student said in a court filing that he followed through on state-mandated drivers' programs after the alcohol case.

"What's happening now is fundamentally different from what has happened before," said Ahilan T. Arulanantham, faculty co-director of the Center for Immigration Law and Policy at the UCLA School of Law. "The government seems to be revoking visas and arresting and deporting students based on interactions that are too minor to have been of any interest in the past. People with a reckless driving ticket and who then completed

the driver's training, for example. In some cases I have seen, there is not even a criminal charge or arrest, but only a citation."

In a written statement to The Times, a State Department spokesperson declined to share specifics about the cancellations in California.

The spokesperson added that the U.S. "has zero tolerance for non-citizens who violate U.S. laws. Those who break the law, including students, may face visa refusal, visa revocation, and/or deportation. The Department of State will continue to work closely with the Department of Homeland Security to administer and enforce U.S. visas and immigration laws."

At UCLA, students and faculty are rushing to aid those who have lost their visa status. An "ICE tip sheet" is circulating to guide students on how to potentially deal with Immigration and Customs Enforcement agents. Students are also being directed to a hotline for the UCLA area and legal aid from the UC Immigrant Legal Services Center, which is based at UC Davis.

On Sunday, faculty from the UCLA Task Force on Anti-Palestinian, Anti-Arab, and Anti-Muslim Racism also released a letter the group had sent to the campus chancellor requesting more aid for international students.

"It is urgent that you take measures to protect UCLA's international students," the letter says. Among other requests, it calls for the university to "challenge the Department of Homeland Security for its failure to follow due process," ensure the enrollment of students whose visas have been canceled and offer those who leave the U.S. the chance to complete their studies remotely.

*Times staff writer Ryan Fonseca contributed to this report.*

## More to Read

### UCLA bans Students for Justice in Palestine as a campus organization

March 28, 2025



### University of California orders hiring freeze, cuts in response to Trump threats

March 19, 2025



### Amid arrest of pro-Palestinian student organizer, what rights do visa holders and others have?

March 16, 2025





**Jaweed Kaleem**

Jaweed Kaleem is an education reporter at the Los Angeles Times, where he covers news and features on K-12 and higher education. He specializes in reporting on campus activism and culture, including issues on free speech, religion, race and politics. Kaleem previously worked for The Times as a Los Angeles-based national correspondent and a London-based foreign correspondent. Follow him on Bluesky @jaweedkaleem.bsky.social and X @jaweedkaleem.

Copyright © 2025, Los Angeles Times | Terms of Service | Privacy Policy | CA Notice of Collection | Do Not Sell or Share My Personal Information



EXHIBIT R

U.S. NEWS

# University of Florida student deported to Colombia after traffic stop

Felipe Zapata Velázquez, 27, is one of the latest foreign students studying in the United States to be deported.



Get more news **LIVE** on NBC NEWS NOW.  ›

April 9, 2025, 3:57 AM PDT

**By Patrick Smith**

An international student studying at the University of Florida has been deported to his home country, Colombia, after he was arrested and accused of traffic violations, his family and local officials said.

Felipe Zapata Velázquez, 27, is one of the latest foreign students studying in the United States to be deported after a widespread crackdown by the Trump administration.

A protest to demand that his immigration status be restored was scheduled at the college at 12:15 p.m. ET Wednesday.

NBC Miami obtained body-worn camera video showing the moment police stopped Zapata Velázquez in Gainesville on March 28. "I'm an international student," he tells an officer. "I just came from Colombia."

Police records cited by NBC Miami show he was cited for numerous offenses, including having an illegal license plate and driving with a suspended or revoked license and registration tag.

Like many others who have faced detention by Immigration and Customs Enforcement, Zapata Velázquez had a valid F-1 student visa. The university confirmed that he is a third-year undergraduate majoring in food and resource economics but said it could not comment further for privacy reasons.

Claudia Velázquez, his mother, told Colombian TV station Nuestra Tele Noticias this week that her son was told he could wait in detention while the immigration court handled the case or sign his own deportation papers.

"At this time, Felipe is undergoing a physical and emotional recovery process, and we are prioritizing his well-being and overall health," she said in a statement in Spanish obtained and translated by NBC Miami.

"I sincerely appreciate the interest, solidarity, and support that many have expressed regarding my son's situation. When his situation is fully clarified, and if he deems it appropriate, Felipe will personally address any additional requests or communications."

Rep. Maxwell Frost, D-Fla., said Zapata Velázquez was taken to the Krome Detention Center in Miami-Dade County.

In a statement this week, Maxwell said President Donald Trump and ICE were "running a government-funded kidnapping program."

"Felipe Zapata Velasquez is just the latest victim of Trump's disgusting campaign against immigrants. What should have been a routine traffic stop resulted in a nightmare as Felipe is now forced to live in the hell on Earth that is the Krome Detention Center while he awaits deportation orders," said Frost, a member of the House Oversight Committee.

Dimitris Liveris, leader of the University of Florida Young Democratic Socialists of America, which was organizing Wednesday's protest, told NBC Miami: "Right now, we're seeing waves and waves of fear throughout the student body because people don't know what's going to get them placed in an ICE prison."

---

  Patrick Smith

Patrick Smith is a London-based editor and reporter for NBC News Digital.

---



EXHIBIT S

Video    Live    Shows ⌄    Shop    ■    ■                                    Log In    Stream on hulu

# Harvard, UCLA, Stanford among schools across US reporting student visa revocations

Colleges and universities nationwide are tallying their impacted students.

By **Ely Brown**, **Erica Morris**, and **T. Michelle Murphy**
April 7, 2025, 6:18 PM

   



**Trump administration revokes visas of dozens of international students**    The State Department has revoked around 300 visas since President Trump's Jan. 30 executive order, according to Secretary of State Marco Rubio.

The student visas of five individuals currently attending or recently graduated from Harvard University have been revoked, according to Harvard.

It's one of more than a dozen higher education institutions that is actively tracking and reporting the number of affiliated people who have been targeted by President Donald Trump's administration in recent weeks.

These incidents are part of what appears to be mass targeting of international students by Trump's administration over alleged violations of their visa or green card conditions, ranging from minor legal infractions to participating in demonstrations. In other cases, the reason for the revocation is unknown or has not been provided by the administration.

Since the beginning of Trump's second term, the State Department has revoked over 300 student visas nationwide, Secretary of State Marco Rubio told reporters on March 27.

Based on non-exhaustive tallies provided by the respective HEIs, here are some of the colleges and universities that have been impacted.



A person runs past Elliot House at Harvard University, March 17, 2025, in Cambridge, Mass.

Scott Eisen/Getty Images

---

**MORE: What we know about the foreign college students targeted for deportation→**

---

## Arizona State University: 8

Arizona State University has reported at least eight students impacted by the Trump administration's recent spate of student visa revocations.

## Central Michigan University: 4

Four current and former students at Central Michigan University have had their visas revoked, according to the school.

## Colorado State University: 6

Colorado State University reported six impacted students.

## Harvard University: 5

Harvard reported that three students and two recent graduates had their student visas revoked.

## Kent State University: 3

Kent has reported three individuals affected by student visa revocations to date.



Students from Harvard University, Massachusetts Institute of Technology and other area schools rally at a protest encampment by The Scientists Against Genocide on Massachusetts Institute of Technology's Kresge Lawn on April 22, 2024, in Cambridge, Massachusetts.

Scott Eisen/Getty Images

---

**MORE: Trump administration reviewing alleged antisemitism at Harvard University** →

---

## Minnesota State University: 5

Five students enrolled at Minnesota State University have reportedly been impacted.

## North Carolina State: 2

Two international students from North Carolina State had their student visas revoked, the school stated.

## Ohio State University: 5

Ohio State reported five individuals impacted by the recent crackdown.

## Stanford University: 6

Case 3:25-cv-03292-SI    Document 7-3    Filed 04/15/25    Page 138 of 380

Stanford has said that four current students and two recent grads have had their student visas revoked.

### University of California system: Unknown

Although an estimate has not yet been provided, the University of California system of schools has stated that its campuses -- including the University of California Los Angeles, UC San Diego, UC Berkeley, UC Davis and UC Irvine -- have been impacted.

### University of Cincinnati: Unknown

The University of Cincinnati has reported a "small number" of impacted international students.

### University of Colorado: 2

The University of Colorado reports two students who have been affected in recent weeks.

### University of Kentucky: Unknown

The University of Kentucky has shared that a "small number" of its student body has been impacted.

### University of Massachusetts Amherst: 5

UMass Amherst reported that five of its students have recently had their visas revoked.

### University of Michigan: 4

U-M reported that four of its international students have been impacted in recent weeks.

### University of Nevada, Las Vegas: 4

Four students at UNLV have been impacted by the recent emphasis on student visa revocations, according to the school.

### University of Oregon: 1

A student enrolled at the University of Oregon was also affected, according to the school.

### Related Topics

Immigration



## Sponsored Content by Taboola

**74.3"H X 47.2"W Wood Double 6-Tier Standard Bookcase**
Sponsored / WAYFAIR - $193.99

**Jakyb Standing & Height-Adjustable Desks**
Sponsored / WAYFAIR - $117.99

**2024 Senior SUV is A True Head Turner (You'll Love The Price)**
Sponsored / TrueSearches | Search Ads

**Koree Standing & Height-Adjustable Desks**
Sponsored / WAYFAIR - $92.99

**74.3"H X 47.2"W Wood Double 6-Tier...**
Sponsored / Wayfair

**The Disadvantages Of A Reverse Mortgage Might Surprise You**
Sponsored / Top Searcher Now | Finance

Learn More

**Oakland: Unsold Cars with Zero Miles: Get Them Dirt Cheap**
Sponsored / GoSearches | Search Ads

**Empty Antarctica Cruises Cost Almost Nothing (Take A Look)**
Sponsored / SearchCommons | Search Ads

**New Small Electric Car For Seniors - The Price May Surprise You**
Sponsored / FavoriteSearches | Search Ads

**ABC News Network**   **Privacy Policy**   **Your US State Privacy Rights**   **Children's Online Privacy Policy**   **Interest-Based Ads**   **About Nielsen Measurement**   **Terms of Use**
**Do Not Sell or Share My Personal Information**   **Contact Us**
© 2025 ABC News



EXHIBIT T

PART OF STATES NEWSROOM

EDUCATION

QUICK READS

# Federal government revokes visas for international students at Oklahoma universities

BY: **BETH WALLIS, STATEIMPACT OKLAHOMA** - APRIL 9, 2025

2:29 PM



📷 The Edmon Low Library is pictured at the Oklahoma State University's campus in Stillwater on Dec. 6. (Photo by Emma Murphy/Oklahoma Voice)

Oklahoma State University and the University of Central Oklahoma say some of their international students have had their visas revoked.

In a statement to StateImpact, Oklahoma State University spokesperson Mack Burke said eight OSU student visas have been recently revoked by the federal

government. He did not provide further information as to the reasons behind the revocations or if the students had been deported.

According to the statement, OSU is monitoring the situation and "providing appropriate guidance and support to those impacted."

The University of Central Oklahoma told StateImpact "as many as four" of its students have had visas revoked.

A recent report by Inside Higher Ed found roughly 150 students at 50 institutions have had their visas revoked, though the actual number is likely higher. Secretary of State Marco Rubio has said the U.S. has revoked 300 or more student visas, calling the affected persons "lunatics."

A spokesperson for the University of Oklahoma said it was unable to confirm if any of its students have been affected due to student privacy laws.

*This article was originally published by StateImpact Oklahoma. StateImpact Oklahoma is a partnership of Oklahoma's public radio stations which relies on contributions from readers and listeners to fulfill its mission of public service to Oklahoma and beyond.*



SUBSCRIBE

---

REPUBLISH

*Our stories may be republished online or in print under Creative Commons license CC BY-NC-ND 4.0. We ask that you edit only for style or to shorten, provide proper attribution and link to our website. AP and Getty images may not be republished. Please see our republishing guidelines for use of any other photos and graphics.*



## BETH WALLIS, STATEIMPACT OKLAHOMA

Beth Wallis is StateImpact Oklahoma's education reporter.

**MORE FROM AUTHOR**

## MORE FROM OUR NEWSROOM



**Oklahoma federal judge tosses former teacher's lawsuit against Walters**

BY **NURIA MARTINEZ-KEEL**

April 10, 2025



**Oklahoma Senate has no plans to reject proposed social studies standards, leader says**

BY **NURIA MARTINEZ-KEEL**

April 10, 2025

## YOUR CAPITAL. YOUR VOICE.

**DEMOCRACY TOOLKIT** 



Oklahoma Voice provides independent, nonpartisan reporting that holds officials accountable and elevates the voices of those too often sidelined by the political process.

We're part of States Newsroom, the nation's largest state-focused nonprofit news organization.

DEIJ Policy | Ethics Policy | Privacy Policy

Our stories may be republished online or in print under Creative Commons license CC BY-NC-ND 4.0. We ask that you edit only for style or to shorten, provide proper attribution and link to our website. (See full republishing guidelines.)

  

© Oklahoma Voice, 2025

v1.78.4

# STATES NEWSROOM

---

## FAIR. FEARLESS. FREE.



EXHIBIT U

Trending:   S.F. People's March   |   Sunset Dunes   |   'Distress flag'   |   Family zoning   |   Top 100   |   Top 100 restaurants   |   UC acceptance rates

**BAY AREA**

# Trump administration sows panic at California universities after revoking over 100 student visas

By **Anna Bauman**, **St. John Barned-Smith**, **Bob Egelko**
Updated April 9, 2025 10:18 a.m.

   



SALE! 25¢ for 3 Months          Sign in

**SALE: 25¢ for 3 months! Be informed. Stay connected.**

ACT NOW



Sather Tower, also known as the Campanile, stands over the UC Berkeley campus. The Trump administration has revoked more than 100 student visas at universities across California, including the flagship UC campus.

Jessica Christian/The Chronicle



🎧 Listen Now:  **Trump administration sows panic at California universities after revoking over 100**

9:57    1x

Everlit

Federal officials have terminated visa eligibility for at least 121 international students across <u>at least a dozen college campuses in California</u> since last week, a move that immigration advocates denounced as an unlawful attempt to intimidate foreign students into leaving the country.

California State University confirmed Tuesday that the government revoked visas for 36 current and former students, while the University of California said visas of roughly 50 students and recent graduates were voided. Representatives from several California universities said they were not provided detailed reasons for the terminations.

SALE: 25¢ for 3 months! Be informed. Stay connected.

ACT NOW

"The government has not coordinated with UC leaders on their decisions or provided advance notice to us, but has indicated in government databases that the terminations were due to violations of the terms of the individuals' visa programs," UC President Michael V. Drake said in a statement Tuesday, noting that international students have "enriched our excellence" and are "integral to our academic and civic life."

ADVERTISEMENT
Article continues below this ad

Drake said the visa revocations were not preceded by on-campus visits from federal law enforcement agencies, including Immigration and Customs Enforcement, so far as he was aware.

In most cases, university officials said the federal government provided no rationale for terminating the student visas. A growing number of lawsuits in California and other states claim the revocations have been unjustified. The suits also offer a glimpse into the circumstances of the students whose lives could be upended by the visa revocations.

The administration has revoked at least 300 visas, including student visas, Secretary of State Marco Rubio said last month at a news conference in Guyana. The more than 100 student visa revocations in California as of Tuesday represent about a third of that total. That's a small fraction of the more than 1.5 million international students who study in the U.S. every year, but the visa revocations have nevertheless alarmed international students and their advocates.

U.S. Department of State spokesperson Tammy Bruce declined to answer specific questions about the reasons behind similar student visa revocations across the country during a Tuesday media briefing. She also declined to release the number of visa revocations due to the "fluidity of the situation."

"The department revokes visas every day in order to secure our borders and to keep our communities safe, and we'll continue to do so," she said.

ADVERTISEMENT
Article continues below this ad

Across the Bay Area, the visa revocations have impacted six students at San Jose State; four recent graduates of San Francisco State; four current and two former students at Stanford; 13 current students and six recent graduates at UC Berkeley; and three students at UC Santa Cruz, representatives from each of those campuses told the Chronicle on Tuesday.

Stanford said Tuesday that additional students have since had their visas revoked, but declined to provide an updated number, which it said can "change frequently."

Sheen Kim, a second-year law student at Stanford, said the visa terminations created an "extremely frightening" situation for international students on campus. "There seems many times to be little rhyme or reason as to why students are selected, why these visas are revoked," she said.

Liam Sherman, a physics student in the second year of a Ph.D. program at Stanford, said the Stanford Graduate Workers Union, which represents many international students, has seen an outpouring of support since Friday from student workers.

"I think it's mobilized a lot of people because they see that it's this random, chaotic, stressful, fear-inducing thing that is happening to their colleagues," Sherman said, adding that the graduate student union plans to pressure Stanford officials to be transparent about the evolving situation and "not cave to ICE demands."

The visa terminations have hit campuses across the state as well, impacting six current and six former students at UCLA; seven current and five former students at UC Davis; 10 current students at UC Santa Barbara, including seven undergraduate students and three graduate students; two current students and four recent graduates at UC Riverside; four students at UC Merced; five students at UC San Diego; four students at CSU Long Beach; and seven students at Santa Monica College, a public two-year community college in Los Angeles, according to those universities.

Another UC San Diego student was detained at a U.S. border crossing last week, denied entry into the U.S. and deported to their unspecified home country, according to a statement released Friday by Chancellor Pradeep K. Khosla.

Some students, including at least two in California, have filed lawsuits challenging the Trump administration's efforts to revoke their visas.

In one lawsuit, filed in federal court in Los Angeles, attorneys for one student, whose identity was withheld, questioned the basis for revoking their client's visa — which the government had only listed as "foreign policy grounds," they said.

The student had been "in full compliance with the terms" of their visa since obtaining it five years ago, immigration attorney Stacy Tolchin said in the claim.

Tolchin described the plaintiff as a student-athlete from a predominantly Muslim country who does not drink or use drugs, has no serious criminal record and has not engaged in "any significant political activity." The student is "highly valued by their college," which was described only as an institution in the Inland Empire, according to the lawsuit.

In the past week, attorneys said in the lawsuit, deportation orders aimed primarily at African, Muslim, Middle Eastern and Asian students "have shaken campuses across the country."

"Even when a visa is revoked ... (U.S. Immigration and Customs Enforcement) is not authorized to terminate Plaintiff's student status," Tolchin said in the lawsuit. Under U.S. Department of Homeland Security regulations, she said, students can lose protection only if they fail to maintain a full course of study, engage in "unauthorized employment" or commit a crime punishable by more than a year in prison.

"If ICE believes a student is deportable for having a revoked visa, it has the authority to initiate removal proceedings and make its case in court," the lawsuit said. It said the government's policy "appears to be designed to coerce students, including Plaintiff, into abandoning their studies and 'self-deporting' despite not violating their status."

Bill Hing, an immigration law professor at the University of San Francisco who is not involved in the court cases, agreed with Tolchin's arguments.

"I'm hoping the schools understand that the students are not out of status just because their visa is revoked," Hing told the Chronicle.

Hing said that while a revoked visa would prevent a person from leaving the country and returning without a new visa, as long as they abided by their student requirements, such as taking a full class load and not working without permission, they would not be deportable.

"Only an immigration judge can order removal," Hing said.

But universities and colleges have a financial incentive to comply with the government's visa revocations: the money they receive every year from international student tuition payments.

"Colleges have an interest in cooperating with the government," he said, "because the government can disqualify schools from being able to enroll foreign students."

Another law professor, Pratheepan Gulasekaram of the University of Colorado, said Trump's Department of Homeland Security "is acting as though they are unbounded by congressional laws and can simply remove people at their discretion. This should scare all Americans — citizens, green card holders and student visitors."

Kevin Johnson, immigration law professor and former dean of the UC Davis law school, said he is concerned the Trump administration's actions could discourage prospective students from applying to American universities in the future.

"It's going to have an impact on students coming, impact on universities in paying revenues, and that means there's likely to be fewer foreign scholars who decide to come to the U.S. or stay after they've gotten a degree here," he said.

One analysis from 2016 of student enrollment at public universities found that foreign students paid a disproportionate amount of tuition the schools received. Of the $9 billion the schools received in tuition and fees, about 28% of that revenue came from foreign students even though they made up about 12% of the student population.

Another of Tolchin's clients is an unidentified student on an F-1 visa who enrolled in a college in Orange County more than five years ago and has, ever since, been "engaged in a full course of study."

On March 25, the student learned from their college that their student visa was revoked and that their status in ICE's student and exchange visitor program has been terminated, citing a "failure to maintain status" and "foreign policy grounds," according to the student's claim, also filed in Los Angeles federal court.

"The students are absolutely terrified," she said in an interview.

Tolchin said the Trump administration has provided shifting justifications for visa revocations, but none of those justifications appear to be lawful.

In the Orange County student's case, the plaintiff's only run-ins with the law included a speeding ticket and a misdemeanor alcohol-related driving conviction, the lawsuit noted, arguing that neither of those meets the federal government's threshold for terminating the plaintiff's F-1 visa.

The plaintiff's situation is similar to many others across the country, Tolchin said, noting that many of the purported criminal violations the government has used for justification to revoke students' visas and their immigration status are for issues that were cleared before students renewed visas, minor traffic-related issues, or criminal arrests that did not result in convictions.

"It's really an attack on institutions of higher learning and academia," she said. "These are people in the top of their fields, and in a lot of instances we'll be losing them."

*Chronicle staff writers Ko Lyn Cheang and Raheem Hosseini contributed to this story.*

*Reach Anna Bauman: [anna.bauman@sfchronicle.com](mailto:anna.bauman@sfchronicle.com), Reach St. John Barned-Smith: [stjohn.smith@sfchronicle.com](mailto:stjohn.smith@sfchronicle.com). Reach Bob Egelko: [begelko@sfchronicle.com](mailto:begelko@sfchronicle.com)*

April 8, 2025 | Updated April 9, 2025 10:18 a.m.

