Andre Y. Bates (SBN 178170) (aybates@dehengsv.com)
Steven A. Soloway (SBN 130774) (ssoloway@dehengsv.com)
Keliang (Clay) Zhu (SBN 305509) (czhu@dehengsv.com)
Yi Yao (SBN 292563) (yyao@dehengsv.com)
**DEHENG LAW OFFICES PC**
7901 Stoneridge Drive, Suite 208
Pleasanton, CA 94588
T: 925-399-6702
F: 925-397-1976

*Attorneys for Plaintiffs*
*Zhuoer Chen, Mengcheng Yu,*
*Jiarong Ouyang and Gexi Guo*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHUOER CHEN, an individual; MENGCHENG YU, an individual; JIARONG OUYANG, an individual; and GEXI GUO, an individual;<br><br>   Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; and TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement;<br><br>   Defendants. | Case No. 3:25-cv-03292<br><br>**DECLARATION OF KELIANG (CLAY) ZHU IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Judge:<br>Date:<br>Time:<br>Courtroom: |

I, Keliang (Clay) Zhu, declare as follows:

1.      I am a member of good standing of the California State Bar and an attorney at DeHeng Law Offices PC, counsel of record for Plaintiffs Zhuoer Chen, Mengcheng Yu, Jiarong Ouyang, and Gexi Guo in the above captioned action. I hereby submit this declaration in support of Plaintiffs' Motion for Temporary Restraining Order. Except where noted, the testimony set forth in this declaration is based on first-hand knowledge, about which I would and could testify competently in court if called upon to do so.

2.      At around 10:30am on April 12, 2025 (Saturday), I put out a call in two social media groups for attorneys to seek for information on the mass SEVIS termination of international students, and I asked for written declarations to describe their experiences if other students' SEVIS record was recently terminated.

3.      In the next thirty hours by around 4:30 pm on April 13, 2025 (Sunday), I received messages from over 50 students across the country stating that their SEVIS record was terminated like the Plaintiffs, and 36 of them provided sworn declarations, which are attached as Exhibits A through JJ to this declaration.

4.      Based on my review, these 36 students come from these 30 schools: University of Southern California, San Diego State University, Santa Monica College, Academy of Art University, Sofia University, Arizona State University, DePaul University, University of Wisconsin-Madison, Purdue University, University of Tennessee, Tennessee Wesleyan University, Vanderbilt University, University of Geogia, Georgia Institute of Technology, Georgia State University, Emory University, University of Texas-Austin, University of Texas-Dallas, Texas A&M University, Texas Tech University, University of Texas Health Science Center at Houston, University of Florida, Columbia University, Clemson University, University

**2-**                      CASE NO. 3:25-cv-03292

of Pennsylvania, John Hopkins University, University of Connecticut, Savannah College of Art & Design, Emerson College, and Pratt College.

5.      Among the 36 students, 31 are citizens of People's Republic of China and are Chinese.

6.      Based on my review, none of these students has a criminal conviction, but in recent weeks their SEVIS record was terminated abruptly without any warning or an opportunity to be heard.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration is executed in Pleasanton, California on April 14, 2025.

/s/  *Keliang (Clay) Zhu*
      Keliang (Clay) Zhu

- 3 -                                          Case No. 3:25-cv-03292

**DECLARATION OF KELIANG (CLAY) ZHU IN SUPPORT OF**
**PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER**

# EXHIBIT A

1    Andre Y. Bates (SBN 178170) (aybates@dehengsv.com)
     Steven A. Soloway (SBN 130774) (ssoloway@dehengsv.com)
2    Keliang (Clay) Zhu (SBN 305509) (czhu@dehengsv.com)
     Yi Yao (SBN 292563) (yyao@dehengsv.com)
3    **DEHENG LAW OFFICES PC**
     7901 Stoneridge Drive, Suite 208
4    Pleasanton, CA 94588
     T: 925-399-6702
5    F: 925-397-1976

6
     *Attorneys for Plaintiffs*
7    *Zhuoer Chen, Mengcheng Yu,*
     *Jiarong Ouyang, and Gexi Guo*
8
                     **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10

11
     ZHUOER CHEN, an individual; MENGCHENG        Case No. 3:25-cv-03292
12   YU, an individual; JIARONG OUYANG, an
     individual; and GEXI GUO, an individual;
13                                                **DECLARATION OF**
                                                  **HAOYU JI**
14                    Plaintiffs,                 **IN SUPPORT OF PLAINTIFFS'**
                                                  **MOTION    FOR    TEMPORARY**
15   vs.                                          **RESTRAINING ORDER**

16   KRISTI NOEM, in her official capacity as
     Secretary of the U.S. Department of Homeland
17   Security; and TODD LYONS, in his official
     capacity as Acting Director of U.S. Immigration
18   and Customs Enforcement;

19                    Defendants.

20

21

22

23

24

25

26

27

28

I, Haoyu Ji, declare as follows:

1.      I am a student at Purdue University, majoring in Computer Science with a concentration in Artificial Intelligence, currently pursuing a Bachelor's degree.and I expect to graduate in Fall 2025.

2.      I am a citizen of China, and currently hold a F-1student visa. I am a law-abiding student and have complied with all the terms and conditions for being a F-1 visa holder.

3.      I have maintained a 3.76 GPA throughout my studies. In Summer 2025, I was awarded a university-sponsored summer scholarship, and I also serve as a research assistant under a Purdue professor. Over the course of my studies, in addition to keeping a high GPA (3.76), I have contributed to the Purdue community through research and volunteer activities. One of my projects focuses on leveraging Human-Computer Interaction (HCI) to assist vulnerable populations, including elderly individuals, children with autism, and other groups that require specialized support. Specifically, I have conducted research aimed at helping Chinese seniors over 60 in the Chicago area better communicate with others.

4.      After completing my current degree, I plan to continue my education by pursuing a Ph.D. in the same field. My long-term goal is to develop and improve HCI-based solutions that can enhance the quality of life for underserved communities. By integrating technology and human-centered design, I hope to contribute meaningful improvements in healthcare, social services, and community-building initiatives.

5.      On April 9, 2025, I was notified by Purdue University's International Students and Scholars (ISS) office that my F-1 visa and SEVIS status were terminated on April 8, 2025. The stated reason was "OTHER - Individual identified in criminal records check and/or has had their VISA revoked." I did not receive any prior notice or warning about this termination, nor was I provided with an opportunity to be heard or to explain my circumstances before the termination took effect.

6.      I have never been convicted of a crime. In March 2024, I was charged with misdemeanor B (disorderly conduct) in West Lafayette, Indiana, following a verbal altercation.

However, the court dismissed the case, and I was never criminally convicted. Since then, I have had no legal or disciplinary issues.

7.      I understand that I am supposed to leave the United States immediately following my SEVIS termination. However, this abrupt departure would prevent me from completing my degree, suspend my ongoing research projects, disrupt my plans to pursue a Ph.D. in Human-Computer Interaction, and jeopardize my investment in tuition and living expenses. It also causes me significant emotional distress and uncertainty about my future, as I have devoted considerable effort to my studies and research under the expectation that I would complete my academic program in the United States.

8.      I respectfully and urgently request an order from the Court to restore my SEVIS and F-1 status immediately.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at West Lafayette, Indiana, on April 13th, 2025.

_Haoyu Ji_
Haoyu Ji

DECLARATION

# EXHIBIT B

Andre Y. Bates (SBN 178170) (aybates@dehengsv.com)
Steven A. Soloway (SBN 130774) (ssoloway@dehengsv.com)
Keliang (Clay) Zhu (SBN 305509) (czhu@dehengsv.com)
Yi Yao (SBN 292563) (yyao@dehengsv.com)
**DEHENG LAW OFFICES PC**
7901 Stoneridge Drive, Suite 208
Pleasanton, CA 94588
T: 925-399-6702
F: 925-397-1976

*Attorneys for Plaintiffs*
*Zhuoer Chen, Mengcheng Yu,*
*Jiarong Ouyang, and Gexi Guo*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHUOER CHEN, an individual; MENGCHENG YU, an individual; JIARONG OUYANG, an individual; and GEXI GUO, an individual;<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; and TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement;<br><br>　　　　　Defendants. | Case No. 3:25-cv-03292<br><br>**DECLARATION OF DAREN CHENG IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |

I, Daren Cheng, declare as follows:

1.     I am a recent graduate of the Savannah College of Art and Design (SCAD), where I completed a Master of Arts degree in Interactive Design and Game Development in May 2024. I previously earned a Bachelor of Fine Arts degree in Industrial Design in June 2022. Following graduation, I received post-completion Optional Practical Training (OPT) authorization and have been working legally under F-1 status.

2.     I am a citizen of China and currently hold a valid F-1 visa. Throughout my time in the United States, I have maintained lawful status and conducted myself responsibly as a student and design professional.

3.     During my OPT period, I served as a UX Designer at Babel Intelligence Limited, where I led user experience and interface design for its flagship product, Articuler.ai—an AI-powered platform for professional communication enhancement. I contributed from the early development stage, helping define product direction, visual systems, and user interaction models. My responsibilities included usability testing, design system creation, and iterative prototyping based on behavioral insights. In addition, I contributed to the design of a financial literacy app and mentored junior designers, further demonstrating my commitment to inclusive, ethical, and innovative product development.

4.     My work has been recognized internationally through several prestigious design awards, including:

*Gold Winner, French Design Awards – Product / Conceptual Design*

*Silver Winner, London Design Awards – UX Design (Finance/Banking)*

*Silver Winner, London Design Awards – Best Visual Design (Aesthetic)*

*Silver Winner, London Design Awards – Best Use of AI & Machine Learning*

*Gold Winner (Team Award), London Design Awards – Product Design: Unexpected Design*

*Bronze, International Design Awards (IDA) – Mobile/Web Application*

*Honorable Mention, IDA – Sors, a finance behavior AI product*

*Winner, MUSE Design Awards – Multiple categories including AI, Interaction,*

*Inclusivity, and Workplace Experience*

*Winner, New York Design Awards – UI: Product Interface*

5.      These awards reflect my deep involvement in socially meaningful and technologically advanced projects, aligned with the academic and professional training I received in the U.S.

6.      However, on April 3, 2025, I was unexpectedly notified that my SEVIS record had been terminated without any warning or opportunity to respond. As a result, I was compelled to resign from my position at Babel Intelligence Limited, despite being lawfully employed under OPT authorization and actively contributing to key product development. I have never been convicted of a crime. In 2022, I received a citation in Garden City, Georgia for "Driving While License Suspended." The case was dismissed without prosecution (Nolle Prosequi) on June 8, 2022, with no fines, penalties, or convictions imposed.

7.      The SEVIS termination has had a devastating effect on my professional development and personal well-being. I lost my job, faced emotional distress, and encountered uncertainty in my immigration status—all despite having followed every rule and excelling in both academia and industry.

8.      I respectfully and urgently request the Court to restore my SEVIS and F-1 status so that I may continue my OPT period lawfully, uphold my professional commitments, and build on the path I have established through years of effort and achievement.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at Duluth, Georgia on April 13, 2025.

Daren Cheng

# EXHIBIT C

Andre Y. Bates (SBN 178170) (aybates@dehengsv.com)
Steven A. Soloway (SBN 130774) (ssoloway@dehengsv.com)
Keliang (Clay) Zhu (SBN 305509) (czhu@dehengsv.com)
Yi Yao (SBN 292563) (yyao@dehengsv.com)
**DEHENG LAW OFFICES PC**
7901 Stoneridge Drive, Suite 208
Pleasanton, CA 94588
T: 925-399-6702
F: 925-397-1976

*Attorneys for Plaintiffs*
*Zhuoer Chen, Mengcheng Yu,*
*Jiarong Ouyang, and Gexi Guo*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZHUOER CHEN, an individual; MENGCHENG YU, an individual; JIARONG OUYANG, an individual; and GEXI GUO, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; and TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement;<br><br>Defendants. | Case No. 3:25-cv-03292<br><br>**DECLARATION OF DAZHENG FANG IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |

I, Dazheng Fang, declare as follows:

1.    I am a student at Vanderbilt University, majoring in Computer Science. I completed all requirements for my Master of Science degree and graduated on December 20, 2024.

2.    I am a citizen of China, and currently hold a F-1 student visa. I am a law-abiding student and have complied with all the terms and conditions for being a F-1 visa holder.

3.    During my graduate studies at Vanderbilt University, I was awarded a Graduate Student Scholarship in recognition of my academic performance and research contributions. I have co-authored two peer-reviewed publications: one on omnidirectional treadmill systems for room-scale virtual reality, published in IEEE Transactions on Visualization and Computer Graphics; and another on high-performance data management for digital pathology, presented at SPIE Medical Imaging 2024. These projects reflect my strong background in applied computing and data-driven systems.

4.    My academic and professional goals center around applying artificial intelligence and web technologies to solve real-world problems. I am particularly passionate about full-stack web development, decentralized applications (Web3), and AI-powered systems that enhance accessibility, interaction, and transparency in the digital world. My long-term ambition is to become a leading developer and researcher in the intersection of AI and emerging internet technologies, building platforms that are both intelligent and socially impactful.

5.    On April 3, 2025, I was informed by my university's International Student and Scholar Services (ISSS) that my SEVIS record had been terminated by SEVP due to a "criminal record" flag. The SEVIS termination happened without any prior notice or warning. Nor did I have an opportunity to be heard.

6.    I have never been convicted of a crime. The citation I received was a traffic-related issue stemming from my driver's license being expired at the time of a minor car accident. I went to court on March 6 for fingerprinting and processing, and my hearing is scheduled for May 2, 2025. As of today, the case remains pending.

7.    I understand that I am supposed to leave the country right away after the SERVIS termination. However, doing so would destroy the career path I have worked for years to build, and I would lose my OPT and ability to work in the U.S. My legal ability to work was already approved, and I was in the process of applying to jobs in the technology and energy sectors. The SEVIS termination has caused deep emotional distress, financial instability, and fear for my future. I am also experiencing anxiety and hardship from having to delay my post-graduation plans and face the possibility of removal from a country where I have invested so much effort to build a life.

8.    I respectfully and urgently request an order from the Court to restore my SEVIS and F-1 status immediately.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at Nashville, Tennessee on April 13th, 2025.


_____
Dazheng Fang

- 3 -                                    Case No.  3:25-cv-03292
**DECLARATION**

# EXHIBIT D

Andre Y. Bates (SBN 178170) (aybates@dehengsv.com)
Steven A. Soloway (SBN 130774) (ssoloway@dehengsv.com)
Keliang (Clay) Zhu (SBN 305509) (czhu@dehengsv.com)
Yi Yao (SBN 292563) (yyao@dehengsv.com)
**DEHENG LAW OFFICES PC**
7901 Stoneridge Drive, Suite 208
Pleasanton, CA 94588
T: 925-399-6702
F: 925-397-1976

*Attorneys for Plaintiffs*
*Zhuoer Chen, Mengcheng Yu,*
*Jiarong Ouyang, and Gexi Guo*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZHUOER CHEN, an individual; MENGCHENG YU, an individual; JIARONG OUYANG, an individual; and GEXI GUO, an individual;<br><br>        Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; and TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement;<br><br>        Defendants. | Case No. 3:25-cv-03292<br><br>**DECLARATION OF BOYA PENG IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |

I, Boya Peng, declare as follows:

1.    I am a PhD student in Biostatistics at the University of Texas Health Science Center at Houston, expected to graduate in 2028.

2.    I am a citizen of China, and currently hold a F-1student visa. I am a law-abiding student and have complied with all the terms and conditions for being a F-1 visa holder.

