1  Andre Y. Bates (SBN 178170) (aybates@dehengsv.com)
  Steven A. Soloway (SBN 130774) (ssoloway@dehengsv.com)
2  Keliang (Clay) Zhu (SBN 305509) (czhu@dehengsv.com)
  Yi Yao (SBN 292563) (yyao@dehengsv.com)
3  **DEHENG LAW OFFICES PC**
4  7901 Stoneridge Drive, Suite 208
  Pleasanton, CA 94588
5  T: 925-399-6702
  F: 925-397-1976
6

7  *Attorneys for Plaintiffs*
  *Zhuoer Chen, Mengcheng Yu,*
8  *Jiarong Ouyang, and Gexi Guo*

9              **UNITED STATES DISTRICT COURT**

10            **NORTHERN DISTRICT OF CALIFORNIA**

11

12  ZHUOER CHEN, an individual; MENGCHENG          Case No. 3:25-cv-03292
   YU, an individual; JIARONG OUYANG, an
13  individual; and GEXI GUO, an individual;

14           Plaintiffs,                          **DECLARATION OF ZHUOER CHEN IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER**
15  vs.

16
   KRISTI NOEM, in her official capacity as
17  Secretary of the U.S. Department of Homeland
   Security; and TODD LYONS, in his official
18  capacity as Acting Director of U.S. Immigration
   and Customs Enforcement;
19
20           Defendants.

21

22

23

24

25

26

27

28

1 I, Zhuoer Chen, declare as follows:

2      1.      I am a Plaintiff in this case.

3      2.      I am a citizen of China and I live in Oakland, California.

4      3.      I came to the U.S. from China in 2017 to study civil engineering at University of

5 Southern California and continued education through graduate studies in architecture. Currently I

6 am an F-1 visa student at University of California, Berkeley and will complete my Master of

7 Architecture in May 2025. I am a law-abiding student and have complied with all the terms and

8 conditions for being a F-1 visa holder.

9      4.      My academic work centers on sustainable urban development, focusing on the

10 current living conditions of urban wildlife and exploring design-based strategies for their

11 improvement within the field of architecture.

12      5.      Since May 2024, I have interned at Livelarge Home Inc., where I conducted

13 planning research, drew up site plans, and supervised installations of accessory dwelling units.

14      6.      Despite this, on or about April 8, 2025, I received notice that my SEVIS record

15 was terminated by the government, with no prior warning or opportunity to contest the decision.

16 No explanation or basis for the termination has been provided. A copy of the email notice is

17 attached as Exhibit A.

18      7.      I have never been charged with a crime, and the only known incident in my record

19 is an arrest in around November 2022 for an alleged minor physical altercation with my friend

20 that resulted in no charges.

21      8.      Based on my knowledge of the immigration law, I understand that I have to leave

22 the country right away after the SEVIS termination, which will completely ruin my education

23 and life that I have built here. I am only a month away from graduating with a Master's degree in

24 architecture. Moreover, my significant research on how wildlife and humans can coexist in urban

25 spaces is set to be concluded and presented in May. The abrupt termination of my SEVIS would

26 render all my three years of dedication and hard work futile. Additionally, I have been interning

27 at an architectural firm that has offered me a full-time position upon my graduation. Now, due to

28

**2-**                    CASE No. 3:25-cv-03292
**DECLARATION OF ZHUOER CHEN**

1    the SEVIS termination, I am compelled to halt my current professional undertakings, and my

2    ongoing application for OPT is likely to be denied, depriving me of the invaluable opportunities

3    to apply what I have learned and practiced over the years.

4        9.      In 2017, I adopted two cats from a shelter in Los Angeles, who have been with me

5    ever since. They are like family to me. One of these cats requires ongoing medical care, and I am

6    deeply concerned about his ability to endure a potentially stressful international flight should I be

7    forced to leave the country. Having lived and studied in the United States for many years, the

8    sudden revocation of my legal status has left me bewildered about how to manage and secure my

9    personal belongings. This unexpected upheaval not only jeopardizes my academic and

10   professional future but also imposes profound psychological distress on me and my family, who

11   are far away and concerned about my personal safety here. I deeply fear that the government will

12   soon start deporting me and I will never be able to return to the States again. This dire situation

13   demands immediate and fair judicial attention to prevent irreversible harm.

