Andre Y. Bates (SBN 178170) (aybates@dehengsv.com)
Steven A. Soloway (SBN 130774) (ssoloway@dehengsv.com)
Keliang (Clay) Zhu (SBN 305509) (czhu@dehengsv.com)
Yi Yao (SBN 292563) (yyao@dehengsv.com)
**DeHeng Law Offices PC**
7901 Stoneridge Drive, Suite 208
Pleasanton, CA 94588
T: 925-399-6702
F: 925-397-1976

*Attorneys for Plaintiffs*
*Zhuoer Chen, Mengcheng Yu,*
*Jiarong Ouyang, and Gexi Guo*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHUOER CHEN, an individual; MENGCHENG YU, an individual; JIARONG OUYANG, an individual; and GEXI GUO, an individual; <br><br> Plaintiffs, <br><br> vs. <br><br> KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; and TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; <br><br> Defendants. | Case No. 3:25-cv-03292 <br><br> **DECLARATION OF GEXI GUO IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |

I, Gexi Guo, declare as follows:

1. I am a Plaintiff in this case.

2. I am a citizen of China and I live in New York City with an F-1 visa (Optional Practical Training).

3. I have spent the last eight years in the United States building a life of academic and professional development. I earned a Bachelor of Science from Pennsylvania State University and subsequently completed graduate studies at Columbia University graduating with a 3.8 GPA. My academic focus was applied analytics, with an emphasis on data-driven strategy and operational efficiency. I am a law-abiding student and have complied with all the terms and conditions for being a F-1 visa holder.

4. I have worked as a Data Analyst Intern for the Columbia University and a Data Scientist at iSoftStone. My responsibilities have included developing data ingestion pipelines, automating analytics tools for project research, and designing cloud-based workflow solutions for Fortune 500 clients. My professional work has supported international development initiatives and corporate process improvement efforts.

5. I have never been convicted of a crime. The only legal issue I have is that I was arrested in May 2024 for an alleged simple assault. The charge was dismissed and fully expunged by court order in August 2024. The expungement order (attached as Exhibit A) explicitly directs all law enforcement and government agencies to treat the incident as though it never occurred. Despite this, my SEVIS record (attached as Exhibit B) was terminated without notice or an opportunity to be heard, based on conduct that has been judicially expunged and is legally deemed not to have occurred.

6. If the Court does not intervene to restore my F-1 status, I will be forced to immediately cease my ongoing consulting and research projects, which involve time-sensitive and mission-critical work for both public and private sector clients. Abrupt termination of these engagements would not only lead to contractual breaches and a sudden loss of income, but would also severely damage my professional reputation—particularly as I strive to complete the

practical training period authorized under my current visa. Losing my F-1 status would render me ineligible for continued employment, deprive me of the hands-on experience that my academic program was designed to provide, and undermine the substantial investments I have made in my education and professional development.

Beyond these professional consequences, the sudden and unexplained termination of my lawful status has caused serious emotional and psychological distress. I live alone in Newark and am the sole caretaker of my dog and cat. With the looming threat of forced departure, I am overwhelmed with anxiety—not only about my own future, but also about the wellbeing of my pets, who depend entirely on me. If I am forced to leave the country on short notice, I would be unable to make proper arrangements for their care or relocation.

This situation has deeply disrupted every aspect of my life. I am now unable to plan or commit to basic obligations such as rent and utilities, uncertain whether I will be permitted to remain in my home. I have suffered from sleep disruption, difficulty concentrating, and ongoing emotional strain that has made it challenging to function in both personal and professional capacities. The sense of instability, helplessness, and fear brought on by this termination has left me emotionally depleted. Although I am doing everything in my power to resolve this matter through proper legal channels, the experience has already caused significant harm and continues to take a severe toll on my wellbeing.

7. I respectfully and urgently request an order from the Court to restore my SEVIS and F-1 status immediately.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at New York, New York on April 12th, 2025.

