Andre Y. Bates (SBN 178170) (aybates@dehengsv.com)
Steven A. Soloway (SBN 130774) (ssoloway@dehengsv.com)
Keliang (Clay) Zhu (SBN 305509) (czhu@dehengsv.com)
Yi Yao (SBN 292563) (yyao@dehengsv.com)
**DeHeng Law Offices PC**
7901 Stoneridge Drive, Suite 208
Pleasanton, CA 94588
T: 925-399-6702
F: 925-397-1976

*Attorneys for Plaintiffs*
*Zhuoer Chen, Mengcheng Yu,*
*Jiarong Ouyang, and Gexi Guo*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHUOER CHEN, an individual; MENGCHENG YU, an individual; JIARONG OUYANG, an individual; and GEXI GUO, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; and TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement;<br><br>Defendants. | Case No. 3:25-cv-03292<br><br>**DECLARATION OF MENGCHENG YU IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |

I, Mengcheng Yu, declare as follows:

1. I am a Plaintiff in this case.

2. I am a citizen of China and I live in Pittsburgh, Pennsylvania with an F-1 visa.

3. I am a master's student in the Educational Technology and Applied Learning Sciences program at Carnegie Mellon University ("CMU"). I have lived in the U.S. since the age of 16, graduating from Bard College and New York University before enrolling at CMU. I am set to graduate in August 2025. My studies focus on the intersection of learning science and interaction design, and I hope to build a future in education and technology. I am a law-abiding student and have complied with all the terms and conditions for being a F-1 visa holder.

4. Despite this, on or about April 4, 2025, I received notice that my SEVIS record was terminated by the government, with no prior warning or opportunity to contest the decision. No explanation or basis for the termination has been provided. The attached Exhibit A shows the terminated SERVIS record.

5. I have no criminal record, not even an arrest. The only legal issue I am aware of is that I was a member of a class settlement. In 2015 I was misled and unknowingly enrolled in University of Northern New Jersey ("UNNJ") which turned out to be a federal sting operation, but cooperated with federal agents and later completed a degree at New York University. I was a class member under the UNNJ settlement agreement, which bars the government from using my enrollment in UNNJ as grounds for denial of immigration benefits. I want to emphasize that I have never engaged in any fraud, academic dishonesty, or violation of immigration laws. In particular, I did not use any false documents, false transcripts, or any misrepresentation when I later applied to and was admitted by NYU.

6. I was told that I have to leave the country immediately after the SEVIS termination, but doing so would have devastating consequences. I am just one semester away from completing my degree at Carnegie Mellon University, with graduation scheduled for August 2025. Leaving now would mean I cannot graduate, and all of my academic progress

1  would be cut short. I am also frightened by the prospect that the government will soon arrest and
2  deport me, which means that I may never get another visa to come back to this country again.
3       7.    In addition, I am currently conducting research that was planned to continue into
4  the summer, and I had been preparing for a scheduled presentation to the National Science
5  Foundation this May. All of this would come to a halt. My future career opportunities would also
6  be severely affected. I would lose my eligibility to apply for Optional Practical Training (OPT),
7  which is essential for my transition from academic training to professional experience in the U.S.
8       8.    Over the years, I have poured my heart into building a life here, navigating
9  language, culture, and systems while giving my best to every academic and professional
10 opportunity. This country has become not only a place of learning for me, but a place where I
11 found purpose and belonging. This sudden SEVIS termination puts everything I've worked
12 toward at risk again, despite having done nothing wrong.
13      9.    I respectfully and urgently request an order from the Court to restore my SEVIS
14 and F-1 status immediately.
15      I declare under penalty of perjury under the laws of the United States of America
16 that the foregoing is true and correct, and that this declaration is executed at Pittsburgh,
17 Pennsylvania on April 12th, 2025.

_____
Mengcheng Yu

# EXHIBIT A

| | | |
|---|---|---|
| **F-1 STUDENT**<br>**Yu, Mengcheng** | **Carnegie Mellon University - Carnegie Mellon University**<br>Start Date: **August 12, 2024**   End Date: **August 5, 2025** | Status: **TERMINATED**<br>Status Change Date: **April 4, 2025**<br>SEVIS ID: **N0035635515** |
| | I-901 Fee Paid | I-20 ISSUE REASON: **CONTINUED ATTENDANCE**<br>TERMINATION REASON: **OTHERWISE FAILING TO MAINTAIN STATUS** -<br>Individual identified in criminal records check and/or has had their VISA revoked.<br>SEVIS record has been terminated. |