1  Andre Y. Bates (SBN 178170) (aybates@dehengsv.com)
2  Steven A. Soloway (SBN 130774) (ssoloway@dehengsv.com)
   Keliang (Clay) Zhu (SBN 305509) (czhu@dehengsv.com)
3  Yi Yao (SBN 292563) (yyao@dehengsv.com)
   **DeHeng Law Offices PC**
4  7901 Stoneridge Drive, Suite 208
   Pleasanton, CA 94588
5  T: 925-399-6702
   F: 925-397-1976
6

7  *Attorneys for Plaintiffs*
   *Zhuoer Chen, Mengcheng Yu,*
8  *Jiarong Ouyang, and Gexi Guo*

9              **UNITED STATES DISTRICT COURT**

10             **NORTHERN DISTRICT OF CALIFORNIA**

11

12 | ZHUOER CHEN, an individual; MENGCHENG YU, an individual; JIARONG OUYANG, an individual; and GEXI GUO, an individual; | Case No. 3:25-cv-03292 |
   |---|---|
   | Plaintiffs, | **DECLARATION OF JIARONG OUYANG IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |
   | vs. | |
   | KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; and TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; | |
   | Defendants. | |

I, Jiarong Ouyang, declare as follows:

1. I am a Plaintiff in this case.

2. I am a citizen of China and I live in Cincinnati, Ohio with an F-1 visa.

3. I first came to the United States in 2011 and earned both a Bachelor of Science in Computing Statistics (2016) and a Master of Science in Applied Statistics (2018) from the University of California, Riverside. I am currently a Ph.D. candidate in Statistics at the University of Cincinnati, where I hold a GPA of 3.94 and is expected to graduate in April 2026. I am a law-abiding student and have complied with all the terms and conditions for being a F-1 visa holder.

4. My research focuses on Bayesian methods in variable selection, with significant contributions to collaborative clinical research. My research has already produced one co-authored journal article, with a second paper currently under peer review. In recognition of my academic promise and contributions to the field, I was honored in 2024 with the Comer-Reynolds Memorial Award by the Cincinnati Chapter of the American Statistical Association.

5. Since May 2022, I have worked as a Graduate Assistant Intern at Cincinnati Children's Hospital Medical Center. In this role, I collaborate with physicians to conduct exploratory data analysis and apply advanced statistical models to pediatric health research.

6. I have never been convicted of a crime. In January 2019, I was arrested for an alleged domestic dispute incident but was never convicted. The charges were formally dismissed. As a result of the arrest, my visa was revoked, although I remained in lawful status. In the wake of the dismissal, I successfully changed the status from F-1 to F-2 and later returned to F-1 status with U.S. Citizenship and Immigration Services' ("USCIS'") approval.

7. Despite my consistent compliance with immigration and academic regulations, my SEVIS record was abruptly terminated in early April, 2025. According to the University of Cincinnati's international office, the termination was based on the previously dismissed arrest. I received no prior notice, hearing, or opportunity to contest the decision. A copy of the school notice is attached as Exhibit A.

8. I must remain in the U.S. to complete the degree, care for my wife and young sons, and pursue professional opportunities in academia or the pharmaceutical industry. The SEVIS termination has put all of this in jeopardy, despite my lawful conduct and substantial academic and professional contributions. I have spent countless hours and effort into developing my professional skills and doing my best to fulfill the requirements of my doctoral degree. The sudden termination of SEVIS has abruptly halted all my ongoing projects, cut off essential research funding, and now threaten to derail my entire career path. This overwhelming setback has not only deeply affected me but also placed my family in an incredibly difficult and uncertain situation.

9. I respectfully and urgently request an order from the Court to restore my SEVIS and F-1 status immediately.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at Cincinnati, Ohio on April 12th, 2025.

*Jiarong Ouyang*
Jiarong Ouyang

**EXHIBIT A**

**University of Cincinnati**

## UC International Services

## Extremely Urgent*Your F-1 SEVIS Record Has Been Terminated by the U.S. Government

Dear Jiarong Ouyang,

UC International Services was notified by the U.S. Department of Homeland Security (USCIS), via the SEVIS system, that your F-1 student status was terminated. The termination reason cited in the SEVIS system is, "OTHERWISE FAILING TO MAINTAIN STATUS – Individual identified in criminal records check and/or has had their VISA revoked. SEVIS record has been terminated" SEVP has not provided the University with additional information regarding this termination.

You may find information regarding the reinstatement process on USCIS's website. If you would like to pursue the reinstatement of your F-1 status, you may request that UC International Services provide you with a new Form I-20. You may consider seeking personal immigration legal counsel to discuss your options.

Based on the termination of your F-1 student status, you no longer have valid work authorization and any employment you may have must stop immediately.

If you have any questions, please contact me at (513) 556-2879 or cushinrb@ucmail.uc.edu.

Ron Cushing, Director

UC International Services



**Next Lives Here**

**UC International Services**
7148 Edwards Center One, 47 W. Corry Blvd.
Cincinnati, OH 45221
513.556.4278