1  Andre Y. Bates (SBN 178170) (aybates@dehengsv.com)
2  Steven A. Soloway (SBN 130774) (ssoloway@dehengsv.com)
   Keliang (Clay) Zhu (SBN 305509) (czhu@dehengsv.com)
3  Yi Yao (SBN 292563) (yyao@dehengsv.com)
   **DEHENG LAW OFFICES PC**
4  7901 Stoneridge Drive, Suite 208
   Pleasanton, CA 94588
5  T: 925-399-6702
   F: 925-397-1976
6
7  *Attorneys for Plaintiffs*
   *Zhuoer Chen, Mengcheng Yu,*
8  *Jiarong Ouyang, and Gexi Guo*

9              **UNITED STATES DISTRICT COURT**

10             **NORTHERN DISTRICT OF CALIFORNIA**

11

12 | ZHUOER CHEN, an individual; MENGCHENG YU, an individual; JIARONG OUYANG, an individual; and GEXI GUO, an individual; | Case No. 3:25-cv-03292 |
|---|---|
| Plaintiffs, | **DECLARATION OF JING FENG, ESQ. AND BECKY FU VON TRAPP ESQ. IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |
| vs. | |
| KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; and TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; | |
| Defendants. | |

We, Jing Feng and Becky Fu von Trapp, declare as follows:

1. I, Jing Feng, am an immigration attorney licensed to practice law in New York State (NY5424047). I am the founding partner of Jing Feng Law Group, a full-service immigration law firm providing legal counsel to individuals, businesses, educational institutions, and research organizations. I have practiced immigration law for more than 17 years.

2. I, Becky Fu von Trapp, am an immigration attorney licensed to practice law in New York State (NY5820055), I am the founding partner of von Trapp Law PLLC, a law firm providing immigration legal services nationally and internationally. I am the Immigration Co-Chair of the Vermont Bar Association, and I have extensive experience representing higher education institutions, international students, and visiting scholars.

3. We have extensive experience representing international students in a range of matters, including maintenance of F-1 status, SEVIS compliance, Optional Practical Training (OPT), reinstatement, and status change in the United States.

4. In our professional experience, it is unprecedented for the federal government to revoke F-1 visas and terminate the SEVIS records of hundreds if not thousands of international students without prior notice, individual investigation, or coordination with the Designated School Officials (DSOs) of the academic institutions involved.

5. The Student and Exchange Visitor Information System (SEVIS) is a database administered jointly by the Department of Homeland Security (DHS) and U.S. educational institutions. Typically, it is the DSO's responsibility to update, manage, and, when necessary, terminate SEVIS records based on an individual student's full-time enrollment status or violations of F-1 regulations such as a conviction of a serious crime.

6. Terminations initiated directly by DHS or U.S. Immigration and Customs Enforcement(ICE), especially on a large scale, are highly unusual and generally reserved for rare national security or fraud-related cases. The 2025 mass SEVIS termination is the first time such a large-scale termination has occurred, while the responsible agency has

not published any guidelines, policies, regulations, or data on why and how the termination is carried out.

7. SEVIS was launched after the 9/11 Attack. In response to 9/11 and the Patriot Act, the federal government accelerated the implementation of SEVIS. Below is a timeline of key events:

- October 26, 2001: Patriot Act mandates SEVIS implementation;
- May 16, 2002: Proposed rule issued for SEVIS reporting;
- December 11, 2002: Final rule for F, J, and M visa holders; and
- January 31, 2003: SEVIS becomes mandatory.

8. After the launch in 2003 SEVIS experienced some early technical errors, occasionally causing unintended SEVIS terminations due to data mismatches or reporting lags. These terminations were not intentional and were generally resolved quickly in coordination with Designated School Officials (DSOs).

9. Since its launch, we are not aware of any blanket SEVIS termination that affects a large number of students. The only situation that came remotely close was the 2020 SEVIS Policy during the COVID-19 pandemic. In July 2020, ICE announced that international students attending only online classes due to COVID-19 would not be permitted to remain in the U.S. The policy threatened large-scale SEVIS terminations. After multiple lawsuits from institutions like Harvard and MIT, the policy was rescinded. No mass SEVIS cancellations occurred as the federal government withdrew the plan before implementation.

10. The 2025 SEVIS termination is a radical departure from precedents and customary practice. In early 2025, reports emerged that DHS had terminated hundreds of SEVIS records for international students, allegedly without individualized notice or clear justification. This action appears to have been initiated directly by the federal government, not by schools or through standard regulatory triggers.

11. According to the American Immigration Lawyers Association Policy Brief dated April 8, 2025 (AILA Doc. No. 25040804), "*According to NAFSA, the typical notations for terminations under this current trend include 'serious adverse foreign policy consequences' and 'otherwise failing to maintain status,' the latter of which could be further explained in the notation as due to the student being identified in a criminal records check or because their visa was revoked. ICE taking these steps is highly unusual, as terminating SEVIS records is usually done by the university under specific circumstances spelled out in the regulations (such as withdrawing from school), and the student is expected to depart the U.S. immediately*." American Immigration Lawyers Association Policy Brief (AILA Doc. No. 25040804), April 8, 2025, https://www.aila.org/library/policy-brief-immigration-enforcement-actions-against-international-students.

12. The Student and Exchange Visitor Information System (SEVIS) is a government-managed system used to monitor F-1, M-1, and J-1 nonimmigrants and their dependents in the U.S. The use of SEVIS is mandatory for all schools that admit F or M students, as outlined in 8 CFR 214.3(g)(2). The U.S. Department of Homeland Security (DHS) requires Designated School Officials (DSOs) to update and maintain each student's SEVIS record to ensure compliance with immigration regulations.

13. Termination of a SEVIS record typically terminates nonimmigrant status in the United States, particularly for F-1 and M-1 students. A terminated SEVIS record means that the student is no longer in a valid nonimmigrant status, and they should plan to depart the US. According to DHS guidance: "*A terminated record in the Student and Exchange Visitor Information System (SEVIS) could indicate that the nonimmigrant no longer maintains F or M status. Designated school officials (DSOs) mostly terminate F-1/M-1 students and/or F-2/M-2 dependents who do not maintain their status*."

https://studyinthestates.dhs.gov/sevis-help-hub/student-records/completions-and-terminations/terminate-a-student

14. When an F-1/M-1 SEVIS record is terminated, DHS guidance indicates the following happens:

- Student loses all on- and/or off-campus employment authorization.
- The student cannot re-enter the United States on the terminated SEVIS record.
- Immigration and Customs Enforcement (ICE) agents may investigate to confirm the departure of the student.
- Any associated F-2 or M-2 dependent records are terminated

https://studyinthestates.dhs.gov/sevis-help-hub/student-records/completions-and-terminations/terminate-a-student

15. Based on our many years of legal practice, including direct involvement with F-1 students, we believe the government's mass SEVIS terminations in this instance are both procedurally flawed and legally wrong. Such terminations have serious consequences for students' educational and professional lives, often leading to loss of work authorization, inability to graduate, ineligibility for reinstatement, and exposure to removal proceedings.

16. Given the large number of affected students across the nation, we submit this declaration in support of the Plaintiffs' motion for a temporary restraining order to underscore the unprecedented nature of the government's actions and the urgent need for judicial intervention to restore SEVIS status.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed on April 14th, 2025.

_____    _____
Jing Feng  New York City, NY        Becky Fu von Trapp  Stowe, VT