Andre Y. Bates (SBN 178170) (aybates@dehengsv.com)
Steven A. Soloway (SBN 130774) (ssoloway@dehengsv.com)
Keliang (Clay) Zhu (SBN 305509) (czhu@dehengsv.com)
Yi Yao (SBN 292563) (yyao@dehengsv.com)
**DEHENG LAW OFFICES PC**
7901 Stoneridge Drive, Suite 208
Pleasanton, CA 94588
T: 925-399-6702
F: 925-397-1976

*Attorneys for Plaintiffs*
*Zhuoer Chen, Mengcheng Yu,*
*Jiarong Ouyang and Gexi Guo*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHUOER CHEN, an individual; MENGCHENG YU, an individual; JIARONG OUYANG, an individual; and GEXI GUO, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; and TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement;<br><br>Defendants. | Case No. 3:25-cv-03292-SI<br><br>**[PROPOSED] TEMPORARY RESTRAINING ORDER**<br><br>Judge: Honorable Susan Illston<br>Date:<br>Time:<br>Courtroom: Room 1 |

Plaintiffs' application for a Temporary Restraining Order came before this Court for consideration on April 18, 2025. Upon consideration of the application, and for good cause shown, IT IS HEREBY ORDERED as follows:

### **Temporary Restraining Order**

The Court finds that Plaintiffs have demonstrated a substantial likelihood of success on the merits of their claim that the termination of the SEVIS records of Plaintiffs and other affected

international students are arbitrary, capricious, and contrary to law. The Court further finds that Defendants' conduct as alleged above has caused and, absent the requested relief, will continue to cause irreparable harm to Plaintiffs and others similarly situated. The balance of hardships tips sharply in Plaintiffs' favor, and the public interest will be served by the issuance of a Temporary Restraining Order.

Accordingly, IT IS HEREBY ORDERD that, Kristi Noem, Secretary of the U.S. Department of Homeland Security, in her official capacity; and Todd Lyons, Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity, and all persons acting under their direction are:

1. ORDERED to reinstate the SEVIS records and F-1 student status of Plaintiffs and all other affected F-1 students who have no record of criminal conviction and whose SEVIS records and F-1 visa status have been terminated or revoked since March 1, 2025, and

2. ENJOINED from issuing future SEVIS terminations against F-1 international students without record of criminal conviction absent notice, individualized explanation, and an opportunity to respond.

### Order to Show Cause

Defendants are ordered to show cause before this Court why a Temporary Restraining Order should not be issued i) requiring Defendants and all persons acting under their direction to reinstate the SEVIS records and F-1 student status of Plaintiffs, and all other affected F-1 students without record of criminal conviction, and ii) enjoining Defendants and all persons acting under their direction from issuing future SEVIS terminations absent notice, individualized explanation, and an opportunity to respond. The hearing on the order to show cause will be held on _____ at _____.

Plaintiffs' moving papers shall be filed and served on or before _____.

Defendants' opposition papers shall be filed and served on or before _____.

-2-   CASE NO. 3:25-cv-03292-SI
**[PROPOSED] TEMPORARY RESTRATNING ORDER**

Plaintiffs' reply papers shall be filed and served on or before _____.

Issued this ____ day of _____, 2025.

_____
United States District Judge