PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: 415-436-7298
    Facsimile: 415-436-6748
    elizabeth.kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZHUOER CHEN, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the United States Department of Homeland Security, *et al.*,<br><br>    Defendants. | Case No. 3:25-cv-3292-SI<br><br>**STIPULATION TO PROPOSED SCHEDULE FOR PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER; [PROPOSED] ORDER**<br><br>The Honorable Susan Illston |

On April 11, 2025, Plaintiffs filed a complaint challenging the United States Department of Homeland Security's termination of their registration in the Student and Exchange Visitor Information System ("SEVIS"). Dkt. No. 1. On April 15, 2025, Plaintiffs filed a Motion for Temporary Restraining Order ("TRO"). Dkt. No. 7. Defendants were served with the motion for TRO on April 16, 2025.

The parties have conferred and, subject to the Court's approval, Plaintiffs and Defendants hereby stipulate and respectfully request the Court to grant the parties' proposed briefing schedule for Plaintiffs' motion for TRO:

    1.    Defendants will file their opposition to Plaintiffs' motion for TRO by April 18, 2025, at 5:00 p.m.

    2.    The Court has set the hearing on Plaintiffs' motion for TRO on April 21, 2025, at 11:00

a.m.

The parties respectfully request that the Court grant their proposed schedule for Plaintiffs' motion for TRO and enter a scheduling order reflecting the same.

Dated: April 16, 2025

Respectfully submitted,[1]

PATRICK D. ROBBINS
Acting United States Attorney

*s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney

Attorneys for Defendants

Dated: April 16, 2025

*s/ Andre Y. Bates*
ANDRE Y. BATES
Deheng Law Offices PC

*Attorney for Plaintiffs*

## [PROPOSED] ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Date:

SUSAN ILLSTON
United States Senior District Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

STIPULATION
3:25-CV-3292-SI                    2