UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ZHUOER CHEN, et al.,

    Plaintiffs,

v.

KRISTI NOEM, et al.,

    Defendants.

Case No. 25-cv-03292-SI

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jeffrey S. White for consideration of whether the case is related to *Doe v. Trump*, No. 25-cv-3140-JSW.

Pursuant to Civil Local Rule 3-12(c), the Clerk is directed to file and send a copy of this referral to all parties in this case and in the low-numbered case. The parties must file any response in opposition to or support of relating the cases pursuant to Civil L.R. 3-12(e). Pursuant to Civil L.R. 7-11(b), any response from the parties must be filed no later than four days after this order is filed.

**IT IS SO ORDERED.**

Dated: April 16, 2025

SUSAN ILLSTON
United States District Judge