UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHUOER CHEN, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>KRISTI NOEM, et al.,<br><br>    Defendants. | Case No. 25-cv-03292-SI<br><br>**ORDER RE: HEARING FOR TEMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. No. 7 |

On Tuesday, April 15, 2025, the plaintiffs filed a motion for a temporary restraining order. Dkt. No. 7. The motion will be heard in person on Monday, April 21, at 11:00 a.m. in Courtroom 1, 17th Floor, 450 Golden Gate Avenue, San Francisco. At the hearing, the Court requests the parties to be prepared to answer the following questions:

**Factual Questions**

1. Why were the SEVIS records of plaintiffs terminated? Who made the decision to terminate the SEVIS records of plaintiffs?
2. Have the plaintiffs failed to maintain status as an F-1 nonimmigrant? If so, how?
3. Have the plaintiffs' visas been revoked? If so, on what basis and when? If visas have been revoked, were they revoked immediately or prudentially?

**Legal Questions**

4. Is having an F-1 visa a separate benefit from having F-1 status?

5. Does termination of an F-1 student's SEVIS record effectively terminate the student's F-1 student status? Why or why not? If not, what effect does the termination of a student's SEVIS record have on their status and the activities they can engage in?

6. If an F-1 nonimmigrant fails to maintain their F-1 status, what is the subsequent lawful process that consequently should occur or regularly does occur?

7. Does the termination of a SEVIS record make an F-1 nonimmigrant immediately eligible for lawful detention or deportation by ICE? If not, what other steps must happen before an F-1 nonimmigrant is eligible for lawful detention or deportation?

8. Does revocation of an F-1 visa make an individual immediately eligible for lawful detention or deportation?

9. Is the termination of a SEVIS record a final agency action under the Administrative Procedure Act?

10. Is nationwide relief appropriate for the defined class of individuals ("all other affected F-1 students who have no record of criminal conviction and whose SEVIS records and F-1 visa status have been terminated or revoked since March 1, 2025")? Are there any procedural barriers to the ordering of nationwide relief at the request of individual plaintiffs (not a class)?

**Other**

11. As soon as practically possible, the government is ordered to collect and provide the Court a list of cases filed nationwide since March 1, 2025 in which F-1 nonimmigrants are challenging the termination of their SEVIS records.

**IT IS SO ORDERED**.

Dated: April 16, 2025

SUSAN ILLSTON
United States District Judge