PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: 415-436-7298
    Facsimile: 415-436-6748
    elizabeth.kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZHUOER CHEN, *et al.*, | Case No. 3:25-cv-3292-SI |
| Plaintiffs, | **STIPULATION TO AN ADDITIONAL FOUR HOURS FOR DEFEDANTS' OPPOSTION TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER; [PROPOSED] ORDER** |
| v. | |
| KRISTI NOEM, in her official capacity as Secretary of the United States Department of Homeland Security, *et al.*, | The Honorable Susan Illston |
| Defendants. | |

    On April 16, 2025, the Court granted the parties stipulation to a proposed schedule for Plaintiffs' Motion for Temporary Restraining Order ("TRO") setting the due date for Defendants' opposition to Plaintiffs' motion for TRO as April 18, 2025, at 5:00 p.m. Dkt. No. 12. The parties have conferred and request the Court to grant an extension of four hours for Defendants' opposition, to April 18, 2025, at 9:00 p.m.  The parties make this request because Defendants need an addition few hours to obtain the necessary declarations and finalize and file their opposition. For these reasons, and as articulated below in Declaration of Counsel, the parties respectfully request that the Court grant their stipulation.

| | |
|---|---|
| Dated: April 18, 2025 | Respectfully submitted,[1]<br><br>PATRICK D. ROBBINS<br>Acting United States Attorney<br><br>*s/ Elizabeth D. Kurlan*<br>ELIZABETH D. KURLAN<br>Assistant United States Attorney<br><br>Attorneys for Defendants |
| Dated: April 18, 2025 | *s/ Andre Y. Bates*<br>ANDRE Y. BATES<br>Deheng Law Offices PC<br><br>*Attorney for Plaintiffs* |

## ~~[PROPOSED]~~ ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED. Defendants will file their response to Plaintiffs' motion for temporary restraining order by April 18, 2025, at 9:00 p.m.

Date: April 18, 2025

*[signature: Susan Illston]*

SUSAN ILLSTON
United States Senior District Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

STIPULATION
3:25-CV-3292-SI                              2

## DECLARATION OF ELIZABETH D. KURLAN

I, Elizabeth D. Kurlan, declare and state as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California and counsel of record for the federal Defendants in the above-captioned action.

2. On April 16, 2025, the Court granted the parties stipulation to a proposed schedule for Plaintiffs' motion for temporary restraining order ("TRO") setting the due date for Defendants' opposition to Plaintiffs' motion for TRO as April 18, 2025, at 5:00 p.m. Dkt. No. 12.

3. Although I diligently have been working on Defendants' opposition, I need an additional four hours to obtain the necessary declaration and finalize and file the opposition.

4. On April 18, 2025, I contacted Plaintiffs' counsel regarding Defendants' request for an additional four hours to prepare their opposition, and Plaintiffs consented to the request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:  April 18, 2025

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Elizabeth D. Kurlan*
　　　　　　　　　　　　　　　　　　　　　　　　ELIZABETH D. KURLAN
　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney