| | |
|---|---|
| 1 | Andre Y. Bates (SBN 178170) (aybates@dehengsv.com) |
| | Steven A. Soloway (SBN 130774) (ssoloway@dehengsv.com) |
| 2 | Keliang (Clay) Zhu (SBN 305509) (czhu@dehengsv.com) |
| | Yi Yao (SBN 292563) (yyao@dehengsv.com) |
| 3 | **DEHENG LAW OFFICES PC** |
| | 7901 Stoneridge Drive, Suite 208 |
| 4 | Pleasanton, CA 94588 |
| | T: 925-399-6702 |
| 5 | F: 925-397-1976 |

*Attorneys for Plaintiffs*
*Zhuoer Chen, Mengcheng Yu,*
*Jiarong Ouyang, and Gexi Guo*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHUOER CHEN, an individual; MENGCHENG YU, an individual; JIARONG OUYANG, an individual; and GEXI GUO, an individual; | Case No. 4:25-cv-03292-JSW |
| Plaintiffs, | **AMENDED NOTICE OF MOTION FOR TEMPORARY RESTRAINING ORDER** |
| vs. | |
| KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; and TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; | DATE: April 25, 2025<br>TIME: 9 A.M.<br>Courtroom: 5<br>JUDGE: Honorable Jeffrey S. White |
| Defendants. | |

John Doe,
        Plaintiff,
vs.

Donald J. TRUMP, in his official capacity, President of the United States of America;

Moises BECERRA, in his official capacity, Acting Field Office Director of San Francisco Office of Detention and Removal, U.S. Immigrations and Customs Enforcement; U.S.

-1-   CASE NO. 4:25-cv-03292-JSW
**AMENDED NOTICE OF MOTION FOR TEMPORARY RESTRAINING ORDER**

| | |
|---|---|
| 1 | Department of Homeland Security; |
| 2 | Todd M. LYONS, in his official capacity, Acting Director, Immigration and Customs Enforcement, |
| 3 | U.S. Department of Homeland Security; and |
| 4 | Kristi NOEM, in her official capacity, Secretary, U.S. Department of Homeland Security; |
| 5 | |
| 6 | Defendants. |

TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE COUNSEL OF RECORDS:

PLEASE TAKE NOTICE that on, Plaintiffs' motion for a Temporary Restraining Order against Defendants Kristi Noem and Todd Lyons, originally scheduled before Judge Illston, is hereby renoticed for hearing before Judge Jeffrey S. White, to whom the case has been reassigned, on April 25, 2025, at 9:00 a.m., in Courtroom 5 of the above titled court, located at 1301 Clay Street, Oakland, CA 94612.

Pursuant to the Court's Reassignment Order (Dkt. 27), the briefing schedule remains unchanged and no other deadlines are affected.

On April 17, 2025, Plaintiffs duly served and filed all documents in support of their Motion for Nationwide TRO, including:

a. Declarations of Keliang (Clay) Zhu, Yi Yao, Jing Feng and Becky Fu Von Trapp, Richard A. Boswell, Zhuoer Chen, Mengcheng Yu, Jiarong Ouyang, and Declaration of Gexi Guo;

b. Memorandum of Points and Authorities in Support of Plaintiffs' Motion for TRO

c. Supporting exhibits; and

d. [Proposed] Order Granting TRO

(collectively, "Plaintiffs' Motion for Temporary Restraining Order Papers").

Dated: April 23, 2025                                    Respectfully submitted,

| | |
|---|---|
| 1 | **DEHENG LAW OFFICES PC** |
| 2 | /s/ *Andre Y. Bates* |
|   | Andre Y. Bates |
| 3 | |
| 4 | *Attorneys for Plaintiffs*<br>*Zhuoer Chen, Mengcheng Yu, Jiarong Ouyang, and Gexi Guo* |

-3-   CASE NO. 4:25-cv-03292-JSW

**AMENDED NOTICE OF MOTION FOR TEMPORARY RESTRAINING ORDER**