Andre Y. Bates (SBN 178170) (aybates@dehengsv.com)
Steven A. Soloway (SBN 130774) (ssoloway@dehengsv.com)
Keliang (Clay) Zhu (SBN 305509) (czhu@dehengsv.com)
Yi Yao (SBN 292563) (yyao@dehengsv.com)
**DeHeng Law Offices PC**
7901 Stoneridge Drive, Suite 208
Pleasanton, CA 94588
T: 925-399-6702
F: 925-397-1976

Justin Sadowsky – Admitted *Pro Hac Vice*
**Chinese American Legal Defense Alliance**
4250 N Fairfax Drive #600
Arlington, VA 22203
T: 646-785-9154
E: justins@caldausa.org

*Attorneys for Plaintiffs*
*Zhuoer Chen, Mengcheng Yu,*
*Jiarong Ouyang and Gexi Guo*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHUOER CHEN, an individual; MENGCHENG YU, an individual; JIARONG OUYANG, an individual; and GEXI GUO, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; and TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement;<br><br>Defendants. | Case No. 4:25-cv-03292-JSW<br><br>~~[PROPOSED]~~ ORDER PERMITTING REMOTE APPEARANCE<br><br>Judge: Honorable Jeffrey S. White<br>Date: April 25, 2025<br>Time: 9:00 AM<br>Courtroom: 5 |

This Court, based on good cause, will permit Plaintiffs' attorney Justin Sadowsky to appear via videoconference at the April 25th hearing.

The Court finds good cause for this appearance. Mr. Sadowsky lives in the Washington

DC area, where he is the Legal Director of a non-profit with limited resources. In addition, Mr. Sadowsky will not be himself presenting argument at the hearing. However, the issue in this case is evolving, important, and time sensitive, and so Mr. Sadowsky requests to be present virtually so that he can advise his clients and the community appropriately on this emerging issue.

IT IS SO ORDERED.

Issued this  24th   day of  April , 2025.

 *Jeffrey S. White*
United States District Judge