UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

**DATE**: April 25, 2025　　　　　　　　**TIME IN COURT**: 2 Hours, 8 Minutes

**JUDGE**: JEFFREY S. WHITE　　　　　　**COURT REPORTER**: Raynee Mercado

**COURTROOM DEPUTY**: Nicole Hall

**CASE NO.**: [25-cv-03292-JSW](25-cv-03292-JSW)

**TITLE**: Zhuoer Chen, et al. v. Kristi Noem, et al.

**COUNSEL FOR PLAINTIFF**:　　　　　　**COUNSEL FOR DEFENDANT**:
Andre Bates　　　　　　　　　　　　　　Elizabeth D. Kurlan
　　　　　　　　　　　　　　　　　　　　Pamela Johann – Specially Appearing


**PROCEEDINGS**: Hearing on MOTION for Temporary Restraining Order – Held.
　　　　　　　　　Status Conference – Not Held.

**RESULTS**: Motion for Temporary Restraining Order - GRANTED.
　　　　　　　Motion for Preliminary Injunction – CONTINUED.

The Court orders the Temporary Restraining Order is extended for an additional 14 days.

The Court will conduct a Preliminary Injunction hearing on May 13, 2025, at 9:00AM, in Courtroom 5.

The Court takes the matter under submission and will prepare a written order outlining the briefing schedule and identifying the subject each brief should address, in preparation for the May 13, 2025, Preliminary Injunction hearing.