Andre Y. Bates (SBN 178170) (aybates@dehengsv.com)
Steven A. Soloway (SBN 130774) (ssoloway@dehengsv.com)
Keliang (Clay) Zhu (SBN 305509) (czhu@dehengsv.com)
Yi Yao (SBN 292563) (yyao@dehengsv.com)
**DeHeng Law Offices PC**
7901 Stoneridge Drive, Suite 208
Pleasanton, CA 94588
T: 925-399-6702
F: 925-397-1976

Justin Sadowsky – Admitted *Pro Hac Vice*
**Chinese American Legal Defense Alliance**
4250 N Fairfax Drive #600
Arlington, VA 22203
T: 646-785-9154
E: justins@caldausa.org

*Attorneys for Plaintiffs*
*Zhuoer Chen, Mengcheng Yu,*
*Jiarong Ouyang and Gexi Guo*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZHUOER CHEN, an individual; MENGCHENG YU, an individual; JIARONG OUYANG, an individual; and GEXI GUO, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; and TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement;<br><br>Defendants. | Case No. 4:25-cv-03292-JSW<br><br>**PLAINTIFFS' STATUS UPDATE REGARDING SEVIS RECORDS**<br><br>Judge: Honorable Jeffrey S. White<br>Date: April 25, 2025<br>Time: 9:00 AM<br>Courtroom: 5 |

Pursuant to the Court's instruction at the April 25, 2025 hearing, Plaintiffs submit this status update regarding the SEVIS records of each Plaintiff.

As of the time of this filing, the SEVIS status of each Plaintiff is as follows:

- Zhuoer Chen: SEVIS record has been restored.
- Mengcheng Yu: No current information regarding the status of the SEVIS record.
- Jiarong Ouyang: SEVIS record has been restored.
- Gexi Guo: No current information regarding the status of the SEVIS record.

Plaintiffs will promptly notify the Court of any further updates regarding any changes to Plaintiffs' SEVIS records.

Dated: April 25, 2025               Respectfully submitted,

                                    **DEHENG LAW OFFICES PC**

                                    /s/     *Andre Y. Bates*
                                            Andre Y. Bates

                                    *Attorneys for Plaintiffs*
                                    *Zhuoer Chen, Mengcheng Yu, Jiarong Ouyang, and Gexi Guo*