1 | Andre Y. Bates (SBN 178170) (aybates@dehengsv.com)
Steven A. Soloway (SBN 130774) (ssoloway@dehengsv.com)
2 | Keliang (Clay) Zhu (SBN 305509) (czhu@dehengsv.com)
Yi Yao (SBN 292563) (yyao@dehengsv.com)
3 | **DeHeng Law Offices PC**
7901 Stoneridge Drive, Suite 208
4 | Pleasanton, CA 94588
T: 925-399-6702
5 | F: 925-397-1976

6 | Justin Sadowsky – Admitted *Pro Hac Vice*
**Chinese American Legal Defense Alliance**
7 | 4250 N Fairfax Drive #600
Arlington, VA 22203
8 | T: 646-785-9154
E: justins@caldausa.org

*Attorneys for Plaintiffs*
10 | *Zhuoer Chen, Mengcheng Yu,*
*Jiarong Ouyang and Gexi Guo*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHUOER CHEN, an individual; MENGCHENG YU, an individual; JIARONG OUYANG, an individual; and GEXI GUO, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; and TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement;<br><br>Defendants. | Case No. 4:25-cv-03292-JSW<br><br>[**PROPOSED**] ORDER PERMITTING REMOTE APPEARANCE<br>AS MODIFIED<br>Judge: Honorable Jeffrey S. White<br>Date: May 13, 2025<br>Time: 9:00 AM<br>Courtroom: 5 |

   This Court, based on good cause, will permit Plaintiffs' attorney Justin Sadowsky to appear via videoconference at the May 13th hearing.

   The Court finds good cause for this appearance. Mr. Sadowsky lives in the Washington

DC area, where he is the Legal Director of a non-profit with limited resources. Although Mr. Sadowsky is presenting argument on behalf of the *Chen* plaintiffs, he will be one of several attorneys presenting. ~~At the TRO hearing, some attorneys on behalf of the various plaintiffs appeared in person and others remotely in a manner that was effective in assisting the Court~~. As a result, Mr. Sadowsky's appearance by videoconference at the May 13th videoconference is appropriate.

IT IS SO ORDERED.

Issued this __1st__ day of ____May_____, 2025.

_____
United States District Judge
Jeffrey S. White