1  PATRICK D. ROBBINS (CABN 152288)
   Acting United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  ELIZABETH D. KURLAN (CABN 255869)
   Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone: 415-436-7200
6       Facsimile: 415-436-6748
        elizabeth.kurlan@usdoj.gov
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10
                         OAKLAND DIVISION
11

12  JOHN DOE,                              )  Case No. 4:25-cv-03140-JSW
                                           )
13          Plaintiff,                     )  **STIPULATION TO EXTEND THE DUE DATE**
                                           )  **FOR DEFENDANTS' SUPPLEMENTAL**
14     v.                                  )  **OPPOSITION TO PLAINTIFFS' MOTION FOR**
                                           )  **PRELIMINARY INJUNCTION; [PROPOSED]**
15  DONALD J. TRUMP, in his official capacity as )  **ORDER**
    President of the United States of America, et al.,)
16                                         )
            Defendants.                    )
17                                         )
                                           )
18                                         )  The Honorable Jeffrey S. White
                                           )
19                                         )
                                           )
20  _____)

21  S.Y., et al.,                          )  Case No. 4:25-cv-3244-JSW
                                           )
22              Plaintiff,                 )
                                           )
23        v.                               )
                                           )
24  KRISTI NOEM, in her official capacity as )
    Secretary of the United States Department of )
25  Homeland Security, et al,              )
                                           )
26          Defendants.                    )
    _____)
27

28

STIPULATION
4:25-cv-03140- JSW and related cases

| | | |
|---|---|---|
| 1 | ZHOUER CHEN, *et al*. | ) Case No. 4: 25-cv-3292-JSW |
| 2 | Plaintiff, | ) |
| 3 | v. | ) |
| 4 | KRISTI NOEM, *et al*., | ) |
| 5 | Defendants. | ) |
| 6 | | ) |
| 7 | | ) |
| 8 | SHANGSHANG WANG, *et al.*, | ) Case No. 4:25-cv-3323-JSW |
| 9 | Plaintiffs, | ) |
| 10 | v. | ) |
| 11 | KRISTI NOEM, *et al.*, | ) |
| 12 | Defendants. | ) |
| 13 | | ) |
| 14 | | ) |
| 15 | JUNGWON KIM, *et al.*, | ) Case No. 4:25-cv-3383-JSW |
| 16 | Plaintiffs, | ) |
| 17 | v. | ) |
| 18 | KRISTI NOEM, *et al*., | ) |
| 19 | Defendants. | ) |
| 20 | | ) |
| 21 | W.B. | ) Case No. 4:25-cv-3407-JSW |
| 22 | Plaintiff, | ) |
| 23 | v. | ) |
| 24 | KRISTI NOEM, *et al*., | ) |
| 25 | Defendants. | ) |
| 26 | | ) |
| 27 | | |
| 28 | | |

STIPULATION
4:25-cv-03140- JSW and related cases

| | |
|---|---|
| SKY QUI, | ) Case No. 4:25-cv-3475-JSW |
| Plaintiff, | ) |
| v. | ) |
| TODD M. LYONS, in his official capacity as Acting Director of United States Immigration and Customs Enforcement, | ) |
| Defendant. | ) |
| EMMA BAI, | ) Case No. 4:25-cv-3481-JSW |
| Plaintiff, | ) |
| v. | ) |
| KRISTI NOEM, *et al.*, | ) |
| Defendants. | ) |
| J.C. *et al.*, | ) Case No. 4:25-cv-3502-JSW |
| Plaintiffs, | ) |
| v. | ) |
| KRISTI NOEM, *et al.*, | ) |
| Defendants. | ) |
| ARYAN SHAH, *et al.*, | ) Case No. 4:25-cv-3549-JSW |
| Plaintiffs, | ) |
| v. | ) |
| TODD M. LYONS, | ) |
| Defendant. | ) |

STIPULATION
4:25-cv-03140- JSW and related cases

1  YIWEI HE,                                    )    Case No. 4:25-cv-3480-JSW
                                                )
2                  Plaintiff,                   )
                                                )
3           v.                                  )
                                                )
4  KRISTI NOEM, *et al.*,                       )
                                                )
5                  Defendants.                  )
                                                )
6  _____    )

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION
4:25-cv-03140- JSW and related cases

1       On April 25, 2025, the Court set a hearing on the motions for preliminary injunction for May 13,

2  2025, and a briefing schedule that required Defendants' supplemental opposition to be filed by 2:00 p.m.

3  on May 6, 2025, and Plaintiffs' replies to be filed by May 9, 2025. *See*, *e.g.*, Dkt. No. 24. Plaintiffs and

4  Defendants have conferred and respectfully request the Court to grant an extension of time for

5  Defendants' supplemental opposition to Plaintiffs' motions for preliminary injunction, and set the due

6  date for Defendants' opposition to May 7, 2025, at 5:00 p.m. The parties make this request because

7  Defendants need additional time to obtain additional information that may be useful to Plaintiffs' request

8  for injunctive relief.

9       For *He v. Noem*, No. 4:25-cv-3480-JSW, the parties request that the Court set the due date for

10  their joint status report to May 7, 2025. The parties respectfully request that the Court grant their

11  stipulation.

12

13  Dated: May 6, 2025                           Respectfully submitted,[1]

14                                      PATRICK D. ROBBINS
                                     Acting United States Attorney

15

16                                    *s/ Elizabeth D. Kurlan*

17                                    ELIZABETH D. KURLAN
                                   Assistant United States Attorney

18                                    Attorneys for Defendants

19

20

21  Dated: May 6, 2025                           *s/ John Nicholas Sinodis*

22                                    JOHN NICHOLAS SINODIS
                                   Van Der Hout, LLP

23                                    *Attorney for Plaintiffs*

24

25

26

27       [1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all
signatories listed herein concur in the filing of this document.

28

STIPULATION

*s/ Andre Y. Bates*
ANDRE Y. BATES
DeHeng Law Offices PC

*Attorney for Plaintiffs*

*s/ Jesse M. Bless*
JESSE M. BLESS
Bless Litigation

*Attorney for Plaintiffs*

*s/ Brad Banias*
BRAD BANIAS
Banias Law

*Attorney for Plaintiffs*

*s/ Ben Loveman*
BEN LOVEMAN
Reeves Immigration Law Group

*Attorney for Plaintiff*

*s/ Zachary R. New*
ZACHARY R. NEW
Joseph and Hall P.C.

*Attorney for Plaintiff*

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED. Defendants will file their supplemental opposition to Plaintiffs' motion for preliminary injunction by May 7, 2025, at 5:00 p.m.

Date:

_____
JEFFREY S. WHITE
United States District Judge

STIPULATION
4:25-cv-3140 JSW and related cases          2