Andre Y. Bates (SBN 178170) (aybates@dehengsv.com)
Steven A. Soloway (SBN 130774) (ssoloway@dehengsv.com)
Keliang (Clay) Zhu (SBN 305509) (czhu@dehengsv.com)
Yi Yao (SBN 292563) (yyao@dehengsv.com)
**DeHeng Law Offices PC**
7901 Stoneridge Drive, Suite 208
Pleasanton, CA 94588
T: 925-399-6702
F: 925-397-1976

Justin Sadowsky – Admitted *Pro Hac Vice*
**Chinese American Legal Defense Alliance**
4250 N Fairfax Drive #600
Arlington, VA 22203
T: 646-785-9154
E: justins@caldausa.org

*Attorneys for Plaintiffs
Zhuoer Chen, Mengcheng Yu,
Jiarong Ouyang and Gexi Guo*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| John Doe,<br><br>　　Plaintiff,<br><br>　　v.<br><br>Donald J. TRUMP, in his official capacity, President of the United States of America, et al.<br><br>　　Defendants. | Case No. 4:25-cv-03140-JSW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION

| | |
|---|---|
| Zhuoer Chen, et al., | Case No. 4:25-cv-03292-JSW |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| Kristi NOEM, in her official capacity, Secretary of the U.S. Department of Homeland Security, et al. | |
| Defendants. | |
| | |
| S.Y., et al., | Case No. 4:25-cv-03244-JSW |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| Kristi NOEM, in her official capacity, Secretary of the U.S. Department of Homeland Security, et al. | |
| Defendants. | |
| | |
| J.C., et al., | Case No. 4:25-cv-03502-JSW |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| Kristi NOEM, in her official capacity, Secretary of the U.S. Department of Homeland Security, et al. | |
| Defendants. | |

[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION

| | |
|---|---|
| W.B.,<br><br>      Plaintiff,<br><br>      v.<br><br>Kristi NOEM, in her official capacity, Secretary of the U.S. Department of Homeland Security, et al.<br><br>      Defendants. | Case No. 4:25-cv-03407-JSW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION

Plaintiff is entitled to a preliminary injunction if they establish that they are "likely to succeed on the merits, . . . likely to suffer irreparable harm in the absence of preliminary relief, that the balance of equities tips in [their] favor, and that an injunction is in the public interest." *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008); *Stuhlbarg Int'l Sales Co. v. John D. Brush & Co.*, 240 F.3d 832, 839 n.7 (9th Cir. 2001). Absent a showing of likelihood of success on the merits, the Court may still grant a preliminary injunction if Plaintiffs raise "serious questions" as to the merits of their claims, the balance of hardships tips "sharply" in their favor, and the remaining equitable factors are satisfied. *Alliance for the Wild Rockies v. Cottrell*, 632 F.3d 1127 (9th Cir. 2011).

Upon consideration of Plaintiff's Motion for Preliminary injunction, and finding sufficient cause, the motion is **GRANTED**, and **IT IS FURTHER ORDERED** that for Plaintiffs and all similarly situated individuals nationwide:

1. Defendants are enjoined from arresting and incarcerating Plaintiffs pending the resolution of these proceedings. 5 U.S.C. § 705;
2. Defendants are enjoined from transferring Plaintiff outside the jurisdiction of this District pending the resolution of these proceedings. 5 U.S.C. § 705; and
3. Defendants are enjoined from canceling Plaintiffs' SEVIS records based solely on a visa revocation, which is not a permissible basis for SEVIS termination;
4. Any legal effect that the unlawful termination of Plaintiffs' SEVIS status or the potential unlawful revocation of their F-1 visas may have is enjoined pending further order of the Court, 5 U.S.C. § 705; § 706(2)(A), (C)-(D), including, but not limited to:
   a. Preventing Plaintiffs from continuing their studies or existing employment authorization under CPT, OPT, or STEM OPT in valid F-1 visa status, 5 U.S.C. § 705; § 706(2)(A), (C)-(D);
   b. Preventing, based on an alleged lack of valid nonimmigrant visa status, Plaintiffs from extending, changing, or adjusting status, 5 U.S.C. § 705; § 706(2)(A), (C)-(D);
   c. Determining that Plaintiffs are accruing unlawful presence in the United

[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION

States as a result of the SEVIS termination, 5 U.S.C. § 705; § 706(2)(A), (C)-(D);

d. Applying a bar under 8 U.S.C. § 1255(c)(2) as a result of the unlawful SEVIS terminations, which would prevent applicants who are non-immediate relatives from adjusting their status to lawful permanent residency due to lack of maintenance of status;

e. Using any alleged gap in lawful status (including what could be viewed as a failure to maintain status) against Plaintiffs in an exercise of discretion, relating to any benefit application;

f. Using any gap or perceived failure to maintain status as a negative factor for eligibility or discretion relating to any benefits application;

g. Counting days of unemployment due to unlawful SEVIS termination as part of the maximum days of unemployment under OPT or STEM OPT;

h. Using the SEVIS termination to trigger "non-confirmation" in the E-Verify system for employers;

i. Failing to update the SAVE system to accurately reflect Plaintiffs' status without respect to any SEVIS termination;

j. Using the fact of any Plantiff's participation in this or other litigation regarding the unlawful termination of their SEVIS records as a basis for a negative discretionary adjudication of any future benefit application.

5. Under the circumstances of this case, it is proper to waive the requirement that Plaintiffs give an amount of security.

IT IS SO ORDERED.

Dated: _____, 2025        _____
                                    United States District Judge
                                    Hon. Jeffrey S. White

[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION