1    PATRICK D. ROBBINS (CABN 152288)
     Acting United States Attorney
2    PAMELA T. JOHANN (CABN 145558)
     Chief, Civil Division
3    ELIZABETH D. KURLAN (CABN 255869)
     Assistant United States Attorney
4
         450 Golden Gate Avenue, Box 36055
5        San Francisco, California 94102-3495
         Telephone: 415-436-7200
6        Facsimile: 415-436-6748
         elizabeth.kurlan@usdoj.gov
7
     Attorneys for Defendants
8
                        UNITED STATES DISTRICT COURT
9
                     NORTHERN DISTRICT OF CALIFORNIA
10
                              OAKLAND DIVISION
11

12   JOHN DOE,                              )   Case No. 4:25-cv-03140-JSW
                                            )
13        Plaintiff,                        )   **DEFENDANTS' NOTICE IN RESPONSE TO**
                                            )   **THE COURT'S MINUTE ORDER ON MAY 14,**
14    v.                                    )   **2025**
                                            )
15   DONALD J. TRUMP, in his official capacity as )
     President of the United States of America, *et al.*,)
16                                          )
          Defendants.                       )
17                                          )
                                            )   The Honorable Jeffrey S. White
18                                          )
                                            )
19                                          )
                                            )
20   _____       )
                                            )
21   S.Y., *et al.*,                        )   Case No. 4:25-cv-3244-JSW
                                            )
22              Plaintiff,                  )
                                            )
23       v.                                 )
                                            )
24   KRISTI NOEM, in her official capacity as )
     Secretary of the United States Department of )
25   Homeland Security, *et al*,            )
                                            )
26        Defendants.                       )
                                            )
27

28

DEFENDANTS' NOTICE
4:25-cv-03140- JSW and related cases

| | |
|---|---|
| 1 | ZHOUER CHEN, *et al.* )   Case No. 4: 25-cv-3292-JSW |
| 2 | )   Plaintiff,              ) |
| 3 |      v.                    ) |
| 4 | KRISTI NOEM, *et al.*,      ) |
| 5 |      Defendants.           ) |
| 6 | ) |
| 7 | ) |
| 8 | W.B.                       )   Case No. 4:25-cv-3407-JSW |
| 9 | )   Plaintiff,             ) |
| 10 |      v.                   ) |
| 11 | KRISTI NOEM, *et al.*,     ) |
| 12 |      Defendants.          ) |
| 13 | ) |
| 14 | ) |
| 15 | J.C. *et al.*,             )   Case No. 4:25-cv-3502-JSW |
| 16 | )   Plaintiffs,            ) |
| 17 |      v.                   ) |
| 18 | KRISTI NOEM, *et al.*,     ) |
| 19 |      Defendants.          ) |
| 20 | ) |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

DEFENDANTS' NOTICE
4:25-cv-03140- JSW and related cases

1      Defendants respectfully submit this notice in response to the Court's minute order issued on

2  May 14, 2025. Defendants enclose the following:

3      1.    A copy of the transcript from the evidentiary hearing on May 5, 2025, in *Bushireddy v.*

4  *Lyons*, No. 25-cv-1102 (D.D.C.).

5      2.    A copy of the text that is in the letter that United States Immigration and Customs

6  Enforcement ("ICE") is in the process of sending out to all students whose records in the Student and

7  Exchange Visitor Information System ("SEVIS").

8      3.    Copies of two relevant decisions issued after the filing of Defendants' supplemental

9  opposition, in which the courts denied plaintiffs' motion for preliminary injunction: *Doe v. Noem*,

10  No. 25-cv-633, slip op. (W.D. Wash. May 14, 2025) (ECF 48); and *Student Doe #1 v. Noem*, No. 25-cv-

11  847 (C.D. Cal. May 9, 2025) (ECF 38).

12

13  DATED:  May 14, 2025                     Respectfully submitted,

14                                           PATRICK D. ROBBINS
                                             Acting United States Attorney
15

16                                           *s/ Elizabeth D. Kurlan*
                                             ELIZABETH D. KURLAN
17                                           Assistant United States Attorney

18                                           *Attorneys for Defendants*

19

20

21

22

23

24

25

26

27

28