```
1                    IN THE UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF COLUMBIA
2         - - - - - - - - - - - - - - - x
          MANSI REDDY BUSHIREDDY,
3                                           CA No:  1:25-cv-01102-SLS
                        Plaintiff,
4                                           Washington, D.C.
                                            Monday, May 5, 2025
5         v.                                10:04 a.m.

6         TODD M. LYONS,

7                        Defendant.
          - - - - - - - - - - - - - - - x
8         _____

9                    TRANSCRIPT OF EVIDENTIARY HEARING
                HELD BEFORE THE HONORABLE SPARKLE L. SOOKNANAN
10                       UNITED STATES DISTRICT JUDGE
          _____
11        APPEARANCES:
          For the Plaintiff:        BRADLEY BRUCE BANIAS, ESQ.
12                                   BANIAS LAW, LLC
                                     602 Rutledge Avenue
13                                   Charleston, SC 29403
                                     (843) 352-4272
14                                   brad@baniaslaw.com

15                                   STEVEN A. BROWN, ESQ.
                                     REDDY NEUMANN BROWN, P.C.
16                                   10333 Richmond Avenue, Ste 1050
                                     Houston, TX 77042
17                                   (713) 429-4793
                                     steven@rnlawgroup.com
18
          For the Defendant:        HEATHER D. GRAHAM-OLIVER, ESQ.
19                                   JOHN CUONG TRUONG, ESQ.
                                     U.S. ATTORNEY'S OFFICE FOR D.C.
20                                   555 Fourth Street, NW
                                     Washington, DC 20530
21                                   (202) 252-2520
                                     heather.graham-oliver@usdoj.gov
22                                   john.truong@usdoj.gov

23        Court Reporter:           Lisa A. Moreira, RDR, CRR
                                    Official Court Reporter
24                                  U.S. Courthouse, Room 6718
                                    333 Constitution Avenue, NW
25                                  Washington, DC  20001
                                    (202) 354-3187
```

```
1                      P R O C E E D I N G S

2               THE COURTROOM DEPUTY:  This is Civil Matter

3    25-1102, Mansi Reddy Bushireddy v. Todd M. Lyons.

4               Starting with plaintiff's counsel, please identify

5    yourself for the record.

6               MR. BANIAS:  Good morning, Your Honor, may it

7    please the Court; Brad Banias and Steven Brown for the

8    plaintiffs.

9               THE COURT:  Good morning, Counsel.

10              MS. GRAHAM-OLIVER:  Good morning, Your Honor, may

11   it please the Court; Heather Graham-Oliver on behalf of the

12   government.

13              THE COURT:  Good morning, Counsel.

14              All right.  We're going to start with the

15   government.  I hope everyone had a good weekend.  I have

16   read all of the many filings.  Thank you for getting them

17   done on short timelines.

18              So I've got a bunch of questions for you, Ms. --

19   is it Ms. Graham-Oliver?  Is that right?

20              MS. GRAHAM-OLIVER:  Yes, Your Honor.

21              THE COURT:  Or is it just Oliver?

22              MS. GRAHAM-OLIVER:  That's fine.

23              THE COURT:  Okay.  Great.

24              So I want to just zoom out from this case and talk

25   about this mass termination program.  I have been calling it
```

1   a mass termination program.  Now I see from the

2   administrative record that the government calls it the

3   Student Criminal Alien Initiative, so I just want to zoom

4   out and talk about that before we talk about the facts of

5   this case.

6           So tell me about this Student Criminal Alien

7   Initiative.  How did it come about?

8           MS. GRAHAM-OLIVER:  Your Honor, I do not know how

9   it came about.  It's not a program per se, but it's a name

10  that was given by ICE National Security Division staff to

11  this specific effort to scrub records from SEVIS through

12  NCIC to determine if there were any positive hits within

13  NCIC.

14          THE COURT:  So, Counsel, do you have your

15  declarant here to tell me about this if you don't know the

16  answer to how this program came about?  Does the government

17  have witnesses here to answer my questions about the

18  program?

19          MS. GRAHAM-OLIVER:  Your Honor, we do not have a

20  declarant here.  I can call the agency.  I do not have a

21  declarant here, no, Your Honor.

22          THE COURT:  Counsel, I know you were not before me

23  last week, but I assume Mr. Carilli briefed you and you

24  reviewed the transcript from the last proceeding about the

25  questions that I had and my request that you show up here

1    today prepared to answer them or bring someone who could

2    answer the questions.  Did you review that?

3              MS. GRAHAM-OLIVER:  Yes, Your Honor, I did.  Yes.

4              THE COURT:  And yet you're showing up here telling

5    me you don't know the answers to the questions, and your

6    declarant is not here.

7              MS. GRAHAM-OLIVER:  Your Honor, I don't know how

8    it came about; however, it's a name that was given by ICE

9    National Security Division staff.  And what happened is

10   that they said that they scrubbed the records from SEVIS

11   through --

12             THE COURT:  Counsel, we have another hearing at

13   11:30.  I'm going to give you a minute to talk to who you

14   need to talk to, and I would like you to have people here

15   who can answer the questions that I asked two weeks ago of

16   the government.  And then you can come back to the podium.

17             MS. GRAHAM-OLIVER:  Yes, Your Honor.

18             Are there any --

19             THE COURT:  And I will continue questioning you,

20   but I want to make sure that someone can show up here at my

21   next hearing to answer those questions.

22             MS. GRAHAM-OLIVER:  I'm going to have to go out

23   and make a phone call.

24             THE COURT:  Sure.

25             (Pause)

```
 1              MS. GRAHAM-OLIVER:  Your Honor, we have contacted

 2    the civil chief, and he is now contacting the division, the

 3    agency, to get someone to at least appear virtually in this

 4    hearing.

 5              THE COURT:  Okay.  Thank you, Counsel.

 6              Okay.  So is it right, then, that you can't answer

 7    any of my questions about this Student Criminal Alien

 8    Initiative, and I should wait for agency counsel to answer

 9    those questions?

10              MS. GRAHAM-OLIVER:  The only answer that I have

11    for you I have specifically stated, so any other information

12    would have to come from the agency.

13              THE COURT:  Okay.  And they're going to show up at

14    this hearing virtually?

15              MS. GRAHAM-OLIVER:  Yes, Your Honor.

16              THE COURT:  Okay, thank you.  And you've shared

17    the Zoom link?

18              I see lots of lawyers here.  I assume one of them

19    can do it while we continue with this hearing.

20              THE COURTROOM DEPUTY:  Your Honor, there is

21    someone in the waiting room, James Obute.

22              THE COURT:  No, that's for our next hearing.

23              MR. TRUONG:  If I may, Your Honor, if Madam Deputy

24    Clerk can email it to me, I can then email it to the

25    witness.
```

```
1              THE COURT:  Okay.  Thank you.

2              Okay.  So let's go back to this specific case,

3      then, Ms. Graham-Oliver.

4              So based on your filings, this plaintiff's SEVIS

5      record was reinstated on April 21st in response to the TRO

6      that I entered on that date; is that right?

7              MS. GRAHAM-OLIVER:  Yes, Your Honor.  It was

8      reactivated on April 25th.  That's what I have.

9              THE COURT:  On April 25th.

10             MS. GRAHAM-OLIVER:  That's what I have, yes.

11             THE COURT:  Okay.  Let me look at your filing

12     because...

13             (Pause)

14             MS. GRAHAM-OLIVER:  ECF No. -- let's see -- 22.

15             THE COURT:  Okay.  So ECF-22 says that the

16     student's SEVIS record was reactivated on April 21, 2025.

17     Is that not right?  Is it the 21st or the 25th?

18             MS. GRAHAM-OLIVER:  It's the 21st, Your Honor.

19             THE COURT:  Okay.

20             MS. GRAHAM-OLIVER:  Sorry.  I have it in my notes

21     incorrectly.

22             THE COURT:  Okay.  And when was the record

23     actually terminated, according to you?

24             MS. GRAHAM-OLIVER:  So in plaintiff's exhibits, it

25     appears that the record was terminated on or about April the
```

1    3rd, 2025.

2         THE COURT:  Okay.  And you've represented in your

3    filing that even absent my TRO you would have reinstated

4    this plaintiff's status on SEVIS as part of the mass

5    correction effort that you guys undertook.

6         MS. GRAHAM-OLIVER:  Yes, Your Honor.

7         THE COURT:  Okay.  So there's a gap in the SEVIS

8    status because you've terminated I think on April 4th, you

9    think on April 3rd, but either way, between April 3rd or 4th

10   and April 21st.  Does the gap in SEVIS have any implications

11   for the plaintiff?

12        MS. GRAHAM-OLIVER:  Your Honor, there should not

13   be a gap in this situation.  There's no gap created by the

14   termination of the SEVIS record once it is reactivated.

15   Once the record is restored, it is set back to the same

16   place it was when the record was originally terminated.

17        THE COURT:  So you retroactively reinstated the

18   plaintiff's SEVIS record to active going back to April 4th?

19        MS. GRAHAM-OLIVER:  Yes, Your Honor.

20        THE COURT:  Okay.

21        So do you have knowledge that this plaintiff's

22   arrest that happened on April 13, 2023, and the resulting

23   charge, that was dismissed on August 11, 2023; is that

24   right?

25        MS. GRAHAM-OLIVER:  Yes, Your Honor.

1          THE COURT:  Okay.  And so being arrested and then

2     having that charge dismissed is not a violation of someone's

3     F-1 status, correct?

4          MS. GRAHAM-OLIVER:  Is not a violation of

5     someone's F-1 status?

6          THE COURT:  If a student gets arrested --

7          MS. GRAHAM-OLIVER:  Uh-huh.

8          THE COURT:  -- and then those charges are

9     dismissed, that student is not committing some violation

10     that would change their F-1 status, correct?

11          MS. GRAHAM-OLIVER:  Your Honor, it may not be a

12     violation of the student's F-1 status.  It is information

13     that was entered into the SEVIS.

14          THE COURT:  Okay.  You say me, not thee.  Are you

15     saying it's possible that, when a student gets arrested and

16     then that charge is dismissed, that somehow affects the

17     validity of their F-1 status?

18          MS. GRAHAM-OLIVER:  Your Honor, we are here to

19     discuss the termination of the SEVIS --

20          THE COURT:  Counsel, I had this with Mr. Carilli

21     two weeks ago as well.  I know why we're here, and I have

22     questions for you.  And I would like you to answer those

23     questions.

24          And you might think that my questions are not

25     relevant to the question that you think I have to decide,

1    but I get to ask the questions.  And so I want you to listen

2    to my question, and I want you to answer them because two

3    weeks ago Mr. Carilli could not answer any of my questions,

4    and I asked him to be sure that when he appeared before me

5    today he could answer my questions.  Now, he is not here

6    because the government substituted counsel.  I assume that

7    the government has conferred, and you have reviewed the

8    prior transcript and everything I have asked, and you're

9    prepared to answer my questions.

10            I asked you that when a student gets arrested and

11    those charges are dismissed, that's not some violation that

12    should change their F-1 status.

13            You said it may not.  I want you to answer that

14    question for me yes or no, and if your answer is maybe, I

15    want to understand in which circumstances do you think that

16    an arrest, when the charges were dismissed, somehow changes

17    a student's F-1 status.

18            MS. GRAHAM-OLIVER:  Your Honor, I can only --

19            THE COURT:  So let's start with the answer.  So

20    I'm going to ask you the question again, and is it yes or no

21    or maybe?

22            MS. GRAHAM-OLIVER:  Maybe.

23            THE COURT:  Okay.  So in which circumstances does

24    someone's F-1 status change because they were arrested even

25    though those charges then got dismissed?

```
 1              MS. GRAHAM-OLIVER:  Your Honor, I can't answer

 2      that question.

 3              THE COURT:  Why?

 4              MS. GRAHAM-OLIVER:  I don't know.

 5              THE COURT:  Okay.  So once again, the government's

 6      showing up here two weeks later and you cannot answer the

 7      questions because you don't know the answer to the question.

 8              MS. GRAHAM-OLIVER:  I don't know the answer to

 9      that question, Your Honor.

10              THE COURT:  Okay.

11              MS. GRAHAM-OLIVER:  I do know that --

12              THE COURT:  I don't want to know what you know.

13      I'm asking you the answer to my question, Counsel.

14              The government conducted a mass termination

15      program called the Student Criminal Alien Initiative that

16      terminated thousands of students gathered across this

17      country upending the lives of thousands of students.  You

18      showed up before me two weeks ago not able to answer my

19      questions.  Two weeks later you still can't answer them.

20              Okay.  So do you agree that this plaintiff has not

21      failed to maintain F-1 status?  I've asked you some version

22      of this question.

23              MS. GRAHAM-OLIVER:  Yes.

24              THE COURT:  And as usual the government has

25      engaged in lots of obfuscation, but to be clear, based on
```

1    the record in this case, do you acknowledge that this

2    plaintiff has not failed to maintain F-1 status?

3            MS. GRAHAM-OLIVER:  Yes, Your Honor.  That's

4    correct.

5            THE COURT:  Okay.  So when I asked you a version

6    of this question, you said based on information presently

7    known to ICE and based on ICE's understanding of the posture

8    of plaintiff's interactions with the State Department, so

9    there was a lot of hedging, but I'm hearing you saying to me

10   very clearly that this plaintiff has not failed to maintain

11   F-1 status.

12           Okay.  So based on the record in this case, does

13   the government believe that this plaintiff is -- will become

14   removable upon termination of my TRO?

15           MS. GRAHAM-OLIVER:  I don't have the answer to

16   that question, Your Honor.

17           THE COURT:  Who has the answer to these questions?

18   When did you -- when was this case transferred to you,

19   Counsel?

20           MS. GRAHAM-OLIVER:  In order to be removable,

21   there has to be steps.

22           THE COURT:  Mr. Truong, are you handling this

23   case?

24           MR. TRUONG:  I was going to see if I can consult

25   with my counsel to respond to the Court's question.

1          THE COURT:  You may have two minutes, and then

2     we're going to keep going because I have already given you

3     time to go call your witness who I asked you two weeks ago

4     to have here today.  I'm going to give you two minutes to

5     consult with counsel.

6          MR. TRUONG:  Thank you, Your Honor.

7          (Pause)

8          MS. GRAHAM-OLIVER:  Your Honor, based on what we

9     have right now, Ms. Bushireddy is not subject to removal

10    procedures.

11         THE COURT:  Okay.  Thank you, Counsel.

12         Okay.  So you ran some program that hit with the

13    NCIC database that this plaintiff had an interaction with

14    law enforcement because she was arrested, and those charges

15    were then dismissed.  You then terminated her SEVIS record.

16         You reinstated it because you guys went back and

17    looked and decided none of these people should have been

18    terminated.

19         Does the government plan on terminating this SEVIS

20    record in the future based solely on that NCIC hit that she

21    was arrested but then those charges were dismissed?

22         MS. GRAHAM-OLIVER:  Your Honor, we have a new

23    policy that was interacted --

24         THE COURT:  No, I just want to know yes or no.

25         MS. GRAHAM-OLIVER:  -- with respect to this

1    particular individual --

2         THE COURT:  I want to know yes or no with respect

3    to this individual.

4         You previously terminated her, according to your

5    declarant, because she was arrested and those charges were

6    dismissed.

7         You reinstated her because of my TRO, but you said

8    you would have reinstated her anyway because you shouldn't

9    have terminated her.  So I am asking you do you plan to

10   terminate her based on that same arrest, yes or no?

11        MS. GRAHAM-OLIVER:  Absent any new information --

12        THE COURT:  Yes, absent new information.  I'm

13   talking about that original -- that arrest that happened in

14   April 2023.  Because I have counsel here saying there's

15   irreparable harm.  You guys may walk out this door and

16   terminate her again.

17        I'm asking you, do you plan to terminate her based

18   solely on that April 2023 arrest?

19        MS. GRAHAM-OLIVER:  Your Honor, we do not plan on

20   terminating her based upon the same information again.

21        THE COURT:  Okay.  So I've looked at this new

22   policy.  My first question is, is this a final policy?

23   Because I understand based on some filings in my cases that

24   the government was representing in a different case that the

25   policy was, in fact, not final.

```
1              MS. GRAHAM-OLIVER:  As far as I know, Your Honor,
2     it is a final policy, yes.
3              THE COURT:  Okay.  So this new policy seems to
4     give ICE pretty broad discretion to modify SEVIS records,
5     and looking at it I see that it has a nonexhaustive list of
6     reasons for SEVIS termination.  It also says that the SEVP
7     has the inherent authority to maintain and update the
8     information in SEVIS and, as such, to terminate SEVIS
9     records as needed to carry out the purposes of the program.
10             What's the purpose of terminating a SEVIS record
11    based solely on, you know, a finding that someone was
12    arrested and then those charges were dismissed?
13             MS. GRAHAM-OLIVER:  Your Honor, the entire thing
14    is it's a flag in the record.  It's a flag that goes to the
15    school.  Information is provided through SEVIS to the
16    school.  That's all it is.
17             THE COURT:  And, Counsel, do you -- I assume you
18    know by now that the flags, the thousands of flags, led to
19    thousands of students across this country being kicked out
20    of school and having their OPT training terminated.  I
21    assume you know that --
22             MS. GRAHAM-OLIVER:  No, Your Honor.
23             THE COURT:  -- yes?
24             MS. GRAHAM-OLIVER:  I do not know that.  In this
25    case --
```

```
 1              THE COURT:  How many cases are you handling?

 2              MS. GRAHAM-OLIVER:  This one.

 3              THE COURT:  This is your one case.

 4         So in this case, this flag led to this -- led to

 5    consequences for this plaintiff.  Isn't that true?

 6              MS. GRAHAM-OLIVER:  There's some indication in the

 7    record that Ms. Bushireddy would not be able to continue her

 8    OPT training.  However --

 9              THE COURT:  When you say there's some indication.

10    Are you disputing that?

11              MS. GRAHAM-OLIVER:  Yes, Your Honor.

12              THE COURT:  Are you disputing that she was

13    affected by this flag?

14              MS. GRAHAM-OLIVER:  Yes, Your Honor.

15              THE COURT:  What's your version of it?  Because

16    I'll tell you, Mr. Carilli didn't two weeks ago, so I'm

17    trying to understand the government -- the basis for your

18    change in position here.

19              MS. GRAHAM-OLIVER:  So any termination of an

20    employment basis or OPT would have to come through USCIS.

21    That has not been done in this case.

22              THE COURT:  Counsel --

23              MS. GRAHAM-OLIVER:  She has not been given any --

24    as far as I know --

25              THE COURT:  I find the government's position in
```

1    these cases unacceptable and shocking.  I can't believe that

2    that's your answer.  Let's move on.

3              So the new policy says that SEVP can terminate

4    SEVIS records for several normal administrative reasons.

5    What's an example of an administrative reason for

6    terminating a SEVIS record?

7              MS. GRAHAM-OLIVER:  It would be transfer; for

8    example, if the student transfers to another school, that

9    would be one example.

10             THE COURT:  Wouldn't that be something the school

11   would update and not ICE?  I'm asking -- give me an example

12   of an administrative reason that ICE would terminate a SEVIS

13   record.

14             MS. GRAHAM-OLIVER:  It could be that the -- for

15   example, her visa, if it were a -- not a prudential

16   termination, but an immediate termination, that could be --

17             THE COURT:  What's the difference between a

18   prudential and an immediate termination?

19             MS. GRAHAM-OLIVER:  A prudential termination of a

20   visa would be travel -- termination of a travel visa; that

21   is, if a student left the United States, they would have to

22   go to a consulate to get a visa to return to the United

23   States.  But they are legitimately in the United States.  It

24   would just be that they would have to get a visa coming back

25   into the country.

1          An immediate termination would -- of a visa would

2    throw that student immediately into deportation proceedings.

3          THE COURT:  So if a student's visa is revoked,

4    either prudentially or immediately, then that would lead --

5    that's what you're calling an administrative reason for

6    terminating a SEVIS record?

7          MS. GRAHAM-OLIVER:  It could be.  It could be,

8    Your Honor, yes.

9          THE COURT:  Okay.  I asked Mr. Carilli this three

10   times two weeks ago because I'm still like pretty floored by

11   your narrative that a change in SEVIS is just a flag.  It

12   does nothing.  It has no impact whatsoever on a student's

13   nonimmigrant status here in the United States.

14          I asked him then, what is the consequence of

15   terminating someone's record in SEVIS, if it is, in fact,

16   not to modify their status?  So tell me, what is the purpose

17   of terminating a SEVIS record or flagging it, as you call

18   it, if not to modify their nonimmigrant status?

19          Because, again, despite the fact that you don't

20   know it, I have several cases before me, and my colleagues

21   have even more.  Students across this country have had their

22   OPT trainings cancelled.  They've been kicked out of school.

23   They've been told that they're no longer in a valid,

24   nonimmigrant status.  They have been fearing their

25   deportation because the government terminated all these

 1    SEVIS records.

 2            So what is the purpose of making the change that

 3    you did?  The government went off spending hours and hours

 4    and hours terminating all these records for no reason

 5    whatsoever.  What is the purpose of the SEVIS termination?

 6            MS. GRAHAM-OLIVER:  Your Honor, it could be simply

 7    to maybe follow up, do some investigation as far as what is

 8    occurring, what the information is.

 9            THE COURT:  I find that completely not credible,

10    Counsel.  We're going to move on.

11            So you're telling me there are no like automatic

12    implications.  It's just a flag to follow up.

13            The government's own website says very clearly

14    that terminating a SEVIS record causes the following:

15    Student loses all on and/or off campus employment

16    authorization.  What do you have to say about that?  That's

17    false?

18            MS. GRAHAM-OLIVER:  Your Honor, that is not

19    legally defensible, yes.

20            THE COURT:  So your government website is wrong?

21    Yes or no?

22            Don't shake your head.  Answer for the record.

23            MS. GRAHAM-OLIVER:  Yes.  Yes, Your Honor.

24            THE COURT:  So are you planning to remove that

25    from your website?  Because you've known about it for weeks

1    because plaintiff's have been citing this in my cases since

2    they filed this complaint.  Why have you taken no action to

3    take that down?

4              MS. GRAHAM-OLIVER:  I don't have the authority to

5    do that, Your Honor.

6              THE COURT:  Have you talked to the agency about

7    the statement and asked them why it's false?

8              MS. GRAHAM-OLIVER:  I have not, Your Honor.

9    they --

10             THE COURT:  Have you looked at the statement?

11   Were you aware of the statement?

12             MS. GRAHAM-OLIVER:  I was aware of the statement,

13   and they have indicated that it's not legally correct.

