AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| ZHUOER CHEN, an individual; MENGCHENG YU, an individual; JIARONG OUYANG, an individual; and GEXI GUO, an individual;<br><br>*Plaintiff(s)*<br>v.<br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; and TODD LYONS, in his capacity as Act ing Director of U.S. Immigration and Customs Enforcement;<br><br>*Defendant(s)* | Civil Action No. 3:25-cv-03292 -SI |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* KRISTI NOEM
U.S. Department of Homeland Security
Washington, DC 20528

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Andre Y. Bates (SBN 178170)
Keliang (Clay) Zhu (SBN 305509)
Yi Yao (SBN 292563)
DeHeng Law Offices PC
7901 Stoneridge Drive, Suite 208
Pleasanton, CA 94588

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Mark B.Busby

Date: April 14, 2025

*Kim Means*
*Signature of Clerk or Deputy Clerk*

# USPS Tracking®

FAQs >

Track Packages
Anytime, Anywhere

Get the free Informed Delivery® feature to receive automated notifications on your packages

Learn More (https://reg.usps.com/xsell?app=UspsTools&ref=ho nepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ✕

**Tracking Number:**

## 9589071052702116546127

Copy       Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to an individual at the address at 12:35 pm on April 24, 2025 in WASHINGTON, DC 20528.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

**Delivered**

**Delivered, Left with Individual**

WASHINGTON, DC 20528
April 24, 2025, 12:35 pm

See All Tracking History

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

Text & Email Updates                                              ⌄

USPS Tracking Plus®                                               ⌄

Product Information                                               ⌄

See Less ⌃

**Track Another Package**

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs