AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| ZHUOER CHEN, an individual; MENGCHENG YU, an individual; JIARONG OUYANG, an individual; and GEXI GUO, an individual;<br><br>*Plaintiff(s)*<br>v.<br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; and TODD LYONS, in his capacity as Acting Director of U.S. Immigration and Customs Enforcement;<br><br>*Defendant(s)* | Civil Action No.    3:25-cv-03292-SI |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TODD M. LYONS
U.S. Immigration of Customs Enforcement
500 12th St SW
Washington, DC 20536

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Andre Y. Bates (SBN 178170)
Keliang (Clay) Zhu (SBN 305509)
Yi Yao (SBN 292563)
DeHeng Law Offices PC
7901 Stoneridge Drive, Suite 208
Pleasanton, CA 94588

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Mark B.Busby

Date:   April 14, 2025                                                  *Kim Means*
                                                                        *Signature of Clerk or Deputy Clerk*

# USPS Tracking®

FAQs >

**Track Packages Anytime, Anywhere**   Get the free Informed Delivery® feature to receive automated notifications on your packages   **Learn More** (https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ✕

**Tracking Number:**

## 9589071052702116546134

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to an individual at the address at 12:29 pm on April 24, 2025 in WASHINGTON, DC 20536.

**Delivered**

**Delivered, Left with Individual**
WASHINGTON, DC 20536
April 24, 2025, 12:29 pm

See All Tracking History

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

Feedback

## Text & Email Updates ∧

✓ Confirmation - We Received Your Request

9589071052702116546134

Your updates will be sent to:

yjiang@dehengsv.com

When new tracking activity is available, you'll get notifications based on your selections.

## USPS Tracking Plus® ∨

**Product Information** ⌄

**See Less** ⌃

Track Another Package

[ Enter tracking or barcode numbers ]

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**