1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  ELIZABETH D. KURLAN (CABN 255869)
   Assistant United States Attorney
4
          450 Golden Gate Avenue, Box 36055
5         San Francisco, California 94102-3495
          Telephone: (415) 436-7298
6         Facsimile: (415) 436-6748
          Elizabeth.Kurlan@usdoj.gov
7
   Attorneys for Defendants
8
                  UNITED STATES DISTRICT COURT
9
                NORTHERN DISTRICT OF CALIFORNIA
10
                       OAKLAND DIVISION
11
   ZHUOER CHEN. *et al.*,                    Case No. 4:25-cv-03292 JSW
12
                      Plaintiffs,
13
          v.                                 **STIPULATION TO EXTEND TIME FOR**
14                                           **DEFENDANTS' RESPONSE TO PLAINTIFFS'**
   KRISTI NOEM, in her official capacity as  **COMPLAINT; AND** ~~**[PROPOSED]**~~ **ORDER**
15 Secretary of the United States Department of
   Homeland Security, *et al.*,
16
                      Defendants.
17

18

19        Plaintiffs and Defendants hereby stipulate and respectfully request the Court to extend the

20 deadline for Defendants' response to Plaintiffs' complaint.  Defendants will file their response on or

21 before July 16, 2025. The parties make this request because Defendants need a brief period of additional

22 time to prepare their response to the complaint.

23 ///

24 ///

25

26

27

28
   Stipulation to Extend
   C 4:25-cv-03292 JSW                    1

1    Dated: June 13, 2025

2                                    Respectfully submitted,[1]

3                                    CRAIG H. MISSAKIAN
                                     United States Attorney

4                                    _/s/ Elizabeth D. Kurlan_____
                                     ELIZABETH D. KURLAN

5                                    Assistant United States Attorney
                                     Attorneys for Defendants

6

7    Dated: June 13, 2025

8                                    _/s/ Andre Y. Bates_____
                                     ANDRE Y. BATES

9                                    DeHeng Law Offices PC
                                     Attorney for Plaintiffs

10

11

12

13                          **[PROPOSED] ORDER**

14        Pursuant to stipulation, IT IS SO ORDERED.  Defendants will file their response to Plaintiffs'

15   complaint by July 16, 2025.

16

17   Date:  June 18, 2025

18                                    _____
                                     JEFFREY S. WHITE
                                     United States District Judge

19

20

21

22

23

24

25

26

27        [1]  In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all
     signatories listed herein concur in the filing of this document.

28

**DECLARATION OF ELIZABETH D. KURLAN**

I, Elizabeth D. Kurlan, declare and state as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California and counsel of record for the federal Defendants in the above-captioned action.

2. On April 11, 2025, Plaintiffs filed a complaint in which they challenge the termination of their records in the Student Exchange and Visitor Information System. *See* Dkt. No. 1. Our office was served with the complaint on April 16, 2025.

3. On June 12, 2025, I contacted Plaintiffs' counsel regarding Defendants' request for an extension of time to prepare their response to the complaint, and Plaintiffs consented to the request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: June 12, 2025

/s/ Elizabeth D. Kurlan
ELIZABETH D. KURLAN
Assistant United States Attorney