CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZHUOER CHEN. *et al*.,<br><br>    Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the United States Department of Homeland Security, *et al*.,<br><br>    Defendants. | Case No. 4:25-cv-03292 JSW<br><br>ORDER GRANTING<br>**SECOND STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFFS' COMPLAINT;** ~~AND [PROPOSED] ORDER~~ |

The parties apologize to the Court for not submitting this extension request at least one week prior to Defendants' current response deadline of July 16, 2025, due to the parties' belated realization regarding the current response due date in this related case. On June 18, 2025, the Court granted the parties' first stipulation to extend time for Defendants' response to Plaintiffs' complaint, setting a due date for Defendants' response to Plaintiffs' complaint as July 16, 2025. *See* Dkt. No. 58. The parties hereby stipulate to an additional extension of time for Defendants' response to Plaintiffs' complaint. Defendants will file their response on or before August 15, 2025. The parties make this request because Defendants are still in the process of conferring on how to proceed with this action. For these reasons, and as articulated below in Declaration of Counsel, the parties respectfully request that the Court grant

their stipulation.

Dated: July 16, 2025

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

 */s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: July 16, 2025

*/s/ Andre Y. Bates*
ANDRE Y. BATES
DeHeng Law Offices PC
Attorney for Plaintiffs

### [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED.  Defendants will file their response to Plaintiffs' complaint by August 15, 2025.

Date: July 17, 2025

JEFFREY S. WHITE
United States District Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Extend
C 4:25-cv-03292 JSW                             2