CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

     450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
     Telephone: (415) 436-7298
     Facsimile: (415) 436-6748
     Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZHUOER CHEN. *et al.*,<br><br>            Plaintiffs,<br><br>    v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the United States Department of Homeland Security, *et al.*,<br><br>          Defendants. | Case No. 4:25-cv-03292 JSW<br><br>**PRELIMINARY INJUNCTION APPEAL**<br><br><br>The Honorable Jeffrey S. White |

PLEASE TAKE NOTICE that Defendants Kristi Noem, in her official capacity as Secretary of the U.S. Department of Homeland Security and Todd M. Lyons, in his official capacity as Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Court's Order Granting Motions for Preliminary Injunctions dated May 22, 2025, Dkt. No. 53. This order is an appealable interlocutory order pursuant to 28 U.S.C. § 1292(a)(1).

Dated: July 21, 2025

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney


 */s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants