
Andre Y. Bates (SBN 178170) (aybates@dehengsv.com)
Keliang (Clay) Zhu (SBN 305509) (czhu@dehengsv.com)
Yi Yao (SBN 292563) (yyao@dehengsv.com)
DEHENG LAW OFFICES PC
7901 Stoneridge Drive, Suite 208
Pleasanton, CA 94588
T: 925-399-6702
F: 925-397-1976

Justin Sadowsky – Admitted *Pro Hac Vice*
CHINESE AMERICAN LEGAL DEFENSE ALLIANCE
4250 N Fairfax Drive #600
Arlington, VA 22203
T: 646-785-9154
E: justins@caldausa.org
*Attorneys for Plaintiffs*
*Zhuoer Chen, Mengcheng Yu,*
*Jiarong Ouyang, Jing Tao, Yifeng Wu, and Wanrong Li*
UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MENGCHENG YU, an individual;<br>MENGCHENG YU, an individual;<br>JIARONG OUYANG, an individual;<br>JING TAO, an individual,<br>YIFENG WU, an individual, and<br>WANRONG LI, an individual<br>Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of the U.S. Department of Homeland Security; TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; and MARCO RUBIO, in his official capacity as Secretary of State;<br>Defendants.<br>Defendants. | Case No.: 4:25-cv-03292<br><br>RE-NOTICE OF MOTION FOR AMENDED PREMLIMINARY INJUCTION |

To all parties and their attorneys of record:

PLEASE TAKE NOTICE that on noticed date of 9/5/2025 at 9:00 a.m., is an unavailable date for the Court.

The briefing schedule remains in effect.

The new requested Hearing date is as follows: 09/26/25:9:00 AM.

DATED: 07/30/2025

*Justin Sadowski*
Attorney for Plaintiffs

RE-NOTICE OF MOTION FOR AMENDED PREMLIMINARY INJUCTION - 2