```
1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  ELIZABETH D. KURLAN (CABN 255869)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: 808-647-7298
6      Facsimile: 415-436-6748
       Elizabeth.kurlan@usdoj.gov
7
   Attorneys for Defendants
8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE, <br><br> Plaintiff, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States of America, et al., <br><br> Defendants. | Case No. 4:25-cv-3140-JSW <br><br> **DECLARATION OF ELIZABETH D. KURLAN** |
| S.Y., *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary of the United States Department of Homeland Security, *et al*, <br><br> Defendants. | Case No. 4:25-cv-3244-JSW |
| ZHOUER CHEN, *et al.* <br><br> Plaintiff, <br><br> v. | Case No. 4: 25-cv-3292-JSW |

DECLARATION
4:25-CV-03140; 3244; 3292; 3407; 3502-JSW

| | | |
|---|---|---|
| 1 | KRISTI NOEM, *et al.*, | ) |
| 2 | Defendants. | ) |
| | | |
| 5 | | ) |
| 6 | W.B. | ) Case No. 4:25-cv-3407-JSW |
| 7 | Plaintiff, | ) |
| 8 | v. | ) |
| 9 | KRISTI NOEM, *et al.*, | ) |
| 10 | Defendants. | ) |
| | | |
| 13 | J.C. *et al.*, | ) Case No. 4:25-cv-3502-JSW |
| 14 | Plaintiffs, | ) |
| 15 | v. | ) |
| 16 | KRISTI NOEM, *et al.*, | ) |
| 17 | Defendants. | ) |

DECLARATION
4:25-CV-03140; 3244; 3292; 3407; 3502-JSW

I, Elizabeth D. Kurlan, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California, and the attorney of record in this action for the Defendants. The facts set forth in this declaration are within my personal knowledge.

2. On August 8, 2025, Defendants file a motion to stay the Court's nationwide preliminary injunction. The motion is currently set for hearing on September 12, 2025, pursuant to the regularly noticed motion schedule set forth in Civil Local Rule 7-2. Plaintiffs' response to the motion is due August 22, 2025. On August 13, 2025, Plaintiffs filed an administrative motion to extend their time to respond by two weeks, to September 5, 2025.

3. Following the Court's issuance of the nationwide injunction, I had been conferring with Plaintiffs' counsel regarding a potential stipulation to modify the Court's injunction. However, the parties could not reach an agreement.

4. Defendants' motion to stay seeks to stay the injunction's broad prohibition on arrests and detentions, even those unrelated to SEVIS terminations, that will interfere with the Department of Homeland Security's critical enforcement operations, as well the nationwide or universal scope of the injunction, which is contrary to the Supreme Court's holding in *Trump v. CASA, Inc.*, 145 St. Ct. 2540 (2025). Plaintiffs likely oppose Defendants' motion since the parties could not reach a stipulation to limit the scope of the injunction.

5. Shortly after Defendants' stay motion was filed, Plaintiffs' counsel reached out to me to request additional time to respond to the motion. We discussed whether a stipulation to modify the preliminary injunction could address both parties' interests. We did not reach agreement because it is Defendants' position that, at a minimum, any modification must eliminate the nationwide scope of the preliminary injunction. As such, we informed Plaintiffs' counsel that we oppose their request for additional time and intend to file an administrative motion to shorten the time for the Court to consider Defendants' motion to stay the preliminary injunction.

6. The parties have previously stipulated three times to extend the time for Defendants to respond to Plaintiff's complaint. *See* Dkt. Nos. 72, 74, 79. There have been no previously

DECLARATION OF ELIZABETH KURLAN
No. 4:25-cv-3140; 3244; 3292; 3407; 3502 JSW          1

modifications to shorten time.

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed this 14th day of August 2025, in San Francisco, California.

*s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney