CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: 415-436-7298
    Facsimile: 415-436-6748
    elizabeth.kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZHUOER CHEN, et al., | Case No. 4:25-cv-3292-JSW |
| Plaintiffs, | |
| v. | **[PROPOSED] ORDER** |
| KRISTI NOEM, in her official capacity as Secretary of the United States Department of Homeland Security, *et al.*, | The Honorable Jeffrey S. White |
| Defendants. | |

    Upon consideration of Defendants' Administrative Motion for Leave to File a Response to Plaintiffs' Amended Complaint and Request for an Extension of Time to File a Response to Plaintiffs' Amended Complaint, and good cause appearing therefore, the motion is GRANTED.

    IT IS SO ORDERED.

Dated:

                                                    JEFFREY S. WHITE
                                                  United States District Judge