UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZHUOER CHEN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary of the United States Department of Homeland Security, *et al*., <br><br> Defendants. | Case No. 4:25-cv-3292-JSW <br><br> **ORDER REGARDING DEFENDANTS' MOTION FOR EXTENSION OF TIME** <br><br> Dkt. No. 76 <br><br> The Honorable Jeffrey S. White |

This matter comes before the Court upon consideration of Defendants' Administrative Motion for Leave to File a Response to Plaintiffs' Amended Complaint and Request for an Extension of Time to File a Response to Plaintiffs' Amended Complaint. Defendants ask for an extension of time from August 15, 2025 to August 22, 2025 to file their response, which they anticipate would be another motion to stay. (Admin. Mot., ¶ 6.) The Court would be willing to grant Defendants an extension of time, but in light of the pending motion to stay, a subsequent motion would appear to be superfluous. The Court will address Defendants request at the hearing on August 22, 2025.

In the interim, the parties shall meet and confer again to see if they can reach an agreement on when Defendants' responsive pleading should be filed.

**IT IS SO ORDERED**.

Dated: August 20, 2025

*[signature: Jeffrey S. White]*
JEFFREY S. WHITE
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER
4:25-cv-3292 JSW