UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ZHUOER CHEN, et al.,

    Plaintiffs,

v.

KRISTI NOEM, et al.,

    Defendants.

Case No. 25-cv-03292-JSW

**ORDER REGARDING MOTION FOR AMENDED PRELIMINARY INJUNCTION**

Re: Dkt. No. 65

This matter is scheduled for Plaintiffs' motion for an amended preliminary injunction. Upon review, Plaintiffs' motion states that Exhibit E is the visa revocation notice for Plaintiff Li. The filed exhibit is another copy of Li's Declaration. If Plaintiffs want the Court to consider that notice, they shall file a corrected version of the motion by no later than September 19, 2025.

**IT IS SO ORDERED**.

Dated: September 16, 2025

JEFFREY S. WHITE
United States District Judge