1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  ELIZABETH D. KURLAN (CABN 255869)
   Assistant United States Attorney
4
5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
      Telephone: (415) 436-7298
6     Facsimile: (415) 436-6748
      Elizabeth.Kurlan@usdoj.gov
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                           OAKLAND DIVISION
11

12  ZHUOER CHEN. *et al.*,

13                  Plaintiffs,           Case No. 4:25-cv-03292 JSW

14          v.                             ORDER GRANTING
                                           **STIPULATION TO STAY PROCEEDINGS
15  KRISTI NOEM, in her official capacity as   AGAINST DEFENDANT DEPARTMENT OF
    Secretary of the United States Department of   HOMELAND SECURITY AND TO CONTINUE
16  Homeland Security, *et al.*,           THE CASE MANAGEMENT CONFERENCE;**
                                           ~~[PROPOSED] ORDER~~
17                  Defendants.

18

19      On July 21, 2025, Defendants appealed the Court's order granting their motions for preliminary

20  injunctions to the Court of Appeals for the Ninth Circuit. *See* Dkt. No. 62. The parties conferred and

21  hereby stipulate and respectfully request the Court to stay proceedings against Defendant Department of

22  Homeland Security ("DHS") pending the Ninth Circuit's decision on Defendants' appeal of the Court's

23  order granting a preliminary injunction in *Chen v. Noem*, No. 25-cv-4521. The parties make this request

24  because they believe that a stay of proceedings as it relates to Plaintiffs' claims against DHS pending the

25  Ninth Circuit's resolution of the appeal will benefit the parties and promote judicial economy. The

26  parties will notify the Court within ten days of the Ninth Circuit's decision in the appeal.

27      On July 29, 2025, Plaintiffs filed an amended complaint adding the Department of State ("DOS")

28

Stipulation to Stay
C 4:25-cv-03292 JSW                        1

as a defendant. Dkt. No. 64. Plaintiffs also filed an amended motion for preliminary injunction ("PI"). Dkt. No. 65. In view of Plaintiffs' amended claims against DOS, the parties also request that the Court vacate or continue the case management conference currently scheduled for September 26, 2025, at 9:00 a.m. and all associated deadlines, to a date after the Court rules on Plaintiffs' motion for PI and Defendants' response to Plaintiffs' amended complaint.

Dated: September 17, 2025

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

/s/ Elizabeth D. Kurlan
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: September 17, 2025

/s/ Justin Sadowsky
JUSTIN SADOWSKY
Chinese American Legal Defense Alliance
Attorney for Plaintiffs

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED. The Court VACATES the case management conference scheduled for September 26, 2025 and will reschedule that conference as necessary after it resolves the motion for an amended preliminary injunction.

Date: September 18, 2025

JEFFREY S. WHITE
United States District Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.