| | |
|---|---|
| 1 | CRAIG H. MISSAKIAN (CABN 125202) |
|   | United States Attorney |
| 2 | PAMELA T. JOHANN (CABN 145558) |
|   | Chief, Civil Division |
| 3 | ELIZABETH D. KURLAN (CABN 255869) |
|   | Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7298
Facsimile: (415) 436-6748
Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

ZHUOER CHEN. *et al.*,

    Plaintiffs,

    v.

KRISTI NOEM, in her official capacity as Secretary of the United States Department of Homeland Security, *et al.*,

    Defendants.

Case No. 4:25-cv-03292 JSW

ORDER GRANTING

**SECOND STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFFS' COMPLAINT;** ~~AND [PROPOSED] ORDER~~

On August 28, 2025, the Court granted the parties' stipulation to extend time for Defendants' response to Plaintiffs' complaint, setting a due date for Defendants' response to Plaintiffs' complaint as September 26, 2025. *See* Dkt. No. 89. The parties hereby stipulate to an additional three-day extension of time for Defendants' response to Plaintiffs' complaint. Defendants will file their response on or before September 29, 2025. The parties make this request because Defendants' counsel had to take unexpected leave and needs additional time to prepare and to finalize Defendants' response when counsel returns. Defendants apologize to the Court for not submitting this extension request at least one week prior to Defendants' current response deadline, due to Defendants' counsel's circumstance.

Dated: September 26, 2025

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

 /s/ Elizabeth D. Kurlan
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: September 26, 2025

/s/ Justin Sadowsky
JUSTIN SADOWSKY
Chinese America Legal Defense Alliance
Attorney for Plaintiffs

# [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.  Defendants will file their response to Plaintiffs' complaint by September 29, 2025.

Date:  September 29, 2025

_____
JEFFREY S. WHITE
United States District Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Extend
C 4:25-cv-03292 JSW         2