CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZHUOER CHEN. *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary of the United States Department of Homeland Security, *et al*., <br><br> Defendants. | Case No. 4:25-cv-03292 JSW <br><br> **FEDERAL DEFENDANTS' ADMINISTRATIVE MOTION FOR A STAY IN LIGHT OF LAPSE OF APPROPRIATIONS** |

    Pursuant to Civil Local Rule 7-11 and Federal Rule of Civil Procedure 6(b)(1)(A), the Federal Defendants hereby moves the Court for an order staying the briefing deadlines in this case, including the deadline for Defendants' response to Plaintiffs' motion for relief, and continuing all such deadlines until after Congress has enacted funding for the Department of Justice and the shutdown of the federal government has come to an end.

    1.    At midnight on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for other Executive agencies, including the federal Defendants. The Department does not know when funding will be restored by Congress.

2. The Anti-Deficiency Act, 31 U.S.C. §1341, as construed by the Attorney General, provides that in the absence of appropriated funds no obligation can be incurred except for the protection of life and property, the orderly suspension of operations, or as otherwise authorized by law. Absent an appropriation, Department of Justice attorneys and employees of the United States Attorney's Office are prohibited from working, even on a volunteer basis, "except for emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. An officer or employee of the United States who violates 31 U.S.C. § 1341(a) (obligate/expend in excess or advance of appropriation), § 1342 (voluntary services prohibition), or § 1517(a) (obligate/expend in excess of an apportionment or administrative subdivision as specified in an agency's regulations) "***shall*** be subject to appropriate administrative discipline including, when circumstances warrant, suspension from duty without pay or removal from office." 31 U.S.C. §§ 1349(a), 1518 (emphasis added).

3. Undersigned counsel is furloughed for the duration of the lapse in appropriations.

4. Undersigned counsel therefore requests a stay of all the briefing deadlines in this case, including Defendants' reply in support of their motion to dismiss due on October 21, 2025, and a stay of the hearing on Defendants' motion to dismiss scheduled for November 21, 2025, until Congress has restored appropriations to the Department. The Government further requests that, at that point, all current deadlines in this case be extended for a period of time commensurate with the duration of the lapse in appropriations – *i.e.*, each deadline would be extended by the total number of days of the lapse in appropriations.

5. Although this Court has authority to extend or stay these deadlines without a formal motion or notice to opposing counsel, *see* Fed. R. Civ. P. 6(b)(1)(A), undersigned counsel nevertheless contacted Plaintiffs' counsel on October 14, 2025, and requested that Plaintiffs stipulate to a stay of this case. *See* Decl. of Elizabeth D. Kurlan ("Kurlan Decl.") ¶ 3. Plaintiffs' counsel indicated that he opposes Defendants' request. Kurlan Decl. ¶ 3.

6. If this motion for a stay is granted, undersigned counsel will promptly notify the Court as soon as the government shutdown has ended and, if necessary, given the circumstances of this case, confer with opposing counsel and submit within two weeks a joint proposed schedule for the remainder

Defendant's Admin. Motion for Stay
C 4:25-cv-03292 JSW                              2

of litigation.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of the all the deadlines in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated: October 16, 2025                                     Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

 */s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

# [PROPOSED] ORDER

In light of the lapse of federal appropriations to the Department of Justice, Federal Defendants moved this Court for an order staying the deadlines in this case, and extending all such deadlines for a period of time commensurate with the duration of the lapse in appropriations. Good cause appearing, Defendants' motion is hereby GRANTED.

The Government will promptly notify the Court as soon as the government shutdown has ended and, if necessary, given the circumstances of this case, confer with opposing counsel and submit within two weeks a joint proposed schedule for the remainder of litigation.

IT IS SO ORDERED.

DATED:

_____
JEFFREY S. WHITE
United States District Judge