UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

**DATE**: November 21, 2025

**TIME IN COURT**: 22 Minutes

**JUDGE**: JEFFREY S. WHITE

**COURT REPORTER**: Andrea Bluedron
Appearing by Zoom.gov.

**COURTROOM DEPUTY**: Nicole Hall

**CASE NO.**: 25-cv-03292-JSW

**TITLE**: Zhuoer Chen, et al. v. Kristi Noem, et al.

**COUNSEL FOR PLAINTIFF**:
Justin Sadowsky

**COUNSEL FOR DEFENDANT**:
Elizabeth Kurlan

**PROCEEDINGS**: Motion to Dismiss Plaintiff's Claims Against DOS Hearing.

**RESULTS**: Motion to Dismiss - Held and taken under submission.

The matter is argued and submitted. The Court permits Defendant's counsel to submit additional authorities referenced in open court, no later than 2:00 p.m., on Friday, November 21, 2025. Plaintiff's counsel is permitted to respond to the additional citations no later than 3:00 p.m. on Tuesday, November 25, 2025. Once all citations and responses are received, the Court will take the Motion to Dismiss under submission, with a written decision to follow.