UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**ORDER MODIFYING PRELIMINARY INJUNCTIONS**

**FOLLOWING LIMITED REMAND AND**

**EXTENDING DEADLINE FOR STATUS REPORT**

| | |
|---|---|
| JOHN DOE,<br><br>        Plaintiff,<br><br>    v.<br><br>DONALD J. TRUMP, et al.,<br><br>        Defendants. | Case No. 25-cv-03140-JSW<br><br>Re: Dkt. No. 69 |
| S.Y., *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>KRISTIN NOEM, *et al.*,<br><br>        Defendants. | Case No. 25-cv-03244-JSW<br><br>Re: Dkt. No. 50 |
| ZHUOER CHEN, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>KRISTI NOEM, *et al.*,<br><br>        Defendants. | Case No. 25-cv-03292-JSW<br><br>Re: Dkt. No. 53 |

| | |
|---|---|
| W.B., | |
| Plaintiff, | |
| v. | Case No. 25-cv-03407-JSW |
| KRISTI NOEM, *et al.*, | Re: Dkt. No. 39 |
| Defendants. | |

| | |
|---|---|
| J.C., *et al.*, | |
| Plaintiffs, | |
| v. | |
| KRISTI NOEM, *et al.*, | Case No. 25-cv-03502-JSW |
| Defendants. | Re: Dkt. No. 39 |

On May 22, 2025, the Court granted Plaintiffs' motions for a preliminary injunction, *Doe v. Trump*, -- F. Supp. 3d --, 2025 WL 1467543, at *2-*5 (N.D. Cal. May 22, 2025) ("*Doe*"). On August 22, 2025, the Court granted, in part, Defendants' motion to stay portions of the Preliminary Injunction. On November 20, 2025, the United States Court of Appeals for the Ninth Circuit granted Defendants' motion for a limited remand to enable the Court to modify the preliminary injunction issued in these cases to conform with its ruling on the motion to stay. Accordingly, it is HEREBY ORDERED that Secretary Noem, Acting Director Lyons, and Acting Field Director Becerra, as well their officers, agents, servants, employees, attorneys, and all others who are in active concert or participation with them are enjoined from:

1) arresting, incarcerating, or transferring outside their jurisdiction of residence, Plaintiffs or similarly situated individuals pending resolution of these proceedings absent new material information that is independent of the reason(s) for terminating the SEVIS records of the Plaintiffs in these cases and similarly situated individuals nationwide (that is individuals whose SEVIS status was revoked during the March/April 2025 policy set aside by the Court);

from imposing any adverse legal effect on any named Plaintiffs in these cases and similarly situated individuals nationwide that otherwise may be caused by the

2

United States District Court
Northern District of California

termination of their SEVIS record; and

from reversing the reinstatement of the SEVIS record of the Plaintiffs in these cases

and similarly situated individuals nationwide who are maintaining status under 8

C.F.R. section 214.2(f)(5)(i) for reasons not set forth in 8 Code of Federal Regulations

section 214.1 without further showing and approval by the Court.

The Court extends the deadline to submit a status report or a motion to lift the stay from

December 1, 2025, to January 26, 2026.

**IT IS SO ORDERED**.

Dated: November 26, 2025

_____

JEFFREY S. WHITE
United States District Judge

3