CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
WILLIAM SKEWES-COX (DCBN 1780431)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7298
Facsimile: (415) 436-6748

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

JOHN DOE,

Plaintiff,

v.

DONALD J. TRUMP, in his official capacity as President of the United States of America, *et al.*,

Defendants

Case No. 25-03140 JSW

**STIPULATED REQUEST TO EXTEND TIME FOR PARTIES TO MEET AND CONFER AND SUBMIT STATUS REPORT**

S.Y., *et al.*,

Plaintiff,

v.

KRISTI NOEM, in her official capacity as Secretary of the United States Department of Homeland Security, *et al.*,

Defendants

Case No. 4:25-cv-3244-JSW

ZHOUER CHEN, *et al.*

Plaintiff,

v.

Case No. 4: 25-cv-3292-JSW

KRISTI NOEM, *et al.,*

Defendants

---

SHANGSHANG WANG,

Plaintiff,

v.

KRISTI NOEM, *et al.,*

Defendants

Case No. 4:25-cv-3323-JSW

---

JUNGWON KIM, *et al.,*

Plaintiff,

v.

KRISTI NOEM, *et al.,*

Defendants

Case No. 4:25-cv-3383-JSW

---

W.B.

Plaintiff,

v.

KRISTI NOEM, *et al.,*

Defendants

Case No. 4:25-cv-3407-JSW

---

SKY QUI,

Plaintiff,

v.

TODD M. LYONS, in his official capacity as Acting Director of United States Immigration an Customs Enforcement,

Defendant.

Case No. 4:25-cv-3475-JSW

| | |
|---|---|
| EMMA BAI,<br><br>Plaintiff,<br><br>v.<br><br>KRISTI NOEM, *et al.*,<br><br>Defendants | Case No. 4:25-cv-3481-JSW |
| J.C. *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>KRISTI NOEM, *et al.*,<br><br>Defendants. | Case No. 4:25-cv-3502-JSW |
| ARYAN SHAH, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>TODD M. LYONS,<br><br>Defendant. | Case No. 4:25-cv-3549-JSW |
| YIWEI HE,<br><br>Plaintiff,<br><br>v.<br><br>KRISTI NOEM, *et al.*,<br><br>Defendants. | Case No. 4:25-cv-3480 JSC |

These consolidated cases return to this Court following Defendants' voluntary dismissal of their appeal from this Court's preliminary injunction. As directed by the Court in its February 6, 2026 Order, the parties are in process of conferring as to whether this litigation can be resolved, and/or a proposed case management schedule for the Court's consideration. Counsel for Defendants is in South Carolina on a work trip this week, and has requested additional time to discuss the matter with the Defendants and to meet and confer with Plaintiffs' counsel. As such, the parties agree that an extension of time to provide the Court with a status report and/or litigation plan is warranted, and respectfully request an additional week, until February 20, 2026, to confer and to provide an update to the Court.

DATED: February 12, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*s/ William Skewes-Cox*
WILLIAM SKEWES-COX
Special Assistant United States Attorney

Attorneys for Defendants

DATED: February 12, 2026

VAN DER HOUT, LLP

*s/ John N. Sinodis*
JOHN NICHOLAS SINODIS

Attorneys for Plaintiffs John Doe, et al. (25-cv-3140); S.Y., et al. (25-cv-3244); and J.C., et al. (25-cv-3502

DATED: February 11, 2026

REEVES IMMIGRATION LAW GROUP

*s/ Ben Loveman*
BEN LOVEMAN

Attorneys for Plaintiff W.B. (25-cv-3407)

DATED: February 11, 2026

CHINESE AMERICAN LEGAL DEFENSE ALLIANCE

*s/ Justin Sadowsky*
JUSTIN SADOWSKY

Attorneys for Plaintiffs Zhuoer Chen, et al. (25-cv-3292)

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED. The Parties will meet and confer and file a joint status report by February 20, 2026

Date:

______________________________
Jeffrey S. White
United States Senior District Judge