UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ZHUOER CHEN, et al.,

    Plaintiffs,

v.

KRISTI NOEM, et al.,

    Defendants.

Case No. 25-cv-03292-JSW

**ORDER REGARDING STATEMENT OF RECENT DECISION AND PLAINTIFFS' RESPONSE**

Re: Dkt. No. 122

Defendants submitted a statement of recent decision after oral argument, without seeking leave to file it. *See* N.D. Civ. L.R. 7-3(d) (unless statement is filed before oral argument, court approval is required). Plaintiffs filed a substantive response to Defendants' statement, without Court approval. The Court already is aware of the many cases regarding SEVIS terminations that have been pending across the country, and the Court will consider the decision. Unless the Court concludes additional briefing is required, it will not consider argument. Therefore, it will not consider Plaintiffs' response.

**IT IS SO ORDERED**.

Dated: March 10, 2026

JEFFREY S. WHITE
United States District Judge