CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
WILLIAM SKEWES-COX (DCBN 1780431)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: 415-436-7200
Facsimile: 415-436-6748
pamela.johann @usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZHUOER CHEN, *et al.*, | Case No. 25-cv-3292-JSW |
| Plaintiffs, | ORDER GRANTING AS MODIFIED **STIPULATION RE REPLY DEADLINE AND HEARING** |
| v. | |
| MARKWAYNE MULLIN,[1] in his official capacity as Secretary of the U.S. Department of Homeland Security, *et al.*, | The Honorable Jeffrey S. White |
| Defendants. | |

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, the parties stipulate as follows:

1.     On May 8, 2026, Defendants filed a motion to dismiss the fifth claim for relief in the Plaintiffs' second amended complaint.

2.     Defendants' reply is due May 29, 2026.  The parties agree that Defendants may have an additional business day, until June 1, 2026, to file their reply.

3.     The parties further suggest that this matter may be decided without a hearing and respectfully request that the Court consider the matter submitted upon the filing of the reply.

---

[1] Secretary of Homeland Security Markwayne Mullin is automatically substituted as a defendant in this matter pursuant to Federal Rule of Civil Procedure 25(d).

STIPULATION RE REPLY DEADLINE
No. 25-cv-3292-JSW

IT IS SO STIPULATED.

DATED: May 29, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Pamela T. Johann**
PAMELA T. JOHANN
Assistant United States Attorney

Attorneys for Defendants

DATED: May 29, 2026

CHINESE AMERICAN LEGAL DEFENSE
ALLIANCE

*/s/ Justin Sadowsky*
JUSTIN SADOWSKY

Attorneys for Plaintiffs Zhuoer Chen, et
al.

*In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

**ORDER**

The parties have not shown good cause to modify the briefing schedule, but the Court will grant the request.  Further requests to extend deadlines must be supported by good cause.  The hearing remains on calendar, unless the Court determines the motion can be resolved without oral argument.

Date:    May 29, 2026

_____
HON. JEFFREY S. WHITE
United States Senior District Judge

STIPULATION RE REPLY DEADLINE
No. 25-cv-3292-JSW