CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
WILLIAM SKEWES-COX (DCBN 1780431)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: 415-436-7200
Facsimile: 415-436-6748
pamela.johann @usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZHUOER CHEN, *et al.*, | Case No. 25-cv-3292-JSW |
| Plaintiffs, | **JOINT STATUS REPORT;** ~~**[PROPOSED]**~~ **ORDER  REQUIRING FURTHER STATUS REPORT** |
| v. | |
| MARKWAYNE MULLIN, in his official capacity as Secretary of the U.S. Department of Homeland Security, *et al.*, | The Honorable Jeffrey S. White |
| Defendants. | |

Pursuant to the Court's Order dated April 24, 2026, Dkt. No. 130, the parties in *Chen, et al. v. Mullin, et al.*, No. 25-cv-3292, submit the following joint status report regarding a proposed case management procedure.

    1.    The parties are engaged in negotiations about whether this matter can be resolved without further involvement of the Court.[1]  This process is ongoing.

    2.    Defendants provided a counteroffer to counsel for Plaintiffs today, May 29, 2026.

---

    [1] As noted in the parties' previous Status Reports, these discussions exclude the claims asserted against the Department of State in the second amended complaint in *Chen v. Noem*, No. 25-cv-3292, which are subject to a pending motion to dismiss.

JOINT STATUS REPORT
No. 25-cv-3292-JSW

Plaintiffs need additional time to consider this counteroffer and determine appropriate next steps.

3. Accordingly, the parties propose that they submit a further status report on June 5, 2026. At that time, the parties will report whether they have reached a resolution, whether they need additional time to complete the process, or whether a case management schedule would be appropriate.

DATED: May 29, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Pamela T. Johann\**
PAMELA T. JOHANN
Assistant United States Attorney

Attorneys for Defendants

DATED: May 29, 2026

CHINESE AMERICAN LEGAL DEFENSE ALLIANCE

*/s/ Justin Sadowsky*
JUSTIN SADOWSKY

Attorneys for Plaintiffs Zhuoer Chen, et al.

*In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

### [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED. The Parties will file a joint status report by June 5, 2026.

Date: June 1, 2026

_____
HON. JEFFREY S. WHITE
United States Senior District Judge

JOINT STATUS REPORT
No. 25-cv-3292-JSW