CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
WILLIAM SKEWES-COX (DCBN 1780431)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: 415-436-7200
Facsimile: 415-436-6748
pamela.johann @usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZHUOER CHEN, *et al.*, | Case No. 25-cv-3292-JSW |
| Plaintiffs, | ~~JOINT STATUS REPORT; [PROPOSED]~~ **ORDER REQUIRING FURTHER STATUS REPORT** |
| v. | |
| MARKWAYNE MULLIN, in his official capacity as Secretary of the U.S. Department of Homeland Security, *et al.*, | The Honorable Jeffrey S. White |
| Defendants. | |

Pursuant to the Court's Order dated June 1, 2026, Dkt. No. 137, the parties in *Chen, et al. v. Mullin, et al.*, No. 25-cv-3292, submit the following joint status report regarding a proposed case management procedure.

    1.    The parties' negotiations about whether this matter can be resolved without further involvement of the Court remain ongoing.[1]

    2.    The parties anticipate that additional discussions will continue over the next few weeks.

---

[1] As noted in the parties' previous Status Reports, these discussions exclude the claims asserted against the Department of State in the second amended complaint in *Chen v. Noem*, No. 25-cv-3292, which are subject to a pending motion to dismiss.

JOINT STATUS REPORT
No. 25-cv-3292-JSW

Accordingly, the parties propose that they submit a further status report on June 26, 2026, to report whether they have reached a resolution, or whether they need additional time to complete the process. If, before that date, the parties determine that further negotiations will not be fruitful, they will submit a joint request with a proposed case management schedule for the Court's consideration and approval.

DATED: June 5, 2026                          Respectfully submitted,

                                             CRAIG H. MISSAKIAN
                                             United States Attorney

                                             */s/ Pamela T. Johann*\*
                                             PAMELA T. JOHANN
                                             Assistant United States Attorney

                                             Attorneys for Defendants


DATED: June 5, 2026                          CHINESE AMERICAN LEGAL DEFENSE
                                             ALLIANCE

                                             */s/ Justin Sadowsky*
                                             JUSTIN SADOWSKY

                                             Attorneys for Plaintiffs Zhuoer Chen, et al.


\*In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

### [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED. The Parties will file a joint status report by June 26, 2026.

Date:  June 5, 2026

_____
HON. JEFFREY S. WHITE
United States Senior District Judge

JOINT STATUS REPORT
No. 25-cv-3292-JSW