CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
WILLIAM SKEWES-COX (DCBN 1780431)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: 415-436-7200
Facsimile: 415-436-6748
pamela.johann @usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZHUOER CHEN, *et al.*, | Case No. 25-cv-3292-JSW |
| Plaintiffs, | **JOINT STATUS REPORT; [PROPOSED]** **ORDER REQUIRING FURTHER STATUS** **REPORT** |
| v. | |
| MARKWAYNE MULLIN, in his official capacity as Secretary of the U.S. Department of Homeland Security, *et al.*, | The Honorable Jeffrey S. White |
| Defendants. | |

Pursuant to the Court's Order dated June 5, 2026, Dkt. No. 139, the parties in *Chen, et al. v. Mullin, et al.*, No. 25-cv-3292, submit the following joint status report regarding a proposed case management procedure.

1.    The parties' negotiations about whether this matter can be resolved without further involvement of the Court remain ongoing.[1]  The parties have made significant progress, have agreed in principle on the non-monetary portions of a settlement agreement, and are submitting the terms to their

---

[1] As noted in the parties' previous Status Reports, these discussions exclude the claims asserted against the Department of State in the second amended complaint in *Chen v. Noem*, No. 25-cv-3292, which are subject to a pending motion to dismiss.

JOINT STATUS REPORT
No. 25-cv-3292-JSW

clients for approval.  The parties will next turn to negotiations regarding the attorney's fees to be paid to Plaintiffs under the Equal Access to Justice Act.

2.    The parties anticipate that additional discussions will continue over the next few weeks. Accordingly, the parties propose that they submit a further status report on July 17, 2026, to report whether they have reached a resolution, or whether they need additional time to complete the process.

DATED: June 26, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/ Pamela T. Johann*
PAMELA T. JOHANN
Assistant United States Attorney

Attorneys for Defendants


DATED: June 26, 2026

CHINESE AMERICAN LEGAL DEFENSE ALLIANCE

/s/ Justin Sadowsky
JUSTIN SADOWSKY

Attorneys for Plaintiffs Zhuoer Chen, et al.


*In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.  The Parties will file a joint status report by July 17, 2026.

Date: June 29, 2026

_____
HON. JEFFREY S. WHITE
United States Senior District Judge


JOINT STATUS REPORT
No. 25-cv-3292-JSW