CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
WILLIAM SKEWES-COX (DCBN 1780431)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: 415-436-7200
Facsimile: 415-436-6748
pamela.johann @usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZHUOER CHEN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of the U.S. Department of Homeland Security, *et al.*,<br><br>Defendants. | Case No. 25-cv-3292-JSW<br><br>**JOINT STATUS REPORT AND STIPULATION REGARDING RESPONSE DATE; [PROPOSED] ORDER**<br><br>The Honorable Jeffrey S. White |

Pursuant to the Court's Order dated June 29, 2026, Dkt. No. 141, and pursuant to Civil Local Rules 6-1, 6-2, and 7-12, the parties in *Chen, et al. v. Mullin, et al.*, No. 25-cv-3292, submit the following joint status report and stipulated request to continue the response date.

1. The parties' negotiations regarding the claims against the Department of Homeland Security ("DHS") Defendants—Claims One through Four of the Second Amended Complaint, Dkt. No. 127, remain ongoing. The parties have resolved the substance of the claims and are now engaged in negotiations regarding the attorney's fees to be paid to Plaintiffs under the Equal Access to Justice Act.

2. The claim against the Department of State—Claim Five of the Second Amended Complaint—remains pending. Pursuant to the Court's Order denying Defendant's Motion to Dismiss,

Dkt. No. 142, Defendant's answer is due July 28, 2026. Because the parties are working to resolve Claims One through Four, the parties stipulate and respectfully request that the Court continue the answer deadline to be coextensive with the deadline for filing the Administrative Record with regard to Claim Five.

3. The Court's Order also set a status conference for August 14, 2026. Plaintiffs' counsel will be out of the country on a pre-scheduled vacation on that date. The parties are continuing to meet and confer regarding an alternative date that they will propose for the status conference and anticipate submitting a stipulation by July 24, 2026, requesting a continuance and proposing a new date for the status conference.

4. The parties further anticipate submitting a proposed case management schedule in the joint status report to be filed one week in advance of the status conference. The case management conference will include a proposed date for the filing and the Administrative Record and Answer and for cross-motions for summary judgment.

DATED: July 17, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Pamela T. Johann**
PAMELA T. JOHANN
Assistant United States Attorney

Attorneys for Defendants

DATED: July 17, 2026

CHINESE AMERICAN LEGAL DEFENSE ALLIANCE

*/s/ Justin Sadowsky*
JUSTIN SADOWSKY

Attorneys for Plaintiffs Zhuoer Chen, et al.

*In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED. The deadline for Defendants to answer the complaint is continued. The answer shall be filed concurrently with the Administrative Record. The further case management deadlines, including for the filing of the Administrative Record and Answer, shall be discussed at the next Status Conference in this case.

Date:

________________________________
HON. JEFFREY S. WHITE
United States Senior District Judge