CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
WILLIAM SKEWES-COX (DCBN 1780431)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: 415-436-7200
Facsimile: 415-436-6748
pamela.johann @usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZHUOER CHEN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of the U.S. Department of Homeland Security, *et al.*,<br><br>Defendants. | Case No. 25-cv-3292-JSW<br><br>**STIPULATION REGARDING RESPONSE DATE AND STATUS CONFERENCE; [PROPOSED] ORDER**<br><br>The Honorable Jeffrey S. White |

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, the parties in submit the following stipulation regarding the response date and the Case Management Conference in this action.

1. Pursuant to the parties' previous status report and stipulated request, the Court continued the answer deadline, to be filed concurrently with the Administrative Record with regard to Claim Five. The Court further continued the case management conference scheduled for August 14, 2026, to be rescheduled upon further stipulation of the parties. Dkt. No. 144.

2. The parties have met and conferred, and agree that the deadline for filing the Administrative Record with regard to Claim Five and the Answer shall be September 28, 2028.

3. The parties further propose that the Court set a status conference for September 11, 2026.

The parties will submit a proposed case management schedule in the joint status report to be filed by September 4, 2026. The case management schedule will include a proposed briefing and hearing schedule for cross-motions for summary judgment.

DATED: July 24, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Pamela T. Johann**
PAMELA T. JOHANN
Assistant United States Attorney

Attorneys for Defendants

DATED: July 24, 2026

CHINESE AMERICAN LEGAL DEFENSE ALLIANCE

*/s/ Justin Sadowsky*
JUSTIN SADOWSKY

Attorneys for Plaintiffs Zhuoer Chen, et al.

*In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED. The deadline for Defendants to answer the complaint and to file an Administrative Record with regard to Claim Five shall be September 28, 2026. A Status Conference is scheduled for September 11, 2026. The parties shall submit a joint status report by September 4, 2026.

Date:

HON. JEFFREY S. WHITE
United States Senior District Judge