CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division

NAG YOUNG CHU (NYBN 5925821)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7478
FAX: (415) 436-7234
Jeremy.Chu@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZHUOER CHEN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of the U.S. Department of Homeland Security, *et al.*,<br><br>Defendants. | CASE No. 4:25-cv-03292-JSW<br><br>**JOINT STATUS REPORT**<br><br>Hon. Jeffrey S. White<br><br>Date: September 11, 2026<br>Time: 9:00 a.m. |

Pursuant to the Court's Order dated July 27, 2026 (ECF No. 146), the Parties to the above-captioned matter have met and conferred and submit this Joint Status Report.

In light of Plaintiffs' request that the issues before this Court be resolved before the end of the academic year, the Parties propose the following case schedule.

| Date | Case Event |
|---|---|
| November 20, 2026 | **Plaintiffs**' motion for summary judgment |
| December 16, 2026 | **Defendants'** cross motion for summary judgment and opposition to Plaintiffs' motion for summary judgment |
| January 6, 2027 | **Plaintiffs'** opposition to Defendants' cross motion for summary judgment and reply in support of Plaintiffs' motion for summary judgment |
| January 20, 2027 | **Defendants'** reply in support of Defendants' cross motion for summary judgment |
| February 12, 2027 | **Hearing** on summary judgment |

Date: September 4, 2026

Respectfully submitted,[1]

CRAIG MISSAKIAN
United States Attorney

__/s/ *Nag Young Chu*_______________
NAG YOUNG CHU
Assistant United States Attorney

Attorneys for Defendants

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Date:

CHINESE AMERICAN LEGAL DEFENSE ALLIANCE

*/s/ Justin Sadowsky*
JUSTIN SADOWSKY

Attorneys for Plaintiffs