CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
NAG YOUNG CHU (NYBN 5925821)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: 415-436-7200
Facsimile: 415-436-6748
jeremy.chu @usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZHUOER CHEN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of the U.S. Department of Homeland Security, *et al.*,<br><br>Defendants. | Case No. 25-cv-3292-JSW<br>**ORDER GRANTING STIPULATION REGARDING RESPONSE DATE**<br><br>The Honorable Jeffrey S. White |

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, the parties submit the following stipulation regarding the response date in this action.

1. Pursuant to the parties' previous stipulated request, the deadline for filing the Administrative Record with regard to Claim Five and the Answer is September 28, 2028. Dkt. No. 146.

2. Plaintiff and the Department of Homeland Security ("DHS") Defendants (Markwayne Mullin and David Venturella, are continuing their negotiations regarding resolution of Claims 1 through 4. The parties agree, subject to the approval of the Court, that the DHS Defendants' deadline for responding to the Second Amended Complaint shall be stayed.

3. The parties further stipulate that the deadline for Defendant Marco Rubio's response to

the Second Amended Complaint shall be continued to October 2, 2025. The deadline for filing the Administrative Record with regard to Claim Five shall remain September 28, 2026.

IT IS SO STIPULATED.

DATED: September 25, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Pamela T. Johann**
PAMELA T. JOHANN
Assistant United States Attorney

Attorneys for Defendants

DATED: September 25, 2026

CHINESE AMERICAN LEGAL DEFENSE ALLIANCE

*/s/ Justin Sadowsky*
JUSTIN SADOWSKY

Attorneys for Plaintiffs Zhuoer Chen, et al.

*In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED. The deadline for Defendants Markwayne Mullin and David Venturella to respond to the Second Amended Complaint is stayed. The deadline for Defendant Marco Rubio to respond to the Second Amended Complaint is continued to October 2, 2026.

Date: September 25, 2026

HON. JEFFREY S. WHITE
United States Senior District Judge