CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division

NAG YOUNG CHU (NYBN 5925821)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7478
FAX: (415) 436-7234
Jeremy.Chu@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZHUOER CHEN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of the U.S. Department of Homeland Security, *et al.*,<br><br>Defendants. | CASE No. 4:25-cv-03292-JSW<br><br>**NOTICE OF TRANSMITTAL OF ADMINISTRATIVE RECORD**<br><br>Hon. Jeffrey S. White |

PLEASE TAKE NOTICE that on this date, Defendant Rubio transmitted a complete copy of the administrative record in this matter to Plaintiffs. Defendant Rubio will file copy of the administrative records, along with a motion to file under seal, upon the entry of a stipulated protective order.

Date: September 28, 2026

Respectfully submitted,

CRAIG MISSAKIAN
United States Attorney

__*/s/ Nag Young Chu*_____________
NAG YOUNG CHU
Assistant United States Attorney

Attorneys for Defendants