CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division

NAG YOUNG CHU (NYBN 5925821)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7478
FAX: (415) 436-7234
Jeremy.Chu@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZHUOER CHEN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of the U.S. Department of Homeland Security, *et al.*,<br><br>Defendants. | CASE No. 4:25-cv-03292-JSW<br><br>**NOTICE OF FILING OF CERTIFIED ADMINISTRATIVE RECORD**<br><br>Hon. Jeffrey S. White |

PLEASE TAKE NOTICE that on this date, pursuant to the Court's order on September 25, 2026, granting the parties' stipulation (ECF No. 152) and Defendant Rubio's notice of transmittal of administrative record, (ECF No. 153), Defendant hereby re-submits the Certified Administrative Record in this matter. The content of the administrative record have not changed from the previous filing on October 2, 2026 (ECF No. 157), but the parties have agreed to file the privilege log and index for the administrative record as public documents.

Date: October 8, 2026

Respectfully submitted,

CRAIG MISSAKIAN
United States Attorney

*__/s/ Nag Young Chu_*
NAG YOUNG CHU
Assistant United States Attorney

Attorneys for Defendants