UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHUOER CHEN, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of the U.S. Department of Homeland Security; TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; MARCO RUBIO, in his official capacity as Secretary as Secretary of State;<br><br>*Defendants* | Case No. 4:25-cv-03292-JSW<br><br>**CERTIFICATION OF ADMINISTRATIVE RECORD** |

I, Stuart Wilson, hereby declare under penalty of perjury:

1. I am employed by the U.S. Department of State as the Deputy Assistant Secretary of State for Visa Services for the Bureau of Consular Affairs. The facts attested to herein are based on information provided to me in my official capacity.

2. I certify that the documents annexed hereto constitute to the best of my knowledge and belief, the Department of State's administrative record in this matter relating to *Zhuoer Chen, et al., v. Mullin, et al.*, Case No. 4:25-cv-03292.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge. Executed September 24, 2026.

Stuart Wilson
Deputy Assistant Secretary of State
for Visa Services
Bureau of Consular Affairs
U.S. Department of State