UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

ZHUOER CHEN, *et al.*,

Plaintiffs,

v.

MARKWAYNE MULLIN,[1] in his official capacity as Secretary of the U.S. Department of Homeland Security, *et al.*,

Defendants.

Case No. 25-cv-3292-JSW

**INDEX FOR ADMINISTRATIVE RECORD**

1. Department of State Revocations Process Map ……………………… STATE C.A.R. 00001
2. Department of State SOP for Handling 'Cases Under Review……….. STATE C.A.R. 00002-00005
3. Echo LHM from ICE to Department of State…………………………..STATE C.A.R. 00006
4. Spreadsheet Echo from DHS to State ……………………………….…STATE C.A.R. 00007-00051
5. State's Internal Echo Spreadsheet …………………………....………STATE C.A.R. 00052-00057
6. Golf LHM from ICE to Department of State…………………………...STATE C.A.R. 00058
7. Spreadsheet Golf from DHS to State………………………………….…...STATE C.A.R. 00059-00096
8. State's Internal Golf Spreadsheet ………………………………...…..STATE C.A.R. 00097-00104
9. Hotel LHM from ICE to Department of State…………………………..STATE C.A.R. 00105

[1] Markwayne Mullin is substituted as Defendant pursuant to Federal Rule of Civil Procedure 25(d).

10. Spreadsheet Hotel from DHS to State……………………………………STATE C.A.R. 00106-00138

11. State's Internal Hotel Spreadsheet…………………………………...…STATE C.A.R. 00139-00142