| Begin Pg | End Pg | Agency of Origin | Document Name | Date | Privilege | Privilege Description |
|---|---|---|---|---|---|---|
| 1 | | U.S. Department of State | SOG Process Map | 9-Apr-25 | DP - Deliberative Process Privilege; Personally Identifiable Information | This document reflects the Department of State's internal process for receiving, reviewing, and adjudicating visa revocation requests. It was prepared to assist the Visa Office make decisions on visa revocation requests. Revealing such process would jeopardize future adjudications and increase potential national security threats. Further, certain redactions were made as they do not relate to the challenged and alleged "revocation policy" and therefore are not relevant to the subject matter at hand. Lastly, the Process Map includes the names of lower level Department of State employees, who generally are afforded privacy. |
| 2 | 5 | U.S. Department of State | SOP - Process to categorize and review cases in "Under Review -- Do Not Rveoke Yet" Status | 14-Apr-25 | DP - Deliberative Process Privilege | This document reflects the Department of State's internal process for receiving, reviewing, and adjudicating visa revocation requests. It was prepared to assist employees of the Visa Office in making decisions on visa revocation requests. Revealing such process would jeopardize future adjudications and increase potential national security threats. |
| 6 | | U.S. Immigration and Customs Enforcement | ICE Letterhead Memorandum to State | 4/3/2025 | PII | PII - phone number of government employee redacted |
| 7 | 51 | U.S. Immigration and Customs Enforcement | ECHO Tranche | 4/3/2025 | PII, LEP | PII - this spreadsheet contains the biodata of foreign nationals; LEP - spreadshead also contains sensitive law enforcement information derived from the FBI's NCIC database. |
| 52 | 57 | U.S. Department of State | DOS ECHO Tranche Spreadsheet | | PII, LEP, DPP | PII - this spreadsheet contains the biodata of foreign nationals; LEP - spreadshead also contains sensitive law enforcement information derived from the FBI's NCIC database; LEP/DPP - this speadsheet also includes factors shedding light on how the Department concluded whether to revoke a visa |
| 58 | | U.S. Immigration and Customs Enforcement | ICE Letterhead Memorandum to State | 4/4/2025 | PII | PII - phone number of government employee redacted |
| 59 | 96 | U.S. Immigration and Customs Enforcement | GOLF Tranche | 4/4/2025 | PII, LEP | PII - this spreadsheet contains the biodata of foreign nationals; LEP - spreadshead also contains sensitive law enforcement information derived from the FBI's NCIC database. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 97 | 104 | U.S. Department of State | DOS GOLF Tranche Spreadsheet | | PII, LEP, DPP | PII - this spreadsheet contains the biodata of foreign nationals; LEP - spreadshead also contains sensitive law enforcement information derived from the FBI's NCIC database; LEP/DPP - this speadsheet also includes factors shedding light on how the Department concluded whether to revoke a visa |
| 105 | | U.S. Immigration and Customs Enforcement | ICE Letterhead Memorandum to State | 4/5/2025 | PII | PII - phone number of government employee redacted |
| 106 | 138 | U.S. Immigration and Customs Enforcement | HOTEL Tranche | 4/5/2025 | PII, LEP | PII - this spreadsheet contains the biodata of foreign nationals; LEP - spreadshead also contains sensitive law enforcement information derived from the FBI's NCIC database. |
| 139 | 142 | U.S. Department of State | DOS HOTEL Tranche Spreadsheet | | PII, LEP, DPP | PII - this spreadsheet contains the biodata of foreign nationals; LEP - spreadshead also contains sensitive law enforcement information derived from the FBI's NCIC database; LEP/DPP - this speadsheet also includes factors shedding light on how the Department concluded whether to revoke a visa |