Keliang (Clay) Zhu (SBN 305509) (czhu@dehengsv.com)
Yi Yao (SBN 292563) (yyao@dehengsv.com)
**DEHENG LAW OFFICES PC**
7901 Stoneridge Drive, Suite 208
Pleasanton, CA 94588
T: 925-399-6702
F: 925-397-1976

Justin Sadowsky – Admitted Pro Hac Vice
CHINESE AMERICAN LEGAL DEFENSE ALLIANCE
4250 N Fairfax Drive #600
Arlington, VA 22203
T: 646-785-9154
E: justins@caldausa.org

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZHUOER CHEN, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of the U.S. Department of Homeland Security, *et al.*,<br><br>Defendants. | Case No. 4:25-cv-03292-JSW<br><br>**STIPULATION REGARDING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION TO COMPEL**<br><br>The Honorable Jeffrey S. White |

Plaintiffs and Defendants, through their respective counsel of record, hereby stipulate and respectfully request that the Court approve the following briefing schedule for Plaintiffs' motion to require Defendant Rubio to supplement the record.

1. Plaintiffs' Motion: Plaintiffs shall file their Motion on or before October 9, 2026;
2. Defendants' Opposition: Defendants shall file their opposition on or before October 16, 2026; and

3. Plaintiffs' Reply: Plaintiffs may file a reply on or before October 20, 2026.

Plaintiffs have requested this briefing schedule so that the Court will have an opportunity to rule on the motion in advance of the parties' November 20, 2026 deadline for filing motions for summary judgment, with the hope that Plaintiffs will have at least two weeks to modify their Motion for Summary Judgment in response to the Court's decision.

The parties further stipulate that no hearing is necessary on the motion, and respectfully request that the Court resolve the motion on the papers.

The parties have agreed to the foregoing schedule and respectfully request that the Court approve it.

IT IS SO STIPULATED.

Dated: October 9, 2026

Respectfully submitted,

CHINESE AMERICAN LEGAL DEFENSE ALLIANCE

/s/ *Justin Sadowsky*
JUSTIN SADOWSKY

*Attorney for Plaintiffs*
*Zhuoer Chen, Mengcheng Yu, Jiarong Ouyang, and Gexi Guo*

Dated: October 9, 2026

CRAIG H. MISSAKIAN
United States Attorney

/s/ *Nag Young Chu*
NAG YOUNG CHU

*Assistant United States Attorney*
*Attorneys for Defendants*

*In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.