**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZHUOER CHEN, et al.;<br>Plaintiffs,<br>vs.<br>MARKWAYNE MULLIN, et al.;<br>Defendants. | Case No. 4:25-cv-03292-JSW<br>**[PROPOSED] ORDER** |

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Plaintiffs shall file their Motion for Defendant Rubio to Supplement the Record on or before October 9, 2026. Defendants shall file their opposition on or before October 16, 2026. Plaintiffs may file a reply on or before October 20, 2026.

No hearing is necessary on the Motion. The matter shall be submitted on the papers.

IT IS SO ORDERED.

Issued this ____ day of ________________________, 2026.

______________________________
Honorable Jeffrey S. White
Senior United States District Judge