**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZHUOER CHEN, et al.;<br>Plaintiffs,<br>vs.<br>MARKWAYNE MULLIN, et al.;<br>Defendants. | Case No. 4:25-cv-03292-JSW<br><br>**[PROPOSED] ORDER** |

On consideration of the Plaintiffs' Motion to Require Defendant Marco Rubio to Supplement the Administrative Record, the opposition thereto, and finding good cause, the Motion is hereby **GRANTED**.

It is further **ORDERED** that:

Defendant Marco Rubio will add a fully unredacted copy of Document 2, providing a copy to Plaintiffs' counsel within 24 hours of this Order.

IT IS SO ORDERED.

Issued this ____ day of __________________________, 2026.

______________________________

Honorable Jeffrey S. White
Senior United States District Judge