CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

KENNETH BRAKEBILL (CABN 196696)
Chief, Civil Division

NAG YOUNG CHU (NYBN 5925821)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7478
FAX: (415) 436-7234
Jeremy.Chu@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZHUOER CHEN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of the U.S. Department of Homeland Security, *et al.*,<br><br>Defendants. | CASE No. 4:25-cv-03292-JSW<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO REQUIRE DEFENDANT RUBIO TO SUPPLEMENT THE ADMINISTRATIVE RECORD**<br><br>Hon. Jeffrey S. White |

Having considered Plaintiffs' motion to require Defendant Rubio to supplement the administrative record, ECF No. 168, and Defendant's opposition thereto, the Court finds that further disclosure of the administrative record is unwarranted in this case. Plaintiffs' motion is therefore DENIED.

IT IS SO ORDERED.

Date:

JEFFREY S. WHITE
United States District Judge