CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division

NAG YOUNG CHU (NYBN 5925821)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7478
FAX: (415) 436-7234
Jeremy.Chu@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZHUOER CHEN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of the U.S. Department of Homeland Security, *et al.*,<br><br>Defendants. | Case No. 4:25-cv-03292-JSW<br><br>**ORDER GRANTING AS MODIFIED ADMINISTRATIVE MOTION TO FILE THE CERTIFIED ADMINISTRATIVE RECORD UNDER SEAL**<br><br>Dkt. No. 164 |

Pursuant to Civil Local Rules 7-11 and 79-5, Defendant Rubio ("Defendant") respectfully requests the Court to enter an order allowing Defendant to file the Certified Administrative Record (CAR) under seal. Defendant makes this request for the following reasons:

1. The CAR contains sensitive personal information of Plaintiffs' and third parties, sensitive internal systems information of the U.S. Department of State, and information related to law enforcement.

2. The Ninth Circuit requires compelling reasons to seal records. *Kamakana v. City & Couty of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). Here, the compelling reasons standard is met. As set forth above, the CAR is replete with protected and sensitive information, including information regarding governmental decisions and processes and immigration status of third parties.

3. Given the amount of protected information in the CAR and the need for free use of that information in this litigation, Defendant respectfully requests an order allowing Defendant to lodge the entire CAR under seal.

4. Defendant respectfully notes for the Court that the privilege log and the index of the administrative record are no longer requested to be filed under seal.

Date: October 8, 2026

Respectfully submitted,

CRAIG MISSAKIAN
United States Attorney

By: __*/s/ Nag Young Chu*_______________
NAG YOUNG CHU
Assistant United States Attorney

Attorneys for the Defendant

**ORDER**

The Court, having considered the Motion to File the Certified Administrative Record Under Seal, and good cause appearing therefore, hereby GRANTS the motion to file under seal.

The Court hereby ORDERS that the material referenced in Defendants' Administrative Motion to Seal will be treated as follows:

| Document | Portions Filed Provisionally Under Seal | Court's Ruling |
|---|---|---|
| Certified Administrative Record | Entire Record | Granted, and the Court retains the right to revisit this ruling. |

IT IS SO ORDERED.

Dated: October 21, 2026

JEFFREY S. WHITE
United States District Judge