**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZHUOER CHEN, et al.;<br>Plaintiffs,<br>vs.<br>MARKWAYNE MULLIN, et al.;<br>Defendants. | Case No. 4:25-cv-03292-JSW<br>**ORDER GRANTING IN PART PLAINTIFF'S MOTION TO SEAL MOTION TO COMPEL**<br>Dkt. No. 170 |

Having considered Plaintiffs' Administrative Motion to File the Motion to Require Defendant Marco Rubio to Supplement the Administrative Record Under Seal, the Court ORDERS as follows:

Plaintiffs' Administrative Motion is **GRANTED**. Plaintiffs are authorized to file the unredacted version of the Motion to Require Defendant Marco Rubio to Supplement the Administrative Record under seal pursuant to Civil Local Rule 79-5 and the parties' Stipulated Protective Order (ECF No. 161).

| **Document** | **Material Authorized to Be Sealed** | **Ruling** |
|---|---|---|
| Motion to Require Defendant Marco Rubio to Supplement the Administrative Record | Information redacted from the publicly filed version on pages 2–6, as identified in the unredacted version | GRANTED |

The redacted version of the motion shall remain publicly accessible. The motion to seal does not contain sealable information, and the Clerk shall unseal Docket No. 170. The

Court reserves the right to revisit its ruling on the motion to seal Plaintiff's motion to compel as this litigation proceeds.

**IT IS SO ORDERED**.

October 21, 2026.

Honorable Jeffrey S. White
Senior United States District Judge