CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

KENNETH BRAKEBILL (CABN 196696)
Chief, Civil Division

NAG YOUNG CHU (NYBN 5925821)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7478
FAX: (415) 436-7234
Jeremy.Chu@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZHUOER CHEN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of the U.S. Department of Homeland Security, *et al.*,<br><br>Defendants. | CASE NO. 4:25-cv-03292-JSW<br><br>**PARTIES' STATUS REPORT REGARDING CONFIDENTIALITY OF ADMINISTRATIVE RECORD**<br><br>Hon. Jeffrey S. White |

Plaintiffs and Defendant Rubio ("Defendant"; collectively, the "Parties") to the above-captioned matter respectfully submit this status report regarding Defendant's designation of the certified administrative record in this matter (ECF No. 164) as "CONFIDENTIAL" and "Attorneys' Eyes Only" under the Court's Protective Order (ECF No. 161).

On October 5, 2026, pursuant to 6.1 of the Protective Order, Plaintiffs challenged—by written notice to Defendant—Defendant's designation of the entire administrative record as "CONFIDENTIAL" and "Attorneys' Eyes Only." On October 9, 2026, Plaintiffs filed a motion to compel Defendant to produce an unredacted copy of a specific document in the administrative record, ECF No. 164-2. *See* ECF No. 168. After considering the Parties' arguments, the Court has ordered Defendant to produce unredacted copies of ECF Nos. 164-1 and 164-2 for *in camera* review on or before October 29, 2026, and stated that it will issue an order once it has reviewed those documents. ECF No. 180.

On October 26, 2026, after internal deliberations about the designation by U.S. Department of State and discussions between the Parties, the Parties have agreed that Defendant will withdraw the "CONFIDENTIAL" and "Attorneys' Eyes Only" designations for ECF Nos. 164-1; 164-2; 164-3; 164-6; and 164-9. The Parties have agreed to keep the "CONFIDENTIAL" and "Attorneys' Eyes Only" designations for ECF Nos. 164-4; 164-5; 164-7; 164-8; 164-10; and 164-11. Defendant reserves the right to designate as "CONFIDENTIAL" and "Attorneys' Eyes Only" any parts of ECF No. 164-2 that the Court may order to be unredacted after its *in camera* review, and Plaintiffs reserve the right to challenge such designations pursuant to the Protective Order.

Date: October 27, 2026

Respectfully submitted,[1]

CRAIG MISSAKIAN
United States Attorney

By: __*/s/ Nag Young Chu*_____________
NAG YOUNG CHU
Assistant United States Attorney

Attorneys for the Defendant

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Date: October 27, 2026

CHINESE AMERICAN LEGAL DEFENSE ALLIANCE

*/s/ Justin Sadowsky*
JUSTIN SADOWSKY

Attorneys for Plaintiffs