CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH BRAKEBILL (CABN 196696)
Chief, Civil Division
NAG YOUNG CHU (NYBN 5925821)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7478
FAX: (415) 436-7234
Jeremy.Chu@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ZHUOER CHEN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of the U.S. Department of Homeland Security, *et al.*,<br><br>Defendants. | CASE No. 4:25-cv-03292-JSW<br><br>**NOTICE OF TRANSMITTAL OF DOCUMENTS FOR IN CAMERA INSPECTION**<br><br>Hon. Jeffrey S. White |

PLEASE TAKE NOTICE that on this date, pursuant to the Court's Order Directing Defendant to Provide Administrative Record Documents (ECF No. 180), Defendant Rubio transmitted unredacted copies of Document 1 (ECF No. 164-1) and Document 2 (ECF No. 164-2) via email for the Court's *in camera* inspection. Defendant Rubio respectfully notes for the Court that Plaintiffs seek an unredacted copy of Document 2 only in their Motion to Compel (ECF No. 168).

Date: October 29, 2026

Respectfully submitted,

CRAIG MISSAKIAN
United States Attorney

*/s/ Nag Young Chu*
NAG YOUNG CHU
Assistant United States Attorney

Attorneys for Defendants