**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZHUOER CHEN, et al.;<br>Plaintiffs,<br>vs.<br>MARKWAYNE MULLIN, et al.;<br>Defendants. | Case No. 4:25-cv-03292-JSW<br>**ORDER GRANTING IN PART MOTION TO SEAL REPLY BRIEF**<br>Dkt. No. 176 |

The Court has considered Plaintiffs' Administrative Motion to File the Reply in Support of Motion to Require Defendant to Supplement the Administrative Record.

Plaintiffs' Administrative Motion is **GRANTED IN PART**. Plaintiffs are authorized to file the unredacted version of the Reply under seal. The motion to seal and this Order do not contain sealable information. The Clerk shall unseal Docket Nos. 176 and 176-1.

| **Document** | **Material Authorized to Be Sealed** | **Ruling** |
|---|---|---|
| Plaintiffs' Reply in Support of Motion to Require Defendant Marco Rubio to Supplement the Administrative Record | Information redacted from the publicly filed version on pages 1-3, as identified in the unredacted version | GRANTED |

The redacted version of the reply brief shall remain publicly accessible. The Court reserves the right to revisit this ruling as the litigation proceeds.

**IT IS SO ORDERED.**

Issued this 2nd day of November, 2026.

Honorable Jeffrey S. White
Senior United States District Judge