CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH BRAKEBILL (CABN 196696)
Chief, Civil Division
PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Facsimile: (415) 436-6748
pamela.johann@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHUOER CHEN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, *et al.*,<br><br>Defendants. | No. 3:25-cv-03292-JSC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE WITH REGARD TO ALL CLAIMS AGAINST DEFENDANTS MARKWAYNE MULLIN AND DAVID J. VENTURELLA AND STIPULATED REQUEST AND [~~PROPOSED~~] ORDER DISSOLVING PRELIMINARY INJUNCTION** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Civil Local Rule 7-12, Plaintiffs Zhuoer Chen, Mengcheng Yu, Jiarong Ouyang, Jing Tao, Yifeng Wu, and Wanrong Li ("Plaintiffs") and Defendants Markwayne Mullin, in his official capacity as Secretary of the Department of Homeland Security ("DHS"), and David J. Venturella, in his official capacity as Acting Director of Immigration and Customs Enforcement ("ICE")[1] ("DHS Defendants"), by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1. Plaintiffs voluntarily dismiss all claims against the DHS Defendants in the above-captioned action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

[1] Acting ICE Director David Venturella is automatically substituted as a defendant in this matter pursuant to Federal Rule of Civil Procedure 25(d).

Plaintiffs voluntarily dismiss with prejudice the First, Second, Third, and Fourth Claims for Relief in the Second Amended Complaint. The Fifth Claim for Relief against Defendant Marco Rubio is not dismissed. Each party shall bear its own costs, expenses, and fees, except as provided for in the Parties' settlement agreement.

2. The parties respectfully request that the Court dissolve the Preliminary Injunction entered on May 22, 2026, Dkt. No. 53.

IT IS SO STIPULATED.

**CERTIFICATION**

In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed below concur in the filing of this document.

DATED: November ___, 2026

CHINESE AMERICAN LEGAL DEFENSE ALLIANCE

______________________________
JUSTIN SADOWSKY

Attorneys for Plaintiffs Zhuoer Chen, Mengcheng Yu, Jiarong Ouyang, Jing Tao, Yifeng Wu, and Wanrong Li

DATED: November ___, 2026

CRAIG H. MISSAKIAN
United States Attorney

______________________________
PAMELA T. JOHANN
Assistant United States Attorney

Attorneys for the DHS Defendants

**[~~PROPOSED~~] ORDER**

Pursuant to the stipulation of the parties, IT IS SO ORDERED. The preliminary injunction entered on May 22, 2026, Dkt. No. 53, is hereby DISSOLVED.

A case management conference is set for December 2, 2026 at 2:00 p.m. by Zoom to discuss the remaining claim as to Rubio. Joint statement is due by Tuesday, November 24, 2026.

Dated: November 10, 2026

HON. JACQUELINE SCOTT CORLEY
United States District Judge

