Keliang (Clay) Zhu (SBN 305509) (czhu@dehengsv.com)
Yi Yao (SBN 292563) (yyao@dehengsv.com)
**DEHENG LAW OFFICES PC**
7901 Stoneridge Drive, Suite 208
Pleasanton, CA 94588
T: 925-399-6702
F: 925-397-1976

Justin Sadowsky – Admitted Pro Hac Vice
CHINESE AMERICAN LEGAL DEFENSE ALLIANCE
4250 N Fairfax Drive #600
Arlington, VA 22203
T: 646-785-9154
E: justins@caldausa.org

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

ZHUOER CHEN, *et al.*,

Plaintiffs,

vs.

MARCO RUBIO, *et al.*,

Defendants.

Case No. 3:25-cv-03292-JSC

**STIPULATION OF DISMISSAL WITH PREJUDICE OF PLAINTIFF WANGRONG LI'S CLAIM AGAINST DEFENDANT MARCO RUBIO**

The Honorable Jacqueline Scott Corley

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Civil Local Rule 7-12, Plaintiff Wanrong Li and Defendant Marco Rubio, in his official capacity as Secretary of State, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. Plaintiff Wanrong Li voluntarily dismisses with prejudice her claim against Defendant Marco Rubio in the above-captioned action.
2. The remaining Plaintiffs with claims against Defendant Marco Rubio, Jing Tao, Yifeng Wu, continue to pursue their claims against him, and those claims are unaffected by this

stipulation.

3. Each party shall bear its own costs, expenses, and attorneys' fees.

4. Counsel for Defendant Marco Rubio has consented to this stipulation in writing.

IT IS SO STIPULATED.

Dated: November 13, 2026

Respectfully submitted,

CHINESE AMERICAN LEGAL DEFENSE ALLIANCE

/s/ *Justin Sadowsky*
JUSTIN SADOWSKY

*Attorney for Plaintiffs*
*Zhuoer Chen, Mengcheng Yu, Jiarong Ouyang, and Gexi Guo*

Dated: November 13, 2026

CRAIG H. MISSAKIAN
United States Attorney

/s/ *Nag Young Chu*
NAG YOUNG CHU

*Assistant United States Attorney*
*Attorneys for Defendants*

*In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Plaintiff Wanrong Li's claim against Defendant Marco Rubio is hereby DISMISSED WITH PREJUDICE. Each party shall bear its own costs, expenses, and attorneys' fees.

The claims of the remaining Plaintiffs against Defendant Marco Rubio shall remain pending and are unaffected by this dismissal.

IT IS SO ORDERED.

Date:

________________________________

HON. JACQUELINE SCOTT CORLEY