CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

KENNETH BRAKEBILL (CABN 196696)
Chief, Civil Division

NAG YOUNG CHU (NYBN 5925821)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7478
FAX: (415) 436-7234
Jeremy.Chu@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZHUOER CHEN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of the U.S. Department of Homeland Security, *et al.*,<br><br>Defendants. | CASE No. 3:25-cv-03292-JSC<br><br>**NOTICE OF TRANSMITTAL OF UNREDACTED DOCUMENTS**<br><br>Hon. Jacqueline S. Corley |

PLEASE TAKE NOTICE that on this date, pursuant to the Court's Order Granting in Part Plaintiffs' Motion to Compel Defendant Rubio to Supplement the Administrative Record (ECF No. 185), Defendant Rubio transmitted copies of Document 1 (ECF No. 164-1) and Document 2 (ECF No. 164-2) to Plaintiffs, with all redactions removed, except redactions of internal databases and names of individuals.

Date: November 13, 2026

Respectfully submitted,

CRAIG MISSAKIAN
United States Attorney

__*/s/ Nag Young Chu*_
NAG YOUNG CHU
Assistant United States Attorney

Attorneys for Defendant