CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division

NAG YOUNG CHU (NYBN 5925821)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7478
FAX: (415) 436-7234
Jeremy.Chu@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ZHUOER CHEN, *et al.*, | ) | CASE No. 3:25-CV-03292-JSC |
| | ) | |
| Plaintiffs, | ) | **NOTICE OF SUPPLEMENTAL FILING OF** |
| | ) | **CERTIFIED ADMINISTRATIVE RECORD** |
| v. | ) | |
| | ) | Hon. Jacqueline S. Corley |
| MARCO RUBIO, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

PLEASE TAKE NOTICE that on this date, Defendant hereby files new copies of parts of the certified administrative record (ECF No. 164, the "CAR") after the Court's order for Defendant to produce to Plaintiffs copies of ECF Nos. 164-1 and 164-2 with certain redactions removed (ECF No. 185) and after the parties' meet-and-confer regarding designations of the CAR as confidential or "attorney's eyes only" under the Protective Order (ECF No. 161). Defendant will respectfully move to file the new copies of the two documents under seal.

Date: November 19, 2026

Respectfully submitted,

CRAIG MISSAKIAN
United States Attorney

__*/s/ Nag Young Chu*_______________
NAG YOUNG CHU
Assistant United States Attorney

Attorneys for Defendant