 

### Anna Bauman
**REPORTER**

 

Anna Bauman joined the Chronicle in March 2024 as a breaking news reporter. Previously, she was an investigative reporter at Open Vallejo and before that, an education reporter at the Houston Chronicle, where her work earned recognition from the Texas Managing Editor Awards in 2024. A Kansas City native, Anna's early career traces back to San Francisco as a breaking news reporter for the Chronicle through the Hearst Journalism Fellowship program, which includes two 12-month rotations at Hearst's top newspapers. During her fellowship, she reported on the COVID-19 pandemic, the police killing of Sean Monterrosa in Vallejo, and played a key role in the Chronicle's award-winning coverage of the Kincade Fire in 2019.



### St. John Barned-Smith
**REPORTER**

   

St. John "Sinjin" Barned-Smith joined The San Francisco Chronicle in 2022 and covers City Hall. He previously worked at The Houston Chronicle, where he covered law enforcement.

Barned-Smith started his career at the Philadelphia Daily News, served in the Peace Corps, in Paraguay, and worked at the Montgomery Gazette, in Maryland, before joining Hearst Newspapers in 2014. His coverage of floods, mass shootings and police misconduct and other topics has been honored with several state and national awards.

Barned-Smith lives in San Francisco, with his newshound, Scoop.



### Bob Egelko
**COURTS REPORTER**

  

Bob Egelko has been a reporter since June 1970. He spent 30 years with the Associated Press, covering news, politics and occasionally sports in Los Angeles, San Diego and Sacramento, and legal affairs in San Francisco from 1984 onward. He worked for the San Francisco Examiner for five months in 2000, then joined The Chronicle in November 2000.

His beat includes state and federal courts in California, the Supreme Court and the State Bar. He has a law degree from McGeorge School of Law in Sacramento and is a member of the bar. Coverage has included the passage of Proposition 13 in 1978, the appointment of Rose Bird to the state Supreme Court and her removal by the voters, the death penalty in California and the battles over gay rights and same-sex marriage.

**Top Of The News**



SAN FRANCISCO

## 'Pure joy': Thousands celebrate opening of S.F.'s newest park, a coastal gateway

Sunset Dunes, the 2-mile stretch of the Great Highway closed to cars and the target of challenges, drew a huge crowd Saturday during its grand opening.

SAN FRANCISCO

## S.F. People's March unites drag queens, educators and immigrants to defy Trump

CRIME

## Two teenagers, one 24-year-old shot at Davis Picnic Day celebration

SAN FRANCISCO

## Map: How Mayor Lurie's 'family zoning' could affect your S.F. neighborhood

WINE, BEER & SPIRITS

## There's been a historic shift in what Californians are drinking

**Let's Play**

 Cross|word     Flipart     Really Bad Chess     SpellTower     Typeshift     Wordbi

Top

About

Contact

Services

Account

HEARST newspapers  © 2025 Hearst Communications, Inc.  Terms of Use | Privacy Notice | CA Notice at Collection | Your CA Privacy Rights (Shine the Light) | DAA Industry Opt Out |

Your Privacy Choices (Opt Out of Sale/Targeted Ads)



EXHIBIT V

PART OF STATES NEWSROOM

EDUCATION    IMMIGRATION    POLITICS & GOV

# Trump administration revokes visas for international students at various Ohio universities

BY: **MEGAN HENRY** - APRIL 8, 2025    4:50 AM



On the campus of The Ohio State University in Columbus, Ohio. (Photo by Graham Stokes for the Ohio Capital Journal. Republish photo only with original story.)

The Trump administration has revoked visa for international college students at a variety of Ohio universities.

Ohio State University, Kent State University, the University of Cincinnati and the University of Akron all have had international students whose visas have been revoked recently by the U.S. Department of Homeland Security.



SUBSCRIBE

At least seven Ohio State students have had their visas revoked as of Monday.

"At this time, we do not have any indication why this action was taken," university spokesperson Ben Johnson said in an email. "The students remain in the United States. The students, their attorneys and Ohio State are considering next steps."

The New York Times has reported that U.S. Secretary of State Marco Rubio ordered diplomats overseas to go through the social media of student visa applicants to identify those who have criticized the United States and Israel and potentially bar them from entering the country.

"The speech of people on student visas is still protected, but it doesn't always protect their immigration status," the Times reports on the legality of Trump's immigration crackdown. "International students are especially vulnerable to deportation because of the temporary nature of their legal status."

A Kent State international student and three recent graduates with Optional Practical Training post-graduate work permits have also had their visas revoked, according to a letter last week from university president Todd Diacon.

"We are working to connect with each of these individuals to ensure they are aware of this change in their status," Diacon said in his letter. "Kent State was not given advanced notice nor specific reasons for these decisions."

Federal authorities have revoked the visas of "a small number of international students here at UC," according to a letter from University of Cincinnati President Neville G. Pinto.

"UC representatives are in touch with each of our impacted students, and we are doing what we can to support them during this incredibly challenging time," Pinto said. "While we are aware that this is happening at universities across the nation, we have not been contacted by authorities, nor have we been given specific reasons for these revocations."

Two Akron students had their visas revoked, according to Signal Akron. The university did not respond to the questions from the Capital Journal.

Many international students across the United States have had their visas revoked. The Trump administration issued an executive order on his first day in office ordering the State Department to review all visa programs and make sure foreign nationals do not pose a threat to national security.

Bowling Green State University said it was not aware of any international students who have had their visas revoked.

Central State University, Cleveland State University, Miami University, Ohio University, Shawnee State University, the University of Toledo, Wright State University, and Youngstown University did not respond to the Capital Journal's questions by deadline.

*Follow Capital Journal Reporter Megan Henry on Bluesky.*

## YOU MAKE OUR WORK POSSIBLE.

**SUPPORT**

AKRON OHIO    CINCINNATI OHIO    COLUMBUS OHIO    KENT OHIO    KENT STATE    OHIO    OHIO STATE



**REPUBLISH**

*Our stories may be republished online or in print under Creative Commons license CC BY-NC-ND 4.0. We ask that you edit only for style or to shorten, provide proper attribution and link to our website. AP and Getty images may not be republished. Please see our republishing guidelines for use of any other photos and graphics.*



## MEGAN HENRY ✉ 🦋

Megan Henry is a reporter for the Ohio Capital Journal and has spent the past five years reporting in Ohio on various topics including education,

healthcare, business and crime. She previously worked at The Columbus Dispatch, part of the USA Today Network.

Ohio Capital Journal is part of States Newsroom, the nation's largest state-focused nonprofit news organization.

MORE FROM AUTHOR

## MORE FROM OUR NEWSROOM



**Thousands gather at Ohio Statehouse as part of 'Hands Off' protests against Trump and Musk**

BY **MARTY SCHLADEN**

April 6, 2025



**Scores of protests planned in Ohio Saturday, more than 1,000 across U.S.**

BY **MARTY SCHLADEN**

April 4, 2025

REPORTING FOR THE PEOPLE

DEMOCRACY TOOLKIT






The Ohio Capital Journal is an independent, nonprofit news organization dedicated to connecting Ohioans to their state government and its impact on their lives. The Capital Journal combines Ohio state government coverage with incisive investigative journalism, reporting on the consequences of policy, political insight and principled commentary.

We're part of States Newsroom, the nation's largest state-focused nonprofit news organization.

DEIJ Policy | Ethics Policy | Privacy Policy

Our stories may be republished online or in print under Creative Commons license CC BY-NC-ND 4.0. We ask that you edit only for style or to shorten, provide proper attribution and link to our website. (See full republishing guidelines.)







© Ohio Capital Journal, 2025

v1.78.4

STATES NEWSROOM

FAIR. FEARLESS. FREE.



EXHIBIT W

Case 3:25-cv-03292-SI   Document 7-3   Filed 04/15/25   Page 162 of 380

BALTIMORE | News Weather Sports Video On WJZ

LOCAL NEWS

# Visas revoked from international students at some Maryland colleges, schools say



By JT Moodee Lockman, **Adam Thompson**
Updated on: April 9, 2025 / 6:39 AM EDT / CBS Baltimore

International students at some Maryland colleges had their visas revoked by the federal government, including the University of Maryland, the University of Maryland, Baltimore County (UMBC), and Johns Hopkins University.

Baltimore's Johns Hopkins University told WJZ that about a dozen international students had their visas _____ernational students had their visas taken away.



**Be the first to know**

Get browser notifications for breaking news, live events, and exclusive reporting.

_____ e international students being impacted by a visa _____ many.

_____ hrough the Student Exchange Visitor Information System _____ cement (ICE).

An F-1 visa allows a full-time college student to live in the U.S. legally with proof of enrollment, according to U.S. Citizenship and Immigration Services. The visa can often be extended if the path to graduation takes longer than expected.

Watch CBS News

00:00                                                                                          02:00

See More

## Johns Hopkins University

Johns Hopkins University officials said they have not gotten any information about why those student visas were revoked. They further clarified that they have not received any indication that the changes are due to expressions of free speech on campus.

As the sponsor of the visas, the university said it has taken action to inform students and is providing support services to those affected.

So far, officials are not reporting any arrests or detentions of JHU students, though visa terminations require the students to leave the U.S.

## University of Maryland, Baltimore County (UMBC)

A UMBC spokesperson told WJZ that four international students had their visas canceled with no prior



**Be the first to know**

Get browser notifications for breaking news, live events, and exclusive reporting.

Watch CBS News

UMBC learned about the visa revocations during a daily audit of the Student and Exchange Visitor Information System, whose website is run by the U.S. Department of Homeland Security (DHS) to maintain information regarding student visas.

Cherie Parker, Director of Media Relations for UMBC, said the university has reached out to the impacted students, and some of the students are planning to immediately leave the country, while others are receiving immigration counsel and exploring their options.

Parker told WJZ that UMBC has not received an explanation from the federal government as to why the students' visas were revoked.

"We are coordinating with faculty and university leadership to ensure that students who choose to leave the U.S. are still able to complete their coursework and degree programs," Parker said.

## University of Maryland

Hafsa Siddiqi, the Manager of Media Relations at the University of Maryland, said the College Park campus was among those nationwide whose students suddenly lost their ability to legally stay in the U.S.

The University of Maryland told WJZ it is aware that some international institutions nationwide, including UMD, have "experienced unexpected termination of their lawful status in the U.S."

"UMD's International Students and Scholars Services office will continue to communicate with impacted individuals to provide information specific to their situation," Siddiqi said.



**Be the first to know**

Get browser notifications for breaking news, live events, and exclusive reporting.

ne protests

t visas began with individuals who reportedly
participated in pro-Palestine protests that took over several college campuses in 2024.

Watch CBS News

An encampment related to the protests lasted for about 14 days at Johns Hopkins University and ended after school leaders and student protestors reached an agreement.

The encampment violated JHU's policies that protect freedom of expression and aim to ensure campus safety.

In late March, Secretary of State Marco Rubio reported that 300 visas had been revoked from students who participated in protests on campuses across the nation.

Rubio said students who had their visas terminated are "no longer legally in the United States. And we have a right, like every country in the world has a right, to remove you from our country."

The move to revoke student visas has prompted questions about the First Amendment rights of foreign nationals who are green card or visa holders.

Since the announcement of those initial 300 student visas being revoked, several other universities in the U.S. announced similar situations on their campuses.

The University of Pennsylvania reported that three international students had their school-sponsored visas terminated. University officials also reported that the terminations did not appear to be connected to the 2024 protests.

Four University of Michigan students also had their visas revoked by the Department of Homeland Security, according to university officials.

Three Harvard University students and two recent graduates had their visas revoked, officials reported Sunday. There was no reason given, and school officials said they learned about the immigration status changes during a routine review of records.

## More from CBS News

**Maryland vocational training center gives those formerly incarcerated a second chance**

**Maryland leaders to tour NASA flight center as Trump administration proposes federal cuts**

**Senator Van Hollen requests meeting with El Salvadorian president to discuss return of mistakenly deported Maryland man**

**f Kilmar Abrego Garcia**

Be the first to know
Get browser notifications for breaking news, live events, and exclusive reporting.

Watch CBS News

**Featured**

Trump Tariffs

Gayle King Goes to Space

The Masters Final Round

Masters Leaderboard

**Follow Us On**

YouTube

Facebook

Instagram

X

**CBS News Baltimore**

Meet the Team

Program Guide

Contests & Promotions

Advertise With Us

Sitemap

**Regulation**

Public File for WJZ-TV

Public Inspection File Help

FCC Applications

EEO Report

**Privacy**

Privacy Policy

California Notice

Your Privacy Choices

Terms of Use



## Be the first to know

Get browser notifications for breaking news, live events, and exclusive reporting.

Watch CBS News Broadcasting Inc. All Rights Reserved.



EXHIBIT  X

# Lansing State Journal

# Lansing State Journal

# international students, university confirms



**Sarah Atwood**
Lansing State Journal

Published 6:04 p.m. ET April 7, 2025 | **Updated 2:43 p.m. ET April 8, 2025**

*This story was updated to add additional comments from Michigan State University spokesperson Amber McCann and Michigan Immigrant Rights Center Senior Managing Attorney Ruby Robinson.*

EAST LANSING — Some international students studying at Michigan State University have had their visas revoked, the university confirmed Monday evening.

University spokesperson Amber McCann said the U.S. Department of State contacted those students directly and the university's Office for International Students and Scholars is aware and working with the students to provide support.

"The university's Office for International Students and Scholars is closely monitoring the situation for MSU international students and consulting with colleagues and immigration attorneys to learn more," McCann said in a text message to the State Journal. "The U.S. Department of State has been contacting international students directly if their visa has been revoked. OISS is aware of international students at MSU whose visas have been revoked and is working directly with those students to provide available support. OISS is monitoring the Student and Exchange Visitor Information System, or SEVIS, and will contact students if their SEVIS records are terminated."

McCann said the university does not know how many students had their visas revoked because the Department of State was reaching out to students directly. She did not respond to a question about whether any of the students had been deported or left the country.

# **Lansing** State Journal

There are two factors to consider, Michigan Immigrant Rights Center Senior Managing Attorney Ruby Robinson said. An international student's visa, which is issued by the State Department and their student status, which is monitored by the Department of Homeland Security.

Robinson said he suspects that some international students' visas are being revoked and their statuses are being terminated at the same time. As university officials do routine checks of SEVIS, they're likely finding students' statuses have been terminated, he said.

U.S. Secretary of State Marco Rubio has said that there is no right to a student visa, but rather it is a privilege that can be revoked, especially if the students are involved in any kind of violations of the law.

Robinson said the administration's termination of statuses without notice is raising questions about due process.

The issue is impacting other colleges across Michigan.

Four University of Michigan students have had their visas revoked by the U.S. Department of Homeland Security — and at least one has left the country at the recommendation of school officials — amid a nationwide crackdown on international college students in the United States. Additionally, students at the University of Minnesota, University of California Davis and Central Michigan University in Mt. Pleasant have had their visa statuses revoked.

Wayne State University officials said four of its students also have had their status terminated. Two international students at Grand Valley University had their visas revoked by the Department of Homeland Security, a university official told MLive.

# Lansing State Journal

The ACLU of Michigan and the Michigan Immigrant Rights Center criticized the decisions by the administration of President Donald Trump to revoke visas of international students studying in the U.S.

"Abruptly revoking international student visas of immigrant students at the University of Michigan, Central Michigan University, and other universities and colleges in Michigan and around the nation is another attempt by this administration to sow chaos and fear, needlessly upending the future of these students' education and lives," said Christine Sauve, policy, engagement, and communications manager for the Michigan Immigrant Rights Center. "These actions highlight the complete lack of due process and fairness that citizens and non-citizens are facing across our immigration system, and the erosion of students' first amendment rights.

"America's universities and colleges have long stood as beacons for freedom and democracy, but today that light is diminished. We urge students and their families to contact an immigration attorney for assistance and closely monitor their email for any communication from the U.S. Department of Homeland Security and their school."

*Contact Sarah Atwood at satwood@lsj.com. Follow her on X @sarahmatwood.*

**Lansing** State Journal



EXHIBIT  Y

UNIVERSITY OF PENNSYLVANIA

# 3 Penn students' visas revoked by federal government

 By 6abc Digital Staff
Tuesday, April 8, 2025 5:11AM

     



 24/7 Live                                                                43°

PHILADELPHIA (WPVI) -- Three students at the University of Pennsylvania have had their visas revoked by the federal government, according to an email from International Student and Scholar Services.

The students have also had their immigration statuses terminated.

**RELATED:** Student visas being revoked for several college students across US

Penn says it's related to immigration violations, and not the campus protests that took place last year.

This comes as the Trump administration is cracking down on international students across the country.

**ALSO SEE:** Temple student's visa revoked at discretion of Secretary of State, university says

Report a correction or typo

Copyright © 2025 WPVI-TV. All Rights Reserved.

**Related Topics**

EDUCATION     PHILADELPHIA     UNIVERSITY OF PENNSYLVANIA     VISA

DONALD TRUMP     U.S. & WORLD



**GundryMD**   Sponsored

Aging Seniors: Avoid Eating Blueberries for Breakfast

Read

**Amazon Is Losing Money as California Shoppers Are Canceling Prime for This Clever Hack**

Sponsored / Online Shopping Tools

**New Electric Cars Come With Tiny Price Tags (Take A Look)**

Sponsored / FrequentSearches | Search Ads

**Seniors Born 1941-1979 Receive 7 Benefits This Month If They Ask**

Sponsored / SeniorDealToday

**People Born 1948-1979 Can Fly Business Class For The Price of Economy**

Sponsored / Travel Savings Tools

**Amazon's Worst Nightmare: Shoppers Canceling Prime for This Clever Hack**

Sponsored / Online Shopping Tools

**Hollywood Actress Leaks Weight Loss Trick, Gets Fired!**

Sponsored / Your Healthy News

Learn More

**Amazon Is Losing Money as California Shoppers Are Cancelling Prime for This Clever Hack**

Sponsored / Online Shopping Tools

**Flight Attendant Reveals How To Fly Business Class For The Price of Economy**

Sponsored / Online Shopping Tools

Learn More

**All New Hyundai Palisade For Seniors Simply Amazes - See The Cost**

Sponsored / New Hyundai Palisade 2024

Learn More

Topics

Home

Weather

Traffic

Watch

Photos

Apps

**Regions**

Philadelphia

Pennsylvania

New Jersey

Delaware

**More Content**

Investigation

Troubleshooters

Consumer

Healthcheck

Links from Action News

Art of Aging

**6abc**

About 6abc/Contact Us!

Action News Biographies

6abc Contests & Promotions

TV Listings

Jobs & Internships at 6abc

Community

Help With An Antenna

 

Privacy Policy     Do Not Sell or Share My Personal Information     Children's Privacy Policy     Your US State Privacy Rights
Terms of Use     Interest-Based Ads     Public Inspection File     FCC Applications     Copyright © 2025 ABC, Inc., WPVI-TV Philadelphia.
All Rights Reserved.



EXHIBIT Z

COLLEGES + UNIVERSITIES

# Utah colleges, universities say international student visas are being revoked without notice

Apr 9, 2025, 10:17 AM | Updated: 4:01 pm



Salt Lake Community College in Salt Lake City on Friday, March 19, 2021. (Jeffrey D. Allred/Deseret News)

KSL TV     KSL SPORTS     KSL.COM

102.7FM     ● Live     Text Alerts     Video     Podcasts

Weather     Traffic     Menu

BY KENNEDY CAMARENA AND ADAM SMALL

KSLNewsRadio

Share ↗

SALT LAKE CITY — Colleges and universities in Utah confirmed Wednesday that visas are being suddenly revoked from some international students and recent graduates.

At least 17 University of Utah students have had their visas revoked, according to an email sent out to the school's international students on Friday.



KSL Newsradio In-Depth
**KSL NewsRadio reporter Adam Small on revocation of student visas**



00:00
10m

According to the email, the school learned of the students' statuses through the Student and Exchange Visitor Information System, or SEVIS. The system can be used to track the visa status of nonimmigrant students.

"As of April 8, 17 university graduate and undergraduate students, as well as some graduates, have had their visas revoked and their SEVIS records terminated," the school said. "The stated reasons include 'failure to maintain nonimmigrant status' and/or criminal record check."

According to the U, an international student getting their visa revoked or their SEVIS records terminated can be a common occurrence throughout the school year. What sets this instance apart is the notice given, or lack thereof.

"What is different currently is that records are being terminated in SEVIS sometimes without notice to the university and/or the student."

In the email, the U states that non-immigrant students may get their SEVIS terminated or their visa revoked after being arrested or involved

in criminal activity.

"As a public institution of higher education, the University of Utah follows state and federal law," the email stated. "We are currently in a period of enhanced immigration enforcement. We are sharing guidance with our international students and scholars about the ways they can stay in good standing and maintain their visa status."

Including work programs for recent graduates, the school said it currently has 3,733 F-1 visa holders and 371 J-1 visa holders.

## Other schools affected

Salt Lake Community College said that three of its students have had their visas revoked. The college said it was working with students to coordinate their completion of credits for the spring semester.

Southern Utah University told KSL that nine of its students were affected and that it was in communication with those students.

Nine students were also affected at Utah Tech University.

Utah Valley University confirmed three students have had their visas revoked, Weber State University said it has five, Utah Tech University said it has nine, and Snow College said it has two.

A Westminster University spokesperson confirmed that the school has been in contact with its international students and, to the best of its knowledge, no Westminster students have had their visas revoked.

## Student response

KSL NewsRadio spoke with a half dozen students at the U of U's campus about the news. Many expressed disappointment and sadness at the news.