3.    I have maintained a GPA of 3.7/4.0 through the most recent semester and was awarded the 'People with AIDS Public Health in the Americas Scholarship', I also have one publication in the field of infecious disease.

4.    My goal is to enter the pharmaceutical industry as a biostatistician, contributing to the design and analysis of clinical trials and the development of innovative therapies after graduation.

5.    I was notified by my school on April 9, 2025, that my SEVIS record had been terminated. The SEVIS termination happened without any prior notice or warning. Nor did I have an opportunity to be heard.

6.    I have never been convicted of a crime. I was arrested at my home on December 15, 2024, for "Failure to Comply with Duty to Strike an Unattended Vehicle.", but the case got dismissed.

7.    I understand that I am supposed to leave the country right away after the SERVIS termination. However, this situation has resulted in serious consequences for both my academic and personal life. I am now at risk of being unable to complete my PhD and graduate as planned, which would lead to the suspension of ongoing research projects that I have dedicated years to. This disruption also made it impossible for me to continue my Research Assistant position, resulting in significant financial hardship. Beyond the practical consequences, the abrupt change has caused deep emotional distress—leaving me overwhelmed by uncertainty, anxiety, and fear about my future, my career, and my stability.

8.    I respectfully and urgently request an order from the Court to restore my SEVIS and F-1 status immediately.

**2-**                                    CASE No. 3:25-cv-03292
**DECLARATION OF BOYA PENG**

1      I declare under penalty of perjury under the laws of the United States of America

2  that the foregoing is true and correct, and that this declaration is executed at Houston, TX on

3  April 13th, 2025.

4

5                                      Boya Peng.

                                     Boya Peng

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT E

Andre Y. Bates (SBN 178170) (aybates@dehengsv.com)
Steven A. Soloway (SBN 130774) (ssoloway@dehengsv.com)
Keliang (Clay) Zhu (SBN 305509) (czhu@dehengsv.com)
Yi Yao (SBN 292563) (yyao@dehengsv.com)
**DEHENG LAW OFFICES PC**
7901 Stoneridge Drive, Suite 208
Pleasanton, CA 945
88
T: 925-399-6702
F: 925-397-1976

*Attorneys for Plaintiffs*
*Zhuoer Chen, Mengcheng Yu,*
*Jiarong Ouyang, and Gexi Guo*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHUOER CHEN, an individual; MENGCHENG YU, an individual; JIARONG OUYANG, an individual; and GEXI GUO, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; and TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement;<br><br>Defendants. | Case No. 3:25-cv-03292<br><br>**DECLARATION OF LEIDONG XU IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |

I, Leidong Xu, declare as follows:

1.  I am a student at the University of Connecticut, pursuing a Ph.D. in Mechanical Engineering. I am expected to graduate in August 2025.

2.  I am a citizen of China, and currently hold a F-1student visa. I am a law-abiding student and have complied with all the terms and conditions for being a F-1 visa holder.

3.  As a Ph.D. candidate, I have received multiple competitive fellowships and awards, including the Pratt & Whitney Institute for Advanced Systems Engineering Fellowship and the General Electric Fellowship for Excellence. The grade of my doctoral study is 3.95/4.0. I have authored nine journal papers, two of which were selected as front/back covers, and three full-length conference publications, spanning the fields of mechanical engineering, artificial intelligence, and affordable energy, which have already gathered 90 citations. I also won first place in the American Society of Mechanical Engineers CIE conference Hackathon and have presented at several major engineering conferences. Beyond academic achievements, I actively serve the mechanical engineering community by contributing as a reviewer for top journals such as Materials & Design and ASME Journal of Mechanical Design.

4.  My professional goal is to become a research scientist contributing to the safety of transportation systems and the advancement of affordable energy solutions that benefit the people and industries of the United States.

5.  I was unexpectedly informed of the termination of my SEVIS record via an email from the Designated School Official at the University of Connecticut on April 9th 2025. The SEVIS termination happened without any prior notice or warning. Nor did I have an opportunity to be heard.

6.  I have never been convicted of a crime. In 2017, I was arrested following an argument with my domestic partner; however, the case was dismissed in 2018 and is now permanently closed.

7.  I understand that I am supposed to leave the country right away after the SERVIS termination. However, the termination of my SEVIS records also had additional consequences

beyond the loss of my student status—it also resulted in the automatic revocation of my work authorization. As a result, I have lost both my graduate assistantship at the University of Connecticut and my internship at the National Renewable Energy Laboratory (NREL), which were my only sources of financial support. In addition to the financial hardship, this has deprived me of the opportunity to continue contributing to ongoing research projects focused on advancing energy sustainability and transportation safety—efforts that directly benefit U.S. industries and the American public. Beyond the setbacks, the abrupt termination has caused tremendous emotional distress and fear of deportation for both me and my family. My wife, who also resides in the U.S. and works as a professional researcher, and I are now facing the devastating possibility of being separated.

8.      I respectfully and urgently request an order from the Court to restore my SEVIS and F-1 status immediately.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at Storrs, Connecticut on April 13th, 2025.


_Leidong Xu_
Leidong Xu

# EXHIBIT F

Andre Y. Bates (SBN 178170) (aybates@dehengsv.com)
Steven A. Soloway (SBN 130774) (ssoloway@dehengsv.com)
Keliang (Clay) Zhu (SBN 305509) (czhu@dehengsv.com)
Yi Yao (SBN 292563) (yyao@dehengsv.com)
**DEHENG LAW OFFICES PC**
7901 Stoneridge Drive, Suite 208
Pleasanton, CA 94588
T: 925-399-6702
F: 925-397-1976

*Attorneys for Plaintiffs*
*Zhuoer Chen, Mengcheng Yu,*
*Jiarong Ouyang, and Gexi Guo*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZHUOER CHEN, an individual; MENGCHENG YU, an individual; JIARONG OUYANG, an individual; and GEXI GUO, an individual; | Case No. 3:25-cv-03292 |
| Plaintiffs, | **DECLARATION OF SHA HUANG IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |
| vs. | |
| KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; and TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; | |
| Defendants. | |

I, Sha Huang, declare as follows:

1.    I am a PhD candidate at Texas Tech University, major in fine art, and I have my dissertation schedules on November.

2.    I am a citizen of P.R.China, and currently hold a F-1student visa. I am a law-abiding student and have complied with all the terms and conditions for being a F-1 visa holder.

3.    In my past studies, I successfully completed my proposal defense and maintained a GPA close to 3.8. I collaborated with faculty from other colleges on grant writing and co-authored a paper on AI and human collaboration, which is currently under journal review. Over the past two years, I have participated in the Popular Culture Association conference and the Texas Art Education Association conference, where I also gave presentations. This year, I will be presenting at the Popular Culture Association 2025 Conference, the Digital Game Research Association Conference, and the BIPOC Game Studies Conference.

4.    My academic and professional goal is to become a researcher and game designer who uses research through design to create culturally responsive and emotionally engaging digital games that support cultural heritage preservation, while advancing interdisciplinary understanding in art, media, and education.

5.    I received termination message on April 9th. The SEVIS termination happened without any prior notice or warning. Nor did I have an opportunity to be heard.

6.    I have never been convicted of a crime. My case got dismissal.

7.    I understand that I am supposed to leave the country right away after the SERVIS termination. However, this will leads my 5 years study vanished.

8.    I respectfully and urgently request an order from the Court to restore my SEVIS and F-1 status immediately.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at Lubbock Texas on April 13th, 2025.

DECLARATION

*Sha Huang*

Sha Huang

DECLARATION

# EXHIBIT G

Andre Y. Bates (SBN 178170) (aybates@dehengsv.com)
Steven A. Soloway (SBN 130774) (ssoloway@dehengsv.com)
Keliang (Clay) Zhu (SBN 305509) (czhu@dehengsv.com)
Yi Yao (SBN 292563) (yyao@dehengsv.com)
**DEHENG LAW OFFICES PC**
7901 Stoneridge Drive, Suite 208
Pleasanton, CA 94588
T: 925-399-6702
F: 925-397-1976

*Attorneys for Plaintiffs*
*Zhuoer Chen, Mengcheng Yu,*
*Jiarong Ouyang, and Gexi Guo*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHUOER CHEN, an individual; MENGCHENG YU, an individual; JIARONG OUYANG, an individual; and GEXI GUO, an individual; | Case No. 3:25-cv-03292 |
| Plaintiffs, | **DECLARATION OF JINGNAN ZHANG IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |
| vs. | |
| KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; and TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; | |
| Defendants. | |

I, Jingnan Zhang, declare as follows:

1.       I am a graduate of Johns Hopkins University with a Master's degree in Creative and Innovative Education and am currently on Optional Practical Training (OPT), which ends in September.

2.       I am a citizen of China, and currently hold a F-1student visa. I am a law-abiding student and have complied with all the terms and conditions for being a F-1 visa holder.

3.       During my academic journey, I maintained a cumulative GPA of 3.86, demonstrating consistent dedication and strong performance across a range of challenging coursework. Beyond academics, I built positive relationships with both my peers and professors, fostering a collaborative and supportive learning environment.

4.       I improved the onboarding training process for new employees. By analyzing gaps in the existing company training, I restructured the curriculum to replace fragmented lectures with modular learning units and incorporated practice sessions. For example, to address cross-department collaboration challenges, I paired new hires with mentors from different teams during their initial training, allowing them to learn workflows through real projects. Additionally, I implemented a bi-weekly report system to track employees' performance for the first 3 months, adjusting training plans as needed.

5.       On the morning of April 9th, I received a notification from my school that my SEVIS record was terminated. The SEVIS termination happened without any prior notice or warning. Nor did I have an opportunity to be heard.

6.       I have never been convicted of a crime. In April 2023, I was arrested and charged with Assault and Battery on a Family/Household Member and Strangulation or Suffocation in Boston, Massachusetts. The case went to trial in the Central Division of the Boston Municipal Court. After a full trial proceeding, I was found Not Guilty of all charges on May 20, 2025.

Under Massachusetts law, because the charges resulted in a "Not Guilty" verdict, my criminal record related to this case has been **sealed**. This means the details of the arrest and trial are not publicly accessible unless a court formally unseals the records for specific legal purposes.

7. I understand that I am supposed to leave the country right away after the SEVIS termination. However, an immediate departure would result in severe personal and professional consequences. Currently, I am employed as an HR Assistant at Asiacom Americas Inc. under my authorized OPT period, where I manage mission-critical functions including recruitment coordination, employee onboarding compliance, and benefits administration. This role requires specialized expertise directly aligned with my Master's degree in Creative and Innovative Education from Johns Hopkins University, particularly in designing data-driven training programs and implementing Diversity, Equity, and Inclusion initiatives. The abrupt termination of my SEVIS record has already disrupted payroll audits and delayed onboarding for new hires. Losing this position would irreparably harm my career. Moreover, 8 C.F.R. § 214.2(f)(10)(ii) explicitly ties OPT authorization to practical training directly related to a student's major, which in my case includes organizational development strategies taught through my graduate curriculum.  Additionally, I have a dependent pet (a cat) for whom I cannot hastily arrange international relocation due to complex documentation requirements. under Virginia Code § 3.2-6569, the abandonment of a companion animal is a Class 3 misdemeanor, punishable by fines up to $500. As the legal owner of my cat, I am bound by Virginia law to ensure her welfare, including compliance with international transport regulations (e.g., USDA health certificates and rabies vaccinations). Abrupt departure without sufficient time to complete these legal requirements would force me to either abandon her—a direct violation of § 3.2-6569—or hastily arrange unsafe transport, risking her life and violating 19 C.F.R. § 12.73 (animal import/export rules).

+ This legal obligation, coupled with my employer's reliance on my continued OPT authorization, underscores the irreparable harm I would suffer if compelled to leave immediately.

**DECLARATION**

8.    I respectfully and urgently request an order from the Court to restore my SEVIS and F-1 status immediately.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at Herndon, Virginia on April 13th, 2025.

_____
Jingnan Zhang

# EXHIBIT H

Andre Y. Bates (SBN 178170) (aybates@dehengsv.com)
Steven A. Soloway (SBN 130774) (ssoloway@dehengsv.com)
Keliang (Clay) Zhu (SBN 305509) (czhu@dehengsv.com)
Yi Yao (SBN 292563) (yyao@dehengsv.com)
**DeHeng Law Offices PC**
7901 Stoneridge Drive, Suite 208
Pleasanton, CA 94588
T: 925-399-6702
F: 925-397-1976

*Attorneys for Plaintiffs*
*Zhuoer Chen, Mengcheng Yu,*
*Jiarong Ouyang, and Gexi Guo*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZHUOER CHEN, an individual; MENGCHENG YU, an individual; JIARONG OUYANG, an individual; and GEXI GUO, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; and TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement;<br><br>Defendants. | Case No. 3:25-cv-03292<br><br>**DECLARATION OF KAILIN GUO IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |

I, Kailin Guo, declare as follows:

1.      I am a student at Tennessee Wesleyan University, Master of Business Analytic in Marketing. I have graduated and now on the Optional Practical Training (OPT) under my F-1 visa.

2.      I am a citizen of China, and currently hold a F-1student visa. I am a law-abiding student and have complied with all the terms and conditions for being a F-1 visa holder.

3.      I am an architectural designer working on local projects for the U.S. community. I worked on various commercial, medical projects. One of them created 5,000 employee opportunity for the local community. I believe in human rights and betterment of the community we design and build for.

4.      I am a passionate architect with experience in both design and project management. My expertise spans various sectors, including commercial, residential, and industrial projects. I focus on celebrating humanity and innovation, blending cultural influences to create spaces that foster human interaction and memories. My work seeks to bridge diverse cultures, bringing together tradition and innovation to shape meaningful, dynamic environments that enhance the human experience.

5.      The school called me asking if I have received anything from the government stating my status was terminated, which I wasn't. There is no warning or notice for both the school and me. The SEVIS termination happened without any prior notice or warning. Nor did I have an opportunity to be heard.

6.      I have never been convicted of a crime. I was arrested on 2020 for suspicion of DUI. I was held in jail for 24 hours. I proceeded with legal assistance after, paid court fee, and did community service. The judge dismissed my case the same year.

7.      I understand that I am supposed to leave the country right away after the SERVIS termination. However, I am no longer able to work on the architectural project that is critical to the local community, owner, and my employer. I am unable to sell everything overnight and

figure out where to live life. I must do a lot of self-reflection on life and make quick decisions I was not prepared for. It is really a traumatic experience.

8.    I respectfully and urgently request an order from the Court to restore my SEVIS and F-1 status immediately.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at Birmingham, Alabama on April 12th, 2025.


/s/    *Kailin Guo*

Kailin Guo

DECLARATION

# EXHIBIT I

Andre Y. Bates (SBN 178170) (aybates@dehengsv.com)
Steven A. Soloway (SBN 130774) (ssoloway@dehengsv.com)
Keliang (Clay) Zhu (SBN 305509) (czhu@dehengsv.com)
Yi Yao (SBN 292563) (yyao@dehengsv.com)
**DEHENG LAW OFFICES PC**
7901 Stoneridge Drive, Suite 208
Pleasanton, CA 94588
T: 925-399-6702
F: 925-397-1976

*Attorneys for Plaintiffs*
*Zhuoer Chen, Mengcheng Yu,*
*Jiarong Ouyang, and Gexi Guo*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHUOER CHEN, an individual; MENGCHENG YU, an individual; JIARONG OUYANG, an individual; and GEXI GUO, an individual;<br><br>            Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; and TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement;<br><br>            Defendants. | Case No. 3:25-cv-03292<br><br>**DECLARATION OF YUNTAO HU IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |

I, Yuntao Hu declare as follows:

1. I am a student at University of Pennsylvania dual degree in Master of Robotics and Computer Information Science, expected graduated at May 15 2025

2. I am a citizen of China, and currently hold a F-1student visa. I am a law-abiding student and have complied with the terms for being a F-1 visa holder.