14       10.     I respectfully and urgently request an order from the Court to restore my SEVIS

15   and F-1 status immediately.

16       I declare under penalty of perjury under the laws of the United States of America

17   that the foregoing is true and correct, and that this declaration is executed at Oakland, California

18   on April 13th, 2025.

19

20                                                  *Zhuoer Chen*
                                                    Zhuor Chen
21

22

23

24

25

26

27

28

**DECLARATION OF ZHUOER CHEN**

# EXHIBIT A



Zhuoer Chen <chenzhuoer@berkeley.edu>

## SEVIS Termination Notification
1 message

**Erin Skelly** <eskelly@berkeley.edu>                                    Tue, Apr 8, 2025 at 5:26 PM
To: Zhuoer Chen <chenzhuoer@berkeley.edu>

Dear Zhuoer,
I am following up to our phone call this morning to confirm the following information regarding updates to your
SEVIS record and next steps.

We are writing to inform you that your F-1 SEVIS record has been terminated on 04/08/2025, as indicated in SEVIS
reports received this morning. The termination reason listed is:

**"OTHER– Individual identified in criminal records check and/or has had their visa revoked. SEVIS
record has been terminated."**

As a result, your currently pending OPT request will likely be denied by USCIS due to your termination, and even if
approved by error you cannot begin working on a terminated record.

### Visa Revocation Status and SEVIS Record
Please note that Berkeley International Office does not have access to consular visa records and, therefore, cannot
confirm or deny whether your F-1 visa stamp in your passport has been officially revoked.

### I-94 Information
We recommend that you review  and print your current I-94 as well using this link: I-94 Retrieval and monitor for
changes.

### Immediate Next Steps & Legal Support
We strongly advise you to immediately consult with an immigration attorney as soon as possible to discuss your legal
status and legal presence, potential consequences and appropriate next steps. To assist you, we we are aware of these
attorneys working with this specific type of casework. Both attorneys are affiliated with the American Immigration
Lawyers Association (AILA) and NAFSA: Association of International Educators and have previous experience
working with international student cases at the University of California :

- **Wolfsdorf Rosenthal LLP** : Mr. Wolfsdorf has agreed to offer no cost consultations. Regarding SEVIS
  termination-related requests, please contact bernard@wolfsdorf.com directly.
- **Ware|Immigration:** David Ware will waive the consult fee for UC Berkeley affiliates, if retained for
  services. Regarding SEVIS termination-related requests email with subject SEVIS Termination
  to dware@david-ware.com and cc elaine@david-ware.com

### Other Legal Resources

- **Law Offices of Shamieh, Shamieh & Ternieden**- has indicated they may provide pro bono support.

Please reach out to an attorney immediately to determine the best course of action for your situation. If you have any
further questions regarding your SEVIS record, you may contact our office, but please understand that we cannot
provide legal advice.

### Emergency & Crisis Resources
Here are some resources which may be useful to you at this time:

- If you have any urgent mental or physical safety concerns the Tang Center has Emergency &
  Crisis Information.
- Counseling & Psychological Services- Please check with CAPS at the Tang Center regarding mental health
  support

- Community Counseling Resources- The Berkeley Free Clinic has a great list of local community resources for seeking help, including mental health,  housing and food resources.  You can also contact the Tang Center to be directed to general community resources.
- The Center for Support and Intervention also has an excellent and comprehensive list of community resources ranging from mental health, housing and food to academics.


Sincerely,

Erin Skelly
pronouns: she, her
Assistant Director for Student Services
Berkeley International Office
University of California Berkeley
Direct Phone: 510.642.7344

**BIO STUDENT SERVICES**
See the BIO Student Services page for our current virtual and in-person advising schedule!