/s/ *Gexi Guo*
Gexi Guo

- 3 -    Case No. 3:25-cv-03292
**DECLARATION OF GEXI GUO**

# EXHIBIT A

PREPARED BY COURT

IN THE MATTER OF
THE EXPUNGEMENT OF
THE CRIMINAL/JUVENILE RECORDS OF
GEXI GUO



MUNICIPAL COURT OF NEW JERSEY
HARRISON MUNICIPAL COURT

Expungement Docket #: XP-HUD-24-003785

Civil Action

EXPUNGEMENT ORDER

    **THIS MATTER** having resulted in an arrest/charge not resulting in a conviction or adjudication of delinquency (dismissal, acquittal, discharge without a finding of guilt) for **GEXI GUO born** ▓▓▓▓▓▓▓▓**, 1998, State Bureau of Identification (SBI) number 959524H,** and it appearing that the requirements for Expungement under N.J.S.A. 2C:52-6, have been satisfied;

CONFIDENTIAL  XP-HUD-24-003785  08/29/2024  11:37:16 AM  Pg 2 of 3  Trans ID: XPN2024183524

I/M/O GEXI GUO  XP-HUD-24-003785

**IT IS ORDERED** this 28th day of August, 2024 that:

The Attorney General of New Jersey,
The Superintendent of the New Jersey State Police, Expungement Unit,
The Prosecutors of the following counties:
  Hudson
The Administrators of the following Municipal Courts:
  Harrison Municipal Court
The Chiefs of the following County Probation Division(s):
  Hudson
The Warden of the following county jails:
  Hudson
The County Identification Bureau (Sheriff's Department):
  Hudson
The Chiefs of the following Police Departments:
  Harrison Police Dept

remove from their records all information relating to petitioner, for the following:

(1) Petitioner was arrested/taken into custody on 05/19/2024 for:

<u>ACS case details</u>                                                         Harrison Town
S-2024-000126-0904
N.J.S.A. 2C:12-1A(1) SIMPLE ASSAULT-PURPOSELY/KNOWI - DEGREE D

and remove all records concerning the subsequent criminal and/or juvenile proceedings regarding such arrest(s), charge(s), dismissal(s), or disposition(s), if applicable, and place such information in the control of a person within the office designated to retain control over expunged records.

**IT IS FURTHER ORDERED** that any of the above officers or agencies which sent fingerprints and/or any records of the above arrest/charge/disposition and proceedings to the Federal Bureau of Investigation or any other office or agency shall notify same of this Order and that the agencies designated to retain such records take sufficient precautions to insure that such records and information are not released.

**IT IS FURTHER ORDERED** that any records, or the information therein, shall not be released except as provided under the provision of N.J.S.A. 2C:52-1, *et seq.*, and that the persons designated to retain control over expunged records take sufficient precautions to insure that such records and information are not released.

**IT IS FURTHER ORDERED** that in response to requests for information or records, the court office or

CONFIDENTIAL  XP-HUD-24-003785   08/29/2024   11:37:16 AM   Pg 3 of 3   Trans ID: XPN2024183524

I/M/O GEXI GUO



XP-HUD-24-003785

law enforcement agency shall reply with respect to the arrest/charge/disposition, which is the subject of this Order, that there is no record.

**IT IS FURTHER ORDERED** that the arrest/charge/disposition, which is the subject of this Order, shall be deemed not to have occurred, and the individual may answer accordingly any question relating to this occurrence pursuant to N.J.S.A. 2C:52-27.

**IT IS FURTHER ORDERED** that this Order does not expunge the records contained in the Controlled Dangerous Substances Registry (C.26:2G-17 *et seq.*) or the registry created by the Administrative Office of the Courts pursuant to N.J.S.A. 2C:43-21.

Date: 08/28/2024

/s/ JUDGE ELIZABETH MCNAMARA

# EXHIBIT B



## Notification of SEVIS Record Termination

Dear Gexi Guo,

We noticed that your SEVIS record was auto-terminated on 4/8/2025 by SEVP with the reason below, and we wanted to make sure you were aware of it.

'Termination Reason: OTHER - Individual identified in criminal records check and/or has had their VISA revoked. SEVIS record has been terminated.'

If you are not already connected to legal resources, you can find a list of available resources here.

Sincerely,


ISSO
International Students and Scholars Office
Columbia University

COLUMBIA | ISSO
International Students & Scholars Office