14             THE COURT:  What do you mean legal -- what's the

15   distinction between correct and legally correct?  Is it

16   correct or not?

17             MS. GRAHAM-OLIVER:  It would have to go through

18   US --

19             THE COURT:  Is it correct?

20             MS. GRAHAM-OLIVER:  It could be, Your Honor.

21             THE COURT:  You just told me it was not correct.

22             MS. GRAHAM-OLIVER:  It could be if, in fact, the

23   UCIS made a determination that, in fact, the individual

24   could no longer be employed in the United States, but there

25   has to be a determination by UCIS for that --

```
1              THE COURT:  Counsel, the website says that

2    terminating a SEVIS record causes the following:  Student

3    loses all on and/or off campus employment authorization.  Is

4    that correct?  Yes or no.

5              MS. GRAHAM-OLIVER:  It is not entirely correct.

6              THE COURT:  No, is it -- is it correct?  Yes or

7    no.

8              MS. GRAHAM-OLIVER:  I cannot answer yes or no to

9    that question, Your Honor.  USCIS makes that determination.

10             THE COURT:  Makes what determination?

11             MS. GRAHAM-OLIVER:  Whether or not an individual

12   -- whether or not to terminate the individual's OPT.

13             THE COURT:  Counsel, the website says that that is

14   the effect of terminating a SEVIS record.  We are in a new

15   world if the government is showing up now in court telling

16   judges that a statement that's been on your own government

17   website for I don't know how long is not correct or might

18   not be correct.

19             You told me it wasn't correct.  You told me it

20   wasn't legally correct.  Then I asked you for the

21   distinction between legally correct and correct, and you

22   said it may be correct, but your explanation for why it may

23   be correct makes no sense to me.

24             MS. GRAHAM-OLIVER:  In this case --

25             THE COURT:  How long has the statement -- no, I
```

1    don't want -- I know you want to talk about this case.  You

2    need to answer the questions I'm asking you.  That's how

3    this works.

4              How long has this statement been on the website?

5              MS. GRAHAM-OLIVER:  I don't know, Your Honor.

6              THE COURT:  When is your agency colleague getting

7    here?

8              MR. TRUONG:  Good morning, Your Honor; this is

9    John Truong.  I received a note that said that the witness

10   can be available by 11:00 by -- for both hearings, this one

11   and the next one at 11:30.

12             THE COURT:  Okay.  We'll finish with this, and

13   we'll have that witness here at 11:00.  I would like that

14   witness to tell me how long this statement has been on this

15   website and confirm his understanding that it's -- whether

16   it's correct or not correct, and then tell me why it's been

17   on the website, if it's false, and what the agency plans to

18   do about it.

19             MR. TRUONG:  Your Honor -- if I may, Your Honor,

20   can I get clarification on the website?  Is that from the

21   State Department website, Your Honor, or is that from

22   Homeland Security, Your Honor?  I just want to make sure

23   that we have the same information because --

24             THE COURT:  Counsel --

25             MS. GRAHAM-OLIVER:  State Department.

1          THE COURT:  -- this has been in all the filings.

2     There are four lawyers sitting here, at least two other

3     people out there, someone can figure this out.

4          MR. TRUONG:  Yes, Your Honor.

5          THE COURT:  Thank you.

6          All right.  Counsel, so this plaintiff's visa was

7     revoked on April the 4th.  Did that happen before or after

8     the SEVIS termination?

9          MS. GRAHAM-OLIVER:  I'm sorry, Your Honor, please

10    repeat the question.

11         THE COURT:  Sure.  I will repeat the question.

12         So according to your own filing, defendants

13    understand from conferral with the Department of State that

14    Ms. Bushireddy's F-1 visa was prudentially revoked on April

15    4, 2025, pursuant to the Immigration and Nationality Act.

16    Did this happen before or after the SEVIS termination?

17         MS. GRAHAM-OLIVER:  I believe it happened before

18    the SEVIS termination, Your Honor.

19         THE COURT:  Why was the visa revoked?

20         MS. GRAHAM-OLIVER:  Your Honor, certain -- the

21    administrative record indicates that there were certain

22    names that went to the Department of State, and those names

23    are from people who had a hit on the NCIC.

24         THE COURT:  First of all, your administrative

25    record, as much as I can read, is a couple of pages long.

1    Why was this plaintiff's visa revoked?

2            MS. GRAHAM-OLIVER:  Because her name came up on

3    the NCIC hit.

4            THE COURT:  Her visa was revoked because she was

5    arrested even though those charges were dismissed?  That's

6    why her visa was revoked?  Yes or no.

7            MS. GRAHAM-OLIVER:  That's my understanding.

8            THE COURT:  And you think it's the government's

9    position that a valid F-1 visa revocation can result from a

10   student being arrested even though those charges have been

11   revoked?  Dismissed, sorry.

12           MS. GRAHAM-OLIVER:  Your Honor, I don't know what

13   the --

14           THE COURT:  Well, you just told me that's why her

15   visa was revoked.

16           MS. GRAHAM-OLIVER:  That's my understanding.

17           THE COURT:  Was that a valid revocation or an

18   invalid revocation?

19           MS. GRAHAM-OLIVER:  I don't know.  It was a

20   prudential revocation.

21           THE COURT:  Counsel.

22           MS. GRAHAM-OLIVER:  That's all I know.

23           THE COURT:  So that this plaintiff's visa is

24   currently -- it's been revoked.  That has not been changed.

25   And you're telling me that happened because you ran this

1    search, and it showed that she had been arrested though

2    those charges had been dismissed.  You don't know whether

3    you validly or invalidly revoked her visa based on that?

4              MS. GRAHAM-OLIVER:  I do not know, but it does not

5    affect her status.

6              THE COURT:  I don't care whether it affects her

7    status.  It does affect something.  If she doesn't have a

8    valid visa, can she reenter this country if she leaves to go

9    home for a holiday?

10             MS. GRAHAM-OLIVER:  If she goes home, she can't

11   reenter without going to the consulate.

12             THE COURT:  So what do you mean it has no impact?

13             MS. GRAHAM-OLIVER:  On her immigrant status.

14             THE COURT:  This student -- so she must stay here

15   forever while she's doing her studies.  She cannot go home,

16   which she would be able to do had you not revoked her visa

17   for what seems to me to be a totally invalid reason.

18             Absent a visa revocation, couldn't she go home to

19   see her family for the holidays and come back?

20             MS. GRAHAM-OLIVER:  Your Honor, we're not

21   preventing her from going home.

22             THE COURT:  Counsel -- oh, you're not preventing

23   her from going home.  You're just telling her she can't come

24   back because you took her visa away for an invalid reason?

25             MS. GRAHAM-OLIVER:  We're not telling her that she

```
1    can't come back either.

2               THE COURT:  Counsel --

3               MS. GRAHAM-OLIVER:  She has to get another visa.

4               THE COURT:  Counsel, that is making her take

5    another step because you did an invalid revocation.  Is that

6    not right?

7               MS. GRAHAM-OLIVER:  I don't believe that's

8    correct, Your Honor.

9               THE COURT:  How is it not correct?  Let's walk

10    through this in steps.

11               You revoked her visa because your database showed

12    that she had been arrested even though the charges had

13    actually been dismissed.  Was that a valid reason to revoke

14    her visa?  Because we've established it seems to not have

15    been a valid reason to terminate her SEVIS record.

16               MS. GRAHAM-OLIVER:  It does not affect her.  All I

17    can say, Your Honor --

18               THE COURT:  I am not asking -- you're not

19    answering my questions.

20               MS. GRAHAM-OLIVER:  -- status.

21               THE COURT:  One, you cannot speak over me.  If I

22    start to speak, I'm going to ask you to stop speaking so the

23    court reporter can get this on the record.

24               MS. GRAHAM-OLIVER:  Excuse me, Your Honor.

25               THE COURT:  So we'll start again.
```

 1          You told me that this plaintiff's visa was revoked

 2    because of the hit showing that she was arrested even though

 3    those charges were dismissed.

 4          You revoked her visa because of it, and you

 5    terminated her SEVIS record.  You've now reactivated her

 6    SEVIS record acknowledging to me that you would have done

 7    that even without a TRO because you shouldn't have done it

 8    to begin with.

 9          You have not done anything to fix the visa

10    revocation, which does have an impact on this plaintiff

11    because if she leaves the country she cannot reenter without

12    another visa.  And you're here on behalf of the United

13    States telling me that's okay because we're not telling her

14    she can't leave the country, and we're not telling her she

15    can't come back.  She can go get another visa because we

16    decided to terminate thousands of students incorrectly.

17          MS. GRAHAM-OLIVER:  Your Honor --

18          THE COURT:  You can sit down, Counsel.

19          All right.  Who is arguing for plaintiff today?

20          MR. BANIAS:  Your Honor, Brad Banias for the

21    plaintiff.

22          THE COURT:  Okay.  Can you tell me what your

23    understanding is of Ms. Bushireddy's visa revocation in this

24    case.

25          MR. BANIAS:  Your Honor, it's our understanding

1    that her SEVIS was terminated on April 3rd.  The following

2    day the State Department revoked her visa, on April 4th.

3            THE COURT:  I see.  So -- sorry, let me just get

4    that right.  So you -- the SEVIS record, you think, was

5    terminated first on the 3rd, and then the visa revocation

6    happened on the 4th, according to Ms. Graham-Oliver, for the

7    same reason the SEVIS record was terminated because they

8    found that she had been arrested even though those charges

9    had been dismissed.

10           MR. BANIAS:  Yes, Your Honor, and it appears from

11   the record they submitted that ICE and State Department were

12   working hand in hand.  And so I don't know where the State

13   Department was located who was doing the revocations at the

14   behest of DHS, and so maybe they were on the same day, just

15   time zone differences, Your Honor.

16           But it's our position that, as you noted, if

17   Ms. Bushireddy leaves the country, she has to get a new

18   visa, and that means there's wait times.  And those wait

19   times have increased exponentially in the last three months

20   because of staffing issues, and so it's not a situation

21   where she can leave and get a stamping in two weeks anymore.

22           We also have serious concerns that whether she'll

23   have a fair chance of getting a visa because of the Doctrine

24   of Consular Nonreviewability.  If she goes and applies for a

25   visa, no court can review that.  And so they can say --

1    sorry, Your Honor.

2              THE COURT:  No, go ahead.

3              MR. BANIAS:  Well, I was going to say, we -- you

4    know, these are agencies working hand in hand.  We have no

5    reason to think they will give her an honest shot, and with

6    the Doctrine of Consular Nonreviewability there's literally

7    no opportunity for us to get that reviewed.

8              THE COURT:  Yes, this is a giant mess.

9              You haven't challenged the visa revocation itself,

10   have you, Counsel?

11             MR. BANIAS:  No, Your Honor, we have not.

12             THE COURT:  Why?

13             MR. BANIAS:  There's established case law that

14   says this Court does not have jurisdiction to review it.

15             THE COURT:  I see.  So the government gets to

16   revoke visas for totally invalid reasons, according to the

17   lawyer here, and there's nothing we can do about it.  So as

18   it stands, even if we have the government's assurance that

19   the SEVIS record will not be terminated, your client

20   basically can't leave the country because she will have no

21   assurance she can return.

22             MR. BANIAS:  That's correct, Your Honor.  It's --

23             THE COURT:  Wow.

24             MR. BANIAS:  It's not worth the risk for her.

25             THE COURT:  Wow.  And that's what the United

1    States is going to stand up in my courtroom and defend.

2            Counsel, I have one more question for you.  Your

3    notice of supplemental authority seems to say that the SEVIS

4    -- this new SEVIS policy is not final.  The government, at

5    least today, is telling me that their position is that it is

6    final.  So, one, why does it help your client for the new

7    SEVIS policy to not be final?

8            MR. BANIAS:  Your Honor, we are just hearing

9    different things in different courts, and that's why we

10   pointed it out.  But we think final or not, this policy --

11   it's just a description of why it's unlawful.  ICE is trying

12   to use this opportunity to expand its powers to terminate,

13   not limit them.  And I would just note, in our -- you know,

14   our main merits argument here, that the government does not

15   claim its decision was not arbitrary and capricious, the

16   justiciability argument, which is fine.

17           THE COURT:  I think they'd have a hard time with

18   that argument, Counsel.

19           MR. BANIAS:  Your Honor, I'll just note that, you

20   know, our argument is that to terminate an F-1, you have to

21   do it in compliance with the regulations.  And every bit of

22   this policy is extra regulatory, and they don't comply with

23   the limited grounds that are in the regulation that allows

24   them to do this, so we would suggest on its face this is

25   unlawful.

1          Their attempt to moor it to the statute that

2     created SEVIS is particularly unpersuasive because, if you

3     actually look at that statute, it does give ICE the ability

4     to terminate and revoke status, but only where a school

5     completely stops participating in SEVP.  And so it's ICE

6     regulating the schools, not the individual students.

7          And as Your Honor implied earlier, ICE, up until

8     this last month, has had no real active role in managing

9     SEVIS.  It's always been the schools that kind of deputize

10    these officers -- school employees to manage the system, and

11    under the current administration they've decided to take a

12    much more active role, and we would suggest this policy is

13    unlawful for the same reasons that the original termination

14    was unlawful, Your Honor.

15          THE COURT:  Well, the policy sort of post-dated

16    your complaint.

17          Here's where we are, and I -- I'm going to recess

18    in a bit and wait for the government to have their agency

19    representative show up so that I can get answers to the

20    questions I have about this overarching Student Criminal

21    Alien Initiative.

22          But where we are now is you have a motion for a

23    preliminary injunction.  The government has reactivated your

24    client on SEVIS; has represented to me that it's retroactive

25    back to the date so there's no gap in her SEVIS termination;

1    has represented to me that it will not terminate her on

2    SEVIS based on the same arrest incident.  And so in light of

3    that, I'm having a hard time figuring out what irreparable

4    harm exists for a PI.

5           My inclination is to get an expedited briefing

6    schedule in place to brief this case on the merits; give you

7    a chance to amend, if you would like to amend, based on the

8    new policy, but get a schedule in place to brief this case

9    on the merits so I can decide it as quickly as possible.

10          Tell me why that's not right.  Why do I need to

11   enter a PI given the government's representations, which I'm

12   still in a place where I'm going to believe the government's

13   representations on the record here?  And so assuming those

14   representations are correct and hold true, like why is that

15   not the proper course?

16          MR. BANIAS:  Yes, Your Honor.  In San Francisco

17   the government, ICE, testified that they did not have the

18   technological ability to make this retroactive, and so the

19   idea that there's going to be a gap seems to be something we

20   have to deal with.  That would mean --

21          THE COURT:  Hang on.  Let's just pause because

22   this attorney just told me that the reinstatement was

23   retroactive.  Is that not what you heard, or was I

24   misinterpreting?

25          MR. BANIAS:  I heard something different from

1    counsel in this Court than I did in San Francisco, Your

2    Honor.

3            THE COURT:  Okay.  Well, as I said, I am still

4    going to assume, though, when the government stands up here

5    and tells me something, that it's correct, and if I deny

6    your PI, it will be based on those representations.  And if

7    that turns out to be incorrect, we're going to have other

8    issues.

9            But assuming that counsel made accurate

10   representations today and I were to assume that they are

11   correct, right -- that there is no gap and that they are

12   promising not to terminate again based on the same arrest --

13   do you agree that that's enough to move forward to merits

14   here, and that you can't show irreparable harm?

15           MR. BANIAS:  So two points, Your Honor.

16           The two courts have addressed this issue head on.

17   One in New Hampshire.  One in Atlanta.  They've both said

18   this new policy being broader continues irreparable harm

19   because now this expansive visa revocation basis, which does

20   not distinguish between, quote, prudential and other types

21   of visa revocations, sure seems to put her right in the

22   cross hairs.  That would be a basis they can terminate not

23   related to her prior encounters with the law, and so both of

24   those courts have said that's sufficient continuing

25   irreparable harm to enter the preliminary injunction.

1          The second thing I would --

2          THE COURT:  Let's take them one at a time,

3    Counsel.

4          So if that, in fact, happens, the government

5    stands up before me today and says we're not going to

6    terminate -- we have no intention of terminating this

7    plaintiff's SEVIS record based on our prior incorrect

8    termination that was based on her arrest where charges were

9    ultimately dismissed, and then they walk out this door and

10   they go terminate her saying, well, we've got broad

11   discretion to do whatever we want, and we revoked her visa

12   based on the same incorrect reason, and so now we're going

13   to just terminate her again, that would be -- that -- I've

14   got to tell you, that would -- and we have seen a lot of

15   things that have shocked us in the past couple of months.

16   That would really shock me.

17         But I assume you can come back before me again and

18   move for emergency relief at that point based on this new

19   termination, right?

20         MR. BANIAS:  Yes, Your Honor.

21         THE COURT:  Okay.  All right.  So tell me your

22   second -- sorry.  Go ahead.

23         MR. BANIAS:  Yes.  I'm sorry, Your Honor.

24         Is that, you know, this Court does have authority

25   under Rule 65 to convert this into summary judgment.  The

1    agency has produced the, quote-unquote, record, so

2    everything's in front of this Court that it needs to issue a

3    summary judgment decision right now.  And we urge the Court

4    to do that to put an end to this because the longer it

5    progresses, the more facts change, and I feel like with this

6    new policy, if this Court invalidates or says we win at

7    summary judgment because the -- there's no basis to

8    terminate outside the regulations, that would clearly have

9    implications for this new policy.

10           And so we would urge the Court to go ahead and

11   issue summary judgment.  It has everything it needs before

12   it to do so.

13           THE COURT:  So you would ask me to decide this

14   case on the merits based on your original complaint

15   challenging the termination, and you do not want to address

16   the lawfulness or unlawfulness of this new policy at all.

17   You just want me to decide what you originally asked me to

18   decide.

19           MR. BANIAS:  Your Honor, in our renewed motion for

20   preliminary injunction, we did address the whole voluntary

21   cessation issue, which I understand is slightly different,

22   but, to your point, Your Honor.

23           THE COURT:  That is different.  I'm saying putting

24   aside -- I'm talking about the merits of this case.

25   Obviously the government came out with a new policy after

1      you filed your complaint.

2              You're saying you would want me to decide the

3      merits of your case, which challenges the original

4      termination and not this new policy, and that's all you want

5      me to decide?

6              MR. BANIAS:  Your Honor, we think that a decision

7      noting the unlawfulness of the original termination will

8      carry with it the necessary implications that the new policy

9      is also unlawful.

10             THE COURT:  Okay.  So -- and you don't want to

11     submit anything else on the merits.  You think you've put in

12     everything you want to put in, and I should -- so what I was

13     going -- you know, we're going to hear from the witness.

14     I'm going to go back and think about this a little more, but

15     assume I'm not entering a PI, I was going to ask you guys to

16     confer and figure out a way to brief this very quickly so I

17     can decide it on the merits.

18             But you're saying you don't even need to do that.

19     You've submitted everything you want to submit, and I should

20     just treat this PI briefing as a summary judgment briefing.

21             MR. BANIAS:  Your Honor, we -- with a witness

22     coming up and answering more questions, Your Honor, I would

23     be happy to do, you know, a very quick turn around on an

24     actual summary judgment motion, I just want to point out,

25     this Court has -- you know, the bare minimum, we've given

```
1    you what you need to make a decision on the merits.  But

2    with not knowing what their new witness is going to say here

3    in ten minutes, I defer to the Court, Your Honor.

4              THE COURT:  Okay.  So we're going to -- we're

5    going to recess for five minutes and come back and hear from

6    the government's witness, and then I will let you know where

7    I am on the preliminary injunction and next steps.

8              MR. BANIAS:  Thank you, Your Honor.

9              THE COURT:  Thank you, Counsel.

10             (Recess taken)

11             MS. GRAHAM-OLIVER:  Your Honor, if I may?

12             THE COURT:  Yes, Counsel.

13             MS. GRAHAM-OLIVER:  We have identified two

14   individuals, Mr. Hicks, who will be testifying about how

15   long the State Department website regarding --

16             THE COURT:  Can you speak up, Counsel.  I can't

17   hear you.

18             MS. GRAHAM-OLIVER:  Sorry.  Mr. Hicks, who will be

19   testifying regarding the State Department website --

20             THE COURT:  Okay.

21             MS. GRAHAM-OLIVER:  -- and how long that has been

22   up.

23             THE COURT:  Okay.

24             MS. GRAHAM-OLIVER:  And Mr. Hammer, who will be --

25             THE COURT:  Mr. Who?  Can you spell that.
```

```
1              MS. GRAHAM-OLIVER:  H-A-M-M-E-R.

2              THE COURT:  Okay.

3              MS. GRAHAM-OLIVER:  -- who will be testifying

4     about the Student Criminal Alien Initiative.  So --

5              THE COURT:  Okay.  And tell me their titles,

6     please, Counsel.

7              You don't know?  I can ask them.

8              MS. GRAHAM-OLIVER:  Thank you, Your Honor.

9              THE COURT:  Okay.  Are they in the waiting room?

10             THE COURTROOM DEPUTY:  They are not at this time,

11    Your Honor.

12             MS. GRAHAM-OLIVER:  They are not in the waiting

13    room as yet.

14             THE COURT:  Okay.  I thought they were going to be

15    available at 11:00, Counsel.

16             MS. GRAHAM-OLIVER:  Yes, we thought so as well.

17             THE COURT:  Where is the rest of your group?

18             MS. GRAHAM-OLIVER:  Outside making sure that they

19    are actually -- what time they will be here.  They were told

20    to be here at 11:00.  My apologies, Your Honor.

21             THE COURT:  Okay.  Can you please go find out what

22    time they're going to be here, because at this point --

23             MS. GRAHAM-OLIVER:  Yes.

24             THE COURT:  There's Mr. Truong.  Maybe he has the

25    answer.
```

```
 1              THE COURTROOM DEPUTY:  Your Honor, it appears
 2     someone just logged into the Zoom.  They're joining now.
 3              Hello, Mr. Hicks, can you hear me?  This is Nani,
 4     the courtroom deputy.
 5              (Pause)
 6              THE COURTROOM DEPUTY:  Mr. Hicks, can you hear me?
 7              MR. HICKS:  I can hear you.  Yes, Your Honor.
 8              THE COURT:  Good morning, Mr. Hicks.  Thank you
 9     for showing up on such short notice.
10              Can you just tell me your title, Mr. Hicks.
11              MR. HICKS:  Yes.  I'm the division chief over
12     external operations at the students and exchange visitor
13     program, SEVP.
14              THE COURT:  Okay.  And so do you work for ICE or
15     for the State Department?
16              MR. HICKS:  I work for ICE.  That's within ICE.
17              THE COURT:  Okay.  Thank you.
18              Ms. Graham-Oliver, you can have a seat.  You don't
19     have to stand the whole time.
20              So, Mr. Hicks, I understand you have information
21     for me about the statement on the website.  So on this
22     website it says that terminating a SEVIS record causes the
23     following:  Student loses all on and/or off campus
24     employment authorization.  How long has that statement been
25     on this government website?
```

1          MR. HICKS:  It has been on there for quite a

2    while, Your Honor.  I'm sorry, I didn't go back and see when

3    they put it on, but I believe it's been there for the last

4    probably ten years.