Student Seong-Gyu Choi said the ongoing situation has been a cause of worry for him and his parents, even though he's a legal resident.

"I work with PhD students in research and all of them are here because of a visa. And they're just here to do their studies and getting that revoked for, I mean, particularly no reason is definitely unfair."

Choi said he's trying not to think about all the immigration news on a daily basis, "but the fact that it is a possibility does put a worry in my head."

Another student, Olivia Boyer, said, "I think it's on people like me, who are a citizen, to fight for people who can't."

*KSL TV's* Brian Carlson *and* Mary Culbertson *contributed to this story.*

**We want to hear from you.**
Have a story idea or tip? Send it to the KSL NewsRadio team here.

Share ➔

# Sponsored Articles



Mountain Heights Academy



Bear Lake Convention & Visitors Bureau

## Fact vs. Fiction: 6 myths about online school

As virtual learning becomes more mainstream, so do the misconceptions that surround it. From outdated assumptions about socialization to doubts about academic rigor, myths about online education are everywhere.

## Why you should explore this hidden gem near Bear Lake

If you want to explore hidden gems around the Bear Lake Utah area, Bloomington Lake is one spot you don't want to miss.



Mountain Heights Academy

## Quiz: Would online school be a good fit for your teen?

While traditional in-person learning works for some, there are many Utah students and families who find themselves wanting more flexibility, more control or more hands-on learning. The solution might be online school.



The Law Offices of Jordan F. Wilcox

## Tax time is approaching. What to do if you have debilitating IRS debt

Is the IRS threatening you with wage garnishment, asset seizure or business closure? Here are some ideas to resolve your tax dilemma.



Bear Lake Convention and Visitors Bureau

## Get ready for an unforgettable skijoring adventure in Bear Lake!



Clear Sky Resorts Bryce Canyon

## Your front row to an extraordinary cosmos show

As America's first glass dome stargazing resort, Clear Sky

"Skijoring the Bear" takes place this year on February 21-22 in Garden City, Utah.

Resorts Bryce Canyon is one of the world's most unique and spectacular places to stay.

## Around the Web

REVCONTENT

**Bariatrician Stunned: Forget Ozempic, This "Fixes" Your Hanging Belly! Try It!**

Right Wing Health

**Surgeons Warn: Side Sleepers Should Stop Sleeping on These Pillows Immediately**

Sleep Digest Publication



**3 Insane Cards Now Charging 0% Intro APR Until Nearly 2027**

Compare Credit™

**Best Dog Breeds for All 12 Horoscope Signs**

Buzzfond



**Take A Look At Usha Vance's Disgusting Home**

Health Trition

**Wrap Foil Around Doorknobs When Alone, Here's Why**

WG Life Hacks



**Off-Grid Device Produces Water on Demand (Watch Video)**

Living Finest

**The 87¢ ED Pill That's Changing Seniors' Lives - CVS is Silent**

Health Alliance by Friday Plan



**Wife Receives a Divorce Letter From Husband, Her Reply is Brilliant**

Mysticalraven

**New Two Bed Senior Apartments Are Stunning! (See More!)**

Search Ads



**Jim Rickards: New Economic Boom Starting in May (Act Fast)**

Paradigm

**Simple Trick for Healthy Prostate Size & Function [Watch Now]**

HealthyLifeStartsNow



EXHIBIT AA

# The Register-Guard

**EDUCATION**

# University of Oregon international students stripped of visas in Trump administration move



**Miranda Cyr**
Eugene Register-Guard

Published 4:02 a.m. PT April 9, 2025

**Key Points**

Four international students at the University of Oregon have had their visas terminated in recent weeks.

According to the Trump administration, more than 300 student visas have been impacted nationwide.

UO student groups are organizing a rally in support of international students Friday.

Four international students at the University of Oregon have had their visas revoked as part of a flurry of visa revocations across the U.S.

As of Tuesday, UO officials said they were aware of four students whose visas were terminated by the U.S. Department of Homeland Security on the basis of "unspecified criminal charges."

The university stated it was not notified in advance and had not been given details about the nature of the criminal charges.

"Revocation like the ones students are experiencing are extremely rare," UO stated via email. "Our vice provost of global engagement has not seen this happen in his 20 years in his field."

The wave of terminations follow an executive order signed by former President Donald Trump in January. The order directed the Secretary of State, Attorney

General, Secretary of Homeland Security and Director of National Intelligence to submit recommendations for a list of countries subject to new visa restrictions.

According to Secretary of State Marco Rubio, the administration's direction affected upward of 300 student visas as of April 1.

The four UO students had their visas revoked in recent weeks, according to the university.

"The University of Oregon did not bring the individual to the attention of federal authorities and was not involved in any decisions with regard to their status," UO stated. "These were students in good academic standing at UO."

There are currently 796 active F-1 visas at UO. F-1 visas are nonimmigrant student visas that allow foreign nationals to study at U.S. universities. Not all of those students are enrolled this term, the university said, but "they can still be harmed by a visa termination."

Universities are required to inform students when their F-1 visa status is terminated. Students are then given 15 days to leave the U.S. unless they have another legal pathway to remain.

"We are working closely with the students directly impacted to gather all relevant information, connect them with legal advice, provide academic and personal life advising, and otherwise help them navigate next steps," UO stated. "We are committed to handling this matter with care and respect for the student's privacy."

UO currently has 805 international students enrolled from 90 different countries, making up 3.3% of the student population. Their tuition — $37,350 annually — contributes roughly $55.4 million per year to the university when combined with on-campus living and other expenses, UO said.

International student enrollment has dropped over the past decade. In 2014, UO enrolled 3,120 international students, representing 12.9% of the student body. That

share has fallen to 3.3%.

UO said international student enrollment peaked in the 2015-16 academic year and was affected by Trump's 2017 travel bans and the COVID-19 pandemic.

UO Young Democratic Socialists of America has organized a rally on Friday, supporting international students and calling on UO to become a sanctuary campus. The rally was scheduled to be held at Johnson Hall, UO's administrative building, at noon.

*USA TODAY contributed to this article.*

*Miranda Cyr reports on education for The Register-Guard. You can contact her at mcyr@registerguard.com or find her on Twitter @mirandabcyr.*



EXHIBIT AB

53°        SIGN UP



**WASATCH FRONT NEWS**

## International students at several Utah universities had their visas revoked — Here's what we know

by: Trevor Myers, Derick Fox
Posted: Apr 8, 2025 / 09:51 PM MDT
Updated: Apr 9, 2025 / 05:17 PM MDT

SHARE    

SALT LAKE CITY (ABC4) — A spokesperson for the University of Utah confirmed that about 20 international students or graduates have had their visas revoked as of April 9.

The U of U reports a total of 3,733 students on F-1 visas and 371 students on J-1 visas (including those on a temporary OPT work program). According to the university, some reasons for students' visas being revoked included a criminal record check or "failure to maintain nonimmigrant status."

"As a public institution of higher education, the University of Utah follows state and federal law," the university said in a statement to ABC4.com.

**This website uses cookies**

Our Properties use cookies for the performance and functionality of our sites, to personalize content and advertisements, to provide social media features, for analytics, and to provide you with a better experience. By clicking "Accept" or by continuing to use our Properties, you accept the use of cookies. Where state privacy laws include a right for residents to opt out of the sale or sharing of their data, residents of such states can exercise their right by clicking here.

Accept



**RELATED: Colleges around the US say some international students' visas are being revoked** ❯

The University of Utah was not the only Utah institution impacted by the enhanced enforcement. Utah Valley University confirmed with ABC4.com three of its students had been impacted while Snow College confirmed two students were affected. Weber State University said it had five students affected.

Utah Tech University reported nine students suddenly had their visas revoked — four of which were supposed to graduate in the coming weeks — and Southern Utah University reported that nine of its students were "impacted by the recent SEVIS changes." Meanwhile, Utah State University confirmed that its international students were impacted, but did not confirm how many in order to protect the privacy of those affected.

President Donald Trump has previously said he would deport foreign students with connections to pro-Palestinian protests. Recently, Secretary of State Marco Rubio said international students may be targeted for their suspected involvement in those protests across college campuses or if they are connected to "potential criminal activity," the Associated Press reports.

In addition to having their visas revoked, U of U students have had their Student and Exchange Visitor Information System (SEVIS) records terminated. SEVIS records track and monitor the status of non-immigrant students and exchange visitors in the United States and are maintained by the U.S. Department of Homeland Security.

The University of Utah said international students may have their SEVIS records terminated or their visas revoked during any school year if they have been arrested or charged with criminal activity — including allegations of domestic violence or driving under the influence.

"What is different currently is that records are being terminated in SEVIS sometimes without notice to the university and/or the student," the university said.

U of U is one of many institutions across the country — including Harvard, Stanford, and more — that is reporting international students' visas being revoked.

A University of Utah spokesperson shared an email with ABC4.com that has been sent out to the institution's international students and scholars. The email explains that "all F-1 and J-1 students and scholars must remain in good standing and take proactive steps to preserve their visa status."

The email continues, offering students information about how to maintain their lawful F-1 or J-1 visa status — which includes maintaining full-time enrollment or employment, following all laws, complying with university policies, and keeping immigration documents "valid and readily accessible."

READ NEXT ⌄

**This website uses cookies**

Our Properties use cookies for the performance and functionality of our sites, to personalize content and advertisements, to provide social media features, for analytics, and to provide you with a better experience. By clicking "Accept" or by continuing to use our Properties, you accept the use of cookies. Where state privacy laws include a right for residents to opt out of the sale or sharing of their data, residents of such states can exercise their right by **clicking here**.

- Man found with gunshot wound in the head arrested for DUI in Petaluma
- One of Deserae Turner's last wishes comes true as family, friends hold small horse show in her honor
- Make-A-Wish grants Masters trip to teen cancer survivor
- Masters patrons rediscover the joy of old-school communication

Copyright 2025 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

**SPONSORED CONTENT**

U.S. Privacy

Privacy Policy

**Amazon Is Losing Money as California Shoppers Are Canceling Prime for This Clever Hack**
Online Shopping Tools

**Amazon Is Losing Money as California Shoppers Are Cancelling Prime for This Clever Hack**
Online Shopping Tools

**Jackpot! San Francisco Women Won a Record Bonus On an Online Slot Machine**
McLuck | Claim Now                     Install Now

**Sore Knees After 60 Comes Down To 1 Thing (Stop Doing This)**
Arthrozene                     Learn More

**Average Cost To Rent A Private Jet May Surprise You (View Prices)**
PopularSearches | Search Ads                     Learn More

**People Born 1948-1979 Can Fly Business Class For The Price of Economy**
Travel Savings Tools

**New Small Electric Car for Seniors (The Price May Surprise You)**
Best Search Finder | Auto                     Learn More

**Rob Lowe's Vet Warns Americans: "Itchy Dogs Should Not Be Eating This"**
Ultimate Pet Nutrition

**7 Things the New President Plans To Do for Seniors On SS This Year**
Super Savings Online                     Learn More

**San Francisco People Turning Welcome Offer Into Real Money**
McLuck | Claim Now                     Play Now

## This website uses cookies

Our Properties use cookies for the performance and functionality of our sites, to personalize content and advertisements, to provide social media features, for analytics, and to provide you with a better experience. By clicking "Accept" or by continuing to use our Properties, you accept the use of cookies. Where state privacy laws include a right for residents to opt out of the sale or sharing of their data, residents of such states can exercise their right by clicking here.

## Good Things Utah Clips

**Ihub**
2 days ago

**Friday Flicks: The Ballard of Wallis Island**
2 days ago

**spring make up**
2 days ago

**Walk to cure Arthritis**
2 days ago

**Prevent child abuse utah**
1 day a

More Videos

### BESTREVIEWS



## Walmart's 'Flash Deals' are filled with hidden gems …

HOLIDAY  /  1 Day Ago

Huge savings at Walmart are just a few clicks away. Here are the deals you should check out this week.

READ NEXT

**This website uses cookies**

Our Properties use cookies for the performance and functionality of our sites, to personalize content and advertisements, to provide social media features, for analytics, and to provide you with a better experience. By clicking "Accept" or by continuing to use our Properties, you accept the use of cookies. Where state privacy laws include a right for residents to opt out of the sale or sharing of their data, residents of such states can exercise their right by **clicking here**.



**The best products to spoil your cat on National Pet …**

TOYS  /  1 Day Ago

National Pet Day is the perfect time to spoil your cat with gifts. Find the best gift for your cat in our curated list.



READ NEXT ›

### This website uses cookies

Our Properties use cookies for the performance and functionality of our sites, to personalize content and advertisements, to provide social media features, for analytics, and to provide you with a better experience. By clicking "Accept" or by continuing to use our Properties, you accept the use of cookies. Where state privacy laws include a right for residents to opt out of the sale or sharing of their data, residents of such states can exercise their right by **clicking here**

View All BestReviews

**TOP STORIES**

ALERT: Train collides with vehicle in Springville

Man arrested for DUI, found with gunshot wound in …

Brazil's former president Bolsonaro transferred to …

Iran and US envoys hold 1st negotiation over Tehran's …

One of Deserae Turner's last wishes comes true

Top Stories

READ NEXT >

**This website uses cookies**

Our Properties use cookies for the performance and functionality of our sites, to personalize content and advertisements, to provide social media features, for analytics, and to provide you with a better experience. By clicking "Accept" or by continuing to use our Properties, you accept the use of cookies. Where state privacy laws include a right for residents to opt out of the sale or sharing of their data, residents of such states can exercise their right by **clicking here**.

As tariffs put trade between China and the US in …

Ecuador's incumbent president and a leftist lawyer …

Central Myanmar shaken by new quake in one of the …

Trump's China tariff shocks US importers. One CEO …

New gear could keep California crab fishermen on …

New laws complicate Wyoming's abortion situation …

More Stories

ABC4 Utah Video

## This website uses cookies

Our Properties use cookies for the performance and functionality of our sites, to personalize content and advertisements, to provide social media features, for analytics, and to provide you with a better experience. By clicking "Accept" or by continuing to use our Properties, you accept the use of cookies. Where state privacy laws include a right for residents to opt out of the sale or sharing of their data, residents of such states can exercise their right by **clicking here**.

More Videos



**BESTREVIEWS.COM – TOP PICKS TO MAKE EVERYONE HAPPY**

 **Walmart's 'Flash Deals' are filled with hidden gems …**
Holiday • 1 day ago

 **LEGO Easter sets are perfect basket-fillers**
Holiday • 2 days ago

 **Easter basket ideas that teens won't hate**
Holiday • 2 days ago

 **Amazon's new Easter storefront has incredible deals …**
Holiday • 2 days ago

 **Joanna Gaines' Target spring collection is perfect …**
Holiday • 2 days ago

 **The Pioneer Woman's 'Gifts for Mom' are floral, fun …**
Holiday • 3 days ago

[ **View All BestReviews Picks** ]

**SPONSORED CONTENT**

READ NEXT

## This website uses cookies

Our Properties use cookies for the performance and functionality of our sites, to personalize content and advertisements, to provide social media features, for analytics, and to provide you with a better experience. By clicking "Accept" or by continuing to use our Properties, you accept the use of cookies. Where state privacy laws include a right for residents to opt out of the sale or sharing of their data, residents of such states can exercise their right by **clicking here**.



**New free guide for Utah residents could help you decide the best time to file for Social Security benefits**

By KTVX | BOSS Retirement Solutions



**WHAT DO YOU THINK?**

Loading survey...

**TRENDING STORIES**

1   **Minecraft 'Chicken Jockey' trend hits Utah theaters**

READ NEXT >

---

**This website uses cookies**

Our Properties use cookies for the performance and functionality of our sites, to personalize content and advertisements, to provide social media features, for analytics, and to provide you with a better experience. By clicking "Accept" or by continuing to use our Properties, you accept the use of cookies. Where state privacy laws include a right for residents to opt out of the sale or sharing of their data, residents of such states can exercise their right by **clicking here**.

7    A complete timeline for the Daybell, Vallow murders

8    One of Deserae Turner's last wishes comes true

9    Riverton man charged with attempted murder after …

10   What does the USPS do to packages that contain prohibited …



Utah's First TV Station and your
destination for news, sports, weather
and more across Utah

| News | Salt Lake City, Utah, Weather |
|---|---|
| ABC4 and CW30 TV Schedules | Contests |
| Community | Gas Tracker: Find the cheapest gas prices in Utah |
| Sports | Politics from The Hill |
| Pros4Utah: Utah's Business Experts | Join the ABC4 / CW 30 Team |
| Inside Utah Politics | Meet the ABC4 Utah Team |
| ABC4 Tipline | About ABC4 Utah & CW30 |

| Contact ABC4 and CW30 | Careers With Us |
|---|---|
| EEO Report | KTVX: FCC Public File |
| KUCW: FCC Public File | Nexstar CC Certification |
| Video Programmer Closed Captioning Quality Certification | |

Get News App

 

Get Weather App

 

## This website uses cookies

Our Properties use cookies for the performance and functionality of our sites, to personalize content and advertisements, to provide social media features, for analytics, and to provide you with a better experience. By clicking "Accept" or by continuing to use our Properties, you accept the use of cookies. Where state privacy laws include a right for residents to opt out of the sale or sharing of their data, residents of such states can exercise their right by **clicking here**

Privacy Policy  11/18/2024

FCC Applications

Subscribe To Push Notifications

NewsNation

Content Licensing

Journalistic Integrity

Do Not Sell or Share My Personal Information

Terms Of Use

Public File Assistance Contact

The Hill

BestReviews

Nexstar Digital

Sitemap

© 1998 - 2025 Nexstar Media Inc. | All Rights Reserved.

**This website uses cookies**

Our Properties use cookies for the performance and functionality of our sites, to personalize content and advertisements, to provide social media features, for analytics, and to provide you with a better experience. By clicking "Accept" or by continuing to use our Properties, you accept the use of cookies. Where state privacy laws include a right for residents to opt out of the sale or sharing of their data, residents of such states can exercise their right by **clicking here**



EXHIBIT AC

EDUCATION

## Several UNC Charlotte student visas terminated by Trump admin, university says

By **Rebecca Noel**

Updated April 9, 2025 3:37 PM



UNC Charlotte said the federal government has terminated the visas of six international students. Melissa Melvin-Rodriguez
*mrodriguez@charlotteobserver.com*

 

Only have a minute? Listen instead
Powered by **Trinity Audio**

00:00                                                                          04:02

The federal government has terminated the student visas of six international students at UNC Charlotte, a university spokesperson told The Charlotte Observer Wednesday.

The affected students are citizens of India and Nigeria, university officials said, and all of the terminations took place over the last week. The termination reason has been listed as either "Otherwise Failing to Maintain Status" or "Other," a

spokesperson told The Observer. The university hasn't received direct communication about the reason for the terminations.

TOP VIDEOS



The News and Observer previously reported on two terminations at N.C. State University and six at UNC Chapel Hill. While it is unclear why those students' visas were terminated, NC State Chancellor Randy Woodson told The N&O that both international students whose visas were terminated were in "good standing," and that the university had not received a reason for the revocations from the federal government. The two students from NC State were from Saudi Arabia.

International students are required to obtain visas to enroll and study at colleges around the United States. In addition to visas, international students are assigned records in the Student and Exchange Visitor Information System, or SEVIS. It's a federal database maintained by the U.S. Department of Homeland Security.

☰ Q  The Charlotte Observer                                      Log In | Subscribe

BEST OFFER THIS SPRING     $1.99 FOR 6 MONTHS     Never miss a story that matters!     SUBSCRIBE NOW

status" and could be subject to deportation, the News and Observer reported this week. In the case of the six UNC Charlotte students, their SEVIS records were terminated, according to the university.

It's unclear if the students have left the country.

"UNC Charlotte has communicated with international students and scholars that we are actively monitoring SEVIS records, and we are committed to providing accurate information and appropriate referrals to impacted individuals in accordance with federal law," a spokesperson for the university said. "Impacted students are encouraged to consult an immigration attorney and their consulate immediately if they receive notification of a change to their SEVIS record."

The terminations come as President Donald Trump's administration has increasingly cracked down on international students around the country and the state. The administration has particularly targeted students who may have taken part in pro-Palestinian protests on campus, with Secretary of State Marco Rubio calling for heightened scrutiny of student visa applicants' social media.

While there were pro-Palestine protests at UNC Charlotte last year, it's not clear whether students whose visas were revoked were part of these demonstrations.

"Historically, we have seen SEVIS records canceled due to a student's failure to attend school or drop or flunk a course, resulting in failure to maintain 12 full-time credit hours," Richard Herman, a Cleveland-based immigration attorney whose firm works in Charlotte, told The Observer in an email. "We are seeing the Department of Homeland Security arbitrarily and capriciously terminating SEVIS records. It must have a lawful reason to do this. In most, if not all of these cases, I cannot discern a lawful reason."

UNC Charlotte has the third highest international student population of any institution in North Carolina, with nearly 3,400 international students. It follows Duke University and North Carolina State University in first and second, respectively. In total, NC has nearly 24,500 international students — the 15th most in the country.

The Observer also reached out to other local universities. Davidson College and Johnson C. Smith University confirmed no international student visas have been

revoked as of Wednesday.

# Are you in the Charlotte region and affected by recent federal layoffs, funding changes? We want to hear from you.

If you work for a government agency, nonprofit or other agency, and changes are affecting or could affect you, The Charlotte Observer wants to hear from you.

yaottt@gmail.com Switch account

* Indicates required question

**Email** *

Your email

**Name** *

Your answer

**Email** *

Your answer

**Phone number**

Your answer

**Do you wish to remain anonymous?**

◯ Yes

◯ No

**Tell us why you are contacting us** *

Your answer

**What's the best way for us to follow up with you?** *

◯ Email

◯ Phone

○ Signal

This story was originally published April 9, 2025 at 2:23 PM.