3. I have maintained excellent academic standing 3.6+GPA and completed an internship at an autonomous vehicle company Aurora Innovation in Bay Area last summer. I used to work as research assistant with our department Dean, Dr. Vijay Kumar, which focus on multi-agent robotics system. I also have lots of research and internship experience focusing on robotics and autonomous driving.

4. I was planning to work in United States to extend my endeavors about Robotics. Specifically, my academic and professional goal is to become a researcher in the field of autonomous driving, focusing on motion planning and decision-making systems. I aim to contribute to the development of safer, more intelligent, and human-like self-driving technologies that can fundamentally reshape the way we travel and reduce traffic-related fatalities. I am particularly interested in leveraging reinforcement learning and imitation learning to enable autonomous vehicles to make adaptive, context-aware decisions in complex urban environments.

5. On April 8, I received a notice from my university's ISSS office stating that my SEVIS record was terminated with the following reason:"TERMINATION REASON: OTHER – Individual identified in criminal records check and/or has had their VISA revoked.". The SEVIS termination happened without any prior notice or warning. Nor did I have an opportunity to be heard.

6. I have never been convicted of a crime. I was arrested on March 12 in relation to a domestic incident and was charged with Simple Assault and REAP (Recklessly Endangering Another Person). However, the charges were officially withdrawn

by the District Attorney on April 11, prior to the first hearing, on the grounds of insufficient evidence. The incident stemmed from a mental health episode involving my girlfriend, who was not receiving treatment for severe depression and borderline personality disorder at the time. During the episode, she physically attacked me, and I restrained her to protect myself, which resulted in minor bruising on her wrist. She later took the initiative to clarify the situation to both the District Attorney and my attorney, explaining the context and her condition. As a result, the DA formally withdrew the case, and there has been no further prosecution. Despite the fact that the charges were dropped and there is no conviction on my record, my F-1 visa and SEVIS record were terminated solely due to the arrest. I believe this action is unjustified under immigration standards, as an arrest without conviction should not be grounds for termination of lawful student status. I am currently seeking legal counsel regarding this matter and am open to participating in any legal actions that may be organized in response to such cases.

7.  I understand that I am supposed to leave the country right away after the SERVIS termination. However, the consequences have been devastating. I was only one month away from completing my degree after three years of rigorous academic work and research. If I am unable to graduate, all of my efforts will be in vain, and I will lose the opportunity to complete my education. Without graduation, I am also unable to pursue employment, and several leading autonomous driving companies that have expressed strong interest in hiring me for post-graduation internships or full-time roles will no longer be viable options. Given the highly specialized nature of my research and skill set in robotics and autonomous systems, these roles are not easily replaceable or deferrable. The disruption to my academic and professional trajectory has caused immense emotional distress, career uncertainty, and a loss of opportunities that I have worked towards for years.

**DECLARATION**

8.      I respectfully and urgently request an order from the Court to restore my SEVIS and F-1 status immediately.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at Philadelphia, Pennsylvania, on April 13th, 2025.

_Yuntao Hu_

_____

Yuntao Hu

DECLARATION

# EXHIBIT J

1  Andre Y. Bates (SBN 178170) (aybates@dehengsv.com)
2  Steven A. Soloway (SBN 130774) (ssoloway@dehengsv.com)
   Keliang (Clay) Zhu (SBN 305509) (czhu@dehengsv.com)
3  Yi Yao (SBN 292563) (yyao@dehengsv.com)
   **DEHENG LAW OFFICES PC**
4  7901 Stoneridge Drive, Suite 208
   Pleasanton, CA 94588
5  T: 925-399-6702
   F: 925-397-1976
6

7  *Attorneys for Plaintiffs*
   *Zhuoer Chen, Mengcheng Yu,*
8  *Jiarong Ouyang, and Gexi Guo*

9                    **UNITED STATES DISTRICT COURT**

10                  **NORTHERN DISTRICT OF CALIFORNIA**

11

12  ZHUOER CHEN, an individual; MENGCHENG       Case No. 3:25-cv-03292
    YU, an individual; JIARONG OUYANG, an
13  individual; and GEXI GUO, an individual;
                                                **DECLARATION    OF    SICHENG**
14              Plaintiffs,                      **XIAO    IN    SUPPORT    OF**
                                                **PLAINTIFFS'    MOTION    FOR**
15  vs.                                         **TEMPORARY    RESTRAINING**
                                                **ORDER**
16
    KRISTI NOEM, in her official capacity as
17  Secretary of the U.S. Department of Homeland
    Security; and TODD LYONS, in his official
18  capacity as Acting Director of U.S. Immigration
    and Customs Enforcement;
19
20              Defendants.

21

22

23

24

25

26

27

28

I, Sicheng Xiao declare as follows:

1. I am a student at the University of Southern California MLA program who will get a master's degree to graduate in May 2027.

2. I am a citizen of China and currently hold an F-1 student visa. I am a law-abiding student and have complied with all the terms and conditions for being an F-1 visa holder.

3. I was arrested in September 2019 for speeding, but the case ended up dismissing.

4. I'm going to be a landscape architect.

5. I am in a three-year graduate program right now as well as spending a year and a lot of money on it, and if I am unable to continue my education this will be a huge loss for me. I respectfully and urgently request an order from the Court to restore my SEVIS and F-1 status immediately.

6. I respectfully and urgently request an order from the Court to restore my SEVIS and F-1 status immediately.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at Los Angeles California on April 13th, 2025.


/s/*Sicheng Xiao*
Sicheng Xiao

**DECLARATION OF SICHENG XIAO**

# EXHIBIT K

Andre Y. Bates (SBN 178170) (aybates@dehengsv.com)
Steven A. Soloway (SBN 130774) (ssoloway@dehengsv.com)
Keliang (Clay) Zhu (SBN 305509) (czhu@dehengsv.com)
Yi Yao (SBN 292563) (yyao@dehengsv.com)
**DEHENG LAW OFFICES PC**
7901 Stoneridge Drive, Suite 208
Pleasanton, CA 94588
T: 925-399-6702
F: 925-397-1976

*Attorneys for Plaintiffs*
*Zhuoer Chen, Mengcheng Yu,*
*Jiarong Ouyang, and Gexi Guo*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZHUOER CHEN, an individual; MENGCHENG YU, an individual; JIARONG OUYANG, an individual; and GEXI GUO, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; and TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement;<br><br>Defendants. | Case No. 3:25-cv-03292<br><br>**DECLARATION OF JIAHUI TANG IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |

I, Jiahui Tang, declare as follows:

1.    I am a student at Pratt Institute, pursuing a Master of Fine Arts (MFA) degree in Interior Design, with an expected graduation date in 2027.

2.    I am a citizen of China, and currently hold a F-1student visa. I am a law-abiding student and have complied with all the terms and conditions for being a F-1 visa holder.

3.    My academic and professional goal is to return to China after graduation in 2027, gain hands-on experience through internships, and eventually establish my own interior design studio. I aspire to contribute to the development of human-centered and sustainable interior environments in the post-pandemic era.

4.    I received the school's notice of SEVIS termination at 5:15 PM on April 8. The SEVIS termination happened without any prior notice or warning. Nor did I have an opportunity to be heard.

5.    I have never been convicted of a crime. On the evening of October 10, 2024, in Brooklyn, New York, I was arrested due to a misunderstanding regarding a temporary license plate on my vehicle, which was found not to match the registration information. This incident occurred near the Pratt Institute campus as I struggled to find parking before class. I was completely unaware of the issue with the license plate, which was the responsibility of the car dealer. The case has since been closed, and the record was cleared after six months of conditional discharge.

6.    I understand that I am supposed to leave the country right away after the SERVIS termination. However, if I am forced to leave now, I will not be able to complete my degree, which would severely impact my long-term career plan.

7.    I respectfully and urgently request an order from the Court to restore my SEVIS and F-1 status immediately.

**2-**                                   CASE No. 3:25-cv-03292
**Declaration of Jiahui Tang**

1      I declare under penalty of perjury under the laws of the United States of America

2  that the foregoing is true and correct, and that this declaration is executed at Brooklyn, New York

3  on April 13th, 2025.

4

                            *Jiahui Tang*

5                 Jiahui Tang

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

# EXHIBIT L

1  Andre Y. Bates (SBN 178170) (aybates@dehengsv.com)
   Steven A. Soloway (SBN 130774) (ssoloway@dehengsv.com)
2  Keliang (Clay) Zhu (SBN 305509) (czhu@dehengsv.com)
   Yi Yao (SBN 292563) (yyao@dehengsv.com)
3  **DEHENG LAW OFFICES PC**
4  7901 Stoneridge Drive, Suite 208
   Pleasanton, CA 94588
5  T: 925-399-6702
   F: 925-397-1976
6

7  *Attorneys for Plaintiffs*
   *Zhuoer Chen, Mengcheng Yu,*
8  *Jiarong Ouyang, and Gexi Guo*

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11

12  ZHUOER CHEN, an individual; MENGCHENG        Case No. 3:25-cv-03292
    YU, an individual; JIARONG OUYANG, an
13  individual; and GEXI GUO, an individual;     **DECLARATION OF**
                                                 **HAOTIAN CHI**
14               Plaintiffs,                      **IN SUPPORT OF PLAINTIFFS'**
                                                 **MOTION      FOR    TEMPORARY**
15  vs.                                          **RESTRAINING ORDER**

16
    KRISTI NOEM, in her official capacity as
17  Secretary of the U.S. Department of Homeland
    Security; and TODD LYONS, in his official
18  capacity as Acting Director of U.S. Immigration
    and Customs Enforcement;
19
                 Defendants.
20

21

22

23

24

25

26

27

28

I, Haotian Chi, declare as follows:

1.      I am a student at Columbia University majored in Applied Analytics, Master of Science, graduated in December 2024 and was on my OPT before SEVIS terminated.

2.      I am a citizen of China and was F-1student visa holder before revoked. I am a law-abiding student and have complied with all the terms and conditions for being a F-1 visa holder.

3.      I graduated Cum Laude, Dual Degree in Economics and Finance at Boston University and further completed my Master Program at Columbia University with GPA 4.0.

4.      I am dedicated to leverage analytical consulting skills to help solve problems for individual and companies, and I have very promising job offers waiting for me to make contribution to the community.

5.      I received email from SEVP, followed by my school's DSO saying my SEVIS was terminated and my OPT ends on April 5th, 2025. I just got my OPT approved and received the physical EAD card a few weeks ago. The SEVIS termination happened without any prior notice or warning. Nor did I have an opportunity to be heard.

6.      I have never been convicted of a crime. I was arrested into custody for one night for domestic violence (I was also a victim in this case, the other person had the same charge as me) but I completed all required classes the case was sealed after one-year deferred judgment. Another time my girlfriend called the police and then dismissed upon the court, so all my case were dismissed.

7.      I understand that I am supposed to leave the country right away after the SEVIS termination. However, I will not have chance to practice my professional training in the States or nor have the chance to earn salary to support my family. My girlfriend is working in the US, leaving the US means separation and I am also fear of deporting and other risks.

8.      I respectfully and urgently request an order from the Court to restore my SEVIS and F-1 status immediately.

I declare under penalty of perjury under the laws of the United States of America

that the foregoing is true and correct, and that this declaration is executed at Boston, MA on April 12th, 2025.

*Haotian Chi*

_____

Haotian Chi

# EXHIBIT M

Andre Y. Bates (SBN 178170) (aybates@dehengsv.com)
Steven A. Soloway (SBN 130774) (ssoloway@dehengsv.com)
Keliang (Clay) Zhu (SBN 305509) (czhu@dehengsv.com)
Yi Yao (SBN 292563) (yyao@dehengsv.com)
**DEHENG LAW OFFICES PC**
7901 Stoneridge Drive, Suite 208
Pleasanton, CA 94588
T: 925-399-6702
F: 925-397-1976

*Attorneys for Plaintiffs*
*Zhuoer Chen, Mengcheng Yu,*
*Jiarong Ouyang, and Gexi Guo*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHUOER CHEN, an individual; MENGCHENG YU, an individual; JIARONG OUYANG, an individual; and GEXI GUO, an individual;<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; and TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement;<br><br>　　　　　Defendants. | Case No. 3:25-cv-03292<br><br>**DECLARATION OF LIJUN SUN IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |

I, Lijun Sun, declare as follows:

      1.     I am a student at Georgia State University in studio art major, pursuing undergraduate degree, I'm expecting to graduate in fall 2026.

      2.     I am a citizen of China and currently hold a F-1student visa. I am a law-abiding student and have complied with all the terms and conditions for being a F-1 visa holder.

      3.     I have been maintaining my I-20 status by taking minimum 12 credit hours per semester and keeping my GPA at a 3.2, never violated any school regulations.

      4.     I'm trying to get my undergraduate's degree in interior design and get an interior designer certificate, start my own design studio in China , travel around the world to design houses and any other possible architectural design I can do.

      5.     I received my SEVIS termination from the ISSS on April 9th evening by outlook email, The SEVIS termination happened without any prior notice or warning. Nor did I have an opportunity to be heard.

      6.     I have never been convicted of a crime. I was arrested on Oct 18th 2024 for a DUI charge at Cobb county in Georgia, I've hired an attorney and the court date got rescheduled twice, I'm still fighting for this court case and have not been convicted, still waiting to go to court. I don't have any serious traffic ticket or any criminal record.

      7.     I understand that I am supposed to leave the country right away after the SERVIS termination. However, I have a year until my graduation, I got a great opportunity to take one of the best summer class that will give me connections with some top designers and artists, I'm still taking my major classes to build my portfolio. This put me in extreme fear and stress every single day since I received the news, worrying about not being able to graduate even though I'm following all the I-20 academic requirement.

      8.     I respectfully and urgently request an order from the Court to restore my SEVIS and F-1 status immediately.

      I declare under penalty of perjury under the laws of the United States of America

1  that the foregoing is true and correct, and that this declaration is executed at Atlanta Gerogia on

2  April 13th, 2025.

3

4

5  Lijun Sun

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT N

Andre Y. Bates (SBN 178170) (aybates@dehengsv.com)
Steven A. Soloway (SBN 130774) (ssoloway@dehengsv.com)
Keliang (Clay) Zhu (SBN 305509) (czhu@dehengsv.com)
Yi Yao (SBN 292563) (yyao@dehengsv.com)
**DEHENG LAW OFFICES PC**
7901 Stoneridge Drive, Suite 208
Pleasanton, CA 94588
T: 925-399-6702
F: 925-397-1976

*Attorneys for Plaintiffs*
*Zhuoer Chen, Mengcheng Yu,*
*Jiarong Ouyang, and Gexi Guo*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZHUOER CHEN, an individual; MENGCHENG YU, an individual; JIARONG OUYANG, an individual; and GEXI GUO, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; and TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement;<br><br>Defendants. | Case No. 3:25-cv-03292<br><br>**DECLARATION OF JUNHAO HUANG IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |

I, Junhao Huang, declare as follows:

1.    I am a student at Santa Monica College, Education, and will get associate degree, and graduate in 2026.

2.    I am a citizen of China and currently hold a F-1 student visa. I am a law-abiding student and have complied with all the terms and conditions for being a F-1 visa holder.