5          THE COURT:  Okay.  So your guess is it's been

6    there since like SEVIS got created, right?

7          MR. HICKS:  I'm not sure it's been there that long

8    because SEVIS in State came along later.  My time at SEVP

9    started in 2019.  Before that I was part of the Office of

10   the Principal Legal Advisor, and one of the portfolios I

11   oversaw was SEVP.  So I've only been familiar with SEVP

12   since 2012, and I've only been here since 2019.

13         THE COURT:  2019, okay.

14         So as long as you've been here, that statement has

15   been on the website.

16         MR. HICKS:  That's what I believe to be true, yes.

17         THE COURT:  Okay.  Thank you.

18         And so government counsel has told me today that

19   that statement is incorrect.  Is that also your belief?

20         MR. HICKS:  Just a little context in order to

21   answer that appropriately.

22         THE COURT:  Yes.

23         MR. HICKS:  So the vast majority of terminations

24   are done by schools.  For example, last year SEVP initiated

25   about six terminations.  We don't terminate very often.

```
 1                 THE COURT:  That's for 2024.

 2                 MR. HICKS:  That was 2024, correct.

 3                 THE COURT:  So six total across the country.

 4                 MR. HICKS:  About -- I haven't had enough time to

 5       check, but it's a handful, yes.  It's like a dozen or six,

 6       so that's correct.

 7                 THE COURT:  Okay.  And can I ask, what's the

 8       nature of those terminations?  What were the bases for

 9       terminating those six or 12?

10                 I'm not holding you to a number.  I take your

11       point to be it was a small number.

12                 MR. HICKS:  We typically only take action when

13       there's some kind of an emergency.  So in the last month an

14       example of this would be we got a call from a school or we

15       found out evidence that at a school a student was

16       threatening to kill a teacher; that he had guns; that he had

17       done things like this before.  And in that instance we will

18       terminate and go and immediately arrest, as we did with this

19       student, and that person's in removal proceedings.

20                 That's kind of -- that's a little bit over the

21       top, but that's when we take action.  People will threaten

22       to be disruptive, threaten violence, and we usually step in

23       then.

24                 THE COURT:  Can I --

25                 MR. HICKS:  There are other --
```

1          THE COURT:  Can I just ask one clarifying question

2     on that.  Why wouldn't the school terminate in that

3     situation?  Because I understand that the school does the

4     vast majority.  So in an emergency situation like that, why

5     does it come to you instead of the school?

6          MR. HICKS:  They may not have gotten the tip,

7     right?  So sometimes information comes to us --

8          THE COURT:  I see.

9          MR. HICKS:  -- from a tip, and we will take action

10    quickly without going through the -- let's get in touch with

11    the school official and go that way.

12         THE COURT:  Okay.  That makes sense.

13         Okay.  So you -- so the context is, like prior to

14    this most recent mass termination effort, you've only

15    terminated in a handful of cases like in emergency

16    situations.

17         MR. HICKS:  Correct.  That's when we terminate.

18         Now, the other thing that happens is we do call

19    the school if we have information that isn't sort of life-

20    threatening or violent.  We'll say, "So-and-so has been

21    arrested under this suspicion of something, you know.  Is

22    that something you want to take action, or are going to take

23    action on?"  That might be an off-campus assault, or it

24    might be something else that might get into student conduct.

25         THE COURT:  Right.

```
 1              MR. HICKS:  And so the school -- we leave that in

 2     their hands most of the time, to take that action.

 3              THE COURT:  Yes.  Okay.

 4              MR. HICKS:  And so that's why the website says

 5     what it says.  The website is meant to be external facing.

 6              THE COURT:  So --

 7              MR. HICKS:  And I know --

 8              THE COURT:  Go ahead.  Finish your answer.

 9              MR. HICKS:  Go ahead, Your Honor.

10              THE COURT:  No, you finish your answer.

11              MR. HICKS:  So the numbers I have for this year

12     from January 20, 2025, to present, there have been about

13     36,000 terminations in SEVIS, and almost all of those have

14     been done by the schools.

15              Now, with this initiative, we did about 5,500

16     ourselves, which is obviously way more than we usually do,

17     and that was part of the initiative.  But that's obviously

18     why we're here, because you're seeing the impact.  And

19     obviously with the lawsuits, we're all seeing the impact.

20              THE COURT:  So I'm trying to understand this

21     statement then.  So you're saying in an emergency case like

22     the one you described, where you make a termination because

23     a student is violent and you have very credible reasons to

24     question the safety of others on campus, you make an

25     emergency termination.  In that case the student would lose
```

 1    all on and/or after campus employment.

 2                But --

 3                MR. HICKS:  Correct, but also when the school --

 4                THE COURT:  Yes, go ahead.

 5                MR. HICKS:  Go ahead.  I'm sorry.

 6                So if -- this is a website that's external facing,

 7    so the purpose is to kind of explain what the typical

 8    situation is to the student.

 9                The typical situation is the school has taken

10    action to terminate you, and therefore they have whatever

11    evidence they have that they -- you're no longer going to be

12    a student there, and that's what would trigger the loss of

13    employment and all these other things.

14                THE COURT:  Right.

15                MR. HICKS:  So that's --

16                THE COURT:  Okay.

17                MR. HICKS:  The website addresses that.  It

18    doesn't really address the initiative that we're here about

19    today.

20                THE COURT:  So a SEVIS termination does, in fact,

21    have an impact, and this website, you know, saying a student

22    loses all on and/or off campus employment is, in fact, true

23    when SEVIS is terminated either in an emergency situation

24    like you have done a handful of times last year, for

25    example, or when a school terminates.

1          Now, we are in some new era where the government

2     is itself terminating and has mass terminated thousands of

3     students, not in an emergency situation where you do an

4     analysis on a case-by-case basis and make a record that, in

5     fact, there's a reason to terminate a status, but you've ran

6     some program, identified students who have interacted with

7     law enforcement, and went ahead and just did mass

8     terminations of, by your count, 5,500 students.  You

9     understand that it's still a termination.  You're not doing

10    some different type of termination now.  You're just doing

11    it differently, but it's still a SEVIS termination, right?

12          MR. HICKS:  Yes, we have set their SEVIS record to

13    terminated, correct.

14          THE COURT:  Okay.  So I don't hear you to be

15    saying that this statement is incorrect, which government

16    counsel told me earlier, because, in fact, a SEVIS

17    termination does, in fact, result in the student losing all

18    on and/or off campus employment, which is why schools were

19    telling students you can no longer participate in, like, off

20    campus enrollment.  You can't do your OPT because that is

21    the result of a termination.  And the fact that the

22    government decided to change how it does terminations and,

23    in fact, terminate thousands of students without doing this

24    individualized assessment that up until this year you

25    started doing, like that doesn't change the effect of a

1    SEVIS termination.

2         MR. HICKS:  I think -- I do have to provide the

3    context that, you know, the loss of employment and

4    employment authorization addresses when the school is taking

5    this action, that when the government in this initiative

6    terminated and I think the declarations that have been filed

7    with various courts that -- they weren't my declarations,

8    but I've seen it -- the SEVIS termination has been -- is in

9    an immigration status determination.  It isn't a

10   determination that was made by an immigration judge.  And so

11   there is some confusion about exactly what needs to be done

12   when the government is terminating your SEVIS status, if

13   that means it has an immediate impact or not, because what

14   the declarations have been saying is it is not a status

15   determination.

16        And if the school felt whatever the conduct was --

17   there was an individualized assessment here to the extent

18   that people -- as I understand it, that people went through

19   the NCIC database.  And if there were hits in the database,

20   they said, okay, this is a person who has a hit of some

21   sort, a criminal hit or some other hit.  And that was the

22   determination that was made in conjunction with the

23   Department of State about these revocations; that it then

24   came back to the SEVP, and there was a list, and we were

25   told to terminate the names on the list.  And it happened

1    over the course of three weeks.

2            So I think the statement obviously merits a little

3    clarification, and I would, you know -- I'd be happy to

4    address those points.  But I -- you know, it is accurate if

5    the school has taken action against you, and you're no

6    longer a student, then you have to stop working.  That was

7    what was meant to be addressed here.  It isn't -- go ahead.

8            THE COURT:  I'm not sure, based on what I've heard

9    you say, that the statement needs a clarification.  You

10   can't have a different SEVIS termination consequence if the

11   school takes action or if the government takes action.  Like

12   it's just that what's happened in this Student Criminal

13   Alien Initiative is unprecedented, and it's not something

14   the government has ever done before, and because it wasn't

15   really thought through, as far as I can tell, the government

16   didn't really consider all the consequences of it, and it

17   resulted in mass chaos across the country and upending the

18   lives of students across this country, forcing students who

19   most of them don't have the means to hire lawyers to file

20   close to 100 lawsuits simply so they can go to school.

21           I had a plaintiff before me less than two weeks

22   ago who was mistakenly arrested by the police officer for

23   breaking a traffic law.  When they went back and looked at

24   the video, they realized that he did not, in fact, break the

25   traffic law, so the Texas Department of Public Safety never

 1    even charged him with a crime.  And yet on that basis, and

 2    on that basis alone, the United States government terminated

 3    his SEVIS record.  He lost his job.  His wife is about to

 4    have a baby in two months and fears a long list of

 5    consequences.  And that, I gather, was not the intended

 6    effect of the SEVIS system, and that's the system that all

 7    of you are standing up here defending to me today, and

 8    repeatedly have defended to me in the past couple of weeks,

 9    and you've defended over courts across this country.  I find

10    it completely shocking.

11            But, Mr. Hicks, I thank you for coming on short

12    notice.  That information was very helpful.  I suspected

13    that the statement had been on the website for an incredibly

14    long time, and I thank you for your testimony.

15            I believe Mr. Hammer is here to -- is that

16    Mr. Hammer on the line?

17            MR. HUDAK:  No, Your Honor; it's Brian Hudak from

18    the U.S. Attorney's Office.

19            THE COURT:  Is Mr. Hammer showing up, Counsel?

20            MR. HUDAK:  I have not received word from ICE

21    whether Mr. Hammer is showing up or another ICE

22    representative.  ICE has not yet gotten back to me on that.

23    I am following up with them.

24            THE COURT:  Mr. Hudak -- and I understand we have

25    a change in counsel.  So you are aware -- I assume you

1    are -- I had Mr. Carilli before me on this case two weeks

2    ago.  I asked him questions about this mass termination

3    program, which I now have a name for.  He told me he did not

4    have the answers.  He then showed up before me and told me

5    he was not instructed to answer the questions.  He then

6    clarified that he was not instructed and did not have the

7    answers, and I was really clear that when I set this hearing

8    I wanted him to show up like well-prepared to answer my

9    questions or bring someone who could.

10            And then I had a change of counsel, and

11    Ms. Graham-Oliver showed up and said she could not answer

12    those questions.

13            And now I have been waiting for a witness to show

14    up.  I heard that that witness would show up at 11:00, and

15    now we have no confirmation.

16            I understand you are handling a lot of cases right

17    now, but we're here in all these cases because the

18    government took action that's having a real impact on

19    people's lives.  And I am taking the time to be here, and I

20    scheduled this hearing two weeks ago, and so I am quite

21    surprised that the government can't answer my questions and

22    can't produce someone who can.

23            MR. HUDAK:  Yes, Your Honor.  I mean, what we did

24    in preparation for this hearing is we mined both the

25    transcripts for both this hearing and the TRO hearing in

1    this case and in the next case that you had scheduled for

2    11:30.  We've compiled a list of the questions based upon

3    our mining of those transcripts as to what your questions

4    were --

5                THE COURT:  Uh-huh.

6                MR. HUDAK:  -- at those hearings, and we found

7    answers for those questions.  Ms. Graham-Oliver and Mr.

8    Truong at 11:30 are prepared to answer the questions that

9    you had on the transcripts there.

10               THE COURT:  Okay.

11               MR. HUDAK:  There are additional questions --

12               THE COURT:  Okay.  Mr. Hudak, I'm just going to --

13   I did not ask additional questions, and I actually have here

14   my notes from that hearing, which are the questions I

15   started to ask Ms. Graham-Oliver, and the very first

16   question I asked Mr. Carilli was:  Mr. Carilli, can you

17   start by telling me about the recent terminations in SEVIS

18   that appears that there's a recent mass termination by the

19   government?  How did that mass termination effort come

20   about?

21               I asked Ms. Graham-Oliver.  I said:  Well, now, I

22   know the name of that based on the three pages of your

23   administrative record.  And I said:  Tell me about this

24   Student Criminal Alien Initiative.  Tell me about that

25   program.  Tell me about how it came about.

1          And she said she could not answer that question,

2     which is why I asked for someone from the agency to be here

3     to tell me about that program.

4          MR. HUDAK:  So it's my understanding that we filed

5     notices of a supplement last night that included the *Patel*

6     transcript where Mr. Watson testified extensively about the

7     origins of the program and how it was implemented with the

8     Department of State, including linking it to the email

9     correspondence that should be in the administrative record

10    before the Court.  That's how the program came about

11    because, as Mr. Hicks said, it's an initiative that was led

12    by -- that was directed by his in coordination with the

13    State Department, and that the email correspondence plays

14    out exactly how that transpired to get to the point in time

15    where ICE terminated approximately 5,500 SEVIS records.

16          THE COURT:  So, Mr. Hudak, you're telling me you

17    filed a transcript that -- of another case.  Did your

18    attorney who filed it read the transcript such that she can

19    answer my questions?

20          MR. HUDAK:  I am fully confident that Ms. Graham-

21    Oliver, one of the deputy chiefs in our division, in the

22    civil division of the U.S. Attorney's Office, has read the

23    *Patel* transcript and is prepared to answer your questions.

24          THE COURT:  Okay.  So let's try this again because

25    she could not answer my first question and told me that

1    someone from the agency would have to answer those

2    questions.  And if you're telling me I need to go read a

3    transcript and get the answers to my questions, and that

4    someone from the government can't answer those questions

5    themselves, I find that to be unacceptable.

6         MR. HUDAK:  Well, I can certainly answer your

7    questions.

8         THE COURT:  Okay.  Let's do it then.

9         MR. HUDAK:  Mr. Hicks is also here and raising his

10   hand and has an ability to answer questions as well.

11        THE COURT:  Okay.  I'm happy to hear from whoever

12   can answer those questions.  Ms. Graham-Oliver told me

13   Mr. Hicks could answer those questions about the State

14   Department website, and Mr. Hammer would be able to answer

15   my questions about these mass terminations.  If Mr. Hicks

16   can answer them, even better.  And if you know the answers,

17   Mr. Hudak, you can answer them, too.

18        So why don't I ask them, and why don't I start

19   with Mr. Hicks since he's here from the agency.  And if he

20   doesn't know any answers to some of these questions, we can

21   move on, and then I'll turn to you, Mr. Hudak, and see if

22   you can answer those question.  And then we'll see where we

23   are, and maybe we don't need Mr. Hammer.

24        MR. HICKS:  If I could just offer one quick

25   thought, Your Honor.

1          THE COURT:  Go ahead, Mr. Hicks.

2          MR. HICKS:  I wanted to mention that in the last

3   week we've turned all these people back to active in SEVIS.

4   So you may be aware of that; you may not be --

5          THE COURT:  No, I am aware of that, and I -- I

6   mean, this plaintiff was turned back to active based on my

7   TRO, and I've got a filing saying that they would have been

8   turned back to active anyway, Mr. Hicks.  It has had a huge

9   impact on these people's lives, and it's the result of 100

10  of them having to pay attorneys and come to court just so

11  they could go to school, and time by judges across this

12  country to sit and hear these cases, and it's the result of

13  TRO after TRO after TRO because the government terminated

14  thousands of people, and based on what I've seen, without

15  actually doing any real checks into whether these people

16  should have been terminated.  So let me just go back to my

17  general questions about this.

18          So I have been calling it, before Mr. Carilli,

19  this mass termination effort because that's what it looked

20  like to me based on all the lawsuits getting filed.  I have

21  three myself.  So as I now understand, it's like the Student

22  Criminal Alien Initiative.  So tell me how this came about.

23          Ms. Graham-Oliver said some staff attorney made up

24  that name -- not attorney, I take that back -- some staff at

25  ICE made up this name, Student Criminal Alien Initiative.

1    But tell me how it came about.  What do you know about that?

2            MR. HICKS:  Your Honor, I don't know anything

3    about where that started, how that came about.

4            THE COURT:  Okay.  Mr. Hudak, do you know anything

5    about how that program came about?  Because that is the very

6    first question that I asked Mr. Carilli.

7            And I understand in preparation you guys sat down

8    and looked at the transcript to pull out my questions, but

9    that is the first question I asked him all three days that

10    he was before me two weeks ago.

11            MR. HUDAK:  And it's my understanding, Your Honor,

12    that this was an initiative that ICE undertook at the

13    direction of the HSI executive director to understand what

14    population of noncitizens that were in SEVIS had

15    interactions with law enforcement through NCIC.

16            THE COURT:  Okay.  And so.

17            MR. HUDAK:  And they compared the --

18            THE COURT:  Go ahead.

19            MR. HUDAK:  Then they compared the NCIC list with

20    the records in SEVIS and referred those matters to the

21    Department of State.

22            The State Department then did an effort to examine

23    those records, determined whether folks' visas should be

24    revoked, whether there was a request that SEVIS records

25    be terminated, and that proceeded along the lines that

1    Mr. Watson described on Pages 4 through -- 4 through 14 of

2    the *Patel* transcript.

3    　　　　THE COURT:  So this match on the NCIC system is

4    checking only whether someone had an interaction with law

5    enforcement.  It's checking that that person was arrested

6    and nothing more.

7    　　　　So in all of the cases I have had, none of these

8    law enforcement interactions actually resulted in criminal

9    convictions, so -- is that right?

10    　　　　So describe to me the criteria of this NCIC match

11    and what it is, in fact, flagging.

12    　　　　MR. HUDAK:  Sure.  So it is -- as I understand

13    NCIC, and based upon the systems of records notices that the

14    FBI publishes from CJIS, which is the component of the FBI

15    that runs NCIC and other criminal -- other databases

16    regarding interactions with criminal authorities, it's that

17    NCIC has different ways that folks can end up in there.  It

18    can be an arrest for a misdemeanor or a felony.  It can be

19    someone that it on a warrant.  It can be something involving

20    INTERPOL.  There's a lot of different ways that someone can

21    find themselves to have an NCIC record and be in that

22    system.

23    　　　　So it's my understanding what the initiative that

24    ICE did was to compare those records against the SEVIS

25    records and develop where there were commonalities.

1              THE COURT:  Okay.  And am I right that if someone

2      was arrested, and those charges were either dismissed for

3      some reason or never even brought in the first place because

4      the person should not have been arrested, like that has no

5      impact on someone's F-1 status in this country?  Because the

6      regulations, which I've spent a long time with, sort of set

7      out very clear paths via which the government can terminate

8      someone's nonimmigrant status or the student themselves

9      become in nonimmigrant status based on certain actions.

10             So am I right that an arrest on its own that may

11     have been by a mistake like I have seen does not actually

12     lead to any change in a student's nonimmigrant status?

13             MR. HUDAK:  I think the fact of the arrest I don't

14     think does.  The underlying conduct could.  And if I could

15     explain, Your Honor?

16             So the State Department, in its discretion in a

17     completely -- in a decision that is not reviewable in

18     district court under 8 USC 1201(i), has the discretion to

19     terminate a nonimmigrant, any nonimmigrant -- be it F-1, a

20     visitor, whomever -- in its discretion and have that

21     termination be with immediate effect.

22             If the State Department does so based upon conduct

23     that led to an arrest of an individual and does so with

24     immediate effect, not prudential effect -- there are

25     differences in the way that the State Department goes about

1    revoking visas of nonimmigrants who are in this country.

2    The State Department immediately revokes a visa under 8 USC

3    1227(a)(1)(B).  That noncitizen is subject to immediate --

4    to be put immediately into removal proceedings, to be issued

5    a notice to appear before an immigration judge for

6    removability.  That is the process.

7            So when you say the arrest in and of itself, I

8    think what is correct, to the best of my understanding, is

9    that the arrest, that event, is not the triggering event

10   necessarily.  But obviously the State Department has

11   discretion under 1201(i) to take that into consideration in

12   conjunction with the events leading up to the arrest to make

13   a decision on whether or not to terminate someone's visa

14   with immediate effect.  And that would have effects,

15   potentially, on someone's ability to remain in this country

16   lawfully and be put under removal proceedings.

17           Now, 1201(i) says, even though it's not reviewable

18   in district court, if it's the only basis for removability,

19   that that decision is subject to review in immigration

20   courts, so before an immigration judge or the board of

21   immigration appeals or ultimately through the petition for

22   review process to a U.S. Court of Appeals.  So there's

23   judicial oversight of that process as well.

24           But I want to be very clear that there is still --

25   if someone gets picked up, for example, and is accused but

1   not yet convicted of a crime, and the State Department

2   believes that the facts underlying that, including that the

3   probable cause that led to the arrest is a sufficient basis

4   to immediately revoke a nonimmigrant's visa, that is a

5   potential way that they get put into removal proceedings and

6   can be removed from the country.

7         THE COURT:  Okay.  And so you send the list to the

8   State Department.  So if the State Department decides to

9   revoke a visa for reasons that would not lead to a change in

10   their immigration status on its own, for example, the

11   provision saying if you're, you know, criminally convicted

12   of a crime of violence punishable by more than one year,

13   right, you're no longer in valid status.

14         But putting -- if it's not that, if it's an

15   arrest, the State Department then says, "I see you've been

16   arrested.  I'm going to revoke your visa."  Then is a visa

17   revocation a valid basis to terminate the SEVIS record in

18   the way things have been playing out?  Like are you looking

19   to the visa revocation?  Are you looking to the visa

20   revocation as the reason to terminate the SEVIS record, or

21   are you terminating the SEVIS record based on the arrest?

22         MR. HUDAK:  So the way this played out, as I

23   understand it, is that the State Department came back and

24   there were certain folks that they -- and really, if I could

25   line it up with three buckets of kind of nonimmigrants and

1     their interactions with the State Department first.