**Want to see more content like this?** 👍 👎

## 📖 Study Guide

Study Guide is your weekly digest of what's happening in Charlotte's public and private schools along with its colleges and universities, curated by our education team.

[                                    ]  [ SIGN UP ]

By submitting, I agree to the Privacy Policy and Terms of Service.

## Related Stories from Charlotte Observer

EDUCATION

**Charlotte Catholic sent old accreditation on college applications. Will it matter?**

April 7, 2025 5:00 AM

EDUCATION

**Why teachers say CMS superintendent's proposed teacher raises aren't enough**

April 9, 2025 6:00 AM



**Rebecca Noel**    *The Charlotte Observer*    ✉

Rebecca Noel reports on education for The Charlotte Observer. She's a native of Houston, Texas, and graduated from Rice University. She later received a master's degree in journalism from the University of Missouri. When she's not reporting, she enjoys reading, running and frequenting coffee shops around Charlotte.

## Take Us With You

Real-time updates and all local stories you want right in the palm of your hand.

 CHARLOTTE OBSERVER APP

 VIEW NEWSLETTERS



SUBSCRIPTIONS              LEARN MORE              ADVERTISING

Customer Service

Start a Subscription

Cancel a Subscription

Make a Payment

View Edition

About Us

Contact Us

Newsletters

Archives

Personal Finance

McClatchy Advertising

Place an Ad

Place a Classified Ad

Place an Ad - Celebrations

Place an Obituary

Staffing Solutions

Political | Advocacy Advertising

**Part of the McClatchy Media Network**

COPYRIGHT    PRIVACY POLICY    YOUR PRIVACY CHOICES    COOKIE PREFERENCES    TERMS OF SERVICE



EXHIBIT AD



**The Detroit News**
SERVING MICHIGAN SINCE 1873

<u>MICHIGAN</u>

# At least 5 Michigan universities grapple with revoked international student visas

**<u>Kim Kozlowski</u>** and **<u>Julia Cardi</u>** The Detroit News
Published 12:21 a.m. ET April 7, 2025 | **Updated 9:18 a.m. ET April 8, 2025**

International students attending at least five Michigan universities have had their visas revoked by the federal government, including four each at Wayne State University and the University of Michigan, university officials said.

Wayne State University President Kimberly Andrews Espy, along with the university provost and general counsel, sent a message to campus Monday afternoon that a routine check of the Student and Exchange Visitor Information System showed that the federal government had terminated the records of four students. WSU's Office of International Students and Scholars is working with those affected, they said.

"Today, we are navigating unique times in higher education," Espy and the two other officials wrote. "In this evolving situation, we remain committed to valuing all individuals. These are particularly challenging times for our international students and employees, and we recommend that they consult resources related to visas and external immigration assistance. The university also provides access to resources to support mental health and wellbeing in difficult circumstances."

Universities across the country are experiencing similar situations as the administration of President Donald Trump said last week it is revoking visas "every day."

"If they're taking activities that are counter to our foreign — to our national interest, to our foreign policy, we'll revoke the visa," U.S. Secretary of State Marco Rubio said

last week.

Asked if they were related to pro-Palestinian protests, Rubio said, "I think there might be a few that are not. ... Some are unrelated to any protests and are just having to do with potential criminal activity."

The ACLU and Michigan Immigrant Rights Center condemned the actions, calling them "authoritarian tactics."

"Abruptly revoking international student visas of immigrant students at the University of Michigan, Central Michigan University, and other universities and colleges in Michigan and around the nation is another attempt by this administration to sow chaos and fear, needlessly upending the future of these students' education and lives," said a joint statement Monday. "These actions highlight the complete lack of due process and fairness that citizens and non-citizens are facing across our immigration system, and the erosion of students' first amendment rights. "The termination of status for many of these students is an even more insidious threat to due process. These determinations provide no opportunity to respond and cannot easily be challenged within the United States by the students or the universities and colleges."

Oakland University officials said Monday they also had learned of one student who was returning to the USA from Canada. The student, who is from South Sudan but a permanent resident of Canada, was stopped at the border and had his visa revoked, OU spokesperson Brian Bierley said.

Michigan State University said Monday that an unspecified number of international students had their visas ended.

MSU's Office for International Students and Scholars is aware of international students whose visas have been revoked and is working with them to provide support, MSU spokeswoman Amber McCann said.

The office is closely monitoring the Student and Exchange Visitor Information System, known as SEVIS, and plans to contact students if their SEVIS records are ended, McCann said. It also has been consulting with immigration attorneys to learn more, she said.

"The U.S. Department of State has been contacting international students directly if their visa has been revoked," McCann said.

Central Michigan University was among the first universities to reveal last week that several current and former international student records had been terminated after a staff member conducting routine reviews of SEVIS saw those students' records had been ended by the U.S. Department of Homeland Security. CMU spokesperson Aaron Mills declined Monday to cite how many students had been affected.

At UM, the Department of Homeland Security revoked the visas of four students, UM spokesperson Kay Jarvis said.

"Administrators have contacted these students to advise them of potential consequences of this action," Jarvis said.

She did not respond to additional questions.

Last week, a dean in the UM School for Environment and Sustainability said in an email to staff, faculty and students that the visa revocations by the U.S. Department of Homeland Security included one SEAS student the school was aware of, according to the student newspaper, Michigan Daily.

Jonathan Overpeck, the Samuel A. Graham dean of SEAS, said the situation is "evolving quickly" in an email linked by the Daily about the student visa revocations. He said in the email dated Sunday that the school was working with UM's International Center and campus administration, and discussions were happening "across the university" about whether the students can finish their degrees or receive other support.

"We want to acknowledge the fear and concerns that exist, especially within the international community," Overpeck said, with the next sentence in bold. "To our international community: we are here to support you and you are welcome here."

The reasons for the UM students' visa revocations were not given.

Other universities across the country that have reported that students' visas were stripped include Harvard, Arizona State, Cornell, the University of California, Minnesota State University, North Carolina State, the University of Oregon, the University of Texas and the University of Colorado. College leaders alarmed by the revocations said the Trump administration is using new tactics and vague justifications to push some students out of the country, according to the Associated Press.

Students stripped of their entry visas are receiving orders from the Department of Homeland Security to leave the country immediately — a break from past practice that often permitted them to stay and complete their studies.

Trump campaigned on a promise to deport foreign students involved in pro-Palestinian protests, and the effort began with Columbia University graduate student and Palestinian activist Mahmoud Khalil, who became the face of the crackdown on campus protests. Khalil was arrested in March by immigration authorities. A green card holder, he was an outspoken figure in last year's protests against Israel's military campaign in Gaza during the Israel-Hamas war. His supporters say his arrest suppresses free speech and pro-Palestinian views.

The White House said following Khalil's detention that he should be deported because he organized "protests that not only disrupted college campus classes and harassed Jewish American students and made them feel unsafe on their own college campus, but also distributed pro-Hamas propaganda," the AP reported. Hamas, the militant group that runs Gaza, has been designated a terrorist organization by the U.S. government.

*kkozlowski@detroitnews.com*

*jcardi@detroitnews.com*



EXHIBIT AE

67°

AUSTIN (CHANGE)  ›  ¦ APRIL 12, 2025



*Texas A&M University's logo on a football field. (Associated Press)*

EDUCATION

## Texas A&M international students face sudden visa revocation

BY KATHARINE FINNERTY ¦ TEXAS
PUBLISHED 2:35 PM CT APR. 09, 2025

COLLEGE STATION, Texas — In the last couple of weeks, multiple international students at Texas A&M University had their immigration status terminated.

### What You Need To Know

- Texas A&M confirms 15 international students had their visas revoked as per Department of Homeland Security data

67°

AUSTIN (CHANGE)  ›  ¦ APRIL 12, 2025

The university discovered the change in the students' immigration status when looking at the Student and Exchange Visitor Information System (SEVIS) — a system maintained by the Department of Homeland Security to track information regarding international students studying in the U.S.

A university spokesperson said its International Student & Scholar Services team has been in contact with the affected students and has provided information and support to the international student community.

"Texas A&M follows all federal and state laws, while ensuring a campus culture that supports every Aggie every day," the spokesperson wrote in a statement.

Texas A&M boasts over 5,000 students from other countries around the world, approximately 10% of enrolled students.

This comes after the Associated Press reported that two University of Texas at Austin international students — one from Lebanon and one from India—had their legal status terminated. Both of the affected individuals were graduates of the university remaining in the U.S. legally on their student visas to gain professional experience.

The Association of Public and Land-grant Universities has requested a meeting with the U.S. Department of State over the issue, but it is unclear if more visas are being revoked than usual.

*The Associated Press contributed to this reporting.*

---

**SPECTRUM NEWS**

**CONTACT**

**ABOUT**

67°

AUSTIN (CHANGE)  >  | APRIL 12, 2025

**CAREERS**

**SITEMAP**

**NEWSLETTER**

**TERMS**

**YOUR PRIVACY RIGHTS**

**CALIFORNIA CONSUMER PRIVACY RIGHTS**

**CALIFORNIA CONSUMER LIMIT THE USE OF MY SENSITIVE PERSONAL INFORMATION**

**DO NOT SELL OR SHARE MY PERSONAL INFORMATION/OPT-OUT OF TARGETED ADVERTISING**

© 2025, Charter Communications, all rights reserved.



EXHIBIT AF

Los Angeles Times

CALIFORNIA

# Caught off-guard, California colleges scramble to determine scope of student visa cancellations



Students walk through the UCLA campus on May 17, 2023.  (Jay L. Clendenin / Los Angeles Times)


**By Jaweed Kaleem**
Staff Writer  |  𝕏 Follow

April 7, 2025 **Updated** 3:38 PM PT

Confusion and concern have ratcheted up at California colleges as campus officials indicated they were caught unaware by the Trump administration's cancellation late last week of dozens of international student visas.

Federal authorities have revoked at least 83 foreign student visas within the University of California and California State University systems and at Stanford, college officials said.

UCLA confirmed Sunday that federal authorities revoked the visas of 12 community members: six current students and six recent graduates. In a campus message, Chancellor Julio Frenk implied the government had not notified UCLA ahead of time. The issues were found during a "routine audit" of an immigrant student database connected to the Department of Homeland Security, he said. The government had shifted students' status and canceled their visas from the State Department.

"The termination notices indicate that all terminations were due to violations of the terms of the individuals' visa programs," Frenk said in his campus message. "At this time, UCLA is not aware of any federal law enforcement activity on campus related to these terminations."

He later told the campus: "We recognize that these actions can bring feelings of tremendous uncertainty and anxiety to our community. We want our immigrant and international UCLA students, staff and faculty to know we support your ability to work, learn, teach and thrive here."

UC Santa Cruz said Sunday that the visas of three of its students had been terminated "with no advance notice."

"The federal government has not detailed the reasons behind these terminations," said a campus notice from Chancellor Cynthia Larive. "We have notified the three students and are in direct contact with them to provide support."

Other UC campuses — Berkeley, Davis, San Diego and Riverside — and Stanford announced student visa cancellations Friday through Monday. At UC San Diego, one

student was also detained for deportation at the border, according to a campus message from Chancellor Pradeep Khosla.



CALIFORNIA

**Trump administration cancels dozens of international student visas at University of California, Stanford**

April 5, 2025

A UC official told The Times that UC Irvine students also had been affected by the sweep. No other details were provided. The official spoke anonymously because they were not authorized to talk to the media. A UC Irvine spokesperson did not respond to a request Sunday for more information.

ADVERTISEMENT

CSU officials said Monday that at least 32 students systemwide have had their visas revoked, but did not identify the campuses.

The Trump administration changed the students' status in SEVIS, a system linked to the Homeland Security Department that schools use to provide information on whether foreign students are enrolled in classes, abiding by work restrictions and otherwise in good standing.

Without valid enrollment status or visas, students could be open to immigration enforcement actions against them. Federal immigration authorities generally detain individuals only when they are a public danger or flight risk, but the Trump administration has at times taken more aggressive actions. Schools have not reported federal immigration authorities on campuses.

Two anonymous students filed separate suits over the weekend in federal court in Los Angeles against the Trump administration, alleging their statuses at unnamed campuses — in Orange County and the Inland Empire — were illegally terminated.

The Orange County student's suit says that their only legal violations were a "minor speeding ticket and a misdemeanor alcohol related driving conviction" and that the State Department was aware of the alcohol charge before renewing their visa.

The Inland Empire student's complaint says their "only criminal history is a minor misdemeanor non-alcohol related driving conviction."

Both students are represented by the same lawyers. Their suits say the administration's actions are "designed to coerce students... into abandoning their studies and 'self-deporting.' If [Immigration and Customs Enforcement] believes a student is deportable for having a revoked visa, it has the authority to initiate removal proceedings and make its case in court. It cannot, however, misuse SEVIS to circumvent the law, strip students of status, and drive them out of the country without process."

---



CALIFORNIA

**California international students on alert as Trump ramps up arrests of pro-Palestinian activists**

March 28, 2025

---

Since school leaders are not receiving warnings about the changes, employees are scrambling to find out how many students have been affected. Some tallies have

fluctuated multiple times a day. At UC Berkeley, the campus initially said Saturday that four students' visas were canceled. It revised the number twice and landed on six later.

Other campuses are still evaluating their international student enrollments.

Officials at USC have declined to state whether student visas were canceled at the campus, which is home to more than 17,000 international students, the largest concentration at any California school. Student and faculty leaders said Sunday that they had not heard of revocations.

At UC San Francisco, a spokesperson said Sunday that there had been no visa actions. A spokesperson for UC Merced on Sunday declined to state whether the campus was affected, while representatives of UC Santa Barbara did not reply to inquiries.

In total, the visa revocations discovered since Friday have affected dozens of students and recent graduates in California. They include undergraduates, graduates and people on student visas as part of "optional practical training," a designation employed after graduation that gives temporary visa extensions to allow students to get job experience.

A Homeland Security spokesperson did not respond to a request to provide a total number of affected campuses or individuals in California.

Nationally, similar actions since last week have affected students at Arizona State, Colorado State, Columbia, Harvard, North Carolina State and several other universities.

It's unclear why the Trump administration is revoking the visas. In March, the Homeland Security and State departments detained several foreign students, including those at Columbia University, for deportation. Those actions were based on allegations that their pro-Palestinian protest activities were "pro-Hamas" — the militant group that the U.S. has designated as a terrorist organization — and a threat to U.S. security and foreign policy. Many of those detentions are being challenged in federal courts.

But according to campus members, many of the more recent cancellations do not appear to be connected to protesters.

"Terminations may be due to recent or past interactions with law enforcement — ranging from arrests to criminal or misdemeanor offenses," said Syed Tamim Ahmad, a junior at UCLA who is the student government's international student representative. "The students received an email from the visa management system, but it's very brief. It simply informs them of the termination and cites a termination reason as stated in SEVIS. It also refers them to seek outside legal counsel."



CALIFORNIA

**Justice Department probes major California universities over 'illegal DEI' in admissions**

March 28, 2025

Ahmad said he received the reasons for the terminations from the Dashew Center, which is UCLA's international student office. The center's director, Sam Nahidi, declined an interview request from The Times.

The issue of a past criminal case recently came up at the University of Minnesota after the March arrest of a Turkish student. The Trump administration said visa actions against the student were due to a 2023 drunk driving arrest in which he pleaded guilty. The student said in a court filing that he followed through on state-mandated drivers' programs after the alcohol case.

"What's happening now is fundamentally different from what has happened before," said Ahilan T. Arulanantham, faculty co-director of the Center for Immigration Law and Policy at the UCLA School of Law. "The government seems to be revoking visas and arresting and deporting students based on interactions that are too minor to have been of any interest in the past. People with a reckless driving ticket and who then completed

the driver's training, for example. In some cases I have seen, there is not even a criminal charge or arrest, but only a citation."

In a written statement to The Times, a State Department spokesperson declined to share specifics about the cancellations in California.

The spokesperson added that the U.S. "has zero tolerance for non-citizens who violate U.S. laws. Those who break the law, including students, may face visa refusal, visa revocation, and/or deportation. The Department of State will continue to work closely with the Department of Homeland Security to administer and enforce U.S. visas and immigration laws."

At UCLA, students and faculty are rushing to aid those who have lost their visa status. An "ICE tip sheet" is circulating to guide students on how to potentially deal with Immigration and Customs Enforcement agents. Students are also being directed to a hotline for the UCLA area and legal aid from the UC Immigrant Legal Services Center, which is based at UC Davis.

On Sunday, faculty from the UCLA Task Force on Anti-Palestinian, Anti-Arab, and Anti-Muslim Racism also released a letter the group had sent to the campus chancellor requesting more aid for international students.

"It is urgent that you take measures to protect UCLA's international students," the letter says. Among other requests, it calls for the university to "challenge the Department of Homeland Security for its failure to follow due process," ensure the enrollment of students whose visas have been canceled and offer those who leave the U.S. the chance to complete their studies remotely.

*Times staff writer Ryan Fonseca contributed to this report.*

## More to Read

### UCLA bans Students for Justice in Palestine as a campus organization

March 28, 2025



### University of California orders hiring freeze, cuts in response to Trump threats

March 19, 2025



### Amid arrest of pro-Palestinian student organizer, what rights do visa holders and others have?

March 16, 2025





**Jaweed Kaleem**

Jaweed Kaleem is an education reporter at the Los Angeles Times, where he covers news and features on K-12 and higher education. He specializes in reporting on campus activism and culture, including issues on free speech, religion, race and politics. Kaleem previously worked for The Times as a Los Angeles-based national correspondent and a London-based foreign correspondent. Follow him on Bluesky @jaweedkaleem.bsky.social and X @jaweedkaleem.

Copyright © 2025, Los Angeles Times | Terms of Service | Privacy Policy | CA Notice of Collection | Do Not Sell or Share My Personal Information



EXHIBIT AG

Watch Live

# US revoking some University of Washington international student visas

By **FOX 13 Seattle Digital Team** and Associated Press  |  Published  April 8, 2025 8:27am PDT
| University of Washington  | FOX 13 Seattle  |

**The Brief**

- Colleges around the country, including the University of Washington, are reporting cas of international students suddenly learning their visas have been revoked.

- Visas can be canceled for a number of reasons, but college leaders say the governmen has been quietly terminating students' legal residency status with little notice to stude or schools.

- A growing list of colleges that have announced discovering students with revoked statu recently includes Harvard, Stanford, Michigan, UCLA and Ohio State University.

---

**SEATTLE** - Colleges around the country are reporting some of their internation students' visas are being revoked unexpectedly, expressing alarm over what appears to be a new level of government scrutiny.

Visas can be canceled for a number of reasons, but college leaders say the government has been quietly terminating students' legal residency status with little notice to students or schools. That marks a shift from past practice and leaves students vulnerable to detention and deportation.

The University of Washington released a statement on Monday stating that five current students and four recent graduates in training have had their visas canceled by the federal government. UW said the school did not receive notice prior to the visas being revoked.

"We are deeply concerned about the well-being of these students and graduate and are working to support them," the statement read. "International students and scholars are essential and valued members of our University and they contribute immensely to our community, state and nation. The UW will continu to support them and provide the resources they need to be to able learn, teach and succeed here.

UW said the international student services office reaches out to people impact to provide them with information and resources, including access to legal servi as part of their student fees.

The list of colleges that have discovered students have had their legal status terminated also includes Harvard, Stanford, Michigan, UCLA and Ohio State University.

The Trump administration has targeted students who had been involved with pro-Palestinian activism or speech, with a few high-profile detentions of studer including Mahmoud Khalil, a green card holder who was a leader of protests at Columbia University.

But more schools are seeing visas stripped from students with no known connection to protests. In some cases, past infractions such as traffic violations have been cited. Some colleges say the reasons remain unclear to them — and they are seeking answers.

"What you're seeing happening with international students is really a piece of tl much greater scrutiny that the Trump administration is bringing to bear on immigrants of all different categories," said Michelle Mittelstadt, director of pub affairs at the Migration Policy Institute.

Many college officials and students have only found out about the changes when they have checked a federal database and seen changes to an individual's immigration status.

## How do student visas work?

Students in other countries must meet a series of requirements to obtain a student visa, usually an F-1. After gaining admission to a school in the U.S., students go through an application and interview process at a U.S. embassy or consulate abroad.

Students on an F-1 visa must show they have enough financial support for their course of study in the U.S. They have to remain in good standing with their academic program and are generally limited in their ability to work off-campus during their academic program.

Entry visas are managed by the State Department. Once they're in the U.S., international students' legal status is overseen by the Student and Exchange Visitor Program under the Department of Homeland Security.

Leaders at many colleges learned the legal status of some of their international students had been terminated when they checked a database managed by Homeland Security. In the past, college officials say, visas typically were revoked after schools updated the government when students fell out of status.

## After losing legal residency, students are told to leave the country

Historically, students who had their visas revoked were allowed to keep their legal residency status and complete their studies.

The lack of a valid visa only limited their ability to leave the U.S. and return, something they could reapply for with the State Department. But if a student h lost residency status, they must leave immediately or risk detention by immigration authorities.

Higher education leaders worry the arrests and revocations could have a chillir effect on international education in the United States.

The lack of clarity of what is leading to revocations can create a sense of fear among students, said Sarah Spreitzer, vice president of government relations a the American Council on Education.

"The very public actions that are being taken by ICE and the Department of Homeland Security around some of these students, where they are removing these students from their homes or from their streets, that's not usually done unless there is a security issue when a student visa is revoked," she said. "The threat of this very quick removal is something that's new."

## Colleges are trying to reassure students

In messages to their campuses, colleges have said they are asking the federal government for answers on what led to the terminations. Others have re-emphasized travel precautions to students, recommending they carry their passport and other immigration documents with them.

College leaders spoke of a growing sense of uncertainty and anxiety.