3.    My academic and professional goal is to pursue a career in the field of education. I am passionate about teaching and believe that education has the power to transform lives. In the future , I hope to become an educator who inspires me and supports students in reaching their full potential.

4.    I received notice of my SEVIS termination in April 10, 2025. My school sent me the email that told me my SEVIS was terminated. The SEVIS termination happened without any prior notice or warning. Nor did I have an opportunity to be heard.

5.    I have never been convicted of a crime. I believe that the termination was related to an incident that occurred in April 2024, when I was cited for underage drinking. The court later canceled the hearing and dismissed the case.

6.    I understand that I am supposed to leave the country right away after the SEVIS termination. However, doing so would prevent me from completing my education and graduating from my current program. I have already invested significant time, effort, and financial resources into my studies, and leaving the country now would result in a major disruption to my academic and career plans. It would also cause emotional distress, as I have worked hard to build a life here and deeply value the opportunity to study in the United States. I am committed to resolving this issue legally and respectfully, and I respectfully request the chance to continue my education.

7.    I respectfully and urgently request an order from the Court to restore my SEVIS and F-1 status immediately.

I declare under penalty of perjury under the laws of the United States of America

that the foregoing is true and correct, and that this declaration is executed at Los Angeles, California on April 12th, 2025.

/s/___*Junhao Huang*___
Junhao Huang

**DECLARATION**

# EXHIBIT O

Andre Y. Bates (SBN 178170) (aybates@dehengsv.com)
Steven A. Soloway (SBN 130774) (ssoloway@dehengsv.com)
Keliang (Clay) Zhu (SBN 305509) (czhu@dehengsv.com)
Yi Yao (SBN 292563) (yyao@dehengsv.com)
**DEHENG LAW OFFICES PC**
7901 Stoneridge Drive, Suite 208
Pleasanton, CA 94588
T: 925-399-6702
F: 925-397-1976

*Attorneys for Plaintiffs*
*Zhuoer Chen, Mengcheng Yu,*
*Jiarong Ouyang, and Gexi Guo*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZHUOER CHEN, an individual; MENGCHENG YU, an individual; JIARONG OUYANG, an individual; and GEXI GUO, an individual;<br><br>      Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; and TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement;<br><br>      Defendants. | Case No. 3:25-cv-03292<br><br>**DECLARATION OF JINJIN DAI IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |

I, Jinjin Dai, declare as follows:

1.      I am a student at the University of Florida, majoring in Information Systems and Operations Management with a concentration in Data Science. I am pursuing a Master of Science degree, and I am expected to graduate in December 2025.

2.      I am a citizen of China and currently hold a F-1student visa. I am a law-abiding student and have complied with all the terms and conditions for being a F-1 visa holder.

3.      I have maintained a high academic standing with a GPA of 3.7 and actively participate in volunteer and community service activities at the University of Florida. I am dedicated not only to my studies but also to giving back to the campus and local community through meaningful contributions.

4.      My academic and professional goal is to become a data scientist, focusing on applying analytics and artificial intelligence to solve real-world problems, particularly in business optimization and decision support systems. I aim to contribute to both industry and academic research in this growing field.

5.      On April 9th, 2025, I received a notice from the University of Florida's International Center informing me that my SEVIS record had been terminated. The SEVIS termination happened without any prior notice or warning. Nor did I have an opportunity to be heard.

6.      I have never been convicted of a crime. In October 2021, I was arrested after my roommate falsely accused me of physical harm and threats. No one was injured, and the allegations were entirely unfounded. I consistently maintained my innocence, did not plead guilty, and never paid any fines or penalties. Throughout the case, I constantly communicated with my legal counsel and fully cooperated with all legal procedures. On January 24, 2023, the State of Florida formally dismissed all charges against me. I now have no criminal record and no active legal matters pending. My attorney, who represented me throughout the case, supports my return to academic life without reservation.

**DECLARATION OF [INSERT YOUR NAME HERE]**

7.      I understand that I am supposed to leave the country right away after the SERVIS termination. However, if I were forced to leave at this point, I would not be able to complete my degree program, severely affecting my academic and professional future. It would also lead to substantial financial losses, emotional distress, and a disruption of years of planning and hard work. As an international student, such a sudden interruption could prevent me from continuing my education in the United States or transferring elsewhere in time to remain in status.

8.      I respectfully and urgently request an order from the Court to restore my SEVIS and F-1 status immediately.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at Gainesville, Florida on April 13th, 2025.


_Jinjin Dai_
Jinjin Dai

# EXHIBIT P

1   Andre Y. Bates (SBN 178170) (aybates@dehengsv.com)
2   Steven A. Soloway (SBN 130774) (ssoloway@dehengsv.com)
    Keliang (Clay) Zhu (SBN 305509) (czhu@dehengsv.com)
3   Yi Yao (SBN 292563) (yyao@dehengsv.com)
    **DEHENG LAW OFFICES PC**
4   7901 Stoneridge Drive, Suite 208
    Pleasanton, CA 94588
5   T: 925-399-6702
    F: 925-397-1976

6
7   *Attorneys for Plaintiffs*
    *Zhuoer Chen, Mengcheng Yu,*
8   *Jiarong Ouyang, and Gexi Guo*

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11

12  ZHUOER CHEN, an individual; MENGCHENG          Case No. 3:25-cv-03292
    YU, an individual; JIARONG OUYANG, an
13  individual; and GEXI GUO, an individual;

14              Plaintiffs,                        **DECLARATION OF**
                                                   **LUQI ZHANG**
15  vs.                                            **IN SUPPORT OF PLAINTIFFS'**
                                                   **MOTION    FOR    TEMPORARY**
16  KRISTI NOEM, in her official capacity as       **RESTRAINING ORDER**
    Secretary of the U.S. Department of Homeland
17  Security; and TODD LYONS, in his official
    capacity as Acting Director of U.S. Immigration
18  and Customs Enforcement;

19              Defendants.

20

21

22

23

24

25

26

27

28

I, Luqi Zhang, declare as follows:

1.      I am a graduate of Academy of Art University, with a Master of Fine Arts (MFA) degree in Fashion Marketing & Brand Management.

2.      I am a citizen of China, and currently hold a F-1student visa. I am a law-abiding student and have complied with all the terms and conditions for being a F-1 visa holder.

3.      My academic and professional goal is to build a long-term career in the fashion and marketing industry. I am deeply passionate about brand development and creative communication, and I aspire to grow into a marketing professional with strong global influence. My dream is to eventually establish my own fashion brand, and I believe that the knowledge and experience I gain in the U.S. will be instrumental in achieving that vision.

4.      I was informed on April 10, 2025, by my school via email that my SEVIS record had been terminated on April 9, 2025. Prior to receiving this notice, I had received no prior warning, notification, or any due process from either SEVIS or my school. The school itself was not informed of the termination in advance, and I was not given any opportunity to explain or respond before the termination was carried out. The SEVIS termination happened without any prior notice or warning. Nor did I have an opportunity to be heard.

5.      I have never been convicted of a crime. I was arrested on November 9, 2024, in connection with an alleged Fourth Degree offense, but I was not held at the time. I was simply questioned by the police and then released shortly afterward. My case is still pending, and I have not been found guilty of any crime.

6.      I understand that I am supposed to leave the country right away after the SERVIS termination. However, this abrupt termination has caused a complete disruption to my academic and professional life. After months of hard work—sending out over a hundred applications—I finally secured a job that aligns with my passion for marketing. I have also made plans to pursue an MBA program in the U.S. to further deepen my expertise and grow my long-term career in this country. My family has invested significant financial resources into my education, and I have already moved into a rented apartment in New York City, where I have settled with all my

1  belongings and furniture. The sudden loss of my legal status has left me in a state of fear,

2  uncertainty, and emotional distress. My career development has been severely interrupted, and I

3  face serious financial and psychological consequences as a result.

4      7.      I respectfully and urgently request an order from the Court to restore my SEVIS

5  and F-1 status immediately.

6      I declare under penalty of perjury under the laws of the United States of America

7  that the foregoing is true and correct, and that this declaration is executed at New York, NY on

8  April 13th, 2025.

9

*Luqi Zhang*

10  _____

    LUQI ZHANG

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT Q

1   Andre Y. Bates (SBN 178170) (aybates@dehengsv.com)
    Steven A. Soloway (SBN 130774) (ssoloway@dehengsv.com)
2   Keliang (Clay) Zhu (SBN 305509) (czhu@dehengsv.com)
    Yi Yao (SBN 292563) (yyao@dehengsv.com)
3   DEHENG LAW OFFICES PC
4   7901 Stoneridge Drive, Suite 208
    Pleasanton, CA 94588
5   T: 925-399-6702
    F: 925-397-1976
6

7   *Attorneys for Plaintiffs*
    *Zhuoer Chen, Mengcheng Yu,*
8   *Jiarong Ouyang, and Gexi Guo*

9                    **UNITED STATES DISTRICT COURT**

10                  **NORTHERN DISTRICT OF CALIFORNIA**

11

12  ZHUOER CHEN, an individual; MENGCHENG       Case No. 3:25-cv-03292
    YU, an individual; JIARONG OUYANG, an
13  individual; and GEXI GUO, an individual;

14              Plaintiffs,                      **DECLARATION OF JING TAO IN
                                                SUPPORT OF PLAINTIFFS'**
15  vs.                                         **MOTION    FOR    TEMPORARY
                                                RESTRAINING ORDER**
16
    KRISTI NOEM, in her official capacity as
17  Secretary of the U.S. Department of Homeland
    Security; and TODD LYONS, in his official
18  capacity as Acting Director of U.S. Immigration
    and Customs Enforcement;
19

20              Defendants.

21

22

23

24

25

26

27

28

I, Jing Tao, declare as follows:

1.    I am a full-time doctoral student in the Political Science program at the University of Texas at Dallas, School of Economic, Political and Policy Sciences (EPPS). I am expected to graduate in May 2028.

2.    I am a citizen of China and currently hold a F-1student visa. I am a law-abiding student and have complied with all the terms and conditions for being a F-1 visa holder.

3.    Since starting the program in Fall 2023, I have maintained continuous full-time enrollment and strong academic standing, with a current GPA of 3.8. I received straight A's in Spring and Summer 2024 and have actively contributed to the department's academic community. I was awarded the Brian J.L. Berry Scholar Award upon my admission in August 2023. This prestigious award is named after a distinguished scholar and is reserved for top-ranked applicants in our program. It is granted for the entire duration of my doctoral studies, contingent on maintaining a GPA of at least 3.5 and active engagement with departmental events. I have met all the requirements, and this recognition further demonstrates my strong academic record and ongoing commitment to scholarly excellence. As a second-year doctoral student, I have further demonstrated my research capabilities and commitment to academic excellence by having my paper accepted for presentation at the Midwestern Political Science Association (MPSA) conference. This paper, which is currently in the final stages before publication, not only reflects my dedication to producing high-quality, impactful research but also underscores my potential to contribute significantly to the field of political science. The combination of my strong academic performance and my active engagement in research highlights both my diligence as a student and my high academic value, making me a promising candidate for continued scholarly advancement.

4.    My overarching academic and professional goal is to become a leading scholar in the field of Political Science, with a particular focus on the intersection of public policy and empirical research. I am driven by the belief that evidence-based policy solutions can significantly enhance governance, promote social equity, and address pressing global challenges.

**DECLARATION OF JING TAO**

Through rigorous scholarly inquiry, I aim to uncover best practices and innovative strategies that policymakers and government institutions can adopt to improve public welfare. In the long term, I envision contributing to both academia and public service, helping bridge the gap between research findings and their practical applications to foster more effective, transparent, and inclusive governance.

5.    My SEVIS record was terminated on April 8, 2025. At 09:12:57 that morning, a manual data change was performed by SEVIS Maintenance which changed my status to "TERMINATED." However, I have not been convicted of any criminal offenses. The SEVIS termination happened without any prior notice or warning. Nor did I have an opportunity to be heard.

6.    I have never been convicted of a crime. In August 2024, during a verbal disagreement with my boyfriend, I became frightened and contacted the police. The officers took me into custody as a precautionary measure, but no charges were ever filed. In fact, I was not required to appear in court, and the case was ultimately dismissed.

7.    I understand that I am required to leave the United States immediately after my SEVIS record was terminated. However, this unexpected termination has profoundly impacted my academic and personal life. I can no longer continue my studies and research, and the funding for my doctoral program has been discontinued, leaving me with no source of income. As a result, I am facing severe financial hardship, and the sudden interruption of my research progress further jeopardizes my academic future. Moreover, the sudden nature of this situation has caused me immense emotional distress and fear, making it difficult to plan for the future or maintain stability in my daily life.

8.    I respectfully and urgently request an order from the Court to restore my SEVIS and F-1 status immediately.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at Dallas, Texas on April 12th, 2025.

**DECLARATION**

1

Jing Tao

# EXHIBIT R

Andre Y. Bates (SBN 178170) (aybates@dehengsv.com)
Steven A. Soloway (SBN 130774) (ssoloway@dehengsv.com)
Keliang (Clay) Zhu (SBN 305509) (czhu@dehengsv.com)
Yi Yao (SBN 292563) (yyao@dehengsv.com)
**DeHeng Law Offices PC**
7901 Stoneridge Drive, Suite 208
Pleasanton, CA 94588
T: 925-399-6702
F: 925-397-1976

*Attorneys for Plaintiffs*
*Zhuoer Chen, Mengcheng Yu,*
*Jiarong Ouyang, and Gexi Guo*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHUOER CHEN, an individual; MENGCHENG YU, an individual; JIARONG OUYANG, an individual; and GEXI GUO, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; and TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement;<br><br>Defendants. | Case No. 3:25-cv-03292<br><br>**DECLARATION OF Yaming Chen IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |

I, Yaming Chen, declare as follows:

1.  I am a student at Emory University with a nursing major and will get a bachelor's degree in Spring 2026.

2.  I am a citizen of the People's Republic of China and currently hold an F-1 student visa. I am a law-abiding student and have complied with all the terms and conditions for being an F-1 visa holder.

3.  I have maintained good academic standing during my time at Emory University. I have successfully completed multiple semesters and participated actively in class discussions and clinical rotations. I take pride in my academic efforts, and I strive to become a competent and compassionate nurse in the future.

4.  My academic and professional goal is to become a registered nurse and eventually work in critical care or community health to improve patient outcomes and promote health education. I am also interested in pursuing advanced practice nursing and contributing to healthcare systems that serve vulnerable populations.

5.  On April 10th, I received an email from my Designated School Official (DSO) stating that my SEVIS record was terminated with the reason noted as "**Other**." This termination occurred without any prior notice, hearing, or opportunity for me to respond. I was not made aware of any violation or issue that could lead to this termination before receiving the notification.

6.  I have never been convicted of a crime. However, two months ago, I was involved in a misdemeanor traffic case for "failure to yield for an emergency vehicle." I was arrested and fingerprinted as part of the process, but I was not charged or prosecuted, and the case was ultimately resolved without any conviction. I have complied with all legal processes related to this incidentI understand that I am supposed to leave the country right away after the SERVIS

-3-                                    CASE No. 3:25-cv-03292
**DECLARATION OF YAMING CHEN**

termination. However, this situation puts me at risk of not being able to complete my degree, which would result in major disruptions to my career plan, emotional distress, and significant financial loss. My academic future and professional goals would be placed in jeopardy due to circumstances that were not fully explained to me. Additionally, if I had dependents, they would also be affected by this situation..

7.    I respectfully and urgently request an order from the court to restore my SEVIS and F-1 status immediately.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at Atlanta, Georgia on April 13th, 2025.