2          So the State Department can revoke a visa with

3     immediate effect.

4          They can prudentially revoke a visa, and what that

5     means, the best as I understand it, is that the visa is

6     revoked when that noncitizen departs the country such that

7     they cannot return on that visa to seek admission at a port

8     of entry.  If it's prudentially revoked, it just is -- it's

9     good to leave, but it's not good to ever come back, so they

10    would need to go to a consular official again to get a

11    different visa or get another visa to seek admission into

12    the country.  So that's -- there's immediate revocation,

13    prudential revocation, and then visa expiration.  And then

14    visa expiration, depending on the type, is not coincident to

15    your status, immigration status, nonimmigration status in

16    the United States.

17         The F-1 category, most students are admitted to

18    the United States by CVP for the duration of their studies,

19    but that visa, the thing that goes in the passport and has

20    an expiration date on it, that expires in a relatively short

21    period of time.  Usually you have 90 or 120 days to travel

22    on your visa.  But most students come here -- and that

23    period can differ.  It will depend on the type of visa as

24    far as how long that visa is in effect for.

25         Oftentimes students will come here and stay here.

1    And their visa will expire by its normal course, but they're

2    still in status in the United States and attending school.

3              So those are the three buckets you have of the

4    folks that had SEVIS records terminated as I -- to the best

5    of my understanding.  There were those that were immediately

6    revoked, those that were prudentially revoked, and those

7    that had expired visas, expired F-1 visas.

8              So it was not as -- to the best of my knowledge,

9    it was not key -- the SEVIS termination requests were not

10   key to visa revocation with immediate effect.  It would --

11   the noncitizens fell into one of those three buckets; either

12   immediate revocation, prudential revocation, or the

13   expiration --

14             THE COURT:  So which ones led to SEVIS

15   terminations?  All three, or one or two of those three?

16             MR. HUDAK:  All three.  So, I mean, it's my

17   understanding that the State Department had different lists

18   for each of those types and put a request to ICE to

19   terminate the SEVIS records in its discretion.

20             THE COURT:  From all three.

21             MR. HUDAK:  Yes, basically -- they scrubbed the

22   list.  They tried to -- as Mr. Watson testified in *Patel*,

23   there was a John Smith on the list.  They tried to make sure

24   it was the right John Smith so they weren't misaligning the

25   records from NCIC and SEVIS.  But there are folks in these

1    cases that have had visa terminations for both prudential

2    revocations and where their visa had expired.

3              THE COURT:  Yes.  So I'm not sure -- I understand

4    the three buckets, and it's helpful to understand how they

5    revoke visas, but given that in all cases it led to SEVIS

6    terminations, that's what I'm trying to understand how this

7    process worked, this Student Criminal Alien Initiative.

8              You ran the list against NCIC.  It showed anyone

9    who had any interaction with law enforcement.  You then sent

10   that to the State Department who has the discretion to

11   terminate people for whatever reason it wants.  It

12   terminated visas in three different buckets.  And in all

13   cases where it terminated visas, it revoked the visas, it

14   sent those lists back to ICE, and ICE then terminated those

15   students' visa status; is that right?

16             MR. HUDAK:  So, again, I want to be very -- no,

17   and I just want to make sure.  So there were individuals

18   whose SEVIS -- whose visa had expired whose SEVIS records

19   were terminated.  So it was not --

20             THE COURT:  But it went -- can I just --

21             MR. HUDAK:  Yes.

22             THE COURT:  So that's before it went to the State

23   Department for the State Department to tell you whose visa

24   had been revoked?

25             MR. HUDAK:  Correct.  So, again, if I'm a -- let's

1    say I'm like a grad student, and I --

2            THE COURT:  No, I understand.  I just want to walk

3    through and understand how this works.  Stop me when you

4    think I'm wrong.

5            ICE ran these lists against the NCIC.  It

6    generated a long list.  How long was that list?

7            MR. HUDAK:  Mr. Watson, who just joined us,

8    probably has the number handy.  I believe it is -- I think

9    it was 6,400 names.  Is that correct, Mr. Watson?

10            THE COURT:  Why don't we turn to Mr. Watson since

11    he's here.  Thank you, Mr. Hudak.

12            Mr. Watson, thank you for coming.

13            MR. WATSON:  Good morning, Your Honor.

14            THE COURT:  Thank you, and thank you for joining

15    on short notice.  I'm not going to swear you in.  I'm just

16    looking for some answers to my questions that I am hoping

17    you can provide.

18            So I am trying to understand the Student Criminal

19    Alien Initiative, and I will start back at the beginning.

20    Tell me what you know about how this mass termination

21    effort, which is called in this email the Student Criminal

22    Alien Initiative, how did it come about?

23            MR. WATSON:  So, Your Honor, this initiative came

24    about following an examination of the executive order

25    regarding anti-semitism activities in the United States.

1          THE COURT:  Oh.

2          MR. WATSON:  So we went from noncitizen aliens

3    that were within the scope of the executive order on anti-

4    semitism, and we shifted from that focus then to F-1 and M-1

5    students that were currently studying in the United States.

6    And the question was with this population of students how

7    many of them have derogatory information known.

8          So the requirement was for us to run that

9    population of students through NCIC, and we did so.  So the

10   rough order of magnitude for that population was just under

11   1.3 million F and M visa holders.  And from that population

12   run, Your Honor, we came up with about 16,000 records that

13   showed a positive result in NCIC.

14         And from that 16,000, my division was responsible

15   then for checking the data against the actual records.  And

16   from those checks of the 16,000, the population went down to

17   about 13,900.  And then from that population, we then

18   brought it down to 6,400 individuals that had a positive

19   NCIC record or an encounter with law enforcement officers.

20         From that 6,000 --

21         THE COURT:  Okay.

22         MR. WATSON:  Yes, ma'am, I'm sorry.

23         THE COURT:  Actually, finish with the numbers, and

24   then I'll go to my questions.

25         MR. WATSON:  Yes, ma'am.  So with that 6,400,

1    ma'am, we generated lists, and the lists were generated

2    based on what I'll call productivity in the day.

3         So we didn't do one list for the entire 6,400.  As

4    our contract staff went through the list and compared the

5    records against the SEVIS records and the identities, when

6    we had a confirmed match, we then categorized that

7    information on spreadsheets, and those spreadsheets were

8    provided to the Department of State Bureau of Consular

9    Affairs for action as deemed appropriate.

10        So --

11        THE COURT:  Okay.  Let's stop there, then, with

12   where you send stuff to the State Department.  Let me

13   understand your process.

14        So 1.3 million visa holders.  You matched that

15   against this NCIC list, and that came -- you came up with

16   16,000 records.  And then what kind of checks are your staff

17   doing with that 16,000?  Like how did you get the 16,000

18   down to 13,900, and then what additional checks are you

19   doing to get it down to 6,400?

20        MR. WATSON:  So the checks that were done on the

21   16,000 were to match the names and any PII, personally

22   identifiable information.  So there were instances where

23   there were not name matches due to misspellings in names or

24   due to misspellings in the NCIC records.  So our contract

25   staff is responsible for matching the NCIC record and the

1    person lists therein against the SEVIS record and the person

2    therein.

3            So if we had a positive match on a name and a date

4    of birth, then the second part to it was to see what the

5    NCIC record had in terms of an arrest encounter.  So if we

6    could see that there was an arrest based on an encounter

7    with the law enforcement officer whereby this student was

8    charged, the question was then what was the charge?

9            So we would check the NCIC record to see what was

10   entered by the arresting agency.  So it could be a charge

11   like shoplifting.  It could be a DUI.  Whatever charge we

12   saw applicable to that student we then put in a spreadsheet.

13           We also looked at whether or not there was a

14   disposition on the charge, whether or not it was a

15   conviction, whether or not it was unknown, whether or not it

16   was either dismissed or nolle prosse'd.  All of that

17   information, when it was available, was categorized on the

18   spreadsheet so that anyone seeing the spreadsheet would know

19   we have a match, this is the charge and, if the disposition

20   was known, what the disposition was.

21           My staff even went one step further internally to

22   color-code the individuals to show if there was a

23   disposition versus one that required additional

24   investigation versus one that did not have a disposition,

25   meaning dismissed or nolle prosse'd that was actionable.

1          THE COURT:  So why, if someone is arrested like

2     one of my plaintiffs -- I'm not making this up.  If someone

3     was arrested for violating a traffic law, the officer went

4     back, looked at the video, found out that that person, in

5     fact, did not violate the traffic law, it was a mistake so

6     thus never brought charges, so you're going to look that

7     person up.  It says arrested, no charges ever brought, and

8     that person stays on your list for potential termination

9     even though that person was mistakenly arrested or at least

10    it's clear to you from looking at NCIC that that person

11    never had had charges brought against them?

12         MR. WATSON:  So, ma'am, that wasn't a mass list of

13    terminations.  It was a list of referrals for State

14    Department consideration.  That's what the list was for, and

15    that's what we provided to the Department of State.

16         THE COURT:  Got it.  So you guys generated -- let

17    me ask my question again.

18         So you guys generated a list not for termination,

19    just to identify people who had any law enforcement

20    interactions, and those law enforcement interactions would

21    not actually lead to a termination of someone's F-1 status.

22    But you generate that list, and then you refer it to the

23    State Department because they've got a lot of discretion to

24    revoke visas, and then they decide what they're going to do.

25    Visas get revoked, and it comes back to you, and then you

1    terminate the SEVIS record, thus essentially like

2    terminating these people's F-1 status.

3            That was this Student Criminal Alien Initiative in

4    furtherance of the President's -- okay.

5            MR. WATSON:  The list that we generated -- I'm

6    sorry, Your Honor.  Forgive me.  I didn't mean to overspeak.

7            THE COURT:  No, go ahead.  You can finish.

8            MR. WATSON:  The list that we generated for State

9    Department consideration were those students that had a

10   record of a positive interaction with law enforcement.  It

11   was referred to the Department of State for their

12   consideration as it relates to their visa.

13           The results that were returned back to us by the

14   Department of State as to whether or not they either revoked

15   the visa or the visa had expired, okay, was then given to

16   us.  And based on the existence of derogatory information

17   and the request from the Department of State, the records

18   were terminated.

19           THE COURT:  Okay.  I now have a very clear

20   understanding of how this Student Criminal Alien Initiative

21   happened, and I thank you for answering those questions,

22   Mr. Watson.

23           Let me ask you a question I've been asking for a

24   long time.  The government's position, which the plaintiffs

25   clearly don't find credible, is that a SEVIS termination has

1    no impact whatsoever on a student's F-1 status here.  What

2    is the purpose of a SEVIS termination if it has no impact

3    whatsoever on students' F-1 status?

4         MR. WATSON:  It serves as a red flag and could

5    lead to further investigation by those having access to

6    SEVIS, and that includes academic institutions.

7         THE COURT:  And based on what you've seen,

8    academic institutions have, in fact, taken action based on

9    SEVIS terminations, kicking students out of classes,

10   terminating their OPT training programs, telling them they

11   can't -- they can no longer go to work, correct?

12        MR. WATSON:  Ma'am, I don't have that level of

13   granularity as it relates to those outcomes.

14        THE COURT:  Okay.  Thank you.

15        Let me ask you.  So everyone you got back from the

16   State Department having their visa revoked, you did the

17   SEVIS termination based solely on the revocation of the visa

18   or based on, as you call it, derogatory information in that

19   person's file, or both?

20        MR. WATSON:  Both.  But if the State Department

21   also requested the termination, we executed on that.

22        THE COURT:  So of the 6,000 people or so that went

23   over to the State Department, how many requests for SEVIS

24   terminations did you get back?

25        MR. WATSON:  I can't give you an exact number on

1    the request of terminations, but I can tell you that the

2    revocations were in excess of 3,200.

3          THE COURT:  Okay.  And did you only terminate

4    records where the State Department requested that you do so,

5    or did you also terminate records based on the derogatory

6    information you found in the NCIC system?

7          MR. WATSON:  Your Honor, we terminated records

8    that had visas revoked or at the recommendation of the

9    Department of State.  And that rough order of magnitude was

10    over 5,500 records that were terminated prior to the

11    issuance of TROs.

12          THE COURT:  So you did not terminate any records

13    based on your own assessment.  All of the terminations were

14    done based on either a request or a recommendation from the

15    Department of State.

16          MR. WATSON:  I know that the records that were

17    terminated were done under those two parameters.  I cannot

18    speak to anything outside of that, ma'am.

19          THE COURT:  Okay.  You are not aware of any

20    terminations that occurred in cases other than where the

21    State Department either revoked a visa or recommended

22    termination.

23          MR. WATSON:  That is correct, Your Honor.  I'm not

24    aware of anything beyond that.

25          THE COURT:  Okay.  Thank you, Mr. Watson.  I

```
 1    appreciate you being here today.
 2              MR. WATSON:  You're welcome, Your Honor.
 3              THE COURT:  Okay.  Counsel, since we are well
 4    behind, we are going to adjourn in this case.  I am going to
 5    ask my courtroom deputy to call the next case on the
 6    calendar.  I will enter an order in this case later this
 7    afternoon.
 8              MS. GRAHAM-OLIVER:  Thank you, Your Honor.
 9              MR. BANIAS:  Thank you, Your Honor.
10              MR. HUDAK:  Your Honor, one question, if I may?
11              THE COURT:  Who is speaking?
12              MR. HUDAK:  This is Brian Hudak from the U.S.
13    Attorney's Office.
14              THE COURT:  Yes, Mr. Hudak.
15              MR. HUDAK:  Do you require Mr. Hicks and
16    Mr. Watson to stay on the line and be available for the next
17    hearing?
18              THE COURT:  No.  I am going to assume that all of
19    their answers would be the same in this hearing, so I don't
20    need them to stay.  Thank you for checking.
21              MR. HUDAK:  Great.  Thank you, Your Honor.
22              THE COURT:  And thank you, Mr. Hicks, as well for
23    being here.
24                    (Whereupon the hearing was.
25                     adjourned at 11:58 a.m.)
```

1 <u>**CERTIFICATE OF OFFICIAL COURT REPORTER**</u>

2

3          I, LISA A. MOREIRA, RDR, CRR, do hereby

4   certify that the above and foregoing constitutes a true and

5   accurate transcript of my stenographic notes and is a full,

6   true and complete transcript of the proceedings to the best

7   of my ability.

8       Dated this 5th day of May, 2025.

9

10                                <u>/s/Lisa A. Moreira, RDR, CRR</u>
                                 Official Court Reporter
11                               United States Courthouse
                                 Room 6718
12                               333 Constitution Avenue, NW
13                               Washington, DC 20001

14

15

16

17

18

19

20

21

22

23

24

25

1    <u>**CERTIFICATE OF OFFICIAL COURT REPORTER**</u>

2            I, LISA A. MOREIRA, RDR, CRR, do hereby
    certify that the above and foregoing constitutes a true and
3    accurate transcript of my stenographic notes and is a full,
    true and complete transcript of the proceedings to the best
4    of my ability.
        Dated this ^  day of ^ , 2025.

5

6

7                                <u>/s/Lisa A. Moreira, RDR, CRR</u>
                                Official Court Reporter
8                                United States Courthouse
                                Room 6718
9                                333 Constitution Avenue, NW
                                Washington, DC 20001

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## /

**/s/Lisa** [2] - 70:10, 71:7

## 1

**1.3** [2] - 62:11, 63:14
**100** [2] - 46:20, 52:9
**10333** [1] - 1:16
**1050** [1] - 1:16
**10:04** [1] - 1:5
**11** [1] - 7:23
**11:00** [5] - 21:10, 21:13, 37:15, 37:20, 48:14
**11:30** [4] - 4:13, 21:11, 49:2, 49:8
**11:58** [1] - 69:25
**12** [1] - 40:9
**120** [1] - 58:21
**1201(i** [3] - 55:18, 56:11, 56:17
**1227(a)(1)(B)** [1] - 56:3
**13** [1] - 7:22
**13,900** [2] - 62:17, 63:18
**14** [1] - 54:1
**16,000** [7] - 62:12, 62:14, 62:16, 63:16, 63:17, 63:21
**1:25-cv-01102-SLS** [1] - 1:3

## 2

**20** [1] - 42:12
**20001** [3] - 1:25, 70:13, 71:9
**2012** [1] - 39:12
**2019** [3] - 39:9, 39:12, 39:13
**202** [2] - 1:21, 1:25
**2023** [4] - 7:22, 7:23, 13:14, 13:18
**2024** [2] - 40:1, 40:2
**2025** [7] - 1:4, 6:16, 7:1, 22:15, 42:12, 70:8, 71:4
**20530** [1] - 1:20
**21** [1] - 6:16
**21st** [4] - 6:5, 6:17, 6:18, 7:10
**22** [1] - 6:14
**25-1102** [1] - 2:3
**252-2520** [1] - 1:21
**25th** [3] - 6:8, 6:9, 6:17
**29403** [1] - 1:13

## 3

**3,200** [1] - 68:2
**333** [3] - 1:24, 70:12, 71:9
**352-4272** [1] - 1:13
**354-3187** [1] - 1:25
**36,000** [1] - 42:13
**3rd** [5] - 7:1, 7:9, 27:1, 27:5

## 4

**4** [3] - 22:15, 54:1
**429-4793** [1] - 1:17
**4th** [6] - 7:8, 7:9, 7:18, 22:7, 27:2, 27:6

## 5

**5** [1] - 1:4
**5,500** [4] - 42:15, 44:8, 50:15, 68:10
**555** [1] - 1:20
**5th** [1] - 70:8

## 6

**6,000** [2] - 62:20, 67:22
**6,400** [5] - 61:9, 62:18, 62:25, 63:3, 63:19
**602** [1] - 1:12
**65** [1] - 33:25
**6718** [3] - 1:24, 70:12, 71:8

## 7

**713** [1] - 1:17
**77042** [1] - 1:16

## 8

**8** [2] - 55:18, 56:2
**843** [1] - 1:13

## 9

**90** [1] - 58:21

## A

**a.m** [2] - 1:5, 69:25
**ability** [6] - 30:3, 31:18, 51:10, 56:15, 70:7, 71:4
**able** [4] - 10:18, 15:7, 24:16, 51:14
**absent** [4] - 7:3, 13:11, 13:12, 24:18
**academic** [2] - 67:6, 67:8

**access** [1] - 67:5
**according** [5] - 6:23, 13:4, 22:12, 27:6, 28:16
**accurate** [4] - 32:9, 46:4, 70:5, 71:3
**accused** [1] - 56:25
**acknowledge** [1] - 11:1
**acknowledging** [1] - 26:6
**Act** [1] - 22:15
**action** [15] - 19:2, 40:12, 40:21, 41:9, 41:22, 41:23, 42:2, 43:10, 45:5, 46:5, 46:11, 48:18, 63:9, 67:8
**actionable** [1] - 64:25
**actions** [1] - 55:9
**active** [7] - 7:18, 30:8, 30:12, 52:3, 52:6, 52:8
**activities** [1] - 61:25
**actual** [2] - 35:24, 62:15
**additional** [4] - 49:11, 49:13, 63:18, 64:23
**address** [4] - 34:15, 34:20, 43:18, 46:4
**addressed** [2] - 32:16, 46:7
**addresses** [2] - 43:17, 45:4
**adjourn** [1] - 69:4
**adjourned** [1] - 69:25
**administration** [1] - 30:11
**administrative** [9] - 3:2, 16:4, 16:5, 16:12, 17:5, 22:21, 22:24, 49:23, 50:9
**admission** [2] - 58:7, 58:11
**admitted** [1] - 58:17
**Advisor** [1] - 39:10
**Affairs** [1] - 63:9
**affect** [3] - 24:5, 24:7, 25:16
**affected** [1] - 15:13
**affects** [2] - 8:16, 24:6
**afternoon** [1] - 69:7
**agencies** [1] - 28:4
**agency** [13] - 3:20, 5:3, 5:8, 5:12, 19:6, 21:6, 21:17, 30:18, 34:1, 50:2, 51:1, 51:19, 64:10
**ago** [11] - 4:15, 8:21, 9:3, 10:18, 12:3,

15:16, 17:10, 46:22, 48:2, 48:20, 53:10
**agree** [2] - 10:20, 32:13
**ahead** [12] - 28:2, 33:22, 34:10, 42:8, 42:9, 43:4, 43:5, 44:7, 46:7, 52:1, 53:18, 66:7
**Alien** [15] - 3:3, 3:6, 5:7, 10:15, 30:21, 37:4, 46:13, 49:24, 52:22, 52:25, 60:7, 61:19, 61:22, 66:3, 66:20
**aliens** [1] - 62:2
**allows** [1] - 29:23
**almost** [1] - 42:13
**alone** [1] - 47:2
**amend** [2] - 31:7
**analysis** [1] - 44:4
**answer** [53] - 3:16, 3:17, 4:1, 4:2, 4:15, 4:21, 5:6, 5:8, 5:10, 8:22, 9:2, 9:3, 9:5, 9:9, 9:13, 9:14, 9:19, 10:1, 10:6, 10:7, 10:8, 10:13, 10:18, 10:19, 11:15, 11:17, 16:2, 18:22, 20:8, 21:2, 37:25, 39:21, 42:8, 42:10, 48:5, 48:8, 48:11, 48:21, 49:8, 50:1, 50:19, 50:23, 50:25, 51:1, 51:4, 51:6, 51:10, 51:12, 51:13, 51:14, 51:16, 51:17, 51:22
**answering** [3] - 25:19, 35:22, 66:21
**answers** [10] - 4:5, 30:19, 48:4, 48:7, 49:7, 51:3, 51:16, 51:20, 61:16, 69:19
**anti** [2] - 61:25, 62:3
**anti-semitism** [1] - 61:25
**anyway** [2] - 13:8, 52:8
**apologies** [1] - 37:20
**appeals** [1] - 56:21
**Appeals** [1] - 56:22
**appear** [2] - 5:3, 56:5
**APPEARANCES** [1] - 1:11
**appeared** [1] - 9:4
**applicable** [1] - 64:12
**applies** [1] - 27:24
**appreciate** [1] - 69:1
**appropriate** [1] - 63:9