"These are unprecedented times, and our normal guiding principles for living ir democratic society are being challenged," University of Massachusetts Boston Chancellor Marcelo Suárez-Orozco wrote in an email. "With the rate and depth

changes occurring, we must be thoughtful in how we best prepare, protect, and respond."

Suárez-Orozco said the legal residency status had been canceled for two students and "five other members of our university community including recent graduates participating in training programs."

**The Source:** Information in this story is from the University of Washington and The Associated Press.

## MORE TOP STORIES FROM FOX 13 SEATTLE

2 teens accused of ambush-style killing of 18-year-old in Tacoma, WA

Trump order opens up all WA national forests for logging

Axe-wielding suspect faces multiple charges after arrest in downtown Bremerton

Motorcyclist hopes for justice after Snohomish County crash caught on camera

Effort to ban flavored tobacco products in WA revived in legislature

Seattle man pleads not guilty for child sex abuse material found in dumpsters

77-year-old Seattle man dies after driving off multi-story parking garage

*To get the best local news, weather and sports in Seattle for free, sign up for the daily FOX Seattle Newsletter.*

*Download the free FOX LOCAL app for mobile in the Apple App Store or Google Play Store for live Seattle news, top stories, weather updates and more local and national coverage, plus 24/7 streaming coverage from across the nation.*

**University of Washington     News     Seattle     Politics**

This material may not be published, broadcast, rewritten, or redistributed. ©2025 FOX Television Stations



EXHIBIT AH

IMMIGRATION

# Visas revoked for 39 international students in Bay Area

Some of the impacted students are from UC Berkeley, Stanford and San Jose State University

By Ian Cull • Published April 8, 2025 • Updated on April 8, 2025 at 5:47 pm





At least 39 international students in the Bay Area administration. Ian Cull reports.

At least 39 international students in the Bay Area have now had their student visas revoked by the Trump administration.



**Watch NBC Bay Area News 📺 Streaming free 24/7**

"They're scared and that's what the Trump administration wants," said Zahra Billoo, executive director of the Council on American-Islamic Relations San Francisco Bay Area. "That's what they're attempting to do here and we need universities to step up to protect their students."

Administrators at several schools said they are providing resources to the international students impacted and encouraging them to get an attorney.

Stanford on Tuesday said additional students were impacted, but declined to update its numbers.



**APR 5**

Student visas revoked at Stanford, UC Berkeley



**APR 6**

Visas revoked for 5 international students at UMass Amherst



**MAR 31**

ICE says a Minnesota student's visa was revoked for drunk driving, not protests

The wave of revocations follows reports of detainments at some colleges around the country. In Massachusetts, protests were held at Tufts University after a PhD students was detained by ICE steps from campus and had her visa termin

U.S. Secretary of State Marco Rubio accusi
claim the wave of cancelled visas appears
political activism.

administration wants, That's
what they're attempting to do

"Once you've lost your visa, you're no longe                                                                    ht
like every country in the world has a right to

Watch 24/7

were active in protests.

> ## *Get a weekly recap of the latest San Francisco Bay Area housing news. Sign up for NBC Bay Area's Housing Deconstructed newsletter.*

"The Trump administration is making good on its promise to target immigrants and to clamp down on free speech," Billoo said. "It is now time for all of us to make good on our promise to resist and to protect each other."



International students in the Bay Area are discove
latest details.

Andrew Newcomb, a San Jose immigration
student visas because they are considered

administration wants. That's
what they're attempting to do

"What we're seeing now is a significant dep
people's student visas, which generally about failing to maintain academic standing or representing some kind of public safety [risk]," Newcomb said.

Watch 24/7

"People do have the procedural right to file a habeas petition outside of immigration court in a federal court, which challenges the government's ability to be able to detain someone and forces them to produce some kind of evidence of criminal wrongdoing," Newcomb said.

Anyone concerned about their visa status should first call an immigration attorney, experts said.

This article tagged under:

**IMMIGRATION**

U.S. Privacy

Tom Hanks' daughter E.
fear for after he dies

administration wants. That's
what they're attempting to do

Watch 24/7

New Small Electric Car For Seniors – The Price May Surprise You

FREQUENTSEARCHES | SEARCH ADS | SPONSORED

**New Electric Cars Come With Tiny Price Tags (Take A Look)**

NEW HYUNDAI PALISADE 2024 | SPONSORED

Learn More

**All New Hyundai Palisade For Seniors Simply Amazes – See The Cost**

GOSEARCHES | SEARCH ADS | SPONSORED

**Empty Cruises Departing From California That Seniors Can Book For Cheap**

NEW HYUNDAI CARS | SPONSORED

Learn More

**Hyundai's New 2025 Sonata Is Turning Heads (Take a Look)**

**Weather Forecast**

SAN JOSE, CA

52°

TONIGHT

45°

Clear
0% Precip

administration wants. That's
what they're attempting to do

NBC BAY AREA

Watch 24/7

SUBMIT TIPS FOR
INVESTIGATIONS

NEWSLETTERS

CONNECT WITH US

OUR NEWS STANDARDS

NBC SPORTS BAY AREA

XFINITY: INTERNET, TV,
STREAMING, MORE

KNTV Public Inspection File
KNTV Accessibility
KNTV Employment Information
Send Feedback
FCC Applications
Terms of Service
Privacy Policy
    Your Privacy Choices
Advertise with us
CA Notice
Ad Choices

Copyright © 2025 NBCUniversal Media, LLC. All rights reserved

administration wants. That's
what they're attempting to do



EXHIBIT AI

LOCAL

# UW students' visas revoked without notice due to new federal policies

NOW PLAYING ABOVE



VIDEO: UW students' visas revoked without notice due to new federal policies

By **KIRO 7 News Staff**
April 08, 2025 at 12:58 pm PDT

   

By **KIRO 7 News Staff**

April 08, 2025 at 12:58 pm PDT

SEATTLE — As of this writing, five current University of Washington students, plus four recent graduates in a post-grad training program, have had their visas revoked by the federal government without any prior warning, the university wrote.

"We became aware of these actions during recent checks of international student records



46° WATCH

NEWS    PINPOINT WEATHER    VIDEO    KIRO 7 INVESTIGATES    SPORTS    GETS REAL    KIRO 7 CARES

STEALS & DEALS

WEATHER ALERT | Frost Advisory                                                        1/1



**VIDEO: UW students' visas revoked without notice due to…**

Resize: 

Live Streams

  

Drag to Resize Video

No additional information or details were provided.

Despite rumors and other instances across the country, UW officials do not seem to believe that there is any indication that these revocations are due to any kind of activism or other protected free speech.

Last spring, students set up an encampment on the Quad in protest over the school's financial ties to Israel.

They are also not aware of immigration officials coming onto the campus related to this situation.

According to **The New York Times**, as of 9 a.m. on April 8, nearly 300 international students have been abruptly stripped of their visas.

The NYT said some immigration officers have arrested international students related to their involvement in pro-Palestinian causes. In other cases, students had committed other legal infractions, such as driving over the speed limit or while intoxicated, oftentimes many years ago.

"We are deeply concerned about the well-being of these students and graduates and are working to support them. International students and scholars are essential and valued members of our University and they contribute immensely to our community, state and nation. The UW will continue to support them and provide the resources they need to be to able learn, teach and succeed here," the university said in a statement.

"Our priority remains supporting our international students and scholars and we will continue to proactively communicate directly with them about these issues. Because the federal government is not notifying universities of status changes, we have been checking SEVIS records daily so that we can proactively contact students whose records have been changed," the statement continued.

The university said that if a student is impacted or has their visa revoked to **contact international student services office** immediately for information and resources.

These **resources include access to legal services available to students** as part of their student fees, as well as mental health and academic support.

*KIRO 7's Deborah Horne will have more on the story at 6 p.m. and 7 p.m.*

*©2025 Cox Media Group*

  Kayaker rescued from Skykomis

Read More ⌄

💬 **0**  Join the Conversation   [ View Comments ]

---

### Amazon Is Losing Money as California Shoppers Are Canceling Prime for This Clever Hack

This simple trick can save tons of money on Amazon, but most Prime members are ignoring it.

**Online Shopping Tools** | Sponsored

---

### Top Cardiologist Begs: Quit Eating Blueberries Before This Happens

**GundryMD** | Sponsored

[ Learn more ]

---

### The Unexpected Fat That Holds the Key to Healthy Aging

Discover why C15:0 is key to long-term health. Support cellular resilience and longevity.

**thelongevitynutrient** | Sponsored

[ Learn More ]

---

### The Weight Loss Industry Hates This Simple Patch… But It Works!

Apply this once a day and let science do the rest! This breakthrough GLP-1 patch helps reduce cravings and supports effortless weight loss—no strict diets, no intense workouts. See why thousands are making the …

**Kind Patches** | Sponsored

[ Shop Now ]

---

### People Born 1948-1979 Can Fly Business Class For The Price of Economy

**Travel Savings Tools** | Sponsored

---

### Landmark Supreme Court Ruling Could Cause New Economic Boom

**Paradigm Press** | Sponsored

**Learn More**

The Easiest Way to Get Your Passport in 2025.

Trusted by millions for fast, no-hassle passport renewals & application.

**GovPlus** | Sponsored

**Learn More**

US Hidden Fortune Could Finally Be Released

**Paradigm Press** | Sponsored

**Learn More**

New Small Electric Car For Seniors - The Price May Surprise You

**GoSearches** | **Search Ads** | Sponsored

Donald Trump has begun a mafia-like struggle for global power

But the new rules do not suit America

**The Economist** | Sponsored

**Learn More**

Google Brain Co-Founder Andrew Ng, Recommends: Read These 5 Books And Turn Your Life Around

Andrew Ng, computer scientist and technology entrepreneur focusing on artificial intelligence, shares the five books he thinks will change your life.

**Blinkist: Andrew Ng's Reading List** | Sponsored

Here's The Estimated Cost of a 1-day Gutter Guards Installation

**HomeBuddy** | Sponsored

Missing 11-year-old found

Rubio says US is revoking all visas held by South Sudanese passport holders

Head of US Space Force base in Greenland is fired after Vance visit

---

Explore Trading Tools

With TradeStation's advanced platform built for self-directed traders.

**TradeStation** | Sponsored

Learn More

Here's The Average Price Of Gutter Protection For Houses In San Francisco

The actual cost might surprise you

**HomeBuddy** | Sponsored

Learn More

Hollywood Actress Leaks Weight Loss Trick, Gets Fired!

Make this 25-second trick at Home every morning!

**Your Healthy News** | Sponsored

Learn More

Sore Knees After 60 Comes Down To 1 Thing (Stop Doing This)

Joints ache? Avoid this "healthy" habit and watch what happens...

**Arthrozene** | Sponsored

Learn More

Empty Cruises Departing From California That Seniors Can Book For Cheap

**GoSearches** | **Search Ads** | Sponsored

---

Man dies after car falls onto patio in Seattle's Queen Anne neighborhood

**KIRO 7 News Seattle**

GoFundMe started in memory of 13-year-old boy who died in Mt. Bachelor snowboarding accident

**KIRO 7 News Seattle**

## Over 700,000 Women Can't Be Wrong—This Patch Is Changing Lives!

Apply this once a day and let science do the rest! This breakthrough GLP-1 patch helps reduce cravings and supports effortless weight loss—no strict diets, no intense workouts. See why thousands are making the …

**Kind Patches** | Sponsored

**Shop Now**

## Here's What Gutter Guards Should Cost You In 2025

The actual cost might surprise you

**HomeBuddy** | Sponsored

**Learn More**

## Jackpot! San Francisco Women Won a Record Bonus On an Online Slot Machine

**McLuck | Claim Now** | Sponsored

**Install Now**



*Forecast from Chief Meteorologist*
### Morgan Palmer



| NOW | 3 AM | 6 AM |
|-----|------|------|
| 46° | 41° | 39° |



**KIRO 7 News**

## Sign Up For Newsletters

ZIP Code

Email Address

Enter ZIP

Enter Email Address

SIGN UP





**Most Read**



**Family remembers 18-year-old who died in Skyway overdose, 16-year-old sister hospitalized**



**GoFundMe started in memory of 13-year-old boy who died in Mt. Bachelor snowboarding accident**



**Breakdown of Washington bills signed on Friday**



**Drivers beware: Highway speed cameras go live this week in Washington**



**Man dies after car falls onto patio in Seattle's Queen Anne neighborhood**

AdChoices [>    Sponsored

## You May Like

**All New Hyundai Palisade For Seniors Sim...**

New Hyundai Palisade

**Here's What a 6-Hour Gutter Upgrade Should Cost...**

HomeBuddy

**New Electric Cars Come With Tiny Price Tags (Take A...**

FrequentSearches |

**Warning: Sciatic Nerve Relief Comes Down To Thi...**

Relieve Back Pain



**Wrap Foil Around Your Doorknob When Alone,...**

Life Hack Genius

Sponsored Links by Taboola

## NEWS

Local

Video

National/World

Traffic

## PINPOINT WEATHER

Stormtracker HD

## ABOUT US

Contact Us

What's on KIRO 7

KIRO 7 Cares

KIRO 7 Public File

KIRO 7 Public File Contact

KIRO 7 Closed Captioning Contact

FCC Applications

Jobs at KIRO 7

## FOLLOW US

© 2025 Cox Media Group. This station is part of Cox Media Group Television. Learn about careers at Cox Media Group. By using this website, you accept the terms of our Visitor Agreement and Privacy Policy, and understand your options regarding Ad Choices.

Manage Cookie Preferences | Do Not Sell or Share My Personal Information



EXHIBIT AJ



☰  CNN US                                          Subscribe        **Sign in**

# More than 500 student visas revoked as the government expands reasons for deportation

By Andy Rose and Caroll Alvarado, CNN

🕐 8 minute read · Updated 3:57 PM EDT, Fri April 11, 2025



Kseniia Petrova, a Harvard Medical researcher, who is in ICE custody after federal officials say she failed to declare frog embryos while returning to the US. Courtesy Greg Romanovsky

**(CNN)** — Kseniia Petrova's path from a Harvard laboratory to an immigration cell began with frogs.

The Russian national who has been working as a researcher at Harvard Medical School failed to declare "non-hazardous" frog embryos she was carrying with her on her return to the US from France in February, Petrova's attorney said. Rather than issue a fine, Petrova's exchange visitor

visa was revoked, and she was taken into custody.

Revoking Petrova's visa was "a punishment grossly disproportionate to the situation," her attorney, Greg Romanovsky, said, calling the error on the customs form "inadvertant."

CNN did not receive a response from the Department of Homeland Security to a request for comment, but the department told ABC News, "Messages found on (Petrova's) phone revealed she planned to smuggle the materials through customs without declaring them."


**RELATED ARTICLE**
Judge says deportation of man to El Salvador prison is 'wholly lawless,' with deadline to return him to America today

Petrova now sits in an Immigration and Customs Enforcement detention facility in Louisiana, ICE records show, waiting for a June 9 hearing that could end with her return to Russia, where Petrova's attorney says she would face immediate arrest over her previous outspoken opposition to Russia's invasion of Ukraine.

"Her detention is not only unnecessary, but unjust," Romanovsky said.

And Petrova isn't the only one.

CNN has reviewed court filings, statements from attorneys and announcements from more than 80 universities and colleges around the country and confirmed that more than 525 students, faculty and researchers have had their visas revoked this year.

Secretary of State Marco Rubio said last month the State Department, under his direction, revoked more than 300 visas, with most of those being student visas.

The earliest high-profile cases focused on those accused of supporting terror organizations, as was the case with Mahmoud Khalil's arrest following pro-Palestinian protests at Columbia University.

Now, an increasing number of student deportation threats involve the revocation of visas based on relatively minor offenses like years-old misdemeanors, according to immigration attorneys, or sometimes no reason at all.

The targeting of foreign nationals affiliated with prestigious American universities comes amid the Trump administration's larger immigration crackdown, including claiming broad powers to declare some migrants gang members and deporting them without a hearing.

"All of these tools that exist in the (immigration) statute have been used before, but they use them in a way that causes mass hysteria, chaos and panic with the hope that students won't get proper legal advice and they'll just, through attrition, leave the country," said Jeff Joseph, president-elect of the American Immigration Lawyers Association.

## Hundreds of people associated with colleges facing possible deportation



Protesters gather outside federal court during a hearing on April 3 with lawyers for Rumeysa Ozturk, a Tufts University doctoral student from Turkey who was detained by immigration authorities. Rodrique Ngowi/AP

A visa is a document that allows people to legally enter the US at an airport or border crossing, and it is not unusual for student visas to be revoked for a variety of reasons, Minneapolis-based immigration attorney David Wilson told CNN. But forcing people already in the US to immediately leave the country is something very different, he said, especially in the middle of an academic term.

"A visa is like the key to start a car," Wilson said. "It's quite different, though, to stop the car in the middle of the street and tell the person they have to get out."

That difference is at the heart of the lawsuit filed Monday by a Dartmouth graduate researcher from China. Xiaotian Liu – a computer science student who has studied in the United States since 2016 – asked a court for a temporary restraining order to keep the government from throwing him out of the country.

Liu's F-1 student visa was revoked, something his attorneys acknowledge the State Department has the right to do, but they say that doesn't give ICE the ability to immediately force him to leave the US, especially since he was given no explanation for it.

"He has not committed any crime or even a traffic violation," his attorneys said in a court filing. "Nor has he shown any violence (or even participated in any protest) in the United States or elsewhere."

A federal judge in New Hampshire granted Liu's request for a temporary restraining order Wednesday. CNN reached out to DHS for comment on Liu's case.

## Immigration arrests often happening without warning, attorneys say

Even visitors who have been given reasons for their deportation are often surprised by what they hear.

A graduate student at the University of Minnesota, Doğukan Günaydin, was detained by ICE on March 27 because of a prior drunk driving conviction, a senior Homeland Security official told CNN.

In a court filing, Günaydin's attorney says online records show that his visa revocation wasn't official until seven hours after he was taken into custody while on his way to class, according to CNN affiliate KARE.

Wilson, who is not involved in Günaydin's case, said driving while intoxicated is grounds to revoke a visa, but he's never seen it used to kick someone out of the country.





Union members march through downtown Minneapolis on March 29 after University of Minnesota international graduate student Doğukan Günaydin was detained by by ICE agents. Tim Evans/Reuters

"Saying that your (legal) status is ended because of that, there's no precedent for that," he said. "There's no authority for that."

While the Department of Homeland Security has publicly touted many of its efforts to deport students and faculty, the process of revoking a visa is handled by the State Department, which has been more tight-lipped.

"Due to privacy considerations, and visa confidentiality, we generally will not comment on Department actions with respect to specific cases," a spokesperson told CNN in response to questions about multiple incidents.

More than 1.5 million people were in the US in 2023 under F-1 and M-1 student visas issued by the State Department, according to a government report. And about 300,000 people per year are in the US under J-1 visas to participate in various exchange programs, including programs at universities, the State Department says.

## Courts become last resort for students looking for answers

In many cases, immigration attorneys have said, the Trump administration declined to provide any details on their visa revocation decisions unless forced to do so in court.

In the case of Khalil, it was only after he filed suit that the government cited his failure to state he had previously worked for the British Embassy in Beirut and was an unpaid intern with the United Nations Relief and Works Agency for Palestine Refugees in the Near East. By the time his case got a hearing, he had already been moved more than a thousand miles away to custody,

in Louisiana.

Students and families aren't the only ones being left in the dark. Several universities – including the University of Texas at Austin, Stanford University and UCLA – said the government never directly informed them that they had students whose visas had been revoked. In many cases, schools learned of the decision only after checking a government database and discovering authorization had been revoked without a specific explanation.



Mahmoud Khalil is seen at a pro-Palestinian protest encampment on the Columbia University campus in New York on April 29, 2024. Ted Shaffrey/AP/File

"The termination notices indicate that all terminations were due to violations of the terms of the individuals' visa programs," UCLA Chancellor Julio Frenk in a statement to students and faculty Sunday.

Many students have had their visas revoked with no further action taken to this point, while some have been taken into custody with the authorities' intention to deport them.

"The very public actions that are being taken by ICE and the Department of Homeland Security around some of these students, where they are removing these students from their homes or

from their streets, that's not usually done unless there is a security issue when a student visa is revoked," Sarah Spreitzer with the America Council on Education told the Associated Press. "The threat of this very quick removal is something that's new."

The lack of certainty about what is leading some scholars to lose their right to study in the US is sending a chill through the international student community.

"I think I want to speak in the name of everyone here, we are feeling anxious," said a freshman on a student visa enrolled at one of Philadelphia's renowned universities.

CNN granted the student anonymity for fear of retaliation.

"We feel anxiety because we don't know what's going to happen," the student explained in an interview with CNN between a day filled with work-study, classes and homework. "People could be targeted without being related to something, you know?"

## Government encourages people with revoked visas to leave without hearings

Some students are receiving notification of the loss of their legal status, often accompanied with the suggestion that they "self-deport" rather than challenge their deportation in court and face the risk of being detained. CBP One, an online application that Customs and Border Protection used to schedule arrivals for people seeking asylum during the Biden administration, was changed last month to "CBP Home" to allow people to notify the government that they will voluntarily leave the US.

"The CBP Home app gives aliens the option to leave now and self-deport, so they may still have the opportunity to return legally in the future and live the American dream," Homeland Security Secretary Kristi Noem said in a statement. "If they don't, we will find them, we will deport them, and they will never return."

Jayson Ma, a 24-year-old Chinese national who has been in the United States since 2016 on a valid student visa, learned his visa was revoked after his university, Carnegie Mellon, called to inform him.

"I have my suitcase half-packed and it's something I'm mentally preparing for," Ma told CNN. "I just want my life to go back to normal, I want to go back to school, finish school and not have to worry about getting arrested."