Yaming Chen

# EXHIBIT S

1  Andre Y. Bates (SBN 178170) (aybates@dehengsv.com)
2  Steven A. Soloway (SBN 130774) (ssoloway@dehengsv.com)
   Keliang (Clay) Zhu (SBN 305509) (czhu@dehengsv.com)
3  Yi Yao (SBN 292563) (yyao@dehengsv.com)
   **DEHENG LAW OFFICES PC**
4  7901 Stoneridge Drive, Suite 208
   Pleasanton, CA 94588
5  T: 925-399-6702
   F: 925-397-1976
6

7  *Attorneys for Plaintiffs*
   *Zhuoer Chen, Mengcheng Yu,*
8  *Jiarong Ouyang, and Gexi Guo*

9              **UNITED STATES DISTRICT COURT**

10            **NORTHERN DISTRICT OF CALIFORNIA**

11

12  ZHUOER CHEN, an individual; MENGCHENG     Case No. 3:25-cv-03292
    YU, an individual; JIARONG OUYANG, an
13  individual; and GEXI GUO, an individual;
                                               **DECLARATION OF**
14              Plaintiffs,                     **RENJIE SHANG**
                                               **IN SUPPORT OF PLAINTIFFS'**
15  vs.                                        **MOTION      FOR     TEMPORARY**
                                               **RESTRAINING ORDER**
16
    KRISTI NOEM, in her official capacity as
17  Secretary of the U.S. Department of Homeland
    Security; and TODD LYONS, in his official
18  capacity as Acting Director of U.S. Immigration
    and Customs Enforcement;
19
20              Defendants.

21

22

23

24

25

26

27

28

I, Renjie Shang, declare as follows:

1.      I was a student at University of Georgia (UGA) majored in Genetics, and I got a Ph.D. degree in Aug-2023.

2.      I am a citizen of China and currently hold a F-1student visa in STEM-OPT. I am a law-abiding student and have complied with all the terms and conditions for being a F-1 visa holder.

3.      Now I am a Postdoctoral Fellow at Stanford University, specializing in cardiovascular science with a focus on CRISPR technology and induced pluripotent stem cell (iPSC) tools. Holding a Ph.D. in Genetics from the University of Georgia, I have made significant contributions to the field through his research on pulmonary arterial hypertension (PAH), aiming to discover causal variants and develop new drug therapies. My work, supported by a prestigious American Heart Association grant with $153,712, employs innovative CRISPR interference screening to identify therapeutic targets for PAH. With 12 publications and 187 citations to my name, I am recognized as an alien of exceptional ability in the sciences, contributing to the advancement of cardiovascular health. I also actively mentor younger researchers and serves as a reviewer for several high-impact scientific journals, further establishing his leadership in the field.

4.      As an expert in the field of Genetics, I aim to advance the understanding of the molecular mechanisms underlying smooth muscle cell hyperproliferation in pulmonary arterial hypertension (PAH) by leveraging CRISPR-based high-throughput screening approaches, iPSC technology, and multi-omics techniques to dissect transcriptional and epigenetic networks driving PAH pathogenesis. I will seek a faculty position to better contribute to the biomedical research while train young generations with scientific research skills.

5.      I received notice regarding SEVIS termination from DSO of University of Georgia on April-09-2025. Then I received the official notice of SEVP Portal Account Close on April-11-2025. The SEVIS termination happened without any prior notice or warning. Nor did I have an opportunity to be heard.

CASE No. 3:25-cv-03292

**DECLARATION OF RENJIE SHANG**

6.    I have never been convicted of a crime. I was asked by UGAPD to turn myself in in April-2023 due to the charge of invasion of privacy, but the case got dismissed.

7.    I understand that I am supposed to leave the country right away after the SEVIS termination. However, the suspension of research projects where I am in crucial stages screening the causal genes for PAH that seriously disrupted my career plan for drug discovery. Despite this progress, my life has been turned upside down by the abrupt and unexplained termination of my SEVIS record. Living in the Bay Area as a postdoctoral scholar is already financially burdensome—basic living expenses exceed $3,000 per month, consuming nearly 75% of my monthly salary. Under this already strained condition, the sudden loss of my legal status has devastated me. I now find myself unable to continue the research I have committed my life to, and unable to sleep, eat, or function normally due to overwhelming stress and anxiety. I am experiencing clear symptoms of adjustment disorder, brought on by the uncertainty of my future, the fear of deportation, and the collapse of a decade of work, sacrifice, and hope.

8.    I respectfully and urgently request an order from the Court to restore my SEVIS and F-1 status immediately.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at Palo Alto, California on April 13th, 2025.

_Renjie Shang_
Renjie Shang

# EXHIBIT T

1  Andre Y. Bates (SBN 178170) (aybates@dehengsv.com)
   Steven A. Soloway (SBN 130774) (ssoloway@dehengsv.com)
2  Keliang (Clay) Zhu (SBN 305509) (czhu@dehengsv.com)
   Yi Yao (SBN 292563) (yyao@dehengsv.com)
3  **DEHENG LAW OFFICES PC**
4  7901 Stoneridge Drive, Suite 208
   Pleasanton, CA 94588
5  T: 925-399-6702
   F: 925-397-1976
6

7  *Attorneys for Plaintiffs*
   *Zhuoer Chen, Mengcheng Yu,*
8  *Jiarong Ouyang, and Gexi Guo*

9                   **UNITED STATES DISTRICT COURT**

10                **NORTHERN DISTRICT OF CALIFORNIA**

11

12 | ZHUOER CHEN, an individual; MENGCHENG | Case No. 3:25-cv-03292
   | YU, an individual; JIARONG OUYANG, an |
13 | individual; and GEXI GUO, an individual; |
                                              | **DECLARATION OF**
14 |              Plaintiffs,                 | **TIANJIAN GUO**
                                              | **IN SUPPORT OF PLAINTIFFS'**
15 | vs.                                      | **MOTION    FOR    TEMPORARY**
                                              | **RESTRAINING ORDER**
16 |
17 | KRISTI NOEM, in her official capacity as |
   | Secretary of the U.S. Department of Homeland |
18 | Security; and TODD LYONS, in his official |
   | capacity as Acting Director of U.S. Immigration |
19 | and Customs Enforcement; |
20 |              Defendants. |
21

22

23

24

25

26

27

28

1    I, Tianjian Guo, declare as follows:

2        1.       I am a student at University of Southern California, Bachelor of Architecture,

3    graduate in May 2024 and currently in OPT.

4        2.       I am a citizen of China, and currently hold a F-1student visa. I am a law-abiding

5    student and have complied with all the terms and conditions for being a F-1 visa holder.

6        3.       I have been a good student at the University of Southern California. I completed

7    the five-year Bachelor of Architecture program and also earned a minor in Painting.

8        4.       My goal is to become an architect and artist, creating buildings that serve people

9    and contribute as meaningful works of art.

10        5.       I received an email from the school on April 8th at 5:56 PM informing me that my

11    SEVIS record had been terminated. The SEVIS termination happened without any prior notice or

12    warning. Nor did I have an opportunity to be heard.

13        6.       I was placed under arrest in 2018 for an allegation of domestic battery, which I

14    have never admitted to. After a year of legal proceedings, I was found not guilty by the judge and

15    the case was formally dismissed. I have also received speeding tickets in the past, all of which I

16    properly addressed and none resulted in any convictions. In 2023, I returned to China to renew

17    my F-1 visa. The visa officer reviewed all related documents regarding my past case and, after

18    careful consideration, renewed my F-1 visa. This demonstrates that the U.S. immigration

19    authorities were fully informed of my dismissed case and traffic history and determined that I

20    had not violated any visa laws. Furthermore, when I re-entered the U.S. in August 2023, the

21    Customs and Border Protection officer reviewed my entire record and allowed me to enter the

22    country lawfully.

23        7.       I understand that I am supposed to leave the country right away after the SEVIS

24    termination. However, The SEVIS termination has disrupted my career plans. I can no longer

25    legally work in the U.S., and I am suffering financial loss, emotional distress, and fear for my

26    future.

27

28

8.    I respectfully and urgently request an order from the Court to restore my SEVIS and F-1 status immediately.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at Los Angeles, California on April 13th, 2025.

_____

Tianjian Guo

- 3 -                                    **Case No.  3:25-cv-03292**

**DECLARATION**

# EXHIBIT U

1   Andre Y. Bates (SBN 178170) (aybates@dehengsv.com)
    Steven A. Soloway (SBN 130774) (ssoloway@dehengsv.com)
2   Keliang (Clay) Zhu (SBN 305509) (czhu@dehengsv.com)
    Yi Yao (SBN 292563) (yyao@dehengsv.com)
3   **DEHENG LAW OFFICES PC**
4   7901 Stoneridge Drive, Suite 208
    Pleasanton, CA 94588
5   T: 925-399-6702
    F: 925-397-1976
6

7   *Attorneys for Plaintiffs*
    *Zhuoer Chen, Mengcheng Yu,*
8   *Jiarong Ouyang, and Gexi Guo*

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11

12  ZHUOER CHEN, an individual; MENGCHENG    Case No. 3:25-cv-03292
    YU, an individual; JIARONG OUYANG, an
13  individual; and GEXI GUO, an individual;
                                              **DECLARATION OF**
14              Plaintiffs,                    **XINYU LUAN**
                                              **IN SUPPORT OF PLAINTIFFS'**
15  vs.                                       **MOTION     FOR     TEMPORARY**
                                              **RESTRAINING ORDER**
16
    KRISTI NOEM, in her official capacity as
17  Secretary of the U.S. Department of Homeland
    Security; and TODD LYONS, in his official
18  capacity as Acting Director of U.S. Immigration
    and Customs Enforcement;
19
20              Defendants.

21

22

23

24

25

26

27

28

I, Xinyu Luan, declare as follows:

1.    I am a student at Sofia University, Business Administration and Management. I will get a master's degree in December 2026.

2.    I am a citizen of China and currently hold a F-1 student visa. I am a law-abiding student and have complied with all the terms and conditions for being a F-1 visa holder.

3.    My academic and professional goal is to become a strategic leader in cloud infrastructure and site reliability engineering, with a focus on using data analytics to drive operational excellence in large-scale systems. Through my current work, I aim to deepen my technical expertise in Google Cloud Networking architecture and apply best practices in Site Reliability Engineering, such as incident management, capacity planning, and system optimization.

By integrating these experiences with the strategic thinking and decision-making skills gained from my MBA studies, I aspire to lead cross-functional teams in designing scalable, reliable, and efficient cloud solutions that align with business goals. Ultimately, I want to contribute to the advancement of intelligent and resilient digital infrastructure that supports innovation and growth across industries.

4.    I received the SEVIS termination notice on April 9th. The notice stated that my SEVIS record had been terminated effective April 8th. The SEVIS termination happened without any prior notice or warning. Nor did I have an opportunity to be heard.

5.    I have never been convicted of a crime. I was briefly detained after a non-violent misunderstanding with my partner. No one was hurt, and though the police were called, I was never charged. After review, the case was dropped, therefore there was no case for this and no wrongdoing was found. Separately, I also received a speeding ticket, which will be cleared from my record in June this year.

6.    I understand that I am supposed to leave the country right away after the SEVIS termination. However, the termination of my SEVIS record had serious consequences. I was no longer authorized to work, which meant I could not continue my job responsibilities and would

not receive any income. This sudden disruption caused significant financial stress. It also created

deep concern and uncertainty about my future, including the risk of not being able to graduate on

time and a major setback to my career plans. Emotionally, it was a very distressing experience. I

felt scared, anxious, and overwhelmed by the situation.

7.    I respectfully and urgently request an order from the Court to restore my SEVIS

and F-1 status immediately.

I declare under penalty of perjury under the laws of the United States of America

that the foregoing is true and correct, and that this declaration is executed at Milpitas in California

on April 13th, 2025.

 

 

Xinyu Luan

# EXHIBIT V

Andre Y. Bates (SBN 178170) (aybates@dehengsv.com)
Steven A. Soloway (SBN 130774) (ssoloway@dehengsv.com)
Keliang (Clay) Zhu (SBN 305509) (czhu@dehengsv.com)
Yi Yao (SBN 292563) (yyao@dehengsv.com)
**DEHENG LAW OFFICES PC**
7901 Stoneridge Drive, Suite 208
Pleasanton, CA 94588
T: 925-399-6702
F: 925-397-1976

*Attorneys for Plaintiffs*
*Zhuoer Chen, Mengcheng Yu,*
*Jiarong Ouyang, and Gexi Guo*

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHUOER CHEN, an individual; MENGCHENG YU, an individual; JIARONG OUYANG, an individual; and GEXI GUO, an individual; <br><br> Plaintiffs, <br><br> vs. <br><br> KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; and TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; <br><br> Defendants. | Case No. 3:25-cv-03292 <br><br> **DECLARATION OF YICHEN ZHANG IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |

1   I, Yichen Zhang, declare as follows:

2       1.     I am a student at Academy of Art University in San Francisco, California, Fashion

3 Art Direction Major, and will get master's degree, expected to graduate May, 2025.

4       2.     I am a citizen of China and currently hold a F-1student visa. I am a law-abiding

5 student and have complied with all the terms and conditions for being a F-1 visa holder.

6       3.     I would be becoming a fashion art director

7       4.     I received Email from my school DSO on April 08, 2025 said my SEVIS got

8 terminated due to OTHERWISE FAILING TO MAINTAIN STATUS – Individual identified in

9 criminal records check. SEVIS record has been terminated. The SEVIS termination happened

10 without any prior notice or warning. Nor did I have an opportunity to be heard.

11       5.     I have been arrested in 2018 due to 35-44,1-2-3(d)(1)/MB: False informing def.

12 gives a false report of commission of crime or gives false status and 7.1-5-7-7(a)(2)/MC: Illegal

13 consumption of alcoholic beverage. But the case got conditional dismissed, I finished the

14 condition, which was 20hrs community services and alcoholic usage class, which means the case

15 should be shown as dismissed.

16       6.     I understand that I am supposed to leave the country right away after the SEVIS

17 termination. However, this action will made me not being able to graduate, cause disruption to

18 my career plan, financial losses, emotional distress and fear.

19       7.     I respectfully and urgently request an order from the Court to restore my SEVIS

20 and F-1 status immediately.

21       I declare under penalty of perjury under the laws of the United States of America

22 that the foregoing is true and correct, and that this declaration is executed at San Leandro,

23 California on April 13th, 2025.

24

25



26                 Yichen Zhang

27

28

# EXHIBIT W

1   Andre Y. Bates (SBN 178170) (aybates@dehengsv.com)
2   Steven A. Soloway (SBN 130774) (ssoloway@dehengsv.com)
    Keliang (Clay) Zhu (SBN 305509) (czhu@dehengsv.com)
3   Yi Yao (SBN 292563) (yyao@dehengsv.com)
    **DEHENG LAW OFFICES PC**
4   7901 Stoneridge Drive, Suite 208
    Pleasanton, CA 94588
5   T: 925-399-6702
    F: 925-397-1976
6

7   *Attorneys for Plaintiffs*
    *Zhuoer Chen, Mengcheng Yu,*
8   *Jiarong Ouyang, and Gexi Guo*

9                   **UNITED STATES DISTRICT COURT**

10                 **NORTHERN DISTRICT OF CALIFORNIA**

11

12  | ZHUOER CHEN, an individual; MENGCHENG | Case No. 3:25-cv-03292 |
    YU, an individual; JIARONG OUYANG, an
13  individual; and GEXI GUO, an individual;

14              Plaintiffs,                      **DECLARATION OF
                                                DI XIE IN SUPPORT OF
15  vs.                                         PLAINTIFFS' MOTION    FOR
                                                TEMPORARY RESTRAINING
16                                              ORDER**

    KRISTI NOEM, in her official capacity as
17  Secretary of the U.S. Department of Homeland
    Security; and TODD LYONS, in his official
18  capacity as Acting Director of U.S. Immigration
    and Customs Enforcement;
19

20              Defendants.

21

22

23

24

25

26

27

28

I, Di Xie, declare as follows:

1.    I am a student at University of Tennessee, Knoxville (UTK), Natural Resources, and obtained my PhD degree in May 2024.