**appropriately** [1] - 39:21
**April** [17] - 6:5, 6:8, 6:9, 6:16, 6:25, 7:8, 7:9, 7:10, 7:18, 7:22, 13:14, 13:18, 22:7, 22:14, 27:1, 27:2
**arbitrary** [1] - 29:15
**arguing** [1] - 26:19
**argument** [4] - 29:14, 29:16, 29:18, 29:20
**arrest** [21] - 7:22, 9:16, 13:10, 13:13, 13:18, 31:2, 32:12, 33:8, 40:18, 54:18, 55:10, 55:13, 55:23, 56:7, 56:9, 56:12, 57:3, 57:15, 57:21, 64:5, 64:6
**arrested** [25] - 8:1, 8:6, 8:15, 9:10, 9:24, 12:14, 12:21, 13:5, 14:12, 23:5, 23:10, 24:1, 25:12, 26:2, 27:8, 41:21, 46:22, 54:5, 55:2, 55:4, 57:16, 65:1, 65:3, 65:7, 65:9
**arresting** [1] - 64:10
**aside** [1] - 34:24
**assault** [1] - 41:23
**assessment** [3] - 44:24, 45:17, 68:13
**assume** [6] - 3:23, 5:18, 9:6, 14:17, 14:21, 32:4, 32:10, 33:17, 35:15, 47:25, 69:18
**assuming** [2] - 31:13, 32:9
**assurance** [2] - 28:18, 28:21
**Atlanta** [1] - 32:17
**attempt** [1] - 30:1
**attending** [1] - 59:2
**attorney** [4] - 31:22, 50:18, 52:23, 52:24
**Attorney's** [3] - 47:18, 50:22, 69:13
**ATTORNEY'S** [1] - 1:19
**attorneys** [1] - 52:10
**August** [1] - 7:23
**authorities** [1] - 54:16
**authority** [4] - 14:7, 19:4, 29:3, 33:24
**authorization** [4] - 18:16, 20:3, 38:24, 45:4
**automatic** [1] - 18:11

**available** [4] - 21:10, 37:15, 64:17, 69:16
**Avenue** [5] - 1:12, 1:16, 1:24, 70:12, 71:9
**aware** [7] - 19:11, 19:12, 47:25, 52:4, 52:5, 68:19, 68:24

## B

**baby** [1] - 47:4
**BANIAS** [23] - 1:11, 1:12, 2:6, 26:20, 26:25, 27:10, 28:3, 28:11, 28:13, 28:22, 28:24, 29:8, 29:19, 31:16, 31:25, 32:15, 33:20, 33:23, 34:19, 35:6, 35:21, 36:8, 69:9
**Banias** [2] - 2:7, 26:20
**bare** [1] - 35:25
**based** [42] - 6:4, 10:25, 11:6, 11:7, 11:12, 12:8, 12:20, 13:10, 13:17, 13:20, 13:23, 14:11, 24:3, 31:2, 31:7, 32:6, 32:12, 33:7, 33:8, 33:12, 33:18, 34:14, 46:8, 49:2, 49:22, 52:6, 52:14, 52:20, 54:13, 55:9, 55:22, 57:21, 63:2, 64:6, 66:16, 67:7, 67:8, 67:17, 67:18, 68:5, 68:13, 68:14
**bases** [1] - 40:8
**basis** [1] - 15:17, 15:20, 32:19, 32:22, 34:7, 44:4, 47:1, 47:2, 56:18, 57:3, 57:17
**because..** [1] - 6:12
**become** [2] - 11:13, 55:9
**BEFORE** [1] - 1:9
**begin** [1] - 26:8
**beginning** [1] - 61:19
**behalf** [2] - 2:11, 26:12
**behest** [1] - 27:14
**behind** [1] - 69:4
**belief** [1] - 39:19
**believes** [1] - 57:2
**best** [6] - 56:8, 58:5, 59:4, 59:8, 70:6, 71:3
**better** [1] - 51:16
**between** [5] - 7:9,

16:17, 19:15, 20:21, 32:20
**beyond** [1] - 68:24
**birth** [1] - 64:4
**bit** [3] - 29:21, 30:18, 40:20
**board** [1] - 56:20
**Brad** [2] - 2:7, 26:20
**brad@baniaslaw. com** [1] - 1:14
**BRADLEY** [1] - 1:11
**break** [1] - 46:24
**breaking** [1] - 46:23
**Brian** [2] - 47:17, 69:12
**brief** [3] - 31:6, 31:8, 35:16
**briefed** [1] - 3:23
**briefing** [3] - 31:5, 35:20
**bring** [2] - 4:1, 48:9
**broad** [2] - 14:4, 33:10
**broader** [1] - 32:18
**brought** [5] - 55:3, 62:18, 65:6, 65:7, 65:11
**Brown** [1] - 2:7
**BROWN** [2] - 1:15, 1:15
**BRUCE** [1] - 1:11
**buckets** [5] - 57:25, 59:3, 59:11, 60:4, 60:12
**bunch** [1] - 2:18
**Bureau** [1] - 63:8
**BUSHIREDDY** [1] - 1:2
**Bushireddy** [4] - 2:3, 12:9, 15:7, 27:17
**Bushireddy's** [2] - 22:14, 26:23

## C

**CA** [1] - 1:3
**calendar** [1] - 69:6
**campus** [9] - 18:15, 20:3, 38:23, 41:23, 42:24, 43:1, 43:22, 44:18, 44:20
**cancelled** [1] - 17:22
**cannot** [7] - 10:6, 20:8, 24:15, 25:21, 26:11, 58:7, 68:17
**capricious** [1] - 29:15
**care** [1] - 24:6
**Carilli** [10] - 3:23, 8:20, 9:3, 15:16, 17:9, 48:1, 49:16, 52:18, 53:6
**carry** [2] - 14:9, 35:8

**case** [32] - 2:24, 3:5, 6:2, 11:1, 11:12, 11:18, 11:23, 13:24, 14:25, 15:3, 15:4, 15:21, 20:24, 21:1, 26:24, 28:13, 31:6, 31:8, 34:14, 34:24, 35:3, 42:21, 42:25, 44:4, 48:1, 49:1, 50:17, 69:4, 69:5, 69:6
**case-by-case** [1] - 44:4
**cases** [14] - 13:23, 15:1, 16:1, 17:20, 19:1, 41:15, 48:16, 48:17, 52:12, 54:7, 60:1, 60:5, 60:13, 68:20
**categorized** [2] - 63:6, 64:17
**category** [1] - 58:17
**causes** [3] - 18:14, 20:2, 38:22
**certain** [4] - 22:20, 22:21, 55:9, 57:24
**certainly** [1] - 51:6
**CERTIFICATE** [2] - 70:1, 71:1
**certify** [2] - 70:4, 71:2
**cessation** [1] - 34:21
**challenged** [1] - 28:9
**challenges** [1] - 35:3
**challenging** [1] - 34:15
**chance** [2] - 27:23, 31:7
**change** [8] - 8:10, 9:12, 9:24, 15:18, 17:11, 18:2, 34:5, 44:22, 44:25, 47:25, 48:10, 55:12, 57:9
**changed** [1] - 23:24
**changes** [1] - 9:16
**chaos** [1] - 46:17
**charge** [8] - 7:23, 8:2, 8:16, 64:8, 64:10, 64:11, 64:14, 64:19
**charged** [2] - 47:1, 64:8
**charges** [19] - 8:8, 9:11, 9:16, 9:25, 12:14, 12:21, 13:5, 14:12, 23:5, 23:10, 24:2, 25:12, 26:3, 27:8, 33:8, 55:2, 65:6, 65:7, 65:11
**Charleston** [1] - 1:13
**check** [2] - 40:5, 64:9
**checking** [4] - 54:4,

54:5, 62:15, 69:20
**checks** [5] - 52:15, 62:16, 63:16, 63:18, 63:20
**chief** [2] - 5:2, 38:11
**chiefs** [1] - 50:21
**circumstances** [2] - 9:15, 9:23
**citing** [1] - 19:1
**Civil** [1] - 2:2
**civil** [2] - 5:2, 50:22
**CJIS** [1] - 54:14
**claim** [1] - 29:15
**clarification** [3] - 21:20, 46:3, 46:9
**clarified** [1] - 48:6
**clarifying** [1] - 41:1
**classes** [1] - 67:9
**clear** [6] - 10:25, 48:7, 55:7, 56:24, 65:10, 66:19
**clearly** [4] - 11:10, 18:13, 34:8, 66:25
**Clerk** [1] - 5:24
**client** [3] - 28:19, 29:6, 30:24
**close** [1] - 46:20
**code** [1] - 64:22
**coincident** [1] - 58:14
**colleague** [1] - 21:6
**colleagues** [1] - 17:20
**color** [1] - 64:22
**color-code** [1] - 64:22
**COLUMBIA** [1] - 1:1
**coming** [4] - 16:24, 35:22, 47:11, 61:12
**committing** [1] - 8:9
**commonalities** [1] - 54:25
**compare** [1] - 54:24
**compared** [3] - 53:17, 53:19, 63:4
**compiled** [1] - 49:2
**complaint** [4] - 19:2, 30:16, 34:14, 35:1
**complete** [2] - 70:6, 71:3
**completely** [4] - 18:9, 30:5, 47:10, 55:17
**compliance** [1] - 29:21
**comply** [1] - 29:22
**component** [1] - 54:14
**concerns** [1] - 27:22
**conduct** [4] - 41:24, 45:16, 55:14, 55:22
**conducted** [1] - 10:14
**confer** [1] - 35:16
**conferral** [1] - 22:13
**conferred** [1] - 9:7

**confident** [1] - 50:20
**confirm** [1] - 21:15
**confirmation** [1] - 48:15
**confirmed** [1] - 63:6
**confusion** [1] - 45:11
**conjunction** [2] - 45:22, 56:12
**consequence** [2] - 17:14, 46:10
**consequences** [3] - 15:5, 46:16, 47:5
**consider** [1] - 46:16
**consideration** [4] - 56:11, 65:14, 66:9, 66:12
**constitutes** [2] - 70:4, 71:2
**Constitution** [3] - 1:24, 70:12, 71:9
**consular** [1] - 58:10
**Consular** [3] - 27:24, 28:6, 63:8
**consulate** [2] - 16:22, 24:11
**consult** [2] - 11:24, 12:5
**contacted** [1] - 5:1
**contacting** [1] - 5:2
**context** [3] - 39:20, 41:13, 45:3
**continue** [3] - 4:19, 5:19, 15:7
**continues** [1] - 32:18
**continuing** [1] - 32:24
**contract** [2] - 63:4, 63:24
**convert** [1] - 33:25
**convicted** [2] - 57:1, 57:11
**conviction** [1] - 64:15
**convictions** [1] - 54:9
**coordination** [1] - 50:12
**correct** [38] - 8:3, 8:10, 11:4, 19:13, 19:15, 19:16, 19:19, 19:21, 20:4, 20:5, 20:6, 20:17, 20:18, 20:19, 20:20, 20:21, 20:22, 20:23, 21:16, 25:8, 25:9, 28:22, 31:14, 32:5, 32:11, 40:2, 40:6, 41:17, 43:3, 44:13, 56:8, 60:25, 61:9, 67:11, 68:23
**correction** [1] - 7:5
**correspondence** [2] - 50:9, 50:13
**counsel** [25] - 2:4,

3:22, 4:12, 5:8, 8:20, 9:6, 11:25, 12:5, 13:14, 15:22, 20:1, 20:13, 21:24, 22:6, 23:21, 24:22, 25:2, 29:2, 32:1, 32:9, 39:18, 44:16, 47:25, 48:10, 69:3
**Counsel** [20] - 2:9, 2:13, 3:14, 5:5, 10:13, 11:19, 12:11, 14:17, 18:10, 25:4, 26:18, 28:10, 29:18, 33:3, 36:9, 36:12, 36:16, 37:6, 37:15, 47:19
**count** [1] - 44:8
**country** [20] - 10:17, 14:19, 16:25, 17:21, 24:8, 26:11, 26:14, 27:17, 28:20, 40:3, 46:17, 46:18, 47:9, 52:12, 55:5, 56:1, 56:15, 57:6, 58:6, 58:12
**couple** [3] - 22:25, 33:15, 47:8
**course** [3] - 31:15, 46:1, 59:1
**COURT** [202] - 1:1, 2:9, 2:13, 2:21, 2:23, 3:14, 3:22, 4:4, 4:12, 4:19, 4:24, 5:5, 5:13, 5:16, 5:22, 6:1, 6:9, 6:11, 6:15, 6:19, 6:22, 7:2, 7:7, 7:17, 7:20, 8:1, 8:6, 8:8, 8:14, 8:20, 9:19, 9:23, 10:3, 10:5, 10:10, 10:12, 10:24, 11:5, 11:17, 11:22, 12:1, 12:11, 12:24, 13:2, 13:12, 13:21, 14:3, 14:17, 14:23, 15:1, 15:3, 15:9, 15:12, 15:15, 15:22, 15:25, 16:10, 16:17, 17:3, 17:9, 18:9, 18:20, 18:24, 19:6, 19:10, 19:14, 19:19, 19:21, 20:1, 20:6, 20:10, 20:13, 20:25, 21:6, 21:12, 21:24, 22:1, 22:5, 22:11, 22:19, 22:24, 23:4, 23:8, 23:14, 23:17, 23:21, 23:23, 24:6, 24:12, 24:14, 24:22, 25:2, 25:4, 25:9, 25:18, 25:21, 25:25,

26:18, 26:22, 27:3, 28:2, 28:8, 28:12, 28:15, 28:23, 28:25, 29:17, 30:15, 31:21, 32:3, 33:2, 33:21, 34:13, 34:23, 35:10, 36:4, 36:9, 36:12, 36:16, 36:20, 36:23, 36:25, 37:2, 37:5, 37:9, 37:14, 37:17, 37:21, 37:24, 38:8, 38:14, 38:17, 39:5, 39:13, 39:17, 39:22, 40:1, 40:3, 40:7, 40:24, 41:1, 41:8, 41:12, 41:25, 42:3, 42:6, 42:8, 42:10, 42:20, 43:4, 43:14, 43:16, 43:20, 44:14, 46:8, 47:19, 47:24, 49:5, 49:10, 49:12, 50:16, 50:24, 51:8, 51:11, 52:1, 52:5, 53:4, 53:16, 53:18, 54:3, 55:1, 57:7, 59:14, 59:20, 60:3, 60:20, 60:22, 61:2, 61:10, 61:14, 62:1, 62:21, 62:23, 63:11, 65:1, 65:16, 66:7, 66:19, 67:7, 67:14, 67:22, 68:3, 68:12, 68:19, 68:25, 69:3, 69:11, 69:14, 69:18, 69:22, 70:1, 71:1
**Court** [17] - 1:23, 1:23, 2:7, 2:11, 28:14, 32:1, 33:24, 34:2, 34:3, 34:6, 34:10, 35:25, 36:3, 50:10, 56:22, 70:11, 71:7
**court** [6] - 20:15, 25:23, 27:25, 52:10, 55:18, 56:18
**Court's** [1] - 11:25
**Courthouse** [3] - 1:24, 70:11, 71:8
**courtroom** [3] - 29:1, 38:4, 69:5
**COURTROOM** [5] - 2:2, 5:20, 37:10, 38:1, 38:6
**courts** [6] - 29:9, 32:16, 32:24, 45:7, 47:9, 56:20
**created** [3] - 7:13, 30:2, 39:6
**credible** [3] - 18:9, 42:23, 66:25
**crime** [3] - 47:1, 57:1,

57:12
**criminal** [4] - 45:21, 54:8, 54:15, 54:16
**Criminal** [15] - 3:3, 3:6, 5:7, 10:15, 30:20, 37:4, 46:12, 49:24, 52:22, 52:25, 60:7, 61:18, 61:21, 66:3, 66:20
**criminally** [1] - 57:11
**criteria** [1] - 54:10
**cross** [1] - 32:22
**CRR** [5] - 1:23, 70:3, 70:10, 71:2, 71:7
**CUONG** [1] - 1:19
**current** [1] - 30:11
**CVP** [1] - 58:18

## D

**D.C** [2] - 1:4, 1:19
**data** [1] - 62:15
**database** [4] - 12:13, 25:11, 45:19
**databases** [1] - 54:15
**date** [4] - 6:6, 30:25, 58:20, 64:3
**dated** [1] - 30:15
**Dated** [2] - 70:8, 71:4
**days** [2] - 53:9, 58:21
**DC** [4] - 1:20, 1:25, 70:13, 71:9
**deal** [1] - 31:20
**decide** [9] - 8:25, 31:9, 34:13, 34:17, 34:18, 35:2, 35:5, 35:17, 65:24
**decided** [4] - 12:17, 26:16, 30:11, 44:22
**decides** [1] - 57:8
**decision** [7] - 29:15, 34:3, 35:6, 36:1, 55:17, 56:13, 56:19
**declarant** [5] - 3:15, 3:20, 3:21, 4:6, 13:5
**declarations** [3] - 45:6, 45:7, 45:14
**deemed** [1] - 63:9
**defend** [1] - 29:1
**Defendant** [2] - 1:7, 1:18
**defendants** [1] - 22:12
**defended** [2] - 47:8, 47:9
**defending** [1] - 47:7
**defensible** [1] - 18:19
**defer** [1] - 36:3
**deny** [1] - 32:5
**Department** [50] - 11:8, 21:21, 21:25,

22:13, 22:22, 27:2, 27:11, 27:13, 36:15, 36:19, 38:15, 45:23, 46:25, 50:8, 50:13, 51:14, 53:21, 53:22, 55:16, 55:22, 55:25, 56:2, 56:10, 57:1, 57:8, 57:15, 57:23, 58:1, 58:2, 59:17, 60:10, 60:23, 63:8, 63:12, 65:14, 65:15, 65:23, 66:9, 66:11, 66:14, 66:17, 67:16, 67:20, 67:23, 68:4, 68:9, 68:15, 68:21
**departs** [1] - 58:6
**deportation** [2] - 17:2, 17:25
**deputize** [1] - 30:9
**Deputy** [1] - 5:23
**deputy** [3] - 38:4, 50:21, 69:5
**DEPUTY** [5] - 2:2, 5:20, 37:10, 38:1, 38:6
**derogatory** [4] - 62:7, 66:16, 67:18, 68:5
**describe** [1] - 54:10
**described** [2] - 42:22, 54:1
**description** [1] - 29:11
**despite** [1] - 17:19
**determination** [8] - 19:23, 19:25, 20:9, 20:10, 45:9, 45:10, 45:15, 45:22
**determine** [1] - 3:12
**determined** [1] - 53:23
**develop** [1] - 54:25
**DHS** [1] - 27:14
**differ** [1] - 58:23
**difference** [1] - 16:17
**differences** [2] - 27:15, 55:25
**different** [13] - 13:24, 29:9, 31:25, 34:21, 34:23, 44:10, 46:10, 54:17, 54:20, 58:11, 59:17, 60:12
**differently** [1] - 44:11
**directed** [1] - 50:12
**direction** [1] - 53:13
**director** [1] - 53:13
**discretion** [9] - 14:4, 33:11, 55:16, 55:18, 55:20, 56:11, 59:19, 60:10, 65:23
**discuss** [1] - 8:19
**dismissed** [21] - 7:23, 8:2, 8:9, 8:16, 9:11,

9:16, 9:25, 12:15, 12:21, 13:6, 14:12, 23:5, 23:11, 24:2, 25:13, 26:3, 27:9, 33:9, 55:2, 64:16, 64:25
**disposition** [5] - 64:14, 64:19, 64:20, 64:23, 64:24
**disputing** [2] - 15:10, 15:12
**disruptive** [1] - 40:22
**distinction** [2] - 19:15, 20:21
**distinguish** [1] - 32:20
**DISTRICT** [3] - 1:1, 1:1, 1:10
**district** [2] - 55:18, 56:18
**division** [5] - 5:2, 38:11, 50:21, 50:22, 62:14
**Division** [2] - 3:10, 4:9
**Doctrine** [2] - 27:23, 28:6
**done** [14] - 2:17, 15:21, 26:6, 26:7, 26:9, 39:24, 40:17, 42:14, 43:24, 45:11, 46:14, 63:20, 68:14, 68:17
**door** [2] - 13:15, 33:9
**down** [7] - 19:3, 26:18, 53:7, 62:16, 62:18, 63:18, 63:19
**dozen** [1] - 40:5
**due** [2] - 63:23, 63:24
**DUI** [1] - 64:11
**duration** [1] - 58:18

## E

**ECF** [1] - 6:14
**ECF-22** [1] - 6:15
**effect** [10] - 20:14, 44:25, 47:6, 55:21, 55:24, 56:14, 58:3, 58:24, 59:10
**effects** [1] - 56:14
**effort** [7] - 3:11, 7:5, 41:14, 49:19, 52:19, 53:22, 61:21
**either** [10] - 7:9, 17:4, 25:1, 43:23, 55:2, 59:11, 64:16, 66:14, 68:14, 68:21
**email** [5] - 5:24, 50:8, 50:13, 61:21
**emergency** [8] - 33:18, 40:13, 41:4, 41:15,

42:21, 42:25, 43:23,
44:3
**employed** [1] - 19:24
**employees** [1] - 30:10
**employment** [10] -
15:20, 18:15, 20:3,
38:24, 43:1, 43:13,
43:22, 44:18, 45:3,
45:4
**encounter** [3] - 62:19,
64:5, 64:6
**encounters** [1] - 32:23
**end** [2] - 34:4, 54:17
**enforcement** [11] -
12:14, 44:7, 53:15,
54:5, 54:8, 60:9,
62:19, 64:7, 65:19,
65:20, 66:10
**engaged** [1] - 10:25
**enrollment** [1] - 44:20
**enter** [3] - 31:11,
32:25, 69:6
**entered** [3] - 6:6, 8:13,
64:10
**entering** [1] - 35:15
**entire** [2] - 14:13, 63:3
**entirely** [1] - 20:5
**entry** [1] - 58:8
**era** [1] - 44:1
**ESQ** [4] - 1:11, 1:15,
1:18, 1:19
**essentially** [1] - 66:1
**established** [2] -
25:14, 28:13
**event** [2] - 56:9
**events** [1] - 56:12
**evidence** [2] - 40:15,
43:11
**EVIDENTIARY** [1] -
1:9
**exact** [1] - 67:25
**exactly** [2] - 45:11,
50:14
**examination** [1] -
61:24
**examine** [1] - 53:22
**example** [10] - 16:5,
16:8, 16:9, 16:11,
16:15, 39:24, 40:14,
43:25, 56:25, 57:10
**excess** [1] - 68:2
**exchange** [1] - 38:12
**excuse** [1] - 25:24
**executed** [1] - 67:21
**executive** [3] - 53:13,
61:24, 62:3
**exhibits** [1] - 6:24
**existence** [1] - 66:16
**exists** [1] - 31:4
**expand** [1] - 29:12