The threat of being forced out of the United States permanently is being coupled with a financial cost. The Department of Homeland Security stated in a social media post that the

agency could fine an immigrant $998 per day for remaining in the country after receiving "a final order of removal."

Among those who have chosen to leave are Momodou Taal, who had been told to turn himself in to immigration custody while his case was being heard in the courts.



Momodou Taal speaks with CNN in November 2023. CNN

"I have lost faith I could walk the streets without being abducted," Taal said on X.

As the immigration cases slowly work their way through the courts, the speed and unpredictability of the move to deport immigrants who were in the country legally is alarming a lot of Wilson's legal clients.

"I have individuals who naturalized 10 years ago asking if they have a parking ticket, can they travel?" he said. "People are being terrorized because of the uncertainty that the slightest contact with law enforcement will trigger a consequence that will unravel their life in the United States."

*CNN's Jeff Winter, Danny Freeman, Yash Roy, Gloria Pazmino, Maria Aguilar Prieto and Javon Huynh contributed to this report.*

# Up next

Judge says deportation of man to El Salvador prison is 'wholly lawless,' with deadline to return him to America today

6 minute read



A Louisiana immigration judge says Mahmoud Khalil can be deported

8 minute read



Florida universities join statewide push to partner with ICE on immigration enforcement

3 minute read



Why ICE is really moving detainees over a thousand miles from where they were arrested

10 minute read



What we know about the Tufts University PhD student detained by federal agents

9 minute read



# Most read

**1**  Trump's retribution sends a chilling message to dissenters

**2**  Smartphones and computers are now exempt from Trump's latest tariffs

**3**  Trump trades the Oval Office for The Octagon with UFC appearance

**4**  A Maryland mother was detained by ICE nearly two weeks ago. So far, no evidence has been provided

**5**  They came to the US as kids for a better life. Now they're leaving for Europe as seniors

**6**  Harvard University professors sue Trump administration to block review of nearly $9 billion in federal funds

**7**  2 US-bound flights from Mexico stuck on tarmac for hours after being diverted

7   US-bound flights from Mexico stuck on tarmac for hours after being diverted
    to Alabama airport without customs staff

8   Pressures from Kyiv and Washington led to US ambassador's resignation,
    sources say

9   A memo promised more funding for states with higher birth rates. See where
    your state ranks

10  A Florida teacher called a student by their preferred name without parental
    permission. Her teaching contract wasn't renewed

## MORE FROM CNN

 Judge says deportation of man to El Salvador prison is 'wholly ...

 A Louisiana immigration judge says Mahmoud Khalil can be ...

 Florida universities join statewide push to partner with ICE on immigration ...

## NEWS & BUZZ

 Trump's retribution sends a chilling message to dissenters

 Smartphones and computers are now exempt from Trump's latest ...

 Trump trades the Oval Office for The Octagon with UFC appearance

Search CNN...

Subscribe

Sign in

Live TV

Listen

Watch

US

World

Politics

Business

Markets

Health

Entertainment

Tech

Style

Travel

Sports

Science

Climate

Weather

Ukraine-Russia War

Israel-Hamas War

Watch

Listen

CNN Underscored

Games

About CNN

 **US**

**FOLLOW CNN**

  

Terms of Use    Privacy Policy    Do Not Sell Or Share My Personal Information    Ad Choices    Accessibility & CC    About

Subscribe    Newsletters    Transcripts    Help Center

© 2025 Cable News Network. A Warner Bros. Discovery Company. All Rights Reserved.
CNN Sans ™ & © 2016 Cable News Network.



EXHIBIT AK

EDUCATION

# Visas of 6 international students at UNC-Chapel Hill terminated by Trump administration

By **Korie Dean**

Updated April 9, 2025 10:24 AM



📰 Read today's Edition

The News&Observer

Log In  |  **Subscribe**



The terminations of the UNC students' visas comes after similar revocations at NC State University and Duke University, as well as dozens of universities around the country. By ABC11



Only have a minute? Listen instead
Powered by **Trinity Audio**

00:00     1.0x     04:17

The federal government has terminated the visas of half a dozen international students at UNC-Chapel Hill, according to the university's media relations office.

According to a statement from the office provided to The News & Observer, the university's International Student and Scholars Services office is aware, as of Tuesday, "that the Student Exchange and Visitor Program records of six of our international students have been terminated by the U.S. government."

TOP VIDEOS

Case 3:25-cv-03292-SI   Document 7-3   Filed 04/15/25   Page 281 of 380

Watch More

00:00                                                02:00

It is unclear if the students have left the United States for their home countries, which are also unknown. It is also unclear if the students are continuing their studies with the university.

In response to questions from The N&O seeking that information, a spokesperson wrote that the university would not provide it in order to "maintain student confidentiality."

International students are required to obtain visas to enroll and study at colleges around the United States. In addition to visas, international students are assigned records in the Student and Exchange Visitor Information System, or SEVIS, a federal database maintained by the U.S. Department of Homeland Security.

If a student's visa is revoked, it does not automatically mean they must leave the country. But if a student's SEVIS record is terminated — as the UNC students' records were, according to the university — they are deemed "out of status" and could be subject to deportation or other removal proceedings, an immigration attorney previously told The N&O.

"ISSS staff communicate regularly with international students and scholars, as well as their departments, advisors and supervisors, about regulatory changes and their

4/14/25, 6:14 PM
Case 3:25-cv-03282-SI  Document 7-3  Filed 04/15/25  Page 282 of 380
International students' visas terminated at UNC-Chapel Hill | Raleigh News & Observer

immigration status," the university said in its statement. "ISSS is available to advise, answer questions and provide resources to all university-sponsored international students and scholars."

ISSS, which is part of the university's global affairs division, is the main office for immigration advising and processing university-sponsored immigration benefits.

The terminations of the UNC students' visas comes after similar revocations at NC State University and, reportedly, at Duke University, as well as dozens of universities around the country.

The administration of President Donald Trump in recent weeks has increasingly targeted international university students, especially those who have participated in pro-Palestinian protests, with Secretary of State Marco Rubio also ordering federal officials to scrutinize the social media accounts of those applying for student visas.

It is unclear if any of the UNC students who lost their visas had participated in protests, or why their visas were revoked.

According to Inside Higher Ed and the New York Times, the Trump administration has terminated roughly 150 student visas in recent weeks, though the number is considered to be a significant under-count and is growing by the day.

Last week, NC State announced two students from Saudi Arabia had left the United States after learning their visas and SEVIS records had been terminated. NC State Chancellor Randy Woodson told The N&O that both students were in "good standing," and that the university had not received a reason for the revocations from the federal government.

On Monday, Duke officials sent an email to the university's international students announcing that the visas of two students and an alumnus had been terminated, the Duke Chronicle reported. A Duke spokesperson has not responded to The N&O's request for confirmation of those terminations.

UNC, Duke and NC State each host thousands of international students on their campuses each year.

According to federal data, Duke last year enrolled more than 5,900 international students, the most of any university in the state. NC State followed close behind, with 5,475 international students, the second-most in the state and the most of any public university. UNC ranked fourth in the state and third in the UNC System, with more than 3,150 international students.

This story was originally published April 8, 2025 at 5:37 PM.

**Want to see more content like this?**  

##  Dean's List

Dean's List is a weekly roundup of higher education news, curated by the N&O's higher education reporter, Korie Dean.

|                                                                          | SIGN UP |
| ------------------------------------------------------------------------ | ------- |

By submitting, I agree to the Privacy Policy and Terms of Service.

## Related Stories from Raleigh News & Observer

**EDUCATION**

**Two NC State students leave the country after visas revoked by Trump administration**

April 2, 2025 11:06 AM

**EDUCATION**

**NC State students who lost visas were in 'good standing' with university, chancellor says**

April 3, 2025 12:56 PM

Case 3:25-cv-03292-SI Document 7-3 Filed 04/15/25 Page 284 of 380



**Korie Dean**  *The News & Observer*    919-335-8507

Korie Dean covers higher education in the Triangle and across North Carolina for The News & Observer, where she is also part of the state government and politics team. She is a graduate of the Hussman School of Journalism and Media at UNC-Chapel Hill and a lifelong North Carolinian.

# Take Us With You

Real-time updates and all local stories you want right in the palm of your hand.

 **RALEIGH NEWS & OBSERVER APP**

 **VIEW NEWSLETTERS**

   

**SUBSCRIPTIONS**      **LEARN MORE**      **ADVERTISING**

Customer Service

Start a Subscription

Cancel a Subscription

Make a Payment

View Edition

About Us

Contact Us

Newsletters

Legal Notices

Archives

Personal Finance

McClatchy Advertising

Place an Ad

Place a Classified Ad

Place an Ad - Celebrations

Place an Obituary

Staffing Solutions

Political | Advocacy Advertising

Part of the McClatchy Media Network

COPYRIGHT

COMMENTING POLICY

REPORT NEWS

COOKIE PREFERENCES

PRIVACY POLICY

YOUR PRIVACY CHOICES

TERMS OF USE



EXHIBIT AL

4/14/25, 2:19 PM
U.S. government revokes visas of three international Duke University students, alumnus | WUNC
Case 3:25-cv-03892-SI   Document 7-3   Filed 04/15/25   Page 287 of 380

# U.S. government revokes visas of three international Duke University students, alumnus

**WUNC | By Aaron Sánchez-Guerra**

Published April 8, 2025 at 9:02 AM EDT





*Richard Ricciardi  /  Duke, Via Flickr*

Duke University says the U.S. government did not specify reasons for the visa terminations of two students and a former student completing practical training, according to an email sent to international students Monday.

Duke is the latest university in North Carolina to have international students lose their ability to legally study or work in the U.S. amid a State Department crackdown on university students allegedly involved in pro-Palestine protests.

Two international students and one Duke alumnus had their F-1 student visas terminated in the first week of April, according to a Duke International Student Center email that was sent to Duke international students.

The news was first reported by Duke student newspaper The Chronicle.

The government said that Immigration & Customs Enforcement (ICE) was notified of

WUNC
**All Things Considered**

"additional information became available after your visa was issued."

The identities and degree programs of the students were not disclosed.

The Duke alumnus was completing Optional Practical Training, a program for international students before or post-graduation.

"Duke was not involved in either the visa revocations or the subsequent terminations of the visa records, and was not directly notified about either of these actions," the university said in an email to students. "Duke Visa Services (DVS) met with the students to advise them about the consequences of these actions and to provide resources to them."

Duke is arranging for allowing the current students involved to continue their studies from their home country, which also was not disclosed. The students are consulting with immigration attorneys, according to Duke.

The university says it will now review the Student & Exchange Visitor Information System daily to notify any international student if their status and has changed. Any student contacted by the State Department about their visa is advised to contact Duke Visa Services immediately.

"Duke is committed to assisting our international community to the limit of the law," the email said.

Duke's announcement included lines to resources available to international Duke students, such as the Immigration Student Legal Resource, Counseling and Psychological Services (CAPS), Duke Reach, QuadEx Chaplains, and Duke on Call line at 919-684-2444.

## NC State students also lose visas



Donate

visas revoked. Those students voluntarily left the country, according to NC State.

The identities of those students were also not disclosed by the university, though the

WUNC
**All Things Considered**

President Donald Trump's administration has cracked down on international students accused of protesting against Israel's war in Gaza or expressing views in support of Palestine.

The Trump Administration has accused those students of supporting terrorism for expressing these views or participating in protests.

U.S. Secretary of State Marco Rubio announced last week that the State Department had revoked more than 300 student visas of people who allegedly expressed support for Palestine in protests or on social media.

**Tags**
[ Politics ]   [ Durham ]   [ Duke University ]

[ Immigration and Customs Enforcement ]   [ Student Visas ]





## Aaron Sánchez-Guerra

Aaron Sánchez-Guerra covers issues of race, class, and communities for WUNC.

See stories by Aaron Sánchez-Guerra



WUNC
**All Things Considered**

**European regulations on chicken processing hamper U.S. exports**

**Hot off her NCAA title, Paige Bueckers cruises for 1st pick in the WNBA draft**

**With 'Luther,' Kendrick Lamar stakes his claim as a great hip-hop ballad singer**

**What a Charlotte City Council member's move to the Trump administration means for NC**

**The town of Fountain is another stop in our Main Street NC Series**

**Fewer WWII soldiers' remains are being accepted by close relatives. WUNC followed one family who searched for decades.**

Discuss North Carolina politics. Analyze how and why you love the way you do. Quiz yourself on Black history. Hear poetry from NC's poet laureate. Meet NPR hosts and reporters. You never know where WUNC's events will take you. Join us for this ride! See our upcoming events and sign up to attend.

SEE OUR EVENTS

WUNC
All Things Considered

## More Stories



**Race, Class & Communities**

# Trump administration revokes visas for more than a dozen international students across NC

Aaron Sánchez-Guerra, April 9, 2025

The three major research universities of North Carolina have all now announced that the U.S

WUNC
**All Things Considered**



**Education**

# U.S. government terminates visas of two NC State international students

Aaron Sánchez-Guerra, April 3, 2025

The announcement by North Carolina State University comes as the Trump Administration announces it has revoked more than 300 student visas for allegedly voicing pro-Palestine views.



**Environment**

# "The implications will be devastating:" How the EPA's proposed cuts could impact RTP

Celeste Gracia, March 27, 2025

Under the Trump administration, the EPA is reportedly considering plans to dissolve its scientific research office. At Research Triangle Park, several hundred people work in this division at EPA's large regional campus.

LISTEN  •  3:44

WUNC

All Things Considered

4/14/25, 2:19 PM
U.S. government revokes visas for three international Duke University students, alumnus : WUNC
Case 3:25-cv-03892-SI    Document 7-3    Filed 04/15/25    Page 294 of 380



**Education**

# Durham Association of Educators' fight for recognition heats up

Liz Schlemmer, March 26, 2025

DAE has been advocating for more than a year for a formal "seat at the table" with district administrators. This week, three school board members voiced their support.



**Education**

# Fact check: NC Gov. Josh Stein shares 6 statistics on 'child care crisis'

Liz Schlemmer, March 11, 2025

This week, Gov. Josh Stein shared six statistics that underscore why he's calling the current state of child care a "crisis." Education reporter Liz Schlemmer fact checked the claims.



Stay Connected

*Bringing The World Home To You*

© 2025 WUNC North Carolina Public Radio
120 Friday Center Dr
Chapel Hill, NC 27517
919.445.9150 | 800.962.9862

Listen Live

WUNC
**All Things Considered**

Podcasts From WUNC

Events

About

Contact Us

Employment

Privacy

FCC Applications

WUNC FCC Public File

WBUX FCC Public File

WFSS FCC Public File

WRQM FCC Public File

WUND-FM FCC Public File

WURI FCC Public File

WUNW FCC Public File

WZCO FCC Public File

WUNC Drawing Rules






WUNC
**All Things Considered**

Case 3:25-cv-03892-SI    Document 7-3    Filed 04/15/25    Page 297 of 380



EXHIBIT AM

Sections

**NEWS**


Harvard Researchers Develop AI-Driven Framework To Study Social Interactions, A Step Forward for Autism Research

**NEWS**


Harvard Innovatior 25 President's Inno Finalists

ADVERTISEMENT

# Harvard Is Checking International Students' Visa Status Daily After Revocations



The Harvard International Office is located in the Smith Campus Center. The HIO confirmed on Tuesday that it is checking international students' visa status on a daily basis. By Ryan N. Gajarawala

By Hugo C. Chiasson and Amann S. Mahajan, Crimson Staff Writers

April 9, 2025

Harvard's International Office confirmed that it is checking the status of students' visas on a daily basis, following a Sunday announcement to international students on the revocation of five Harvard affiliates' visas.

Harvard's graduate student union shared the HIO's policy in a Tuesday email to its bargaining unit, after the union emailed HIO leadership to solicit guarantees on visa status updates for international student workers.

According to the email, the Harvard Graduate Students Union-United Auto Workers contacted HIO Office Senior Director Martha D. Gladue on Monday with a list of requests. They asked the HIO to check international student workers' Service and Exchange Visitor Information System status daily and notify students of any status change within 30 minutes.

The union also requested that the HIO expand email communications to include undocumented and Deferred Action for Childhood Arrivals affiliates and relay updates to "the wider Harvard community."

"We understand HIO faces considerable pressures in light of federal scrutiny of the University, as well as significantly increased workload," union leadership wrote in the email. "We are making these requests because our members have indicated that such assurances, coming directly from HIO as an authority on student-related immigration issues, would significantly alleviate ongoing anxieties about the current situation."

Following the union's requests, the HIO confirmed that they are doing daily checks of the SEVIS system. While HIO Director of Immigration Services Maureen Martin said that the office was checking SEVIS on a "regular basis" at a webinar last week, Harvard did not clarify the daily checks until Tuesday.

But the union's Tuesday email did not include any details on the request to include undocumented affiliates and DACA recipients on HIO mailing lists.

University officials declined to comment on the union's request and the HIO's response.

In an emailed statement, HGSU-UAW President Sara V. Speller wrote that the union does not claim the HIO changed its policies because of Monday's list of

Sections

ADVERTISEMENT

"Harvard's students, student-workers, and workers are all facing immense uncertainty with the federal administration's attacks on higher education, and the lack of updates or resources from University officials over the last few months has left so many people feeling lost and vulnerable," she wrote.

HGSU-UAW proposed ground rules during their ongoing contract negotiations that included a "safety plan" for international students giving testimony at bargaining sessions, which were not adopted. The two parties agreed to continue negotiations without ground rules during a March 28 negotiation after a protracted debate over open bargaining.

Their next bargaining session is scheduled for Thursday.

—Staff writer Hugo C. Chiasson can be reached at hugo.chiasson@thecrimson.com. Follow him on X @HugoChiassonn.

—Staff writer Amann S. Mahajan can be reached at amann.mahajan@thecrimson.com. Follow her on X @amannmahajan.

**Want to keep up with breaking news?** Subscribe to our email newsletter.

TAGS    LABOR    UNIVERSITY    INTERNATIONAL STUDENTS    FRONT MIDDLE FEATURE    HGSU

## MOST READ

1. Harvard Is Turning Its Back on Scholasticide in Palestine
2. Harvard Kennedy School Dean Denounces Visa Revocations in Email to Affiliates
3. More Than $110 Million in NIH Grants to Harvard, Affiliated Hospitals Terminated Since Late February
4. After Trump's Demands, Dean of Students Says College Diversity Offices Have No Plans To Cut Programming

Sections

ADVERTISEMENT

**FROM OUR ADVERTISERS**



SPONSORED

Sections



SPONSORED



SPONSORED



SPONSORED



SPONSORED



SPONSORED

ADVERTISEMENT

Sections

ADVERTISEMENT

ADVERTISEMENT

# The Harvard Crimson

*The University Daily, Est. 1873*

| SECTIONS | ABOUT | RESOURCES | CONTACT US |
|---|---|---|---|
| News | General | Advertising | Corrections |
| Opinion | Diversity & Inclusion | Newsletters | |
| Arts | Privacy Policy | Journalism Programs | |
| Blog | Rights & Permissions | | |
| Magazine | Sitemap | | |
| Videos | | | |
| Sports | | | |

Sections

Copyright © 2025 The Harvard Crimson, Inc.



EXHIBIT AN

https://www.ocolly.com/news/osu/u-s-government-revokes-8-osu-international-students-visas/article_314dbd1b-a693-4a6e-8e06-a4ce99005ca1.html

FEATURED    BREAKING

## U.S. government revokes 8 OSU international students' visas

Raynee Howell, Assistant News and Lifestyle editor, @RayneeHowell
Apr 8, 2025



Several universities have reported students losing Visas for criminal or political activity.
Payton Little

Oklahoma State has joined the list of colleges reporting a number of international students' visas have been revoked.

Elisabeth Walker, the director of the Office of International Students and Scholars, said in a Faculty Council meeting Tuesday eight students had their immigration records terminated by the U.S. government.

The Trump administration previously threatened to send students back to their home country for allowing "illegal protests." There currently is no confirmed direct connection between previous protests on campus and the revoked visa statuses, yet political activity has been cited as a reason for at least one student.

"There was one (student) two weeks ago, five last week and two today," Walker said. "What they're doing is auto canceling their electronic immigration record, and for one of them, they cited the reason was political activity. For the other seven, they said it was due to some criminal activity."

Walker said from talking to students she's learned that the criminal records have been anything from a speeding ticket to previous arrest.

"The action that our office is taking is reaching out to the students, telling them this has happened, talking to them about their immigration-related options, and guiding and supporting them on what they want to do," Walker said.

A university spokesperson confirmed eight visas have been revoked.

"The university is continuing to monitor the situation and is focused on providing appropriate guidance and support to those impacted," a university spokesperson wrote in a statement released to The O'Colly.

The identities of the students affected are not known. The Family Education Rights and Privacy Act (FERPA) prevents OSU from releasing further details.

During Tuesday's faculty council meeting, Walker was asked if OSU plans to implement a travel advisory for international students. Walker said no, and cautioned students who are traveling to be prepared.

"I would not tell them to not travel," Walker said. "I would advise them on a case-by-case basis. If they have a valid visa, I would say they need to carry more documentation, be more prepared, but I wouldn't tell them to be afraid and not to travel."

Walker said her team closely monitors updates, proclamations and executive orders released by the current administration for potential student impacts and updates its website regularly.

At least 16 university students across Oklahoma have had their visas revoked according to News On 6.

Multiple Students for Justice in Palestine chapters, including OU, OSU and UCO released a statement Friday vowing to resist the presence of ICE on campus and reject the "unjust revocation of student visas."

"This marks a dangerous intensification of the long-standing US tactic of threatening indiscriminate deportation, which has been used to crush movement and terrorize communities from the Red Scare to the War on Terror," the statement read.

The groups demanded that OSU, OU and UCO declare campuses as safe sanctuaries for international and undocumented students.