2.    I am a citizen of China and currently hold a F-1 student OPT status. I was a law-abiding student and have complied with all the terms and conditions for being a F-1 visa holder.

3.    My GPA is 3.86. I published 7 academic publications, received Graduate research assistance and Fellowship from UTK. I contribute to the research and development of microdevices for the advancement of high-performance computing, AI, etc. industries.

4.    My Career goal is to develop advanced electronics materials to miniaturize and enhance the power-delivery efficiency of state-of-the-art micro devices to meet the pressing need for high-performance computing devices, artificial intelligence, and machine learning systems by utilizing my extensive experience with scanning electron microscopy, chemical analysis, and building structure-property relationship.

5.    I received the notification of SEVIS termination from the email sent by the UTK's primary DSO, Mr. William Vittetoe, on April 3rd, 2025. The SEVIS termination happened without any prior notice or warning. Nor did I have an opportunity to be heard.

6.    I have never been convicted of a crime. I was arrested once because of theft offence (Misdemeanor Class C.) in Jul 2023, and the charge was dismissed and sealed in Dec 2023. I received a NOLLE PROSEQUI from the court judge and a criminal history report showing no record. I was in an extreme hardship mentally and financially, and an unhealthy relationship. I learned a lot. I take full responsibility for making better choices and staying fully compliant with the law moving forward.

7.    I understand that I am supposed to leave the country right away after the SERVIS termination. However, my leaving from the US will lead to the disruption to my career plan, financial loss, health insurance loss, emotional distress and fear, reputational harm, etc.

8.    I respectfully and urgently request an order from the Court to restore my SEVIS and F-1 status immediately.

1    I declare under penalty of perjury under the laws of the United States of America

2  that the foregoing is true and correct, and that this declaration is executed at Atlanta, GA on April

3  13th, 2025.

4

5

6    Di Xie
_____
Di Xie

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION**

# EXHIBIT X

1  Andre Y. Bates (SBN 178170) (aybates@dehengsv.com)
   Steven A. Soloway (SBN 130774) (ssoloway@dehengsv.com)
2  Keliang (Clay) Zhu (SBN 305509) (czhu@dehengsv.com)
   Yi Yao (SBN 292563) (yyao@dehengsv.com)
3  **DEHENG LAW OFFICES PC**
4  7901 Stoneridge Drive, Suite 208
   Pleasanton, CA 94588
5  T: 925-399-6702
   F: 925-397-1976
6
7  *Attorneys for Plaintiffs*
   *Zhuoer Chen, Mengcheng Yu,*
8  *Jiarong Ouyang, and Gexi Guo*

9                    **UNITED STATES DISTRICT COURT**

10                  **NORTHERN DISTRICT OF CALIFORNIA**

11

12 | ZHUOER CHEN, an individual; MENGCHENG | Case No. 3:25-cv-03292
   | YU, an individual; JIARONG OUYANG, an |
13 | individual; and GEXI GUO, an individual; |
                                              | **DECLARATION OF**
14 |                  Plaintiffs,            | **WENWEN LI**
                                              | **IN SUPPORT OF PLAINTIFFS'**
15 | vs.                                     | **MOTION    FOR    TEMPORARY**
                                              | **RESTRAINING ORDER**
16 |
17 | KRISTI NOEM, in her official capacity as |
   | Secretary of the U.S. Department of Homeland |
18 | Security; and TODD LYONS, in his official |
   | capacity as Acting Director of U.S. Immigration |
19 | and Customs Enforcement; |
20 |                  Defendants. |
21

22

23

24

25

26

27

28

I, Wenwen Li, declare as follows:

1.  I am a student at Georgia Institute of Technology, majoring in computer science and I am expected to graduate on May 1st, 2025.

2.  I am a citizen of China, and currently hold a F-1student visa. I am a law-abiding student and have complied with all the terms and conditions for being a F-1 visa holder.

3.  My GPA is 3.88 at Georgia Tech, I also received E.D (Jack) Dunn Fellowship and Research Fund before joining Georgia Tech.

4.  I am scheduled to begin working as a software engineer at Amazon starting May 5th, 2025. I am passionate about optimizing applications to make life more convenient and conducting some research to support the development of technology and its interaction with economics.

5.  My SEVIS termination was terminated on April 4th, 2025 and the DSO officer at Georgia Tech informed me via email. The SEVIS termination happened without any prior notice or warning. Nor did I have an opportunity to be heard.

6.  I have never been convicted of a crime. I was arrested on Feb 10th, 2025 because the police officer attempted to pull me over, but I didn't realize he was signaling me to stop. I am innocent and was wrongfully charged. The reason for pulling me over was that my headlights were not turned on. However, under Georgia law, headlights are required 30 minutes after sunset. At the time of the stop, it was before sunset, and thus the reason of pulling over is not valid. I have no prior record.

7.  I understand that I am supposed to leave the country right away after the SERVIS termination. However, leaving now would prevent me from graduating and would severely damage my career path. This situation has caused me significant financial losses, emotional distress and fear.

8.  I respectfully and urgently request an order from the Court to restore my SEVIS and F-1 status immediately.

I declare under penalty of perjury under the laws of the United States of America

that the foregoing is true and correct, and that this declaration is executed at Atlanta, GA on April 13th, 2025.

_Wenwen Li_
Wenwen Li

# EXHIBIT Y

Andre Y. Bates (SBN 178170) (aybates@dehengsv.com)
Steven A. Soloway (SBN 130774) (ssoloway@dehengsv.com)
Keliang (Clay) Zhu (SBN 305509) (czhu@dehengsv.com)
Yi Yao (SBN 292563) (yyao@dehengsv.com)
**DeHeng Law Offices PC**
7901 Stoneridge Drive, Suite 208
Pleasanton, CA 94588
T: 925-399-6702
F: 925-397-1976

*Attorneys for Plaintiffs*
*Zhuoer Chen, Mengcheng Yu,*
*Jiarong Ouyang, and Gexi Guo*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHUOER CHEN, an individual; MENGCHENG YU, an individual; JIARONG OUYANG, an individual; and GEXI GUO, an individual;<br><br>    Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; and TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement;<br><br>    Defendants. | Case No. 3:25-cv-03292<br><br>**DECLARATION OF WANRONG LI IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |

I, Wanrong Li, declare as follows:

1.    I enrolled at the University of Southern California (USC) and graduated with a Master's degree. After graduation, I received authorization to work in the U.S. under OPT status, and I have been working at a big tech company in Washington state.

2.    I am a citizen of China, and currently hold a F-1 student visa. I am a law-abiding student and have complied with all the terms and conditions for being a F-1 visa holder.

3.    I graduated with a 3.8 GPA and I am working as TA and career center ambassador in the school to help school's students to find the jobs they desire.

4.    On 4/8 I got the email from my school that my SEVIS is terminated on 4/4. The SEVIS termination happened without any prior notice or warning. Nor did I have an opportunity to be heard.

5.    I have never been convicted of a crime. In August 2022, I was briefly detained by police during a misunderstanding with a former partner. I was released under California Penal Code §849(b)(1), which indicates that there were no charges filed and no criminal proceedings. The case was closed at the scene, and under California law, this is recorded as a detention only, not an arrest. Following this incident, I successfully obtained a new U.S. visa in 2023, disclosed the prior detention to the consulate, and was approved without issue. I have since entered the U.S. multiple times for business and personal travel without any problems.

6.    I understand that I am supposed to leave the country immediately after the SEVIS termination. However, this situation has forced me to stop working, despite being in a key role on my team at the company. I was recently promoted due to strong performance and was expected to take on greater responsibilities in the upcoming quarter. My sudden departure has caused major disruption not only to my personal career plans, but also to my team's workflow and project continuity.

**DECLARATION OF WANRONG LI**

7.      In addition to the professional impact, this abrupt termination has brought significant emotional distress and uncertainty to my life, especially as I face the risk of not being able to return to the U.S. to resume my job or reunite with my partner.

8.      I respectfully and urgently request an order from the Court to restore my SEVIS and F-1 status immediately.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at Bellevue, WA on April 13th, 2025.

_Wanrong Li_
Wanrong Li

# EXHIBIT Z

1  Andre Y. Bates (SBN 178170) (aybates@dehengsv.com)
   Steven A. Soloway (SBN 130774) (ssoloway@dehengsv.com)
2  Keliang (Clay) Zhu (SBN 305509) (czhu@dehengsv.com)
   Yi Yao (SBN 292563) (yyao@dehengsv.com)
3  **DEHENG LAW OFFICES PC**
   7901 Stoneridge Drive, Suite 208
4  Pleasanton, CA 94588
   T: 925-399-6702
5  F: 925-397-1976

6
   *Attorneys for Plaintiffs*
7  *Zhuoer Chen, Mengcheng Yu,*
   *Jiarong Ouyang, and Gexi Guo*
8
                    **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10

11

12  ZHUOER CHEN, an individual; MENGCHENG      Case No. 3:25-cv-03292
    YU, an individual; JIARONG OUYANG, an
13  individual; and GEXI GUO, an individual;
                                               **DECLARATION OF**
14                 Plaintiffs,                  **XINRAN WANG IN SUPPORT OF**
                                               **PLAINTIFFS' MOTION    FOR**
15  vs.                                        **TEMPORARY RESTRAINING**
                                               **ORDER**
16  KRISTI NOEM, in her official capacity as
    Secretary of the U.S. Department of Homeland
17  Security; and TODD LYONS, in his official
    capacity as Acting Director of U.S. Immigration
18  and Customs Enforcement;

19
                   Defendants.
20

21

22

23

24

25

26

27

28

I, Xinran Wang, declare as follows:

1.      I am a graduate of the University of Wisconsin – Madison, where I earned a Bachelor of Science degree in Computer Sciences in December 2024.

2.      I am a citizen of China, and currently hold a F-1 student visa. I am a law-abiding student and have complied with all the terms and conditions for being a F-1 visa holder.

3.      During my undergraduate studies, I maintained good academic standing and completed multiple course projects, including work in human-computer interaction and Android mobile application development. I actively collaborated with classmates and participated in group design efforts that addressed real-world usability challenges.

4.      My academic and professional goal is to work in the field of human-computer interaction or applied machine learning, using technology to improve communication, education, and accessibility for underserved communities.

5.      On April 9, 2025, I was informed that my SEVIS record had been terminated. The reason provided was: "Individual identified in criminal records check and/or has had their VISA revoked. SEVIS record has been terminated." The SEVIS termination happened without any prior notice or warning. Nor did I have an opportunity to be heard.

6.      I have never been convicted of a crime. In October 2023, I was briefly detained by the police due to a personal dispute. Although two charges were listed in a bond receipt (battery and disorderly conduct), the case was dropped and never filed in court. I was not charged or convicted. There is no criminal case under my name in the Wisconsin court system, and I am currently awaiting a certified criminal background check from the Wisconsin Department of Justice, which I expect will confirm no record.

7.      I understand that I am supposed to leave the country right away after the SEVIS termination.  However, this would abruptly end my OPT period, destroy my chance to gain professional experience in the U.S., and severely disrupt my career development.  I have invested years of effort and significant financial resources to obtain my degree.  Losing the opportunity to

**DECLARATION OF XINRAN WANG**

apply what I've learned not only harms my professional future but also causes me great emotional distress, anxiety, and uncertainty about what lies ahead.

8.     I respectfully and urgently request an order from the Court to restore my SEVIS and F-1/OPT status immediately.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at Madison, Wisconsin on April 13th, 2025.


王欣然
Xinran Wang

# EXHIBIT AA

Andre Y. Bates (SBN 178170) (aybates@dehengsv.com)
Steven A. Soloway (SBN 130774) (ssoloway@dehengsv.com)
Keliang (Clay) Zhu (SBN 305509) (czhu@dehengsv.com)
Yi Yao (SBN 292563) (yyao@dehengsv.com)
**DEHENG LAW OFFICES PC**
7901 Stoneridge Drive, Suite 208
Pleasanton, CA 94588
T: 925-399-6702
F: 925-397-1976

*Attorneys for Plaintiffs*
*Zhuoer Chen, Mengcheng Yu,*
*Jiarong Ouyang, and Gexi Guo*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHUOER CHEN, an individual; MENGCHENG YU, an individual; JIARONG OUYANG, an individual; and GEXI GUO, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; and TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement;<br><br>Defendants. | Case No. 3:25-cv-03292<br><br>**DECLARATION OF ZIHAN HE IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |

I, Zihan He, declare as follows:

1.    I am a student at University of Wisconsin–Madison, pursuing a PhD in Information. I expect to receive my doctoral degree in May 2029.

2.    I am a citizen of China, and currently hold a F-1student visa. I am a law-abiding student and have complied with all the terms and conditions for being a F-1 visa holder.

3.    During my PhD program, I have maintained a 4.0 GPA. Additionally, I have volunteered my time assisting with acdemic paper reviews, contributing to the academic community beyond my own research.

4.    My academic and professional goal is to conduct research and develop solutions or tools that help special or disabled communities more easily understand and use technology and tools, ultimately fostering greater accessibility, inclusion, and empowerment.

5.    On April 8, 2025, I received notice email from my university's ISS that my SEVIS record was terminated. The SEVIS termination happened without any prior notice or warning. Nor did I have an opportunity to be heard.

6.    I have never been convicted of a crime. It might be linked to a 2021 domestic violence-related arrest in Seattle, WA. I was arrested after an argument with my boyfriend in his appartment in Seattle, Washington. The district attorney declined to file charges, and the case was never filed. I was never be charged,

7.    I understand that I am supposed to leave the country right away after the SERVIS termination. However, I will be unable to complete my doctoral degree as planned. My research projects will be suspended, jeopardizing both my academic progress and my contributions to the field.

8.    I respectfully and urgently request an order from the Court to restore my SEVIS and F-1 status immediately.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at Madison, WI on April 13th, 2025.

**2-**                                    CASE No. 3:25-cv-03292

**DECLARATION OF ZIHAN HE**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*/s/Zihan He*
Zihan He

# EXHIBIT BB

1  Andre Y. Bates (SBN 178170) (aybates@dehengsv.com)
   Steven A. Soloway (SBN 130774) (ssoloway@dehengsv.com)
2  Keliang (Clay) Zhu (SBN 305509) (czhu@dehengsv.com)
   Yi Yao (SBN 292563) (yyao@dehengsv.com)
3  **DeHeng Law Offices PC**
   7901 Stoneridge Drive, Suite 208
   Pleasanton, CA 94588
4  T: 925-399-6702
   F: 925-397-1976

5  *Attorneys for Plaintiffs*
   *Zhuoer Chen, Mengcheng Yu,*
6  *Jiarong Ouyang, and Gexi Guo*

7  **UNITED STATES DISTRICT COURT**

   **NORTHERN DISTRICT OF CALIFORNIA**
8

9  ZHUOER CHEN, an individual; MENGCHENG    Case No. 3:25-cv-03292
   YU, an individual; JIARONG OUYANG, an
   individual; and GEXI GUO, an individual;

10                                           **DECLARATION OF**
              Plaintiffs,                     **ZINAN YANG**
                                             **IN SUPPORT OF PLAINTIFFS'**
11  vs.                                      **MOTION    FOR    TEMPORARY**
                                             **RESTRAINING ORDER**
12  KRISTI NOEM, in her official capacity as
    Secretary of the U.S. Department of Homeland
13  Security; and TODD LYONS, in his official
    capacity as Acting Director of U.S. Immigration
    and Customs Enforcement;

14
              Defendants.

15

16

17

18

19

20

21

I, ZINAN YANG, declare as follows:

1. I am a student at DePaul University in Chicago, Illinois. I recently completed my Master of Science in Computer Science and was approved for Optional Practical Training (OPT). I am currently in my first year of OPT.