**expansive** [1] - 32:19
**expedited** [1] - 31:5
**expiration** [4] - 58:13,
58:14, 58:20, 59:13
**expire** [1] - 59:1
**expired** [5] - 59:7,
60:2, 60:18, 66:15
**expires** [1] - 58:20
**explain** [2] - 43:7,
55:15
**explanation** [1] -
20:22
**exponentially** [1] -
27:19
**extensively** [1] - 50:6
**extent** [1] - 45:17
**external** [3] - 38:12,
42:5, 43:6
**extra** [1] - 29:22

**F**

**F-1** [23] - 8:3, 8:5,
8:10, 8:12, 8:17,
9:12, 9:17, 9:24,
10:21, 11:2, 11:11,
22:14, 23:9, 29:20,
55:5, 55:19, 58:17,
59:7, 62:4, 65:21,
66:2, 67:1, 67:3
**face** [1] - 29:24
**facing** [2] - 42:5, 43:6
**fact** [18] - 13:25, 17:15,
17:19, 19:22, 19:23,
33:4, 43:20, 43:22,
44:5, 44:16, 44:17,
44:21, 44:23, 46:24,
54:11, 55:13, 65:5,
67:8
**facts** [3] - 3:4, 34:5,
57:2
**failed** [3] - 10:21, 11:2,
11:10
**fair** [1] - 27:23
**false** [3] - 18:17, 19:7,
21:17
**familiar** [1] - 39:11
**family** [1] - 24:19
**far** [5] - 14:1, 15:24,
18:7, 46:15, 58:24
**FBI** [2] - 54:14
**fearing** [1] - 17:24
**fears** [1] - 47:4
**fell** [1] - 59:11
**felony** [1] - 54:18
**felt** [1] - 45:16
**figure** [2] - 22:3, 35:16
**figuring** [1] - 31:3
**file** [2] - 46:19, 67:19
**filed** [7] - 19:2, 35:1,

45:6, 50:4, 50:17,
50:18, 52:20
**filing** [4] - 6:11, 7:3,
22:12, 52:7
**filings** [4] - 2:16, 6:4,
13:23, 22:1
**final** [7] - 13:22, 13:25,
14:2, 29:4, 29:6,
29:7, 29:10
**fine** [2] - 2:22, 29:16
**finish** [5] - 21:12, 42:8,
42:10, 62:23, 66:7
**first** [9] - 13:22, 22:24,
27:5, 49:15, 50:25,
53:6, 53:9, 55:3,
58:1
**five** [1] - 36:5
**fix** [1] - 26:9
**flag** [7] - 14:14, 15:4,
15:13, 17:11, 18:12,
67:4
**flagging** [1] - 17:17,
54:11
**flags** [2] - 14:18
**floored** [1] - 17:10
**focus** [1] - 62:4
**folks** [4] - 54:17,
57:24, 59:4, 59:25
**folks'** [1] - 53:23
**follow** [2] - 18:7, 18:12
**following** [6] - 18:14,
20:2, 27:1, 38:23,
47:23, 61:24
**FOR** [2] - 1:1, 1:19
**forcing** [1] - 46:18
**foregoing** [2] - 70:4,
71:2
**forever** [1] - 24:15
**forgive** [1] - 66:6
**forward** [1] - 32:13
**four** [1] - 22:2
**Fourth** [1] - 1:20
**Francisco** [2] - 31:16,
32:1
**front** [1] - 34:2
**full** [2] - 70:5, 71:3
**fully** [1] - 50:20
**furtherance** [1] - 66:4
**future** [1] - 12:20

**G**

**gap** [7] - 7:7, 7:10,
7:13, 30:25, 31:19,
32:11
**gather** [1] - 47:5
**gathered** [1] - 10:16
**general** [1] - 52:17
**generate** [1] - 65:22
**generated** [7] - 61:6,

63:1, 65:16, 65:18,
66:5, 66:8
**giant** [1] - 28:8
**given** [8] - 3:10, 4:8,
12:2, 15:23, 31:11,
35:25, 60:5, 66:15
**government** [44] -
2:12, 2:15, 3:2, 3:16,
4:16, 9:6, 9:7, 10:14,
10:24, 11:13, 12:19,
13:24, 15:17, 17:25,
18:3, 18:20, 20:15,
20:16, 28:15, 29:4,
29:14, 30:18, 30:23,
31:17, 32:4, 33:4,
34:25, 38:25, 39:18,
44:1, 44:15, 44:22,
45:5, 45:12, 46:11,
46:14, 46:15, 47:2,
48:18, 48:21, 49:19,
51:4, 52:13, 55:7
**government's** [9] -
10:5, 15:25, 18:13,
23:8, 28:18, 31:11,
31:12, 36:6, 66:24
**grad** [1] - 61:1
**Graham** [12] - 2:11,
2:19, 6:3, 27:6,
38:18, 48:11, 49:7,
49:15, 49:21, 50:20,
51:12, 52:23
**GRAHAM** [104] - 1:18,
2:10, 2:20, 2:22, 3:8,
3:19, 4:3, 4:7, 4:17,
4:22, 5:1, 5:10, 5:15,
6:7, 6:10, 6:14, 6:18,
6:20, 6:24, 7:6, 7:12,
7:19, 7:25, 8:4, 8:7,
8:11, 8:18, 9:18,
9:22, 10:1, 10:4,
10:8, 10:11, 10:23,
11:3, 11:15, 11:20,
12:8, 12:22, 12:25,
13:11, 13:19, 14:1,
14:13, 14:22, 14:24,
15:2, 15:6, 15:11,
15:14, 15:19, 15:23,
16:7, 16:14, 16:19,
17:7, 18:6, 18:18,
18:23, 19:4, 19:8,
19:12, 19:17, 19:20,
19:22, 20:5, 20:8,
20:11, 20:24, 21:5,
21:25, 22:9, 22:17,
22:20, 23:2, 23:7,
23:12, 23:16, 23:19,
23:22, 24:4, 24:10,
24:13, 24:20, 24:25,
25:3, 25:7, 25:16,
25:20, 25:24, 26:17,
36:11, 36:13, 36:18,
36:21, 36:24, 37:1,
37:3, 37:8, 37:12,
37:16, 37:18, 37:23,
69:8

36:11, 36:13, 36:18,
36:21, 36:24, 37:1,
37:3, 37:8, 37:12,
37:16, 37:18, 37:23,
69:8
**GRAHAM-OLIVER**
[104] - 1:18, 2:10,
2:20, 2:22, 3:8, 3:19,
4:3, 4:7, 4:17, 4:22,
5:1, 5:10, 5:15, 6:7,
6:10, 6:14, 6:18,
6:20, 6:24, 7:6, 7:12,
7:19, 7:25, 8:4, 8:7,
8:11, 8:18, 9:18,
9:22, 10:1, 10:4,
10:8, 10:11, 10:23,
11:3, 11:15, 11:20,
12:8, 12:22, 12:25,
13:11, 13:19, 14:1,
14:13, 14:22, 14:24,
15:2, 15:6, 15:11,
15:14, 15:19, 15:23,
16:7, 16:14, 16:19,
17:7, 18:6, 18:18,
18:23, 19:4, 19:8,
19:12, 19:17, 19:20,
19:22, 20:5, 20:8,
20:11, 20:24, 21:5,
21:25, 22:9, 22:17,
22:20, 23:2, 23:7,
23:12, 23:16, 23:19,
23:22, 24:4, 24:10,
24:13, 24:20, 24:25,
25:3, 25:7, 25:16,
25:20, 25:24, 26:17,
36:11, 36:13, 36:18,
36:21, 36:24, 37:1,
37:3, 37:8, 37:12,
37:16, 37:18, 37:23,
69:8
**Graham-Oliver** [11] -
2:11, 2:19, 6:3, 27:6,
38:18, 48:11, 49:7,
49:15, 49:21, 51:12,
52:23
**granularity** [1] - 67:13
**great** [2] - 2:23, 69:21
**grounds** [1] - 29:23
**group** [1] - 37:17
**guess** [1] - 39:5
**guns** [1] - 40:16
**guys** [7] - 7:5, 12:16,
13:15, 35:15, 53:7,
65:16, 65:18

**H**

**H-A-M-M-E-R** [1] -
37:1
**hairs** [1] - 32:22
**hammer** [7] - 36:24,

47:15, 47:16, 47:19,
47:21, 51:14, 51:23
**Hampshire** [1] - 32:17
**hand** [5] - 27:12, 28:4,
51:10
**handful** [3] - 40:5,
41:15, 43:24
**handling** [3] - 11:22,
15:1, 48:16
**hands** [1] - 42:2
**handy** [1] - 61:8
**hang** [1] - 31:21
**happy** [3] - 35:23,
46:3, 51:11
**hard** [2] - 29:17, 31:3
**harm** [5] - 13:15, 31:4,
32:14, 32:18, 32:25
**head** [2] - 18:22, 32:16
**hear** [9] - 35:13, 36:5,
36:17, 38:3, 38:6,
38:7, 44:14, 51:11,
52:12
**heard** [4] - 31:23,
31:25, 46:8, 48:14
**hearing** [17] - 4:12,
4:21, 5:4, 5:14, 5:19,
5:22, 11:9, 29:8,
48:7, 48:20, 48:24,
48:25, 49:14, 69:17,
69:19, 69:24
**HEARING** [1] - 1:9
**hearings** [2] - 21:10,
49:6
**HEATHER** [1] - 1:18
**Heather** [1] - 2:11
**heather.graham** [1] -
1:21
**heather.graham-
oliver@usdoj.gov**
[1] - 1:21
**hedging** [1] - 11:9
**HELD** [1] - 1:9
**hello** [1] - 38:3
**help** [1] - 29:6
**helpful** [2] - 47:12,
60:4
**hereby** [2] - 70:3, 71:2
**Hicks** [17] - 36:14,
36:18, 38:3, 38:6,
38:8, 38:10, 38:20,
47:11, 50:11, 51:9,
51:13, 51:15, 51:19,
52:1, 52:8, 69:15,
69:22
**HICKS** [29] - 38:7,
38:11, 38:16, 39:1,
39:7, 39:16, 39:20,
39:23, 40:2, 40:4,
40:12, 40:25, 41:6,
41:9, 41:17, 42:1,

42:4, 42:7, 42:9,
42:11, 43:3, 43:5,
43:15, 43:17, 44:12,
45:2, 51:24, 52:2,
53:2
**hire** [1] - 46:19
**hit** [8] - 12:12, 12:20,
22:23, 23:3, 26:2,
45:20, 45:21
**hits** [2] - 3:12, 45:19
**hold** [1] - 31:14
**holders** [2] - 62:11,
63:14
**holding** [1] - 40:10
**holiday** [1] - 24:9
**holidays** [1] - 24:19
**home** [6] - 24:9, 24:10,
24:15, 24:18, 24:21,
24:23
**Homeland** [1] - 21:22
**honest** [1] - 28:5
**Honor** [107] - 2:6, 2:10,
2:20, 3:8, 3:19, 3:21,
4:3, 4:7, 4:17, 5:1,
5:15, 5:20, 5:23, 6:7,
6:18, 7:6, 7:12, 7:19,
7:25, 8:11, 8:18,
9:18, 10:1, 10:9,
11:3, 11:16, 12:6,
12:8, 12:22, 13:19,
14:1, 14:13, 14:22,
15:11, 15:14, 17:8,
18:6, 18:18, 18:23,
19:5, 19:8, 19:20,
20:9, 21:5, 21:8,
21:19, 21:21, 21:22,
22:4, 22:9, 22:18,
22:20, 23:12, 24:20,
25:8, 25:17, 25:24,
26:17, 26:20, 26:25,
27:10, 27:15, 28:1,
28:11, 28:22, 29:8,
29:19, 30:7, 30:14,
31:16, 32:2, 32:15,
33:20, 33:23, 34:19,
34:22, 35:6, 35:21,
35:22, 36:3, 36:8,
36:11, 37:8, 37:11,
37:20, 38:1, 38:7,
39:2, 42:9, 47:17,
48:23, 51:25, 53:2,
53:11, 55:15, 61:13,
61:23, 62:12, 66:6,
68:7, 68:23, 69:2,
69:8, 69:9, 69:10,
69:21
**HONORABLE** [1] - 1:9
**hope** [1] - 2:15
**hoping** [1] - 61:16
**hours** [3] - 18:3, 18:4

**Houston** [1] - 1:16
**HSI** [1] - 53:13
**HUDAK** [25] - 47:17,
47:20, 48:23, 49:6,
49:11, 50:4, 50:20,
51:6, 51:9, 53:11,
53:17, 53:19, 54:12,
55:13, 57:22, 59:16,
59:21, 60:16, 60:21,
60:25, 61:7, 69:10,
69:12, 69:15, 69:21
**Hudak** [10] - 47:17,
47:24, 49:12, 50:16,
51:17, 51:21, 53:4,
61:11, 69:12, 69:14
**huge** [1] - 52:8

### I

**ICE** [26] - 3:10, 4:8,
11:7, 14:4, 16:11,
16:12, 27:11, 29:11,
30:3, 30:5, 30:7,
31:17, 38:14, 38:16,
47:20, 47:21, 47:22,
50:15, 52:25, 53:12,
54:24, 59:18, 60:14,
61:5
**ICE's** [1] - 11:7
**idea** [1] - 31:19
**identifiable** [1] - 63:22
**identified** [2] - 36:13,
44:6
**identify** [2] - 2:4, 65:19
**identities** [1] - 63:5
**immediate** [12] -
16:16, 16:18, 17:1,
45:13, 55:21, 55:24,
56:3, 56:14, 58:3,
58:12, 59:10, 59:12
**immediately** [7] - 17:2,
17:4, 40:18, 56:2,
56:4, 57:4, 59:5
**immigrant** [1] - 24:13
**immigration** [8] - 45:9,
45:10, 56:5, 56:19,
56:20, 56:21, 57:10,
58:15
**Immigration** [1] -
22:15
**impact** [12] - 17:12,
24:12, 26:10, 42:18,
42:19, 43:21, 45:13,
48:18, 52:9, 55:5,
67:1, 67:2
**implemented** [1] -
50:7
**implications** [4] -
7:10, 18:12, 34:9,
35:8

**implied** [1] - 30:7
**IN** [1] - 1:1
**incident** [1] - 31:2
**inclination** [1] - 31:5
**included** [1] - 50:5
**includes** [1] - 67:6
**including** [2] - 50:8,
57:2
**incorrect** [5] - 32:7,
33:7, 33:12, 39:19,
44:15
**incorrectly** [2] - 6:21,
26:16
**increased** [1] - 27:19
**incredibly** [1] - 47:13
**indicated** [1] - 19:13
**indicates** [1] - 22:21
**indication** [2] - 15:6,
15:9
**individual** [6] - 13:1,
13:3, 19:23, 20:11,
30:6, 55:23
**individual's** [1] - 20:12
**individualized** [2] -
44:24, 45:17
**individuals** [4] - 36:14,
60:17, 62:18, 64:22
**inherent** [1] - 14:7
**information** [21] -
5:11, 8:12, 11:6,
13:11, 13:12, 13:20,
14:8, 14:15, 18:8,
21:23, 38:20, 41:7,
41:19, 47:12, 62:7,
63:7, 63:22, 64:17,
66:16, 67:18, 68:6
**initiated** [1] - 39:24
**Initiative** [15] - 3:3,
3:7, 5:8, 10:15,
30:21, 37:4, 46:13,
49:24, 52:22, 52:25,
60:7, 61:19, 61:22,
66:3, 66:20
**initiative** [8] - 42:15,
42:17, 43:18, 45:5,
50:11, 53:12, 54:23,
61:23
**injunction** [4] - 30:23,
32:25, 34:20, 36:7
**instance** [1] - 40:17
**instances** [1] - 63:22
**instead** [1] - 41:5
**institutions** [2] - 67:6,
67:8
**instructed** [2] - 48:5,
48:6
**intended** [1] - 47:5
**intention** [1] - 33:6
**interacted** [2] - 12:23,
44:6

**interaction** [4] - 12:13,
54:4, 60:9, 66:10
**interactions** [7] - 11:8,
53:15, 54:8, 54:16,
58:1, 65:20
**internally** [1] - 64:21
**INTERPOL** [1] - 54:20
**invalid** [5] - 23:18,
24:17, 24:24, 25:5,
28:16
**invalidates** [1] - 34:6
**invalidly** [1] - 24:3
**investigation** [3] -
18:7, 64:24, 67:5
**involving** [1] - 54:19
**irreparable** [5] - 13:15,
31:3, 32:14, 32:18,
32:25
**issuance** [1] - 68:11
**issue** [4] - 32:16, 34:2,
34:11, 34:21
**issued** [1] - 56:4
**issues** [2] - 27:20,
32:8
**itself** [3] - 28:9, 44:2,
56:7

### J

**James** [1] - 5:21
**January** [1] - 42:12
**job** [1] - 47:3
**John** [3] - 21:9, 59:23,
59:24
**JOHN** [1] - 1:19
**john.truong@usdoj.
gov** [1] - 1:22
**joined** [1] - 61:7
**joining** [2] - 38:2,
61:14
**judge** [3] - 45:10, 56:5,
56:20
**JUDGE** [1] - 1:10
**judges** [2] - 20:16,
52:11
**judgment** [6] - 33:25,
34:3, 34:7, 34:11,
35:20, 35:24
**judicial** [1] - 56:23
**jurisdiction** [1] - 28:14
**justiciability** [1] -
29:16

### K

**keep** [1] - 12:2
**key** [2] - 59:9, 59:10
**kicked** [2] - 14:19,
17:22
**kicking** [1] - 67:9

**kill** [1] - 40:16
**kind** [6] - 30:9, 40:13, 40:20, 43:7, 57:25, 63:16
**knowing** [1] - 36:2
**knowledge** [2] - 7:21, 59:8
**known** [4] - 11:7, 18:25, 62:7, 64:20

**L**

**last** [10] - 3:23, 3:24, 27:19, 30:8, 39:3, 39:24, 40:13, 43:24, 50:5, 52:2
**LAW** [1] - 1:12
**law** [17] - 12:14, 28:13, 32:23, 44:7, 46:23, 46:25, 53:15, 54:4, 54:8, 60:9, 62:19, 64:7, 65:3, 65:5, 65:19, 65:20, 66:10
**lawfully** [1] - 56:16
**lawfulness** [1] - 34:16
**lawsuits** [3] - 42:19, 46:20, 52:20
**lawyer** [1] - 28:17
**lawyers** [3] - 5:18, 22:2, 46:19
**lead** [6] - 17:4, 55:12, 57:9, 65:21, 67:5
**leading** [1] - 56:12
**least** [4] - 5:3, 22:2, 29:5, 65:9
**leave** [5] - 26:14, 27:21, 28:20, 42:1, 58:9
**leaves** [3] - 24:8, 26:11, 27:17
**led** [8] - 14:18, 15:4, 50:11, 55:23, 57:3, 59:14, 60:5
**left** [1] - 16:21
**Legal** [1] - 39:10
**legal** [1] - 19:14
**legally** [5] - 18:19, 19:13, 19:15, 20:20, 20:21
**legitimately** [1] - 16:23
**less** [1] - 46:21
**level** [1] - 67:12
**life** [1] - 41:19
**light** [1] - 31:2
**limit** [1] - 29:13
**limited** [1] - 29:23
**line** [3] - 47:16, 57:25, 69:16
**lines** [1] - 53:25
**link** [1] - 5:17

**linking** [1] - 50:8
**LISA** [2] - 70:3, 71:2
**Lisa** [1] - 1:23
**list** [23] - 14:5, 45:24, 45:25, 47:4, 49:2, 53:19, 57:7, 59:22, 59:23, 60:8, 61:6, 63:3, 63:4, 63:15, 65:8, 65:12, 65:13, 65:14, 65:18, 65:22, 66:5, 66:8
**listen** [1] - 9:1
**lists** [6] - 59:17, 60:14, 61:5, 63:1, 64:1
**literally** [1] - 28:6
**lives** [4] - 10:17, 46:18, 48:19, 52:9
**LLC** [1] - 1:12
**located** [1] - 27:13
**logged** [1] - 38:2
**look** [3] - 6:11, 30:3, 65:6
**looked** [8] - 12:17, 13:21, 19:10, 46:23, 52:19, 53:8, 64:13, 65:4
**looking** [5] - 14:5, 57:18, 57:19, 61:16, 65:10
**lose** [1] - 42:25
**loses** [4] - 18:15, 20:3, 38:23, 43:22
**losing** [1] - 44:17
**loss** [2] - 43:12, 45:3
**lost** [1] - 47:3
**Lyons** [1] - 2:3
**LYONS** [1] - 1:6

**M**

**M-1** [1] - 62:4
**ma'am** [6] - 62:22, 62:25, 63:1, 65:12, 67:12, 68:18
**Madam** [1] - 5:23
**magnitude** [2] - 62:10, 68:9
**main** [1] - 29:14
**maintain** [4] - 10:21, 11:2, 11:10, 14:7
**majority** [2] - 39:23, 41:4
**manage** [1] - 30:10
**managing** [1] - 30:8
**MANSI** [1] - 1:2
**Mansi** [1] - 2:3
**mass** [15] - 2:25, 3:1, 7:4, 10:14, 41:14, 44:2, 44:7, 46:17, 48:2, 49:18, 49:19,

51:15, 52:19, 61:20, 65:12
**match** [6] - 54:3, 54:10, 63:6, 63:21, 64:3, 64:19
**matched** [1] - 63:14
**matches** [1] - 63:23
**matching** [1] - 63:25
**Matter** [1] - 2:2
**matters** [1] - 53:20
**mean** [7] - 19:14, 24:12, 31:20, 48:23, 52:6, 59:16, 66:6
**meaning** [1] - 64:25
**means** [4] - 27:18, 45:13, 46:19, 58:5
**meant** [2] - 42:5, 46:7
**merits** [11] - 29:14, 31:6, 31:9, 32:13, 34:14, 34:24, 35:3, 35:11, 35:17, 36:1, 46:2
**mess** [1] - 28:8
**might** [5] - 8:24, 20:17, 41:23, 41:24
**million** [2] - 62:11, 63:14
**mined** [1] - 48:24
**minimum** [1] - 35:25
**mining** [1] - 49:3
**minute** [1] - 4:13
**minutes** [4] - 12:1, 12:4, 36:3, 36:5
**misaligning** [1] - 59:24
**misdemeanor** [1] - 54:18
**misinterpreting** [1] - 31:24
**misspellings** [2] - 63:23, 63:24
**mistake** [2] - 55:11, 65:5
**mistakenly** [2] - 46:22, 65:9
**modify** [3] - 14:4, 17:16, 17:18
**Monday** [1] - 1:4
**month** [2] - 30:8, 40:13
**months** [3] - 27:19, 33:15, 47:4
**moor** [1] - 30:1
**Moreira** [3] - 1:23, 70:10, 71:7
**MOREIRA** [2] - 70:3, 71:2
**morning** [7] - 2:6, 2:9, 2:10, 2:13, 21:8,