Pro-Palestine activism has been confirmed as a reason for revoking student visas, according to The Associated Press. Mahmoud Khaliil, an activist and student at Columbia University, had his green card revoked by the Trump administration in March for his role in the CU protests.

Other schools across the country including Ohio State, Harvard, Stanford and UCLA also have discovered students have lost their visas. Other college officials have said the termination of students' legal residency status has come with little notice to students or schools.

Secretary of State Marco Rubio said during a press conference last month that he has removed at least 300 visas.

"It might be more than 300 at this point," Rubio said. "We do it every day. Every time I find one of these lunatics, I take away their visas."

OSU is currently home to 1,554 international undergraduate and graduate students representing 102 countries.

*This story will continue to be updated.*

*Hayden Alexander contributed to this article.*

news.ed@ocolly.com



EXHIBIT AO



# Pitt and WVU among schools reporting student visa revocations

## CMU also reported several international students were impacted



**MADDIE AIKEN** ☑
Pittsburgh Post-Gazette
maiken@post-gazette.com   ✕

| APR 9, 2025 | 8:49 AM |

Several international students at the University of Pittsburgh and West Virginia University have been stripped of their student visas, heightening the regional impact of the Trump administration's visa revocation effort.

At Pitt, one graduate student and two recent graduates have had their visas revoked and Student and Exchange Visitor Information System (SEVIS) records terminated, a university spokesperson confirmed. Three WVU students have been impacted.

Pitt Provost Joseph R. McCarthy wrote in a Wednesday letter to the campus community that the revocations have created "anxiety and fear" among Pitt international students.

"At the University of Pittsburgh, our international populations are a vital and vibrant part of our university community, and their continued well-being is a top priority," Mr. McCarthy wrote. "We recognize that this news has created anxiety and fear among our international populations, and we take these concerns very seriously."

Pitt did not specify why the federal government revoked the students' visas. At WVU, visas were revoked because impacted students' names were found in criminal records, said spokeswoman Shauna Johnson.

The Pitt and WVU international students are among hundreds whose visas have been revoked and SEVIS records terminated by the federal government in recent weeks.

At CMU, two current students and five recent graduates were impacted. Some Penn State students have also been impacted; the university has declined to share how many.

The White House has cited some international students' involvement in pro-Palestine protests as a top reason for revocation. Pitt and CMU have seen pro-Palestine movements on campus.

On Tuesday, Education Secretary Linda McMahon told the Wall Street Journal that universities should do more to ensure prospective international students don't have terrorist leanings or "are not necessarily supportive of the United States," the outlet reported.

But international students are also facing visa revocation and SEVIS record termination for offenses such as DUIs and disorderly conduct, Pittsburgh immigration attorney Joseph Patrick Murphy told the Post-Gazette on Tuesday.

Termination of students' SEVIS records is particularly impactful, Mr. Murphy said. When a foreign student's SEVIS records are terminated, that student becomes unlawfully present in the United States. And if universities continue allowing these students to take classes, they are in violation of immigration law.

At Pitt, officials have offered support and resources to impacted students, Mr. McCarthy wrote. The university provides further information regarding regulations and travel considerations through its Office of International Services.

4/14/25, 2:30 PM
University of Pittsburgh and WVU ending schools reporting students' visa revocations - Pittsburgh Post-Gazette

Case 3:25-cv-03292-SI    Document 7-3    Filed 04/15/25    Page 313 of 380

Mr. McCarthy added that Pitt is not aware of any immigration agencies or authorities visiting the Oakland campus for enforcement purposes.

*First Published: April 9, 2025, 8:49 a.m.*
*Updated: April 9, 2025, 10:29 a.m.*



**Maddie Aiken** covers higher education for the Post-Gazette. Previously, she covered education and other community-related topics for the Tribune-Review and The Daily Times in Salisbury, Md.

✉ maiken@post-gazette.com
𝕏 @madsaiken



EXHIBIT AP

Sections



**NEWS**

Harvard Researchers Develop AI-Driven Framework To Study Social Interactions, A Step Forward for Autism Research



**NEWS**

Harvard Innovation 25 President's Inno Finalists

ADVERTISEMENT

# 3 Harvard Students, 2 Recent Grads Had Visas Revoked



By Barbara A. Sheehan

By Samuel A. Church and Cam N. Srivastava, Crimson Staff Writers

April 7, 2025

*Updated Sunday, April 6, at 10:52 p.m.*

involved in pro-Palestine protests, according to an email from the Harvard International Office to international students.

Harvard discovered the revoked visas during a "routine records review," according to the email.

The HIO did not identify the students or graduates in the email, citing privacy concerns. The Crimson was not immediately able to determine the students' identities.

"We are not aware of the details of the revocations or the reasons for them, but we understand that comparable numbers of students and scholars in institutions across the country have experienced similar status changes in roughly the same timeframe," the HIO wrote.

The Trump administration has moved to deport international students and faculty who have been involved in pro-Palestine activism. On March 27, Secretary of State Marco Rubio said more than 300 visas had been revoked in recent weeks.

Rubio announced on Saturday that the United States would revoke all visas for South Sudanese passport holders.

A University spokesperson declined to comment.

College administrators nationwide have discovered revoked student visas through running database checks, without being notified by federal agencies. Some international students have had their legal residency status — in addition to entry visas — taken away, an unusual step that could force them to immediately leave the country.

ADVERTISEMENT

Sections

Though many students have lost visas because of pro-Palestine statements, some have had visas revoked because of other incidents — including traffic violations.

The HIO email was sent as members of the Harvard Corporation — Harvard's highest governing body — met in Harvard Square.

When approached by a Crimson reporter as they left an administrative building on Sunday afternoon, two Corporation fellows — Carolyn A. "Biddy" Martin and Shirley M. Tilghman — were unaware of the visa revocations.

"We've been in meetings all day," they said.

The HIO email comes less than two weeks after Tufts University Ph.D. student Rumeysa Ozturk, a Turkish citizen who wrote a pro-Palestine op-ed, had her visa revoked after being arrested by ICE officials near her home in Somerville. Ozturk was accused of engaging in "activities in support of Hamas" by a U.S. Department of Homeland Security spokesperson.

And the University of Massachusetts Amherst announced on Friday that five international students had their visas revoked in the past week.

But Sunday's email was the first public indication that Harvard students have been caught up in the Trump administration's visa sweeps.

In February, a visa belonging to Harvard Medical School researcher and Russian citizen Kseniia Petrova was revoked after she failed to properly declare frog embryos she brought into the country. Petrova is detained in a Louisiana ICE facility.

Sections

"The talent they bring to campus each day increases our ability to advance world-class discovery in fields that have meaningful impact on people's lives, while creating positive relationships and discourse that expand the horizons of people across our community," they wrote.

ADVERTISEMENT

—Staff writer Dhruv T. Patel contributed reporting.

—Staff writer Samuel A. Church can be reached at samuel.church@thecrimson.com. Follow him on X @samuelachurch.

—Staff writer Cam N. Srivastava can be reached at cam.srivastava@thecrimson.com. Follow him on X @camsrivastava.

**Want to keep up with breaking news?** Subscribe to our email newsletter.

TAGS    BREAKING NEWS    UNIVERSITY    FRONT FEATURE

## MOST READ

1. Harvard Kennedy School Dean Denounces Visa Revocations in Email to Affiliates

2. Harvard Is Turning Its Back on Scholasticide in Palestine

Sections

4. More Than $110 Million in NIH Grants to Harvard, Affiliated Hospitals Terminated Since Late February

5. After Trump's Demands, Dean of Students Says College Diversity Offices Have No Plans To Cut Programming

ADVERTISEMENT

FROM OUR ADVERTISERS



SPONSORED

Sections


SPONSORED


SPONSORED


SPONSORED


SPONSORED


SPONSORED

ADVERTISEMENT

ADVERTISEMENT

ADVERTISEMENT

## The Harvard Crimson

*The University Daily, Est. 1873*

**Sections**

| | | | |
|---|---|---|---|
| News | General | Advertising | Corrections |
| Opinion | Diversity & Inclusion | Newsletters | |
| Arts | Privacy Policy | Journalism Programs | |
| Blog | Rights & Permissions | | |
| Magazine | Sitemap | | |
| Videos | | | |
| Sports | | | |

Copyright © 2025 The Harvard Crimson, Inc.



EXHIBIT AQ

https://www.cbs19news.com/news/uva-says-international-students-visa-has-been-canceled/article_a7417bb4-6960-4ed8-b4b5-d66f264cf8af.html

## UVA says international student's visa has been canceled

News Staff
Apr 8, 2025

f    X    ⌖    ✉    🖶    🗋    🔖



CHARLOTTESVILLE, Va. (CBS19 NEWS) -- A University of Virginia student is now one of the people whose visa to study in the United States has been canceled.

There have been incidents across the country involving international students, including some controversial ones in which a student's visa was revoked but the student was reportedly not notified of their status change until confronted by federal officials.

The UVA Department of Global Affairs recently posted a message to the international community on Grounds, including students and faculty.

It reports it has been monitoring reports of heightened immigration enforcement activity across the country.

The department does say one current student's visa has been canceled and it is working with the student to offer support.

International students are encouraged to check the university's International Students and Scholars Program website to find more information and resources.

Faculty and staff can also go to the UVA Human Resources site for immigration updates that might impact them.

Any students who have concerns about their immigration status should either call (434) 982-3010 or send an email to iso-isp@virginia.edu. Virtual appointments with an adviser can be made here.

Staff members with concerns should reach out to their human resources business partner.

**Sharra Klug**

Learn more about your privacy options



EXHIBIT AR

**Los Angeles Times**

# Trump administration cancels dozens of international student visas at University of California, Stanford

Jaweed Kaleem

Sat, April 5, 2025 at 9:57 AM PDT

⬆ ⬝    ○ 1.9k

**Top Stories**    Winning $389K win vanishes    Delta passengers stranded    La Niña is dead    Diet and lung





Students pass by Royce Hall at UCLA in March 2023. (Christina House / Los Angeles Times)

The Trump administration has canceled dozens of international student visas at California campuses, including UCLA, UC San Diego, UC Berkeley, UC Davis, UC Irvine and Stanford, university leaders, students and faculty at campuses

confirmed to The Times. Education officials over the weekend struggled to assess the extent of the revocations.

by immigration authorities or why their visas were canceled. A UCLA spokesperson did not immediately confirm the number. The updated number came from student government, which has been in touch with the UCLA administration.

At UC San Diego, Chancellor Pradeep Khosla said in a campus message that five students had their visas revoked. He said the university received the notification "without warning." Khosla said a sixth student was "detained at the border, denied entry and deported to their home country."

ADVERTISEMENT

"The federal government has not explained the reasons behind these terminations," Khosla wrote. "The students have been notified and we are working directly with them to provide support."

Describing a "fluid situation," a UC Berkeley spokesperson on Saturday said the school had identified at least six revoked visas. The spokesperson said four were for current undergraduate and graduate students. Two others were for recent graduates.

At UC Davis, officials said visas for seven students and five recent graduates were terminated.

"This number may change. Federal agents have not entered our campus, and they have not placed any member of our community in custody," a university statement said on Saturday.

ADVERTISEMENT

A UC official who spoke on the condition of anonymity because they were not authorized to speak publicly confirmed that the visa actions also affected UC

Irvine. Campus spokespeople did not respond to a request for more details.

At Stanford, officials said four students and two people who recently graduated

A University of California statement said that "several" campuses had students who lost their visa status but did not offer more information.

The statement said UC is "aware that international students across several of our campuses have been impacted by recent SEVIS terminations," referring to the U.S. government's Student and Exchange Visitor Information System database. "... We continue to monitor and assess its implications for the UC community and the people affected. We are committed to doing what we can to support all members of our community as they exercise their rights under the law. In doing that, the university will continue to follow all applicable state and federal laws."

ADVERTISEMENT

**Read more:** California international students on alert as Trump ramps up arrests of pro-Palestinian activists

A spokesperson for USC, where the more than 17,000 international students make up the largest foreign student population in the state, declined to say whether students on campus were part of the visa sweep. "The university does not disclose information about the status of individual student visas," a university statement said.

The actions are part of mass visa cancellations that appear to have unfolded at campuses across the country on Friday and caught school administrators by surprise. Other campuses to announce visa revocations include the University of Kentucky, University of Oregon and Ohio State University. While many actions by the Trump administration to cancel student visas and arrest students last month targeted pro-Palestinian activists, the reasons for these changes were unclear.

Spokespeople from the State Department did not reply Saturday to questions from The Times about California student visas.

Asked whether the visa cancellations had to do with students who protested or other matters, Department of Homeland Security spokeswoman Tricia McLaughlin said in an email, "we'd have to look on a case by case basis." She did not reply to a question about the number of visas revoked in California or how many of the state's campuses were affected.

Student government leaders at UCLA acknowledged campus concerns in a joint statement issued late Friday.

"We understand these are deeply uncertain times... To every international student reading this: You belong here. Your presence at UCLA makes this campus stronger, richer, and more beautiful. Our offices will continue to stand, speak, and advocate for you — loudly and unapologetically," said the statement from Undergraduate Student Assn. Council President Adam Tfayli and International Student Representative Syed Tamim Ahmad.

The visa revocations at UC San Diego involved students who were not involved in pro-Palestinian protests, said the UC official.

ADVERTISEMENT

Last month, the Trump administration began revoking student visas at high-profile campuses, including Columbia, Cornell, George Washington, Tufts and other universities where it alleged that the students affected were antisemitic and aligned with terrorists because of their pro-Palestinian writings or protests.

The administration accused the students of supporting Hamas, which the U.S. designates as a terrorist organization, and said they were threats to national security and U.S. foreign policy. The students argued their free speech rights in support of Palestinians were being trampled.

**Read more:** Justice Department probes major California universities over 'illegal DEI' in admissions

ADVERTISEMENT

The administration has also started canceling visas for students who were not involved in pro-Palestinian protests but had other violations on their records. For example, Immigration and Customs Enforcement officials said this week that the visa of a University of Minnesota student was revoked in March because of a 2023 drunk driving incident in which he pleaded guilty.

Speaking March 27 during a visit to Guyana, Secretary of State Marco Rubio said the U.S. had at that point canceled 300 visas and would continue its evaluations.

"We do it every day. Every time I find one of these lunatics, I take away their visa," Rubio said, referring to student protesters. "I hope at some point we run out because we have gotten rid of all of them, but we're looking every day for these lunatics that are tearing things up."

Rubio said the government canceled "primarily student visas" and "some visitors visas." The group included cases "unrelated to any protests" that have to do with "potential criminal activity."

ADVERTISEMENT

At many campuses in the U.S., including at UC San Diego and Stanford, the Trump administration did not communicate the visa changes to universities. Instead, the cancellations were discovered while university officials checked SEVIS, a student database under the Department of Homeland Security that lists international student statuses.

International students typically have two certifications that allow them to come to the U.S. and study. Student visas give individuals permission to enter the U.S. while "student status" confirms that a person is enrolled in classes and abiding

by other restrictions, such as limitations on employment. Visas are granted and revoked by the Department of State. Student status is maintained in SEVIS.

typically allowed to legally stay in the U.S. to study. If they left the country and wanted to return, they would have to renew their visas. The current actions by the Trump administration appear to be changing both visa and student status.

Schools with large international populations usually have campus centers devoted to aiding students and professors with visas, housing and other areas, including maintaining SEVIS.

ADVERTISEMENT

"Campus officials (and the University of California) are committed to doing what they can to support all members of our community as they exercise their rights under the law," said a statement from UC Berkeley. "In doing so, the university will continue to follow all applicable state and federal laws."

A UC Davis statement added that "we are committed to upholding the law, and we expect local, state and federal agencies to do the same. At the same time, we will continue to advocate at every level of government for the rights and safety of all our community members."

Sign up for Essential California for news, features and recommendations from the L.A. Times and beyond in your inbox six days a week.

This story originally appeared in Los Angeles Times.

💬  View comments (1.9k)

Terms and Privacy Policy    Your Privacy Choices    CA Privacy Notice    About Our Ads

## Solve the daily Crossword

32,903 people played the daily Crossword recently. Can you solve it faster than others?



**Crossword**

Play on Yahoo

Recommended articles





yahoo/news

| Yahoo! | Health |
| US | Science |
| Politics | The 360 |
| 2024 Election | Contact Us |
| World | Originals |

| Terms and Privacy Policy | Share Your Feedback |
| Your Privacy Choices  | About Us |
| CA Privacy Notice | About Our Ads |
| Help | Site Map |

    

© 2025 Yahoo. All rights reserved.



EXHIBIT AS

https://bizlegalservices.com/2025/04/08/f-1-students-report-widespread-sevis-terminations/

4/15/25, 10:06 AM

F-1 Students Report Widespread SEVIS Terminations - International Legal and Business Services Group

SERVICES GROUP

Prepare for your visa interview and port of entry process. Contact us.

Book Consultation - $150

Menu buttons label

# F-1 Students Report Widespread SEVIS Terminations

APRIL 8, 2025  |  IN NEWS  |  6 MINUTES

BY ADMIN

Do you have questions about U.S. immigration? We can help!

INTERNATIONAL
LEGAL AND BUSINESS
SERVICES GROUP

Book Consultation · $150

Open buttons label

Over the past week, F-1 students reported widespread Student and Exchange Visitor Information System (SEVIS) terminations with no advance warning to either the schools or affected students. These terminations, which caught many by surprise, are part of a large-scale effort by U.S. Immigration and Customs Enforcement (ICE) to target individuals in the U.S. in lawful immigration status and issue revocations based on actual or perceived criminal histories.

ry 29, 2025, President Trump signed the Laken Riley Act, instructing the "tment of Homeland Security (DHS) to detain individuals who have been arrested ... ..arged with, convicted of, or admitted to having committed acts of burglary, theft, larceny, or shoplifting. The Act was named after a nursing student who was killed by a previously arrested and paroled Venezuelan national. In the aftermath of the Act's passage, there has been a significant rise in the use of "prudential visa revocation" targeting nonimmigrant visa holders. Over the past week or so, it has become obvious F-1 students are one of the current focuses.

International students have found their visas and statuses in SEVIS abruptly terminated by ICE over the last few weeks. Some F-1 students have received no rationale behind their status being revoked, while others have received no notice from their school's Designated School Official (DSO) that the reason is related to criminal charges they have faced while in the United States. However, and most worrisome, many students

https://bizlegalservices.com/2025/04/08/f-1-students-report-widespread-sevis-terminations/

INTERNATIONAL
LEGAL AND BUSINESS
SERVICES GROUP

Menu Button's label

Book Consultation: $150

had their immigration status terminated based on charges that were ultimately dismissed. When your SEVIS is terminated, you are no longer in valid F-1 status and there is no grace period. As such, these unforeseen terminations are causing widespread panic and confusion for a great number of people impacted.

In these uncertain times, if you are an international student with F-1 status, it is important to remain proactive in monitoring your visa and SEVIS account, to ensure you are immediately aware of any changes in your status. As mentioned, the news of your SEVIS being terminated can come without warning; it is not required for DHS to provide you notice ahead of time and it could happen anytime, if the government finds good cause.

If you are an international student who has had any encounter with U.S. law enforcement or have had charges filed against you, it is wise to seek counsel with an experienced immigration attorney to understand how these charges may impact your current status or future filings. It is also very important to avoid having your case sealed or expunged. While this may seem counterintuitive, if your criminal history becomes an issue or rationale for the termination of your visa, your immigration attorney will need to have access to the underlying charges, so they are better equipped to help you. In many instances, the underlying conduct that triggered the criminal charge is what USCIS is interested in for admissibility purposes, not just the final disposition – without having any records, your attorney and/or USCIS will not be

If you are an international student and have had your visa revoked and/or your SEVIS record terminated, you may be eligible to file for reinstatement. Eligibility for reinstatement depends on the nature of your previous criminal charges, the final disposition, and your overall admissibility to the U.S. However, please note that filing for reinstatement with USCIS can take 5-7 months. While authorized to remain in the U.S. while a reinstatement application is pending, if your application is ultimately [denied, y]ou will be considered to have been out of status since your original SEVIS termination date. As a reminder, accruing unlawful presence more than 180 days [incu]rs an immigration bar from reentering the U.S. To avoid such consequences, it may be best to immediately depart the United States and reapply from abroad. When you reapply, you will need to get a new SEVIS number and a new Form I-20 and pay the I-901 SEVIS Fee again. It is best to consult with an experienced immigration attorney on the best option for your case.

Whether your visa has been terminated, whether you are currently involved in any U.S. court proceedings or have previously, or whether you still hold valid F-1 status and were not impacted by the recent terminations, it is more important than ever to remain vigilant and seek legal guidance from an immigration attorney when needed. Here at ILBSG, we understand that not every case is the same and we are committed to looking over the specifics of every case and finding solutions that best fit each client's

able to properly determine your admissibility to the U.S. and this can result in a denial of immigration benefits.

INTERNATIONAL
LEGAL AND BUSINESS
SERVICES GROUP

circumstance. If you have any questions about this article or about your F-1 status, please contact us. In an ever-evolving immigration policy landscape, it's particularly critical.

Book Consultation - $150

Menu buttons label

F-1 STUDENT    F-1 STUDENT VISA    SEVIS

RELATED POSTS



**April 15, 2025**

**DHS And USCIS Facing Staffing Cuts**

Book Consultation 1:50

...ployees are

facing

Meni...tenance and

ⵔ by Admin



**April 14, 2025**

**Judge Rules ICE Can Detain Migrants In Places Of Worship**

A federal judge declined to issue a bar...

ⵔ by Admin



**April 14, 2025**

**May 2025 Visa Bulletin: In Advancement And EB-5 Retrogression, Other Fina Dates Remain Current, To Final Action Dates For EB**

The Department of Sta announced...