2. I am a citizen of China , and currently hold a F-1student visa. I am a law-abiding tudent and have complied with all the terms and conditions for being a F-1 visa holder.

3. During my academic career, I maintained good academic standing with GPA 3.7, completed my coursework on time, and earned my graduate degree from DePaul University. I have consistently complied with the requirements of my F-1 visa, including maintaining full-time student status prior to graduation and seeking employment that meets OPT conditions after graduation.

4. My long-term professional goal is to contribute to the technology and education sectors in the United States. I am passionate about using computer science and data systems to improve educational access and outcomes for underserved communities.

5. On April 8th, 2025, I discovered that my SEVIS record had been **terminated without any advance notice**, opportunity to respond, or explanation provided by immigration authorities. I was not given a chance to be heard or to explain my situation. My university did not initiate this termination and confirmed that the action was taken externally — apparently linked to a background check flag due to a prior **arrest** in a dismissed case.

6. In March 2025, I was arrested in Chicago for alleged domestic battery, but the case was **completely dismissed by the court**, and I was **never convicted** of any crime. I

**DECLARATION OF ZINAN YANG**

have no criminal record. I have never been a threat to public safety and have complied fully with the law.

7. I understand that once SEVIS is terminated, my lawful status in the U.S. ends, and I am expected to depart the country immediately. However, doing so would result in:

- Loss of my OPT employment opportunity and career momentum

- Inability to support myself or establish long-term stability

- Emotional distress and fear of permanent separation from my community, education network, and partner

- A potential lifetime bar from returning to the U.S. under certain visa categories

This situation has upended my life and inflicted emotional and professional harm without due process.

8. I respectfully and urgently request an order from the Court to restore my SEVIS and F-1 status immediately.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at **Chicago, Illinois** on April 13th, 2025.

/s/ _Zinan Yang_
Zinan Yang

# EXHIBIT CC

Andre Y. Bates (SBN 178170) (aybates@dehengsv.com)
Steven A. Soloway (SBN 130774) (ssoloway@dehengsv.com)
Keliang (Clay) Zhu (SBN 305509) (czhu@dehengsv.com)
Yi Yao (SBN 292563) (yyao@dehengsv.com)
**DEHENG LAW OFFICES PC**
7901 Stoneridge Drive, Suite 208
Pleasanton, CA 94588
T: 925-399-6702
F: 925-397-1976

*Attorneys for Plaintiffs*
*Zhuoer Chen, Mengcheng Yu,*
*Jiarong Ouyang, and Gexi Guo*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZHUOER CHEN, an individual; MENGCHENG YU, an individual; JIARONG OUYANG, an individual; and GEXI GUO, an individual;<br><br>          Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; and TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement;<br><br>          Defendants. | Case No. 3:25-cv-03292<br><br>**DECLARATION OF YITIAN DAI IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |

I, Yitian Dai, declare as follows:

1.    I am a student at Johns Hopkins University, School of Public Health, MPH. Graduated in 2023, currently on STEM OPT.

2.    I am a citizen of China, and currently hold a F-1student visa. I am a law-abiding student and have complied with all the terms and conditions for being a F-1 visa holder.

3.    During my postdoctoral fellow, I have participated in the publication of two peer-reviewed papers with an IF of more than 13, as shown in the following links. I am also conducting a study on drug targets for human sickle cell anemia, and the project has entered a critical final stage.

4.    I plan to continue my research on hepatocyte molecular biology related to blood diseases and cancer, complete my postdoctoral project, and apply for independent funding "K99". I hope to become a leader in sickle cell anemia and leukemia related research.

5.    At 11am on April 5th, I received an email from JHU informing me that my SEVIS had been terminated without any reason. The SEVIS termination happened without any prior notice or warning. Nor did I have an opportunity to be heard.

6.    I was only misunderstood as stealing from COSTCO in 2022. At that time, I actively cooperated with the police investigation and was eventually acquitted.

7.    I understand that I am supposed to leave the country right away after the SERVIS termination. However, the sickle cell anemia research that my team and I have been conducting for five years will be halted. The forced suspension of research will threaten the lives of thousands of new sickle cell anemia patients in the United States each year.

8.    I respectfully and urgently request an order from the Court to restore my SEVIS and F-1 status immediately.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at New York City on April 13th, 2025.

_____
Yitian Dai

# EXHIBIT DD

Andre Y. Bates (SBN 178170) (aybates@dehengsv.com)
Steven A. Soloway (SBN 130774) (ssoloway@dehengsv.com)
Keliang (Clay) Zhu (SBN 305509) (czhu@dehengsv.com)
Yi Yao (SBN 292563) (yyao@dehengsv.com)
**DEHENG LAW OFFICES PC**
7901 Stoneridge Drive, Suite 208
Pleasanton, CA 94588
T: 925-399-6702
F: 925-397-1976

*Attorneys for Plaintiffs*
*Zhuoer Chen, Mengcheng Yu,*
*Jiarong Ouyang, and Gexi Guo*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZHUOER CHEN, an individual; MENGCHENG YU, an individual; JIARONG OUYANG, an individual; and GEXI GUO, an individual; | Case No. 3:25-cv-03292 |
| Plaintiffs, | **DECLARATION OF ZHUANGRUI YAO IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |
| vs. | |
| KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; and TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; | |
| Defendants. | |

I, Zhuangrui Yao, declare as follows:

1.      I am a student at Emerson College, major in Media Art Production, and will get Bachelor of Art degree, and expected to graduate at May, 2026.

2.      I am a citizen of People's Republic of China, and currently hold a F-1 student visa. I am a law-abiding student and have complied with all the terms and conditions for being a F-1 visa holder.

3.      While studying film in my major at the school, I worked as a director, producer and lighting technician for many of the school's student productions. I have strong creative skills with the ability to systematically coordinate film crews. One of the productions I worked on as a lighting technician, Facade, won the Official Selection of the European International Film Awards 2024, the Official Selection of the Shanghai International Short Week, and another production I worked on as a production assistant won the Official Selection of the Shanghai International Short Week. Another production I worked on as an assistant producer, Children's Discourse, won the Official Selection at the Yale Student Film Festival.

4.      My goal is to apply to the American Film Institute, New York University, and the University of Southern California for graduate school after completing my studies at Emerson College, and to delve even deeper into cinematography and directing techniques to tell the world stories that have not been seen before.

5.      I received a phone call from my school's ISSS at 5:12 p.m. on April 9th, 2025, stating that my SEVIS was terminated. The SEVIS termination happened without any prior notice or warning. Nor did I have an opportunity to be heard.

6.      I have never been convicted of a crime. I am in the trial phase of an A+B 209A domestic violence case where I had my first hearing on February 24, 2025 at 9:00am in the Boston BMC courtroom and was only given a second trial start date (May 6, 2025) in court. I have not received any criminal conviction from the court at this time.

7.       I understand that I am supposed to leave the country right away after the SERVIS termination. However, Leaving this time slot now would result in my senior year graduation film project not going ahead at all, and not getting the resources from the university to support the project further. Considering that part of the film school's curriculum is limited to offline, studio-based filmmaking, returning to my home country would be a huge disruption to the excellent educational resources I would otherwise receive. I was also extremely skeptical that I would be able to graduate properly under the pressure given by this situation. At the same time, I have signed a one-year rental contract, and returning to my home country would cause me a loss of $1,300 per month for twelve months, totaling $15,600. I will also be unable to complete the sale of the vehicle I purchased in the United States on time, resulting in a loss of approximately $8,500 in equity. This incident has caused me tremendous emotional damage and psychological stress, creating fear that I will not be able to live a normal life again. I am currently undergoing further psychiatric evaluation with a counselor and psychiatrist.

8.       I respectfully and urgently request an order from the Court to restore my SEVIS and F-1 status immediately.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at Boston, Massachusetts on April 13th, 2025.

Zhuangrui Yao

_____

Zhuangrui Yao

DECLARATION OF ZHUANGRUI YAO

# EXHIBIT EE

Andre Y. Bates (SBN 178170) (aybates@dehengsv.com)
Steven A. Soloway (SBN 130774) (ssoloway@dehengsv.com)
Keliang (Clay) Zhu (SBN 305509) (czhu@dehengsv.com)
Yi Yao (SBN 292563) (yyao@dehengsv.com)
**DEHENG LAW OFFICES PC**
7901 Stoneridge Drive, Suite 208
Pleasanton, CA 94588
T: 925-399-6702
F: 925-397-1976

*Attorneys for Plaintiffs*
*Zhuoer Chen, Mengcheng Yu,*
*Jiarong Ouyang, and Gexi Guo*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZHUOER CHEN, an individual; MENGCHENG YU, an individual; JIARONG OUYANG, an individual; and GEXI GUO, an individual;<br><br>          Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; and TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement;<br><br>          Defendants. | Case No. 3:25-cv-03292<br><br>**DECLARATION OF LINCHAO LUO IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |

I, Linchao Luo, declare as follows:

      1.      I am a student at the University of Texas at Austin, in Civil Engineering and Project Management Ph.D. program. And I'm expected to graduate in May 2026.

      2.      I am a citizen of China, and currently hold a F-1student visa. I am a law-abiding student and have complied with all the terms and conditions for being a F-1 visa holder.

      3.      As a dedicated and high-performing scholar, I have consistently demonstrated academic excellence throughout my educational journey. Currently pursuing a Ph.D. in Construction Engineering and Project Management at The University of Texas at Austin, I maintain a GPA of 3.86, reflecting my commitment to rigorous scholarship and research. I hold a Master of Science in Construction Management from New York University and earned my Bachelor of Science in Construction Management with a Minor in Business from Northern Arizona University, graduating Magna Cum Laude. My academic journey is marked by active involvement in groundbreaking research projects, including federally funded initiatives by the U.S. Department of Energy. I've served as a Graduate Research Assistant at multiple prestigious labs and centers, contributing to the development of climate-resilient infrastructure, digital twin modeling, and community-informed urban planning in vulnerable areas like Southeast Texas. My work has also supported real-time scenario generation for built environment decision-making, leveraging technologies like LiDAR, drone-based photogrammetry, and optimization algorithms. I have authored and co-authored journal articles in high-impact publications such as the *Journal of Computing in Civil Engineering* and the *International Journal of Disaster Risk Reduction*. Additionally, my contributions have been featured in the ASCE International Conference on Computing in Civil Engineering (i3CE). I have published several datasets on U.S. Department of Energy (DOE)'s ESS-DIVE repository, documenting field-collected data and modeling processes that contribute to open science and transparency in climate research. Beyond research, I've taken an active role in education, working as an Assistant Instructor and Teaching Assistant, where I supported student learning and contributed to course delivery in both

architectural and engineering programs. I am passionate about bridging the gap between cutting-edge technology and real-world community needs.

4.    My goal is to pursue a career in academia in the United States, ideally securing a faculty position at a research-intensive university where I can continue advancing knowledge in construction engineering and project management. I am particularly passionate about leveraging emerging technologies to create climate-resilient infrastructure and support vulnerable communities facing environmental challenges. I am also actively involved in ongoing collaborations with national research centers, including the Texas Advanced Computing Center and Oak Ridge National Laboratory, where I see strong potential for continued contribution as a research scientist or postdoctoral fellow. I remain open to transitioning into the construction software engineering industry, particularly in roles that focus on the integration of construction technologies and automation tools and intelligent modeling systems. As a licensed drone pilot, I am uniquely positioned to bridge field operations and computational design, supporting data-driven decision-making and scalable infrastructure solutions. My broader vision is to remain at the forefront of technology-driven transformation in construction and urban development, working to ensure that innovations not only enhance efficiency and safety, but also contribute meaningfully to equity, sustainability, and resilience in the built environment.

5.    I received the SEVIS termination notification on April 7th through Internation Student and Scholar Services (ISSS) at the University of Texas at Austin. The SEVIS termination happened without any prior notice or warning. Nor did I have an opportunity to be heard.

6.    I have never been convicted of a crime. I have been arrested in Flagstaff Arizona, because argued with my girlfriend in public but case got dismissed immediately.

7.    I understand that I am supposed to leave the country right away after the SERVIS termination. However, I would not be able to complete my Ph.D. program and continue my research in southeast Texas to vulnerable communities.

8.    I respectfully and urgently request an order from the Court to restore my SEVIS and F-1 status immediately.

**DECLARATION**

1      I declare under penalty of perjury under the laws of the United States of America

2  that the foregoing is true and correct, and that this declaration is executed at Irvine, California on

3  April 14th, 2025.

4

5                                    Linchao Luo

6                                    Linchao Luo

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT FF

Andre Y. Bates (SBN 178170) (aybates@dehengsv.com)
Steven A. Soloway (SBN 130774) (ssoloway@dehengsv.com)
Keliang (Clay) Zhu (SBN 305509) (czhu@dehengsv.com)
Yi Yao (SBN 292563) (yyao@dehengsv.com)
**DEHENG LAW OFFICES PC**
7901 Stoneridge Drive, Suite 208
Pleasanton, CA 94588
T: 925-399-6702
F: 925-397-1976

*Attorneys for Plaintiffs*
*Zhuoer Chen, Mengcheng Yu,*
*Jiarong Ouyang, and Gexi Guo*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHUOER CHEN, an individual; MENGCHENG YU, an individual; JIARONG OUYANG, an individual; and GEXI GUO, an individual;<br><br>    Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; and TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement;<br><br>    Defendants. | Case No. 3:25-cv-03292<br><br>**DECLARATION OF YU-TUNG LIN IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |

I, Yu-Tung Lin, declare as follows:

1.      I am a student at San Diego State University, majoring in Psychology. I am working towards a Bachelor's degree and expect to graduate in 2025.

2.      I am a citizen of Taiwan, ROC, and currently hold a F-1 student visa. I am a law-abiding student and have complied with all the terms and conditions for being a F-1 visa holder.

3.      After graduating from university, I plan to continue my studies in a psychology graduate program and obtain certification to become a psychological counselor.

4.      I received notice of my SEVIS termination through my school on the afternoon of April 6. The SEVIS termination happened without any prior notice or warning. Nor did I have an opportunity to be heard.

5.      I have never been convicted of a crime. In June 2022, I was arrested in California due to a family dispute. However, I was not convicted of any crime. The court reviewed my situation and approved my participation in a mental health diversion program under California Penal Code Section 1001.36 in March 2023. I have fully complied with all program requirements, and the case was dismissed after successful completion. This case did not result in a criminal conviction or record.

6.      I understand that I am supposed to leave the country right away after the SEVIS termination. However, this will have a devastating impact on my life. I am currently a degree-seeking international student at San Diego State University, and leaving the United States at this time would mean I cannot complete my studies and graduate. I have invested years of effort, time, and financial resources in my education, and the sudden termination of SEVIS jeopardizes everything I have worked for.

7.    I respectfully and urgently request an order from the Court to restore my SEVIS and F-1 status immediately.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at San Diego, CA on April 13th, 2025.