38:8, 61:13
**most** [5] - 41:14, 42:2, 46:19, 58:17, 58:22
**motion** [3] - 30:22, 34:19, 35:24
**move** [5] - 16:2, 18:10, 32:13, 33:18, 51:21
**MR** [98] - 2:6, 5:23, 11:24, 12:6, 21:8, 21:19, 22:4, 26:20, 26:25, 27:10, 28:3, 28:11, 28:13, 28:22, 28:24, 29:8, 29:19, 31:16, 31:25, 32:15, 33:20, 33:23, 34:19, 35:6, 35:21, 36:8, 38:7, 38:11, 38:16, 39:1, 39:7, 39:16, 39:20, 39:23, 40:2, 40:4, 40:12, 40:25, 41:6, 41:9, 41:17, 42:1, 42:4, 42:7, 42:9, 42:11, 43:3, 43:5, 43:15, 43:17, 44:12, 45:2, 47:17, 47:20, 48:23, 49:6, 49:11, 50:4, 50:20, 51:6, 51:9, 51:24, 52:2, 53:2, 53:11, 53:17, 53:19, 54:12, 55:13, 57:22, 59:16, 59:21, 60:16, 60:21, 60:25, 61:7, 61:13, 61:23, 62:2, 62:22, 62:25, 63:20, 65:12, 66:5, 66:8, 67:4, 67:12, 67:20, 67:25, 68:7, 68:16, 68:23, 69:2, 69:9, 69:10, 69:15, 69:21
**MS** [103] - 2:10, 2:20, 2:22, 3:8, 3:19, 4:3, 4:7, 4:17, 4:22, 5:1, 5:10, 5:15, 6:7, 6:10, 6:14, 6:18, 6:20, 6:24, 7:6, 7:12, 7:19, 7:25, 8:4, 8:7, 8:11, 8:18, 9:18, 9:22, 10:1, 10:4, 10:8, 10:11, 10:23, 11:3, 11:15, 11:20, 12:8, 12:22, 12:25, 13:11, 13:19, 14:1, 14:13, 14:22, 14:24, 15:2, 15:6, 15:11, 15:14, 15:19, 15:23, 16:7, 16:14, 16:19, 17:7, 18:6, 18:18, 18:23, 19:4, 19:8, 19:12, 19:17, 19:20, 19:22,

20:5, 20:8, 20:11, 20:24, 21:5, 21:25, 22:9, 22:17, 22:20, 23:2, 23:7, 23:12, 23:16, 23:19, 23:22, 24:4, 24:10, 24:13, 24:20, 24:25, 25:3, 25:7, 25:16, 25:20, 25:24, 26:17, 36:11, 36:13, 36:18, 36:21, 36:24, 37:1, 37:3, 37:8, 37:12, 37:16, 37:18, 37:23, 69:8
**must** [1] - 24:14

**N**

**name** [9] - 3:9, 4:8, 23:2, 48:3, 49:22, 52:24, 52:25, 63:23, 64:3
**names** [6] - 22:22, 45:25, 61:9, 63:21, 63:23
**Nani** [1] - 38:3
**narrative** [1] - 17:11
**National** [2] - 3:10, 4:9
**Nationality** [1] - 22:15
**nature** [1] - 40:8
**NCIC** [28] - 3:12, 3:13, 12:13, 12:20, 22:23, 23:3, 45:19, 53:15, 53:19, 54:3, 54:10, 54:13, 54:15, 54:17, 54:21, 59:25, 60:8, 61:5, 62:9, 62:13, 62:19, 63:15, 63:24, 63:25, 64:5, 64:9, 65:10, 68:6
**necessarily** [1] - 56:10
**necessary** [1] - 35:8
**need** [9] - 4:14, 21:2, 31:10, 35:18, 36:1, 51:2, 51:23, 58:10, 69:20
**needed** [1] - 14:9
**needs** [4] - 34:2, 34:11, 45:11, 46:9
**NEUMANN** [1] - 1:15
**never** [4] - 46:25, 55:3, 65:6, 65:11
**New** [1] - 32:17
**new** [21] - 12:22, 13:11, 13:12, 13:21, 14:3, 16:3, 20:14, 27:17, 29:4, 29:6, 31:8, 32:18, 33:18, 34:6, 34:9, 34:16, 34:25, 35:4, 35:8, 36:2, 44:1

**next** [7] - 4:21, 5:22, 21:11, 36:7, 49:1, 69:5, 69:16
**night** [1] - 50:5
**nolle** [2] - 64:16, 64:25
**noncitizen** [3] - 56:3, 58:6, 62:2
**noncitizens** [2] - 53:14, 59:11
**none** [2] - 12:17, 54:7
**nonexhaustive** [1] - 14:5
**nonimmigrant** [8] - 17:13, 17:18, 17:24, 55:8, 55:9, 55:12, 55:19
**nonimmigrant's** [1] - 57:4
**nonimmigrants** [2] - 56:1, 57:25
**nonimmigration** [1] - 58:15
**Nonreviewability** [2] - 27:24, 28:6
**normal** [2] - 16:4, 59:1
**note** [3] - 21:9, 29:13, 29:19
**noted** [1] - 27:16
**notes** [4] - 6:20, 49:14, 70:5, 71:3
**nothing** [3] - 17:12, 28:17, 54:6
**notice** [5] - 29:3, 38:9, 47:12, 56:5, 61:15
**notices** [2] - 50:5, 54:13
**noting** [1] - 35:7
**number** [4] - 40:10, 40:11, 61:8, 67:25
**numbers** [2] - 42:11, 62:23
**NW** [4] - 1:20, 1:24, 70:12, 71:9

**O**

**obfuscation** [1] - 10:25
**Obute** [1] - 5:21
**obviously** [6] - 34:25, 42:16, 42:17, 42:19, 46:2, 56:10
**occurred** [1] - 68:20
**occurring** [1] - 18:8
**OF** [4] - 1:1, 1:9, 70:1, 71:1
**off-campus** [1] - 41:23
**offer** [1] - 51:24
**OFFICE** [1] - 1:19
**Office** [4] - 39:9,

47:18, 50:22, 69:13
**officer** [3] - 46:22, 64:7, 65:3
**officers** [2] - 30:10, 62:19
**Official** [1] - 1:23
**official** [4] - 41:11, 58:10, 70:11, 71:7
**OFFICIAL** [2] - 70:1, 71:1
**often** [1] - 39:25
**oftentimes** [1] - 58:25
**Oliver** [13] - 2:11, 2:19, 2:21, 6:3, 27:6, 38:18, 48:11, 49:7, 49:15, 49:21, 50:21, 51:12, 52:23
**OLIVER** [104] - 1:18, 2:10, 2:20, 2:22, 3:8, 3:19, 4:3, 4:7, 4:17, 4:22, 5:1, 5:10, 5:15, 6:7, 6:10, 6:14, 6:18, 6:20, 6:24, 7:6, 7:12, 7:19, 7:25, 8:4, 8:7, 8:11, 8:18, 9:18, 9:22, 10:1, 10:4, 10:8, 10:11, 10:23, 11:3, 11:15, 11:20, 12:8, 12:22, 12:25, 13:11, 13:19, 14:1, 14:13, 14:22, 14:24, 15:2, 15:6, 15:11, 15:14, 15:19, 15:23, 16:7, 16:14, 16:19, 17:7, 18:6, 18:18, 18:23, 19:4, 19:8, 19:12, 19:17, 19:20, 19:22, 20:5, 20:8, 20:11, 20:24, 21:5, 21:25, 22:9, 22:17, 22:20, 23:2, 23:7, 23:12, 23:16, 23:19, 23:22, 24:4, 24:10, 24:13, 24:20, 24:25, 25:3, 25:7, 25:16, 25:20, 25:24, 26:17, 36:11, 36:13, 36:18, 36:21, 36:24, 37:1, 37:3, 37:8, 37:12, 37:16, 37:18, 37:23, 69:8
**oliver@usdoj.gov** [1] - 1:21
**once** [3] - 7:14, 7:15, 10:5
**one** [26] - 5:18, 15:2, 15:3, 16:9, 21:10, 21:11, 25:21, 29:2, 29:6, 32:17, 33:2, 39:10, 41:1, 42:22,

50:21, 51:24, 57:12, 59:11, 59:15, 63:3, 64:21, 64:23, 64:24, 65:2, 69:10
**ones** [1] - 59:14
**operations** [1] - 38:12
**opportunity** [2] - 28:7, 29:12
**OPT** [7] - 14:20, 15:8, 15:20, 17:22, 20:12, 44:20, 67:10
**order** [7] - 11:20, 39:20, 61:24, 62:3, 62:10, 68:9, 69:6
**original** [5] - 13:13, 30:13, 34:14, 35:3, 35:7
**originally** [2] - 7:16, 34:17
**origins** [1] - 50:7
**ourselves** [1] - 42:16
**outcomes** [1] - 67:13
**outside** [3] - 34:8, 37:18, 68:18
**overarching** [1] - 30:20
**oversaw** [1] - 39:11
**oversight** [1] - 56:23
**overspeak** [1] - 66:6
**own** [6] - 18:13, 20:16, 22:12, 55:10, 57:10, 68:13

**P**

**P.C** [1] - 1:15
**pages** [2] - 22:25, 49:22
**Pages** [1] - 54:1
**parameters** [1] - 68:17
**part** [4] - 7:4, 39:9, 42:17, 64:4
**participate** [1] - 44:19
**participating** [1] - 30:5
**particular** [1] - 13:1
**particularly** [1] - 30:2
**passport** [1] - 58:19
**past** [2] - 33:15, 47:8
**Patel** [4] - 50:5, 50:23, 54:2, 59:22
**paths** [1] - 55:7
**Pause** [4] - 4:25, 6:13, 12:7, 38:5
**pause** [1] - 31:21
**pay** [1] - 52:10
**people** [13] - 4:14, 12:17, 22:3, 22:23, 40:21, 45:18, 52:3, 52:14, 52:15, 60:11, 65:19, 67:22

**people's** [3] - 48:19, 52:9, 66:2
**per** [1] - 3:9
**period** [2] - 58:21, 58:23
**person** [10] - 45:20, 54:5, 55:4, 64:1, 65:4, 65:7, 65:8, 65:9, 65:10
**person's** [2] - 40:19, 67:19
**personally** [1] - 63:21
**petition** [1] - 56:21
**phone** [1] - 4:23
**PI** [5] - 31:4, 31:11, 32:6, 35:15, 35:20
**picked** [1] - 56:25
**PII** [1] - 63:21
**place** [5] - 7:16, 31:6, 31:8, 31:12, 55:3
**Plaintiff** [2] - 1:3, 1:11
**plaintiff** [12] - 7:11, 10:20, 11:2, 11:10, 11:13, 12:13, 15:5, 26:10, 26:19, 26:21, 46:21, 52:6
**plaintiff's** [13] - 2:4, 6:4, 6:24, 7:4, 7:18, 7:21, 11:8, 19:1, 22:6, 23:1, 23:23, 26:1, 33:7
**plaintiffs** [3] - 2:8, 65:2, 66:24
**plan** [4] - 12:19, 13:9, 13:17, 13:19
**planning** [1] - 18:24
**plans** [1] - 21:17
**played** [1] - 57:22
**playing** [1] - 57:18
**plays** [1] - 50:13
**podium** [1] - 4:16
**point** [6] - 33:18, 34:22, 35:24, 37:22, 40:11, 50:14
**pointed** [1] - 29:10
**points** [2] - 32:15, 46:4
**police** [1] - 46:22
**policy** [21] - 12:23, 13:22, 13:25, 14:2, 14:3, 16:3, 29:4, 29:7, 29:10, 29:22, 30:12, 30:15, 31:8, 32:18, 34:6, 34:9, 34:16, 34:25, 35:4, 35:8
**population** [7] - 53:14, 62:6, 62:9, 62:10, 62:11, 62:16, 62:17
**port** [1] - 58:7
**portfolios** [1] - 39:10

**position** [6] - 15:18, 15:25, 23:9, 27:16, 29:5, 66:24
**positive** [5] - 3:12, 62:13, 62:18, 64:3, 66:10
**possible** [2] - 8:15, 31:9
**post** [1] - 30:15
**post-dated** [1] - 30:15
**posture** [1] - 11:7
**potential** [2] - 57:5, 65:8
**potentially** [1] - 56:15
**powers** [1] - 29:12
**preliminary** [4] - 30:23, 32:25, 34:20, 36:7
**preparation** [2] - 48:24, 53:7
**prepared** [5] - 4:1, 9:9, 48:8, 49:8, 50:23
**present** [1] - 42:12
**presently** [1] - 11:6
**President's** [1] - 66:4
**pretty** [2] - 14:4, 17:10
**preventing** [2] - 24:21, 24:22
**previously** [1] - 13:4
**Principal** [1] - 39:10
**probable** [1] - 57:3
**procedures** [1] - 12:10
**proceeded** [1] - 53:25
**proceeding** [1] - 3:24
**proceedings** [7] - 17:2, 40:19, 56:4, 56:16, 57:5, 70:6, 71:3
**process** [5] - 56:6, 56:22, 56:23, 60:7, 63:13
**produce** [1] - 48:22
**produced** [1] - 34:1
**productivity** [1] - 63:2
**program** [16] - 2:25, 3:1, 3:9, 3:16, 3:18, 10:15, 12:12, 14:9, 38:13, 44:6, 48:3, 49:25, 50:3, 50:7, 50:10, 53:5
**programs** [1] - 67:10
**progresses** [1] - 34:5
**promising** [1] - 32:12
**proper** [1] - 31:15
**prosse'd** [2] - 64:16, 64:25
**provide** [2] - 45:2, 61:17
**provided** [3] - 14:15, 63:8, 65:15

**provision** [1] - 57:11
**prudential** [9] - 16:15, 16:18, 16:19, 23:20, 32:20, 55:24, 58:13, 59:12, 60:1
**prudentially** [5] - 17:4, 22:14, 58:4, 58:8, 59:6
**Public** [1] - 46:25
**publishes** [1] - 54:14
**pull** [1] - 53:8
**punishable** [1] - 57:12
**purpose** [6] - 14:10, 17:16, 18:2, 18:5, 43:7, 67:2
**purposes** [1] - 14:9
**pursuant** [1] - 22:15
**put** [12] - 32:21, 34:4, 35:11, 35:12, 39:3, 56:4, 56:16, 57:5, 59:18, 64:12
**putting** [2] - 34:23, 57:14

## Q

**questioning** [1] - 4:19
**questions** [51] - 2:18, 3:17, 3:25, 4:2, 4:5, 4:15, 4:21, 5:7, 5:9, 8:22, 8:23, 8:24, 9:1, 9:3, 9:5, 9:9, 10:7, 10:19, 11:17, 21:2, 25:19, 30:20, 35:22, 48:2, 48:5, 48:9, 48:12, 48:21, 49:2, 49:3, 49:7, 49:8, 49:11, 49:13, 49:14, 50:19, 50:23, 51:2, 51:3, 51:4, 51:7, 51:10, 51:12, 51:13, 51:15, 51:22, 52:17, 53:8, 61:16, 62:24, 66:21
**quick** [2] - 35:23, 51:24
**quickly** [3] - 31:9, 35:16, 41:10
**quite** [2] - 39:1, 48:20
**quote** [2] - 32:20, 34:1
**quote-unquote** [1] - 34:1

## R

**raising** [1] - 51:9
**ran** [5] - 12:12, 23:25, 44:5, 60:8, 61:5
**RDR** [5] - 1:23, 70:3, 70:10, 71:2, 71:7
**reactivated** [5] - 6:8,

6:16, 7:14, 26:5, 30:23
**read** [5] - 2:16, 22:25, 50:18, 50:22, 51:2
**real** [3] - 30:8, 48:18, 52:15
**realized** [1] - 46:24
**really** [6] - 33:16, 43:18, 46:15, 46:16, 48:7, 57:24
**reason** [15] - 16:5, 16:12, 17:5, 18:4, 24:17, 24:24, 25:13, 25:15, 27:7, 28:5, 33:12, 44:5, 55:3, 57:20, 60:11
**reasons** [4] - 14:6, 16:4, 28:16, 30:13, 42:23, 57:9
**received** [2] - 21:9, 47:20
**recent** [3] - 41:14, 49:17, 49:18
**Recess** [1] - 36:10
**recess** [2] - 30:17, 36:5
**recommendation** [2] - 68:8, 68:14
**recommended** [1] - 68:21
**record** [56] - 2:5, 3:2, 6:5, 6:16, 6:22, 6:25, 7:14, 7:15, 7:16, 7:18, 11:1, 11:12, 12:15, 12:20, 14:10, 14:14, 15:7, 16:6, 16:13, 17:6, 17:15, 17:17, 18:14, 18:22, 20:2, 20:14, 22:21, 22:25, 25:15, 25:23, 26:5, 26:6, 27:4, 27:7, 27:11, 28:19, 31:13, 33:7, 34:1, 38:22, 44:4, 44:12, 47:3, 49:23, 50:9, 54:21, 57:17, 57:20, 57:21, 62:19, 63:25, 64:1, 64:5, 64:9, 66:1, 66:10
**records** [31] - 3:11, 4:10, 14:4, 14:9, 16:4, 18:1, 18:4, 50:15, 53:20, 53:23, 53:24, 54:13, 54:24, 54:25, 59:4, 59:19, 59:25, 60:18, 62:12, 62:15, 63:5, 63:16, 63:24, 66:17, 68:4, 68:5, 68:7, 68:10, 68:12, 68:16

**red** [1] - 67:4
**REDDY** [2] - 1:2, 1:15
**Reddy** [1] - 2:3
**reenter** [3] - 24:8, 24:11, 26:11
**refer** [1] - 65:22
**referrals** [1] - 65:13
**referred** [2] - 53:20, 66:11
**regarding** [4] - 36:15, 36:19, 54:16, 61:25
**regulating** [1] - 30:6
**regulation** [1] - 29:23
**regulations** [3] - 29:21, 34:8, 55:6
**regulatory** [1] - 29:22
**reinstated** [6] - 6:5, 7:3, 7:17, 12:16, 13:7, 13:8
**reinstatement** [1] - 31:22
**related** [1] - 32:23
**relates** [2] - 66:12, 67:13
**relatively** [1] - 58:20
**relevant** [1] - 8:25
**relief** [1] - 33:18
**remain** [1] - 56:15
**removability** [2] - 56:6, 56:18
**removable** [2] - 11:14, 11:20
**removal** [2] - 12:9, 40:19, 56:4, 56:16, 57:5
**remove** [1] - 18:24
**removed** [1] - 57:6
**renewed** [1] - 34:19
**repeat** [2] - 22:10, 22:11
**repeatedly** [1] - 47:8
**Reporter** [4] - 1:23, 1:23, 70:11, 71:7
**REPORTER** [2] - 70:1, 71:1
**reporter** [1] - 25:23
**representations** [5] - 31:11, 31:13, 31:14, 32:6, 32:10
**representative** [2] - 30:19, 47:22
**represented** [3] - 7:2, 30:24, 31:1
**representing** [1] - 13:24
**request** [6] - 3:25, 53:24, 59:18, 66:17, 68:1, 68:14
**requested** [2] - 67:21, 68:4

**requests** [2] - 59:9, 67:23
**require** [1] - 69:15
**required** [1] - 64:23
**requirement** [1] - 62:8
**respect** [2] - 12:25, 13:2
**respond** [1] - 11:25
**response** [1] - 6:5
**responsible** [2] - 62:14, 63:25
**rest** [1] - 37:17
**restored** [1] - 7:15
**result** [6] - 23:9, 44:17, 44:21, 52:9, 52:12, 62:13
**resulted** [2] - 46:17, 54:8
**resulting** [1] - 7:22
**results** [1] - 66:13
**retroactive** [3] - 30:24, 31:18, 31:23
**retroactively** [1] - 7:17
**return** [3] - 16:22, 28:21, 58:7
**returned** [1] - 66:13
**review** [5] - 4:2, 27:25, 28:14, 56:19, 56:22
**reviewable** [2] - 55:17, 56:17
**reviewed** [3] - 3:24, 9:7, 28:7
**revocation** [20] - 23:9, 23:17, 23:18, 23:20, 24:18, 25:5, 26:10, 26:23, 27:5, 28:9, 32:19, 57:17, 57:19, 57:20, 58:12, 58:13, 59:10, 59:12, 67:17
**revocations** [5] - 27:13, 32:21, 45:23, 60:2, 68:2
**revoke** [10] - 25:13, 28:16, 30:4, 57:4, 57:9, 57:16, 58:2, 58:4, 60:5, 65:24
**revoked** [29] - 17:3, 22:7, 22:14, 22:19, 23:1, 23:4, 23:6, 23:11, 23:15, 23:24, 24:3, 24:16, 25:11, 26:1, 26:4, 27:2, 33:11, 53:24, 58:6, 58:8, 59:6, 60:13, 60:24, 65:25, 66:14, 67:16, 68:8, 68:21
**revokes** [1] - 56:2
**revoking** [1] - 56:1
**Richmond** [1] - 1:16
**risk** [1] - 28:24

**role** [2] - 30:8, 30:12
**room** [3] - 5:21, 37:9, 37:13
**Room** [3] - 1:24, 70:12, 71:8
**rough** [2] - 62:10, 68:9
**Rule** [1] - 33:25
**run** [2] - 62:8, 62:12
**runs** [1] - 54:15
**Rutledge** [1] - 1:12

## S

**Safety** [1] - 46:25
**safety** [1] - 42:24
**San** [2] - 31:16, 32:1
**sat** [1] - 53:7
**saw** [1] - 64:12
**SC** [1] - 1:13
**schedule** [2] - 31:6, 31:8
**scheduled** [2] - 48:20, 49:1
**school** [26] - 14:15, 14:16, 14:20, 16:8, 16:10, 17:22, 30:4, 30:10, 40:14, 40:15, 41:2, 41:3, 41:5, 41:11, 41:19, 42:1, 43:3, 43:9, 43:25, 45:4, 45:16, 46:5, 46:11, 46:20, 52:11, 59:2
**schools** [5] - 30:6, 30:9, 39:24, 42:14, 44:18
**scope** [1] - 62:3
**scrub** [1] - 3:11
**scrubbed** [2] - 4:10, 59:21
**se** [1] - 3:9
**search** [1] - 24:1
**seat** [1] - 38:18
**second** [3] - 33:1, 33:22, 64:4
**Security** [3] - 3:10, 4:9, 21:22
**see** [16] - 3:1, 5:18, 6:14, 11:24, 14:5, 24:19, 27:3, 28:15, 39:2, 41:8, 51:21, 51:22, 57:15, 64:4, 64:6, 64:9
**seeing** [3] - 42:18, 42:19, 64:18
**seek** [2] - 58:7, 58:11
**semitism** [2] - 61:25, 62:4
**send** [2] - 57:7, 63:12
**sense** [2] - 20:23,