ⵔ by Admin

https://biz/legalservices.com/2025/04/08/f-1-students-report-widespread-sevis-terminations/

INTERNATIONAL
LEGAL AND BUSINESS
SERVICES GROUP

Book Consultation - $150

Menu button's intel



CHICAGOLAND

CHICAGO

802 E Woodfield Road,

Suite 400

Schaumburg, IL 60173

Phone: (847) 995-1515

F-1 Students Report Widespread SEVIS Terminations - International Legal and Business Services Group

4/15/25, 10:06 AM

https://bizlegalservices.com/2025/04/08/f-1-students-report-widespread-sevis-terminations/

INTERNATIONAL
LEGAL AND BUSINESS
SERVICES GROUP

F-1 Students Report Widespread SEVIS Terminations - International Legal and Business Services Group



EXHIBIT AT

**Trending:**  S.F. People's March  |  Sunset Dunes  |  'Distress flag'  |  Family zoning  |  Top 100  |  Top 100 restaurants  |  UC acceptance rates

U.S. & WORLD // CALIFORNIA

# 10 Stanford, UC Berkeley student visas revoked — dozens more around California

By **St. John Barned-Smith**, Reporter

Updated April 5, 2025 8:41 p.m.

   



Stanford University officials say they learned of six visa revocations during a check of the student and exchange visitor database.
Jessica Christian/S.F. Chronicle



Listen Now:  **10 Stanford, UC Berkeley student visas revoked — dozens more around California**

5:27                    1x

Everlit

Federal authorities revoked visas of dozens of international students at California schools this week, part of a widening crackdown against international students and visa holders by the Trump administration.

At Stanford University, six current or former students' visas have been revoked, school officials announced Friday. Visas of numerous students or recent graduates at University of California schools have also been revoked, including four at UC Berkeley, six at UC San Diego, eight at UCLA and 12 at UC Davis.

SALE: 25¢ for 3 months! Be informed. Stay connected.

SALE! 25¢ for 3 Months          Sign in

**SALE: 25¢ for 3 months! Be informed. Stay connected.**

ACT NOW

ADVERTISEMENT
Article continues below this ad



"It might be more than 300 at this point. We do it every day," Rubio said at a March 27 news conference. "Every time I find one of these lunatics, I take away their visas."

The Trump administration has come under widespread criticism for the deportation efforts. Around the country, federal immigration agents — often not in uniform and wearing masks — have picked up students and professors, sometimes detaining them in facilities hundreds of miles from their homes with little information about why they had been targeted.

At Stanford, University officials learned of the development during a "routine check" of the SEVIS (Student and Exchange Visitor) Database, according to a note to students posted on the university website.

Four current students and two recent graduates were affected.

"Stanford notified the students of the revocations and made external legal assistance available to them," officials said, but declined to identify the students, citing privacy concerns.

ADVERTISEMENT
Article continues below this ad

Officials said they were not aware of additional details about the revocations or the reasons for them and were not aware of any immigration authorities on campus Friday.

Officials with the University of California system confirmed Saturday that visas of students at multiple schools had been revoked.

On Friday, officials in UC's Office of the President issued a statement saying that the university system was "aware that international students across several of our campuses have been impacted" by recent visa revocations.

"We are committed to doing what we can to support all members of our community as they exercise their rights under the law," the statement said.



Visas of four current students or recent graduates have been revoked at UC Berkeley as part of the Trump administration's immigration crackdown.
Yalonda M. James/S.F. Chronicle

At UC Berkeley, officials confirmed that visas of four current students or recent graduates were revoked this week and said the university is providing students with resources to navigate the process and encouraging them to seek legal counsel. Two of the affected people are current students — one an undergraduate, and one a graduate student. The two others are recent graduates engaged in the STEM OPT program, which provides work experiences in their field of study, according to university spokesperson Janet Gilmore.

"Campus officials (and the University of California) are committed to doing what they can to support all members of our community as they exercise their rights under the law," she said in an email. "In doing so, the university will continue to follow all applicable state and federal laws."

UC San Diego Chancellor Pradeep Khosla released a statement Friday confirming that  the university was notified "without warning" Thursday that five UC San Diego students' F-1 visas were terminated and a sixth student denied entry at the border, detained and deported.

"The federal government has not explained the reasons behind these terminations," Khosla said. "The students have been notified, and we are working directly with them to provide support. We recognize that recent federal immigration actions, whether occurring locally, within the UC system, or across the country, are

distressing for many in our campus community. ... UC San Diego is enriched by the contributions of our international students, and we are proud to be a destination for the brightest minds from all over the world."

At UCLA, international student representative Syed Tamim Ahmad confirmed that eight UCLA students' visas have been revoked.

Officials from colleges around the country have learned that authorities have revoked students' entry visas without notice and, in many cases, terminated their legal residency status, at schools including Arizona State, Cornell, North Carolina State, the University of Oregon, the University of Texas and the University of Colorado.

For example, visas of five students at Minnesota State University in Mankato were revoked Friday, and earlier this year, the Trump administration's detention of and efforts to deport pro-Palestinian students such as Mahmoud Khalil at Columbia University and Rumeysa Ozturk at Tufts sparked outrage and criticism.

The State Department has revoked visas of some students under an obscure law barring noncitizens whose presence could have "serious adverse foreign policy consequences." President Donald Trump invoked the law in a January order demanding action against campus antisemitism.

But some students targeted in recent weeks have had no clear link to political activism. Some have been ordered to leave over misdemeanor crimes or traffic infractions, Miriam Feldblum, president and CEO of the Presidents' Alliance on Higher Education and Immigration, told the Associated Press. In some cases, students were targeted for infractions that had been previously reported to the government.

*The Associated Press contributed to this report.*

*Reach St. John Barned-Smith: stjohn.smith@sfchronicle.com*
April 5, 2025 | Updated April 5, 2025 8:41 p.m.

 **St. John Barned-Smith**
REPORTER

  

St. John "Sinjin" Barned-Smith joined The San Francisco Chronicle in 2022 and covers City Hall. He previously worked at The Houston Chronicle, where he covered law enforcement.

Barned-Smith started his career at the Philadelphia Daily News, served in the Peace Corps, in Paraguay, and worked at the Montgomery Gazette, in Maryland, before joining Hearst Newspapers in 2014. His coverage of floods, mass shootings and police misconduct and other topics has been honored with several state and national awards.

Barned-Smith lives in San Francisco, with his newshound, Scoop.

**Top Of The News**



**SAN FRANCISCO**

# 'Pure joy': Thousands celebrate opening of S.F.'s newest park, a coastal gateway

Sunset Dunes, the 2-mile stretch of the Great Highway closed to cars and the target of challenges, drew a huge crowd Saturday during its grand opening.

---

**SAN FRANCISCO**

## S.F. People's March unites drag queens, educators and immigrants to defy Trump

---

**CRIME**

## Two teenagers, one 24-year-old shot at Davis Picnic Day celebration

---

**SAN FRANCISCO**

## Map: How Mayor Lurie's 'family zoning' could affect your S.F. neighborhood

---

**WINE, BEER & SPIRITS**

## There's been a historic shift in what Californians are drinking

**Let's Play**

 Cross|word      Flipart      Really Bad Chess      SpellTower      Typeshift      Wordbi

Top

About

Contact

Services

Account

HEARST *newspapers*    © 2025 Hearst Communications, Inc.    Terms of Use    |    Privacy Notice    |    CA Notice at Collection    |    Your CA Privacy Rights (Shine the Light)    |    DAA Industry Opt Out    |

Your Privacy Choices (Opt Out of Sale/Targeted Ads)



EXHIBIT AU



BOSTON.COM

NEWS | LOCAL NEWS | NATIONAL NEWS | POLITICS | OBITUARIES | CRIME | KAREN READ | TRAFFIC

LOCAL NEWS

# Feds quietly revoke visas of multiple UMass, Harvard students

Five students at UMass Amherst, two current students and five other university community members at UMass Boston, and five Harvard University community members had their visas revoked, the universities said.



Javier Reyes, the chancellor of UMass Amherst. *(Provided by UMass Amherst)*

By **Molly Farrar**

April 6, 2025

2 minutes to read

    185

The Trump Administration has revoked the visas of at least 17 international students or recent graduates attending Massachusetts colleges, their universities announced this weekend.

Three Harvard University students and two recent graduates have had their student visas revoked, the Ivy League school's International Office announced Sunday. The Harvard International Office, or HIO, said the school learned of the five revocations during a routine review.

Five international students at the University of Massachusetts Amherst had their visas revoked "and student statuses terminated by the federal government," Chancellor Javier Reyes announced Friday night.

The Department of Homeland Security also revoked visas and legal immigration status of two current students and five other university community members at UMass Boston, leaders announced Saturday. The other community members included recent graduates participating in "training programs," UMass Boston said in an email to the university.

ADVERTISEMENT:

UMass Amherst was not notified by the federal government about the visa revocations but instead through "proactive checks" of the Immigration and Customs Enforcement's database, Reyes said.

Reyes called the revocations "troubling on several levels." Previously, if a student's visa was revoked, their legal status wouldn't immediately be canceled. Under Trump's administration, students' legal status are being revoked within hours after the visa, Reyes said.

"Like so many others, I came to the United States to study through the student visa program," Reyes said. "We came to better ourselves, better our communities, and better the country that welcomed us as scholars."

ADVERTISEMENT:

The Harvard students, who were not been identified for privacy reasons, were notified and referred to legal assistance, the university said.

Last year, **international students studying in the United States** hit an all-time high. Harvard's international student body **has steadily increased for years** and reached more than 27 percent of total enrollment this school year.

"Harvard deeply values the international students and scholars who travel here to learn and grow," Harvard's **update** said. "The talent they bring to campus each day increases our ability to advance world-class discovery in fields that have meaningful impact on people's lives, while creating positive relationships and discourse that expand the horizons of people across our community."

Higher education leaders **told the Associated Press** that DHS is targeting some international students over pro-Palestinian activism or criminal infractions like traffic violations. Five international students at Minnesota State University had their visas revoked, while students at the University of Alabama were also detained by immigration authorities, AP reported.

Tufts PhD student Rümeysa Öztürk, a Turkish national, was detained two weeks ago by ICE agents outside an off-campus apartment building in Somerville in late March. She has not been charged with or accused of any crime but is being targeted because she co-authored an op-ed critical of Tufts's response to the war in Gaza, her lawyers said. A federal judge has moved her case to Vermont.

READERS WEIGH IN

# The Trump Administration has revoked the visas of several international students, including those in Massachusetts. Are you concerned about Trump's policies and actions on immigration and higher education? *(Required)*

○  Yes, I'm concerned

○  No, I'm not concerned

## Tell us why you voted the way you did.

## Name

Your name may be published.

## Neighborhood/Town

Your neighborhood/town may be published.

# What are your preferred pronouns?

○ He/Him

○ She/Her

○ They/Them

Please select your preferred pronouns so we may correctly refer to your response in an article.

# Email or phone

Please enter an email address and/or a phone number that we can easily contact you with. We may reach out for more information. It will NOT be published.

Submit

 **Molly Farrar**

Molly Farrar is a general assignment reporter for Boston.com, focusing on education, politics, crime, and more.

Sign up for the Today newsletter

Get everything you need to know to start your day, delivered right to your inbox every morning.

| Email Address | Sign up |

## Conversation

This discussion has ended. Please join elsewhere on Boston.com

## Most Popular



**1**

**Family of New Bedford student sues school over alleged abuse**



**2**

**Boston attorney told by DHS to leave the country in apparent mistake**



**3**

**Was America built on a great ni**

## In Related News



**Harvard professors sue Trump administration over threat to cut funding**



LOCAL NEWS

**She worked in a Harvard lab to reverse aging, until ICE jailed her**

Tell Us What You Think



MY DATA     PRIVACY POLICY     YOUR PRIVACY CHOICES     ADVERTISE     TERMS OF SERVICE

LOCAL NEWS

**Cambridge protests against Trump administration's demands**

MEMBER AGREEMENT     |     CONTACT US     |     CAREERS     |     SITE MAP

©2025 BOSTON GLOBE MEDIA PARTNERS, LLC



EXHIBIT AV

LOCAL NEWS

# Five UCSD students' visas revoked and additional person deported, university confirms

It is unclear why the San Diego students' visas were revoked, but aligns with a national trend officials terminating some international students' legal residency.



Author: **Katy Stegall, Esmeralda Perez**
Published: **5:34 PM PDT April 5, 2025**
Updated: **11:03 AM PDT April 6, 2025**



SAN DIEGO — Five students from UC San Diego had their F-1 visas terminated, and one student was deported earlier this week, UCSD's Chancellor Pradeep Khosla announced Friday.

Although Khosla said the federal government did not provide a reason as to why the students' visas were revoked, it follows a nationwide trend of officials terminating some international college students' legal residency.

Close Ad

home country, Khosla said in the statement.

According to the Associated Press, some students have been targeted for pro-Palestinian activism or criminal infractions. But many have been left wondering what they did wrong in the government's eyes, AP reported.

Students stripped of these visas nationwide are receiving orders from the Department of Homeland Security to leave the country immediately, AP reported.

UCSD's Khosla said the San Diego students have been notified of their revocation and the university is working directly with them to provide support.

"We recognize that recent federal immigration actions, whether occurring locally, within the UC system, or across the country, are distressing for many in our campus community," Khosla said in the statement.

According to UCSD's student newspaper, The Guardian, which broke the story Friday night, an employee of UCSD's International Services and Engagement Office said federal officials are targeting students with a prior arrest record, such as those with DUIs, but that has not been independently verified by CBS 8.

"I think everybody is really scared I mean we have international students on our staff too who were trying to protect as best as we can so it's been about navigating that, seeing what protections we can put for them to make sure they're not subject to this kind of federal immigration scrutiny either even though, regardless of their legal status," The UCSD Guardian Editor-in-Chief Adalia Luo said.

CBS 8 reached out to UCSD for comment, but a spokesperson forwarded a press release issued Friday on behalf of all UC schools.

**The UC Office of the President released a statement on April 4 after several campuses were notified students were impacted by SEVIS termination:**

"The University of California is aware that international students across several of our campuses have been impacted by recent SEVIS terminations. This is a fluid situation, and we continue to monitor and assess its implications for the UC community and the people affected. We are committed to doing what we can to support all members of our community as they exercise their rights under the law. In doing that, the University will continue to follow all applicable state and federal laws."

SEVIS — the Student Exchange Visitor Information System — is a program run by the Department of Homeland Security that allows you to remain in the United States. SEVIS stores data collected from F-1 and J-1 visa holders.

Immigration Attorney Saman Nasseri said this latest news from UCSD is a part of a national trend, and officials can revoke a student visa over voicing opinions that don't align with U.S. policy.

"The tricky part is free speech still does apply to you if you have a student visa," Nasseri said. "But if your free speech is contrary to anything that is part of U.S. policy, or is in line with U.S. policy, they can cancel your visa as for reasons of national security."

These revocations are expected to increase, he said, after a lengthy pause during COVID.

"In the past, it was almost as soon as somebody was arrested, their student visa was revoked," he said. "Recently that has been very lax. No one was following that really post-COVID. That was put on the back burner.  Now they're starting to bring back where any arrest, any police interaction, they can use that as an excuse to revoke the visas."

But students who have their F-1s revoked do have steps they can take to contest the decision. He said to speak with an attorney to challenge the service revocation and reapply for your F-1.

He also advised at-risk students to keep their social media clean and private — and to lay low.

When asked about the long-term ramifications this could have, Nasseri said it's likely there will be a stronger vetting process for applications, saying there would be more background checks and seeing fewer student visas that will be approved for people to come to the U.S.

"I don't think people realize how much of a privilege a student visa actually is," Nasseri said. "It's essentially a tourist visa. And if you see all the time people getting turned away at the border with [a] tourist visa if they feel like someone's violating their tourist visa."

**People Born 1948-1979 Can Fly Business Class For The Price of Economy**

Travel Savings Tools | Sponsored

**Collier Bankruptcy Practice Guide**
The most complete strategic and procedural guide for bankruptcy practitioners.

LexisNexis Store | Sponsored

Shop now

**Amazon's Worst Nightmare: Shoppers Canceling Prime for This Clever Hack**
This simple trick can save tons of money on amazon, but most prime members are ignoring this.
Online Shopping Tools | Sponsored

**Jackpot! San Francisco Women Won a Record Bonus On an Online Slot Machine**
McLuck | Claim Now | Sponsored

Install Now

**Farmers Trust This Simple Trick to Keep Mice Away—Now You Can Too**
Vamoose | Sponsored

**Seniors Can Now Fly Business Class For the Price Of Economy**
Americans, you'll want to check this out ASAP
onlineshoppingtools | Sponsored

**Social Security Recipients Under $2,384/Mo Now Entitled To 12 "Kickbacks" In April (Tap for List)**
Seniors at San Francisco Should Claim These Benefits
Super Saving Online | Sponsored

**Actress Raquel Welch dies at 82**
KFMB

**Michelle Obama addresses divorce rumors for the first time**
KFMB

LOADING NEXT ARTICLE...



EXHIBIT AW



OWN A BUSINESS? EXPAND YOUR REACH AND GROW YOUR AUDIENCE BY BECOMING AN UNDERWRITER ON NHPR.

# 5 UMass Amherst students have visas revoked

New England Public Media | By Elizabeth Román

Published April 5, 2025 at 12:42 AM EDT





*Nirvani Williams / NEPM*

The UMass campus overlooking academic buildings and the W.E.B. Du Bois library [far left].

Five University of Massachusetts Amherst international students have had their visas revoked and student statuses terminated by the federal government, according to Chancellor Javier Reyes.

In a letter addressed to the UMass community Reyes said he learned of some of the revocations Friday evening.

BBC World Service

"In each of the five cases, the students' legal status to remain in the United States has been revoked. The university was not notified by federal authorities of these status revocations and only became aware as a result of proactive checks in the Immigration and Customs Enforcement's Student and Exchange Visitor Information System (SEVIS) database," he wrote in the letter.

Reyes said the university has reached out to each of the students and is connecting them to resources.

He added that the visas are being revoked by the Department of State and said the revocations are being attributed by federal authorities to "alleged incidents, in some cases, as minor as off-campus traffic violations."

The announcement comes on the same day as a Massachusetts U.S. District Court judge had Tufts University international student Rümeysa Öztürk's case transferred to federal court in Vermont.

It's unclear if Öztürk, who was arrested on March 25, will remain in custody in Louisiana or moved to Vermont.

Reyes is warning students on UMass-sponsored visas who receive any phone calls or emails from anyone claiming to be from the the federal government to also contact the Office of Global Affairs, which will advise them of options and resources.

He wrote that students on personal statuses such as parole, TPS, asylum, etc. should contact the Student Legal Services Office or their personal attorney.

UMass has established the Angel Fund to help meet the legal, academic, housing, living and counseling needs of students who are adversely affected by changes in federal immigration.

Reyes said he first came to the United States on a student visa program.

"I want to stress how important our international community is to the vitality of our campus and assure every international student and scholar at UMass of our unwavering support as we confront this new reality," he wrote.

BBC World Service

**Tags**  New England News Collaborative



## Elizabeth Román

Elizabeth Román edits daily news stories at NEPM as managing editor. She is working to expand the diversity of sources in our news coverage and is also exploring ways to create more Spanish-language news content.

See stories by Elizabeth Román

## Latest Stories



**NH News**

10 things to do in NH this weekend: Seacoast Restaurant Week, HanUnder Art Fest



**NH News**

Millions of dollars in medical debt relief headed to NH residents



**NH News**

Nashua man arrested by ATF agents appears to be detained in Texas ICE facility



**NH News**

New Hampshire's 2026 Congressional races starting to take shape

BBC World Service

## Related Content



NH News

# Nashua man arrested by ATF agents appears to be detained in Texas ICE facility

Daniela Allee, April 11, 2025

Arnuel S. Marquez Colmenarez was walking to an arraignment at a Nashua courthouse on Feb. 20 for charges stemming from an earlier DUI arrest when he was arrested by two agents.

BBC World Service



# NOAA employees in R.I. and Mass. fired, rehired, then fired again

Lynn Arditi, April 11, 2025

A ruling from the Fourth Circuit Court of Appeals this week cleared the way for President Trump to re-fire federal employees who had been reinstated to their jobs last month by a lower court.



BBC World Service

# 'We might... have to pack our bags': International student visas being revoked at UMass Amherst

Jill Kaufman, April 11, 2025

In less than a week's time, more than a dozen University of Massachusetts Amherst students who were preparing for careers in science, the humanities and other fields saw their goals take a sudden turn when their legal status to live and study in the U.S. disappeared.

LISTEN • 5:59



# Right whale 'peak season' arrives in Cape Cod Bay

Eve Zuckoff, April 11, 2025

Survey experts with the Center for Coastal Studies in Provincetown say they've been thrilled to identify more 162 individual right whales in recent weeks — that's out of a total of about 370.

LISTEN • 0:43

BBC World Service



# Adaptive athletes across the country are connecting using this Vermont-made website

Elodie Reed, April 10, 2025

The Active Project was created by the Kelly Brush Foundation, a nonprofit in Burlington, and offers an adaptive sports event calendar, a grant finder and more.

---

## You make NHPR possible.

NHPR is nonprofit and independent. We rely on readers like you to support the local, national, and international coverage on this website. Your support makes this news available to everyone.

Give today. A monthly donation of $5 makes a real difference.

Support NHPR

Stay Connected

**BBC World Service**

© 2025 New Hampshire Public Radio

Persons with disabilities who need assistance accessing NHPR's FCC public files, please contact us at publicfile@nhpr.org.

Contact NHPR

NHPR Radio Schedule

Careers at NHPR

Terms Of Use

Public Files

WCNH
WEVC
WEVF
WEVH
WEVJ
WEVN
WEVO
WEVQ
WEVS

**BBC World Service**