*Yu-Tung Lin*

_____
Yu-Tung Lin

# EXHIBIT GG

Andre Y. Bates (SBN 178170) (aybates@dehengsv.com)
Steven A. Soloway (SBN 130774) (ssoloway@dehengsv.com)
Keliang (Clay) Zhu (SBN 305509) (czhu@dehengsv.com)
Yi Yao (SBN 292563) (yyao@dehengsv.com)
**DeHeng Law Offices PC**
7901 Stoneridge Drive, Suite 208
Pleasanton, CA 94588
T: 925-399-6702
F: 925-397-1976

*Attorneys for Plaintiffs*
*Zhuoer Chen, Mengcheng Yu,*
*Jiarong Ouyang, and Gexi Guo*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZHUOER CHEN, an individual; MENGCHENG YU, an individual; JIARONG OUYANG, an individual; and GEXI GUO, an individual;<br><br>   Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; and TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement;<br><br>   Defendants. | Case No. 3:25-cv-03292<br><br>**DECLARATION OF ARNAV JHA IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |

I, Arnav Jha, declare as follows:

1.      I am a student at the Georgia Institute of Technology, majoring in Computer Science, and I am expected to graduate with a bachelor's degree in May 2027.

2.      I am a citizen of India and currently hold a F-1student visa. I am a law-abiding student and have complied with all the terms and conditions for being a F-1 visa holder.

3.      I currently have a 3.89 GPA. I won the Georgia Tech Klaus Startup Challenge and received an investment of $150,000 as part of the award. I also co-founded a startup currently valued at $4.5 million, with $250,000 raised in total funding. This includes support from the reputed Antler Startup Residency program, of which I am a member.

4.      My academic and professional goal is to become a startup founder focused on developing AI—particularly improving how voice AI sounds and interacts with humans. I also aim to apply what I've learned in my computer science degree to improve outdated systems in finance using AI, especially in the mortgage and banking industries.

5.      I was notified of my SEVIS termination on April 3, 2025, via an email from my Designated School Official (DSO). The email stated: "On Thursday, April 3, the US government (not Georgia Tech) terminated your F-1 SEVIS record. The termination reason provided is 'Otherwise Failing to Maintain Status.' The explanation accompanying the termination reason states, 'Individual identified in criminal records check and/or has had their VISA revoked. SEVIS record has been terminated.'"

6.      The SEVIS termination happened abruptly, without any prior notice or warning. Nor did I have an opportunity to be heard.

7.      I have never been convicted of a crime. I was arrested for an alleged DUI (Driving under the influence) based on a misunderstanding on February 4, 2025, in Florida. However, the case was dismissed, and the State Attorney issued a *Nolle Prosequi* on April 9, 2025. I have obtained a certified court disposition confirming the dismissal. Despite the case being unresolved at the time, my SEVIS record was terminated based solely on the arrest. Even after the case was dismissed, my SEVIS was not reinstated or corrected. Barring that

1  misunderstanding, which led to the arrest, I have no criminal record, no traffic citations, and

2  have been a law-abiding citizen who has followed all the rules to maintain my F-1 status.

3    8.    I understand that I am supposed to leave the country right away after the SEVIS

4  termination. However, doing so would cause irreparable and permanent harm to my education

5  and career. I would be unable to complete my degree despite maintaining a 3.89 GPA and

6  making consistent academic progress. My startup—which I started legally with my work

7  authorization, is valued at $4.5 million and has raised $250,000 from U.S. investors—relies on

8  my active leadership, presence, and legal ability to work. Without that, the company would stall

9  completely, putting jobs, investment, and future innovation at risk. Leaving the U.S. would also

10  mean losing years of academic work. Most countries will not accept my transfer credits, and I

11  would forfeit nearly $100,000 already invested in tuition and living expenses. Additionally, I live

12  in constant fear of being detained or deported without warning, despite having no criminal

13  convictions and following all immigration rules. The psychological toll of this situation is

14  severe—I cannot sleep, focus on work, or make any plans. This harm is irreparable. I did not get

15  a chance to be heard before my legal status was stripped, and now I face complete collapse of my

16  future based on an arrest that was ultimately dismissed. I have always followed the rules and

17  done everything in my power to stay lawful.

18    9.    I respectfully and urgently request an order from the Court to restore my SEVIS

19  and F-1 status immediately.

20    I declare under penalty of perjury under the laws of the United States of America

21  that the foregoing is true and correct, and that this declaration is executed at New York (City),

22  New York, on April 13th, 2025.

23

24

25    *Arnav Jha*

26    _____

27    (Electronically signed)
     Arnav Jha

28

# EXHIBIT HH

Andre Y. Bates (SBN 178170) (aybates@dehengsv.com)
Steven A. Soloway (SBN 130774) (ssoloway@dehengsv.com)
Keliang (Clay) Zhu (SBN 305509) (czhu@dehengsv.com)
Yi Yao (SBN 292563) (yyao@dehengsv.com)
**DEHENG LAW OFFICES PC**
7901 Stoneridge Drive, Suite 208
Pleasanton, CA 94588
T: 925-399-6702
F: 925-397-1976

*Attorneys for Plaintiffs*
*Zhuoer Chen, Mengcheng Yu,*
*Jiarong Ouyang, and Gexi Guo*

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHUOER CHEN, an individual; MENGCHENG YU, an individual; JIARONG OUYANG, an individual; and GEXI GUO, an individual;<br><br>    Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; and TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement;<br><br>    Defendants. | Case No. 3:25-cv-03292<br><br>**DECLARATION OF HAMID SAFARI IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |

I, Hamid Safari, declare as follows:

1.    I am a PhD student in Mechanical Engineering at Arizona State University, expected to graduate in May 2027.

2.    I am a citizen of Iran and currently hold a F-1 student visa. I am a law-abiding student and have complied with all the terms and conditions for being a F-1 visa holder.

3.    I have maintained a high GPA of 3.8 throughout my academic journey and have achieved PhD candidacy. My research has resulted in a publication in the *Review of Scientific Instruments*, where I explored the mechanical property characterization of microscale material systems. Additionally, I have three more manuscripts currently under review. Through my academic work, my ultimate goal is to contribute to reducing human injury and building a healthier society.

4.    My academic and professional goal is to become a faculty professor and an independent researcher in the field of mechanical and biomedical engineering. I am passionate about advancing science, particularly as it relates to human health applications. By developing novel materials that can be used in injury prevention. Ultimately, I hope my work will bridge engineering fields, leading to innovations that enhance human health and quality of life.

5.    I was notified of my SEVIS termination on March 17, 2025, via an official email from SEVP and a letter via mail. The SEVIS termination happened without any prior notice or warning. Nor did I have an opportunity to be heard.

6.    I have never been convicted of a crime, charged with any offense, nor have I received any traffic tickets.

7.    I understand that I am supposed to leave the country immediately following the SEVIS termination. However, doing so would have severe consequences for both my academic and personal life. I am currently in the advanced stages of my PhD program, and leaving now would mean I would be unable to graduate, resulting in the suspension of my research projects and long-term disruption to my career plans. Additionally, my F-2 dependents would also be forced to leave, causing further emotional and logistical hardship for my family. This situation would result

**DECLARATION OF HAMID SAFARI**

in significant financial losses due to the investment I have made in my education and research, and would also lead to emotional distress, uncertainty, and fear about the future. Remaining in the U.S. is essential for me to complete my academic goals and contribute meaningfully to the scientific community.

8.     I respectfully and urgently request an order from the Court to restore my SEVIS and F-1 status immediately.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at Tempe, Arizona on April 13th, 2025.


/s/____*Hamid Safari*_____
                    Hamid Safari

# EXHIBIT II

1  Andre Y. Bates (SBN 178170) (aybates@dehengsv.com)
   Steven A. Soloway (SBN 130774) (ssoloway@dehengsv.com)
2  Keliang (Clay) Zhu (SBN 305509) (czhu@dehengsv.com)
   Yi Yao (SBN 292563) (yyao@dehengsv.com)
3  **DEHENG LAW OFFICES PC**
4  7901 Stoneridge Drive, Suite 208
   Pleasanton, CA 94588
5  T: 925-399-6702
   F: 925-397-1976
6

7  *Attorneys for Plaintiffs*
   *Zhuoer Chen, Mengcheng Yu,*
8  *Jiarong Ouyang, and Gexi Guo*

9              **UNITED STATES DISTRICT COURT**

10           **NORTHERN DISTRICT OF CALIFORNIA**

11

12 ZHUOER CHEN, an individual; MENGCHENG        Case No. 3:25-cv-03292
   YU, an individual; JIARONG OUYANG, an
13 individual; and GEXI GUO, an individual;
                                                **DECLARATION OF**
14           Plaintiffs,                         **HOSSEIN RAMEZANI**
                                                **IN SUPPORT OF PLAINTIFFS'**
15 vs.                                           **MOTION    FOR    TEMPORARY**
                                                **RESTRAINING ORDER**
16
   KRISTI NOEM, in her official capacity as
17 Secretary of the U.S. Department of Homeland
   Security; and TODD LYONS, in his official
18 capacity as Acting Director of U.S. Immigration
   and Customs Enforcement;
19
20           Defendants.

21

22

23

24

25

26

27

28

I, Hossein Ramezani, declare as follows:

1.      I am a Ph.D. student in Mechanical Engineering at Clemson University, SC, USA. I began my program in 2024 and expect to graduate in 2030.

2.      I am a citizen of Iran and currently hold an F-1 student visa. I am a law-abiding student and have complied with all the terms and conditions for being an F-1 visa holder.

3.      During the one year that I have been admitted as a Ph.D. student in the USA, I have already submitted 2 peer-reviewed articles in well-known journals and one published paper in Acta Mechanica journal. My academic performance has been strong; my Ph.D. GPA currently ranks in the top 1% of my cohort. I have also successfully passed my qualifying exam, which is one of the most challenging milestones in our department. My academic advisor is very satisfied with my progress and commitment, and I have maintained a professional and positive relationship within the research group. Beyond academics, I have engaged in charitable and volunteer activities, including donations to local nonprofit organizations. I deeply value contributing to both my academic and local community.

4.      My research focuses on auxetic metamaterials, as explored in my paper "The effects of cell size and material on the mechanical properties of the tetra-chiral auxetic structure." These structures have promising applications in implant design, tissue scaffolding, and flexible medical devices, which are essential in modern healthcare. I want to become a researcher specializing in biomedical applications of mechanical and materials engineering, with the goal of developing technologies that support tissue regeneration and contribute to disease treatment.

5.      I received the SEVIS termination notification on April 10, 2025, in the evening, from my international student office, without any prior warning or opportunity to be heard. It was a shock to discover that my student record had been invalidated while I was in full compliance with immigration and academic regulations.

6.      I have never been convicted of a crime.  I was arrested on December 21, 2024, due to a family misunderstanding. There was no complainant, and the initial complaint was withdrawn

shortly after. I was not convicted, no charges were filed, and I did not receive any fines or penalties. The case was closed.

7.      I understand that I am supposed to leave the U.S. immediately. However, doing so would:

●      Prevent me from completing my doctoral degree.

●      I have a clear sense of responsibility and commitment to completing my research under the guidance of my advisor and as part of an active research group that relies on my contribution.

●      Leaving now would cause irreparable harm to my academic and career path, erasing years of effort and planning.

●      Cause serious financial loss and emotional distress to me and my wife, who is herself a Ph.D. student with a strong academic record and deep commitment to finishing her degree. She would be unable to continue her program without me, and this would jeopardize her future as well.

●      Most importantly, this would force our family into unsafe, unstable, and uncertain conditions abroad, putting our well-being, health, and academic futures at serious risk.

8.      I respectfully and urgently request an order from the Court to restore my SEVIS and F-1 status immediately.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at Central, SC, on April 13th, 2025.

Hossein Ramezani

# EXHIBIT JJ

1  Andre Y. Bates (SBN 178170) (aybates@dehengsv.com)
2  Steven A. Soloway (SBN 130774) (ssoloway@dehengsv.com)
   Keliang (Clay) Zhu (SBN 305509) (czhu@dehengsv.com)
3  Yi Yao (SBN 292563) (yyao@dehengsv.com)
   **DEHENG LAW OFFICES PC**
4  7901 Stoneridge Drive, Suite 208
   Pleasanton, CA 94588
5  T: 925-399-6702
   F: 925-397-1976
6
7  *Attorneys for Plaintiffs*
   *Zhuoer Chen, Mengcheng Yu,*
8  *Jiarong Ouyang, and Gexi Guo*

9                    **UNITED STATES DISTRICT COURT**

10                  **NORTHERN DISTRICT OF CALIFORNIA**

11

12  | ZHUOER CHEN, an individual; MENGCHENG | Case No. 3:25-cv-03292 |
13  | YU, an individual; JIARONG OUYANG, an individual; and GEXI GUO, an individual; | |
14  | | **DECLARATION OF** |
    | Plaintiffs, | **AHMAD BEYHAQI** |
15  | | **IN SUPPORT OF PLAINTIFFS'** |
    | vs. | **MOTION   FOR   TEMPORARY** |
16  | | **RESTRAINING ORDER** |
17  | KRISTI NOEM, in her official capacity as | |
    | Secretary of the U.S. Department of Homeland | |
18  | Security; and TODD LYONS, in his official | |
    | capacity as Acting Director of U.S. Immigration | |
19  | and Customs Enforcement; | |
20  | Defendants. | |

21

22

23

24

25

26

27

28

I, Ahmad Beyhaqi, declare as follows:

1. I am a PhD student in Civil Environmental Engineering at Texas A&M University expected graduation is Fall 2027 (December 2027).

2. I am a citizen of Iran and currently hold a F-1student visa. I am a law-abiding student and have complied with all the terms and conditions for being a F-1 visa holder.

3. I have been registered full time (9 hours) every semester and am in good standing both academically and departmentally. (Full-time status is given to those graduate/doctoral students that are registered for at least nine (9) credit hours for the Fall and Spring semesters) meeting all departmental and university requirements maintaining a 3.67/4.0 GPA. In addition, I have six Q1 publications with around 270 citations.

4. My academic and professional goal is to become a leading environmental researcher focused on the impact of climate change and wildfires on water quality. My current research uses spectroelectrochemical titration to assess how the redox state of pyrogenic dissolved organic matter affects the optical properties and radical generation potential of natural organic matter. This work will help improve public and ecological health by informing wildfire-related water quality management strategies.

5. I received notice of my SEVIS termination on April 10, 2025, at 1:30PM via an email from Texas A&M University's International Student and Scholar Services (ISSS). The email included a screenshot from the SEVIS portal indicating my record had been terminated. This termination occurred without any prior notice or warning from ICE or ISSS, and I was not given an opportunity to respond or be heard beforehand.

6. I have never been convicted of a crime. On February 25, 2024, I was briefly arrested in Texas following a minor disagreement. The incident did not involve any bleeding, injury requiring medical attention, or further violence. The Brazos County Attorney reviewed the matter and formally refused to prosecute, meaning no charges were filed and no court proceedings took place.

7.    I understand that I am expected to leave the United States immediately after a SEVIS termination. However, doing so would significantly disrupt my academic progress and career. I am in the middle of essential research required for my PhD, and leaving would delay or prevent my graduation. My research is time-sensitive and part of funded projects, and any interruption could result in the loss of data, momentum, and funding. This situation has also caused me significant emotional stress and uncertainty regarding my future and legal status.

8.    I respectfully and urgently request an order from the Court to restore my SEVIS and F-1 status immediately.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at College Station/ Texas on April 13th, 2025.


_____
AHMAD BEYHAQI