41:12
**sent** [2] - 60:9, 60:14
**serious** [1] - 27:22
**serves** [1] - 67:4
**set** [4] - 7:15, 44:12, 48:7, 55:6
**several** [2] - 16:4, 17:20
**SEVIS** [92] - 3:11, 4:10, 6:4, 6:16, 7:4, 7:7, 7:10, 7:14, 7:18, 8:13, 8:19, 12:15, 12:19, 14:4, 14:6, 14:8, 14:10, 14:15, 16:4, 16:6, 16:12, 17:6, 17:11, 17:15, 17:17, 18:1, 18:5, 18:14, 20:2, 20:14, 22:8, 22:16, 22:18, 25:15, 26:5, 26:6, 27:1, 27:4, 27:7, 28:19, 29:3, 29:4, 29:7, 30:2, 30:9, 30:24, 30:25, 31:2, 33:7, 38:22, 39:6, 39:8, 42:13, 43:20, 43:23, 44:11, 44:12, 44:16, 45:1, 45:8, 45:12, 46:10, 47:3, 47:6, 49:17, 50:15, 52:3, 53:14, 53:20, 53:24, 54:24, 57:17, 57:20, 57:21, 59:4, 59:9, 59:14, 59:19, 59:25, 60:5, 60:18, 63:5, 64:1, 66:1, 66:25, 67:2, 67:6, 67:9, 67:17, 67:23
**SEVP** [9] - 14:6, 16:3, 30:5, 38:13, 39:8, 39:11, 39:24, 45:24
**shake** [1] - 18:22
**shared** [1] - 5:16
**shifted** [1] - 62:4
**shock** [1] - 33:16
**shocked** [1] - 33:15
**shocking** [2] - 16:1, 47:10
**shoplifting** [1] - 64:11
**short** [5] - 2:17, 38:9, 47:11, 58:20, 61:15
**shot** [1] - 28:5
**show** [9] - 3:25, 4:20, 5:13, 30:19, 32:14, 48:8, 48:13, 48:14, 64:22
**showed** [7] - 10:18, 24:1, 25:11, 48:4, 48:11, 60:8, 62:13
**showing** [7] - 4:4,

10:6, 20:15, 26:2, 38:9, 47:19, 47:21
**simply** [2] - 18:6, 46:20
**sit** [2] - 26:18, 52:12
**sitting** [1] - 22:2
**situation** [8] - 7:13, 27:20, 41:3, 41:4, 43:8, 43:9, 43:23, 44:3
**situations** [1] - 41:16
**six** [4] - 39:25, 40:3, 40:5, 40:9
**slightly** [1] - 34:21
**small** [1] - 40:11
**Smith** [2] - 59:23, 59:24
**So-and-so** [1] - 41:20
**solely** [4] - 12:20, 13:18, 14:11, 67:17
**someone** [19] - 4:1, 4:20, 5:3, 5:21, 14:11, 22:3, 38:2, 48:9, 48:22, 50:2, 51:1, 51:4, 54:4, 54:19, 54:20, 55:1, 56:25, 65:1, 65:2
**sometimes** [1] - 41:7
**SOOKNANAN** [1] - 1:9
**sorry** [12] - 6:20, 22:9, 23:11, 27:3, 28:1, 33:22, 33:23, 36:18, 39:2, 43:5, 62:22, 66:6
**sort** [4] - 30:15, 41:19, 45:21, 55:6
**SPARKLE** [1] - 1:9
**speaking** [2] - 25:22, 69:11
**specific** [2] - 3:11, 6:2
**specifically** [1] - 5:11
**spell** [1] - 36:25
**spending** [1] - 18:3
**spent** [1] - 55:6
**spreadsheet** [3] - 64:12, 64:18
**spreadsheets** [2] - 63:7
**staff** [8] - 3:10, 4:9, 52:23, 52:24, 63:4, 63:16, 63:25, 64:21
**staffing** [1] - 27:20
**stamping** [1] - 27:21
**stand** [2] - 29:1, 38:19
**standing** [1] - 47:7
**stands** [3] - 28:18, 32:4, 33:5
**start** [7] - 2:14, 9:19, 25:22, 25:25, 49:17, 51:18, 61:19

**started** [4] - 39:9, 44:25, 49:15, 53:3
**starting** [1] - 2:4
**State** [50] - 11:8, 21:21, 21:25, 22:13, 22:22, 27:2, 27:11, 27:12, 36:15, 36:19, 38:15, 39:8, 45:23, 50:8, 50:13, 51:13, 53:21, 53:22, 55:16, 55:22, 55:25, 56:2, 56:10, 57:1, 57:8, 57:15, 57:23, 58:1, 58:2, 59:17, 60:10, 60:22, 60:23, 63:8, 63:12, 65:13, 65:15, 65:23, 66:8, 66:11, 66:14, 66:17, 67:16, 67:20, 67:23, 68:4, 68:9, 68:15, 68:21
**statement** [17] - 19:7, 19:10, 19:11, 19:12, 20:16, 20:25, 21:4, 21:14, 38:21, 38:24, 39:14, 39:19, 42:21, 44:15, 46:2, 46:9, 47:13
**STATES** [2] - 1:1, 1:10
**States** [15] - 16:21, 16:23, 17:13, 19:24, 26:13, 29:1, 47:2, 58:16, 58:18, 59:2, 61:25, 62:5, 70:11, 71:8
**status** [41] - 7:4, 7:8, 8:3, 8:5, 8:10, 8:12, 8:17, 9:12, 9:17, 9:24, 10:21, 11:2, 11:11, 17:13, 17:16, 17:18, 17:24, 24:5, 24:7, 24:13, 25:20, 30:4, 44:5, 45:9, 45:12, 45:14, 55:5, 55:8, 55:9, 55:12, 57:10, 57:13, 58:15, 59:2, 60:15, 65:21, 66:2, 67:1, 67:3
**statute** [2] - 30:1, 30:3
**stay** [4] - 24:14, 58:25, 69:16, 69:20
**stays** [1] - 65:8
**Ste** [1] - 1:16
**stenographic** [2] - 70:5, 71:3
**step** [3] - 25:5, 40:22, 64:21
**steps** [3] - 11:21, 25:10, 36:7
**STEVEN** [1] - 1:15
**Steven** [1] - 2:7

**steven@rnlawgroup. com** [1] - 1:17
**still** [8] - 10:19, 17:10, 31:12, 32:3, 44:9, 44:11, 56:24, 59:2
**stop** [4] - 25:22, 46:6, 61:3, 63:11
**stops** [1] - 30:5
**Street** [1] - 1:20
**student** [26] - 8:6, 8:9, 8:15, 9:10, 16:8, 16:21, 17:2, 18:15, 20:2, 23:10, 24:14, 38:23, 40:15, 40:19, 41:24, 42:23, 42:25, 43:8, 43:12, 43:21, 44:17, 46:6, 55:8, 61:1, 64:7, 64:12
**Student** [15] - 3:3, 3:6, 5:7, 10:15, 30:20, 37:4, 46:12, 49:24, 52:21, 52:25, 60:7, 61:18, 61:21, 66:3, 66:20
**student's** [7] - 6:16, 8:12, 9:17, 17:3, 17:12, 55:12, 67:1
**students** [22] - 10:16, 10:17, 14:19, 17:21, 26:16, 30:6, 38:12, 44:3, 44:6, 44:8, 44:19, 44:23, 46:18, 58:17, 58:22, 58:25, 62:5, 62:6, 62:9, 66:9, 67:9
**students'** [2] - 60:15, 67:3
**studies** [2] - 24:15, 58:18
**studying** [1] - 62:5
**stuff** [1] - 63:12
**subject** [3] - 12:9, 56:3, 56:19
**submit** [2] - 35:11, 35:19
**submitted** [2] - 27:11, 35:19
**substituted** [1] - 9:6
**sufficient** [2] - 32:24, 57:3
**suggest** [2] - 29:24, 30:12
**summary** [6] - 33:25, 34:3, 34:7, 34:11, 35:20, 35:24
**supplement** [1] - 50:5
**supplemental** [1] - 29:3
**surprised** [1] - 48:21
**suspected** [1] - 47:12

**suspicion** [1] - 41:21
**swear** [1] - 61:15
**system** [6] - 30:10, 47:6, 54:3, 54:22, 68:6
**systems** [1] - 54:13

**T**

**teacher** [1] - 40:16
**technological** [1] - 31:18
**ten** [2] - 36:3, 39:4
**terminate** [38] - 13:10, 13:16, 13:17, 14:8, 16:3, 16:12, 20:12, 25:15, 26:16, 29:12, 29:20, 30:4, 31:1, 32:12, 32:22, 33:6, 33:10, 33:13, 34:8, 39:25, 40:18, 41:2, 41:17, 43:10, 44:5, 44:23, 45:25, 55:7, 55:19, 56:13, 57:17, 57:20, 59:19, 60:11, 66:1, 68:3, 68:5, 68:12
**terminated** [35] - 6:23, 6:25, 7:8, 7:16, 10:16, 12:15, 12:18, 13:4, 13:9, 14:20, 17:25, 26:5, 27:1, 27:5, 27:7, 28:19, 41:15, 43:23, 44:2, 44:13, 45:6, 47:2, 50:15, 52:13, 52:16, 53:25, 59:4, 60:12, 60:13, 60:14, 60:19, 66:18, 68:7, 68:10, 68:17
**terminates** [1] - 43:25
**terminating** [19] - 12:19, 13:20, 14:10, 16:6, 17:6, 17:15, 17:17, 18:4, 18:14, 20:2, 20:14, 33:6, 38:22, 40:9, 44:2, 45:12, 57:21, 66:2, 67:10
**termination** [52] - 2:25, 3:1, 7:14, 8:19, 10:14, 11:14, 14:6, 15:19, 16:16, 16:18, 16:19, 16:20, 17:1, 18:5, 22:8, 22:16, 22:18, 30:13, 30:25, 33:8, 33:19, 34:15, 35:4, 35:7, 41:14, 42:22, 42:25, 43:20, 44:9, 44:10, 44:11, 44:17, 44:21, 45:1,

45:8, 46:10, 48:2, 49:18, 49:19, 52:19, 55:21, 59:9, 61:20, 65:8, 65:18, 65:21, 66:25, 67:2, 67:17, 67:21, 68:22
**terminations** [17] - 39:23, 39:25, 40:8, 42:13, 44:8, 44:22, 49:17, 51:15, 59:15, 60:1, 60:6, 65:13, 67:9, 67:24, 68:1, 68:13, 68:20
**terms** [1] - 64:5
**testified** [3] - 31:17, 50:6, 59:22
**testifying** [3] - 36:14, 36:19, 37:3
**testimony** [1] - 47:14
**Texas** [1] - 46:25
**THE** [207] - 1:1, 1:1, 1:9, 2:2, 2:9, 2:13, 2:21, 2:23, 3:14, 3:22, 4:4, 4:12, 4:19, 4:24, 5:5, 5:13, 5:16, 5:20, 5:22, 6:1, 6:9, 6:11, 6:15, 6:19, 6:22, 7:2, 7:7, 7:17, 7:20, 8:1, 8:6, 8:8, 8:14, 8:20, 9:19, 9:23, 10:3, 10:5, 10:10, 10:12, 10:24, 11:5, 11:17, 11:22, 12:1, 12:11, 12:24, 13:2, 13:12, 13:21, 14:3, 14:17, 14:23, 15:1, 15:3, 15:9, 15:12, 15:15, 15:22, 15:25, 16:10, 16:17, 17:3, 17:9, 18:9, 18:20, 18:24, 19:6, 19:10, 19:14, 19:19, 19:21, 20:1, 20:6, 20:10, 20:13, 20:25, 21:6, 21:12, 21:24, 22:1, 22:5, 22:11, 22:19, 22:24, 23:4, 23:8, 23:14, 23:17, 23:21, 23:23, 24:6, 24:12, 24:14, 24:22, 25:2, 25:4, 25:9, 25:18, 25:21, 25:25, 26:18, 26:22, 27:3, 28:2, 28:8, 28:12, 28:15, 28:23, 28:25, 29:17, 30:15, 31:21, 32:3, 33:2, 33:21, 34:13, 34:23, 35:10, 36:4, 36:9, 36:12, 36:16, 36:20, 36:23,

36:25, 37:2, 37:5, 37:9, 37:10, 37:14, 37:17, 37:21, 37:24, 38:1, 38:6, 38:8, 38:14, 38:17, 39:5, 39:13, 39:17, 39:22, 40:1, 40:3, 40:7, 40:24, 41:1, 41:8, 41:12, 41:25, 42:3, 42:6, 42:8, 42:10, 42:20, 43:4, 43:14, 43:16, 43:20, 44:14, 46:8, 47:19, 47:24, 49:5, 49:10, 49:12, 50:16, 50:24, 51:8, 51:11, 52:1, 52:5, 53:4, 53:16, 53:18, 54:3, 55:1, 57:7, 59:14, 59:20, 60:3, 60:20, 60:22, 61:2, 61:10, 61:14, 62:1, 62:21, 62:23, 63:11, 65:1, 65:16, 66:7, 66:19, 67:7, 67:14, 67:22, 68:3, 68:12, 68:19, 68:25, 69:3, 69:11, 69:14, 69:18, 69:22
**thee** [1] - 8:14
**themselves** [3] - 51:5, 54:21, 55:8
**therefore** [1] - 43:10
**therein** [2] - 64:1, 64:2
**they've** [5] - 17:22, 17:23, 30:11, 32:17, 65:23
**thousands** [8] - 10:16, 10:17, 14:18, 14:19, 26:16, 44:2, 44:23, 52:14
**threaten** [2] - 40:21, 40:22
**threatening** [2] - 40:16, 41:20
**three** [15] - 17:9, 27:19, 46:1, 49:22, 52:21, 53:9, 57:25, 59:3, 59:11, 59:15, 59:16, 59:20, 60:4, 60:12
**throw** [1] - 17:2
**timelines** [1] - 2:17
**tip** [2] - 41:6, 41:9
**title** [1] - 38:10
**titles** [1] - 37:5
**today** [11] - 4:1, 9:5, 12:4, 26:19, 29:5, 32:10, 33:5, 39:18, 43:19, 47:7, 69:1
**TODD** [1] - 1:6

**Todd** [1] - 2:3
**took** [2] - 24:24, 48:18
**top** [1] - 40:21
**total** [1] - 40:3
**totally** [2] - 24:17, 28:16
**touch** [1] - 41:10
**traffic** [4] - 46:23, 46:25, 65:3, 65:5
**training** [3] - 14:20, 15:8, 67:10
**trainings** [1] - 17:22
**transcript** [13] - 3:24, 9:8, 50:6, 50:17, 50:18, 50:23, 51:3, 53:8, 54:2, 70:5, 70:6, 71:3, 71:3
**TRANSCRIPT** [1] - 1:9
**transcripts** [3] - 48:25, 49:3, 49:9
**transfer** [1] - 16:7
**transferred** [1] - 11:18
**transfers** [1] - 16:8
**transpired** [1] - 50:14
**travel** [3] - 16:20, 58:21
**treat** [1] - 35:20
**tried** [2] - 59:22, 59:23
**trigger** [1] - 43:12
**triggering** [1] - 56:9
**TRO** [10] - 6:5, 7:3, 11:14, 13:7, 26:7, 48:25, 52:7, 52:13
**TROs** [1] - 68:11
**true** [8] - 15:5, 31:14, 39:16, 43:22, 70:4, 70:6, 71:2, 71:3
**Truong** [4] - 11:22, 21:9, 37:24, 49:8
**TRUONG** [7] - 1:19, 5:23, 11:24, 12:6, 21:8, 21:19, 22:4
**try** [1] - 50:24
**trying** [5] - 15:17, 29:11, 42:20, 60:6, 61:18
**turn** [3] - 35:23, 51:21, 61:10
**turned** [3] - 52:3, 52:6, 52:8
**turns** [1] - 32:7
**two** [23] - 4:15, 8:21, 9:2, 10:6, 10:18, 10:19, 12:1, 12:3, 12:4, 15:16, 17:10, 22:2, 27:21, 32:15, 32:16, 36:13, 46:21, 47:4, 48:1, 48:20, 53:10, 59:15, 68:17
**TX** [1] - 1:16

**type** [3] - 44:10, 58:14, 58:23
**types** [2] - 32:20, 59:18
**typical** [2] - 43:7, 43:9
**typically** [1] - 40:12

## U

**U.S** [6] - 1:19, 1:24, 47:18, 50:22, 56:22, 69:12
**UCIS** [2] - 19:23, 19:25
**ultimately** [2] - 33:9, 56:21
**unacceptable** [2] - 16:1, 51:5
**under** [9] - 30:11, 33:25, 41:21, 55:18, 56:2, 56:11, 56:16, 62:10, 68:17
**underlying** [2] - 55:14, 57:2
**undertook** [2] - 7:5, 53:12
**United** [15] - 16:21, 16:22, 16:23, 17:13, 19:24, 26:12, 28:25, 47:2, 58:16, 58:18, 59:2, 61:25, 62:5, 70:11, 71:8
**UNITED** [2] - 1:1, 1:10
**unknown** [1] - 64:15
**unlawful** [5] - 29:11, 29:25, 30:13, 30:14, 35:9
**unlawfulness** [2] - 34:16, 35:7
**unpersuasive** [1] - 30:2
**unprecedented** [1] - 46:13
**unquote** [1] - 34:1
**up** [39] - 3:25, 4:4, 4:20, 5:13, 10:6, 10:18, 18:7, 18:12, 20:15, 23:2, 29:1, 30:7, 30:19, 32:4, 33:5, 35:22, 36:16, 36:22, 38:9, 44:24, 47:7, 47:19, 47:21, 47:23, 48:4, 48:8, 48:11, 48:14, 52:23, 52:25, 54:17, 56:12, 56:25, 57:25, 62:12, 63:15, 65:2, 65:7
**update** [2] - 14:7, 16:11
**upending** [2] - 10:17, 46:17

**urge** [1] - 34:3, 34:10
**US** [1] - 19:18
**USC** [2] - 55:18, 56:2
**USCIS** [2] - 15:20, 20:9
**usual** [1] - 10:24

## V

**valid** [8] - 17:23, 23:9, 23:17, 24:8, 25:13, 25:15, 57:13, 57:17
**validity** [1] - 8:17
**validly** [1] - 24:3
**various** [1] - 45:7
**vast** [2] - 39:23, 41:4
**version** [3] - 10:21, 11:5, 15:15
**versus** [2] - 64:23, 64:24
**via** [1] - 55:7
**video** [2] - 46:24, 65:4
**violate** [1] - 65:5
**violating** [1] - 65:3
**violation** [5] - 8:2, 8:4, 8:9, 8:12, 9:11
**violence** [2] - 40:22, 57:12
**violent** [1] - 41:20, 42:23
**virtually** [2] - 5:3, 5:14
**visa** [74] - 16:15, 16:20, 16:22, 16:24, 17:1, 17:3, 22:6, 22:14, 22:19, 23:1, 23:4, 23:6, 23:9, 23:15, 23:23, 24:3, 24:8, 24:16, 24:18, 24:24, 25:3, 25:11, 25:14, 26:1, 26:4, 26:9, 26:12, 26:15, 26:23, 27:2, 27:5, 27:18, 27:23, 27:25, 28:9, 32:19, 32:21, 33:11, 56:2, 56:13, 57:4, 57:9, 57:16, 57:19, 58:2, 58:4, 58:5, 58:7, 58:11, 58:13, 58:14, 58:19, 58:22, 58:23, 58:24, 59:1, 59:10, 60:1, 60:2, 60:15, 60:18, 60:23, 62:11, 63:14, 66:12, 66:15, 67:16, 67:17, 68:21
**visas** [12] - 28:16, 53:23, 56:1, 59:7, 60:5, 60:12, 60:13, 65:24, 65:25, 68:8
**visitor** [2] - 38:12,

55:20
**voluntary** [1] - 34:20

## W

**wait** [4] - 5:8, 27:18, 30:18
**waiting** [4] - 5:21, 37:9, 37:12, 48:13
**walk** [4] - 13:15, 25:9, 33:9, 61:2
**wants** [1] - 60:11
**warrant** [1] - 54:19
**Washington** [5] - 1:4, 1:20, 1:25, 70:13, 71:9
**Watson** [10] - 50:6, 54:1, 59:22, 61:7, 61:9, 61:10, 61:12, 66:22, 68:25, 69:16
**WATSON** [17] - 61:13, 61:23, 62:2, 62:22, 62:25, 63:20, 65:12, 66:5, 66:8, 67:4, 67:12, 67:20, 67:25, 68:7, 68:16, 68:23, 69:2
**ways** [2] - 54:17, 54:20
**website** [24] - 18:13, 18:20, 18:25, 20:1, 20:13, 20:17, 21:4, 21:15, 21:17, 21:20, 21:21, 36:15, 36:19, 38:21, 38:22, 38:25, 39:15, 42:4, 42:5, 43:6, 43:17, 43:21, 47:13, 51:14
**week** [2] - 3:23, 52:3
**weekend** [1] - 2:15
**weeks** [17] - 4:15, 8:21, 9:3, 10:6, 10:18, 10:19, 12:3, 15:16, 17:10, 18:25, 27:21, 46:1, 46:21, 47:8, 48:1, 48:20, 53:10
**welcome** [1] - 69:2
**well-prepared** [1] - 48:8
**whatsoever** [4] - 17:12, 18:5, 67:1, 67:3
**whereby** [1] - 64:7
**whole** [2] - 34:20, 38:19
**wife** [1] - 47:3
**win** [1] - 34:6
**witness** [11] - 5:25, 12:3, 21:9, 21:13, 21:14, 35:13, 35:21,

36:2, 36:6, 48:13, 48:14
**witnesses** [1] - 3:17
**word** [1] - 47:20
**works** [2] - 21:3, 61:3
**world** [1] - 20:15
**worth** [1] - 28:24
**wow** [2] - 28:23, 28:25

## Y

**year** [5] - 39:24, 42:11, 43:24, 44:24, 57:12
**years** [1] - 39:4
**yourself** [1] - 2:5

## Z

**zone** [1] - 27:15
**zoom** [2] - 2:24, 3:3
**Zoom** [2] - 5:17, 38:2