# SOG Process Map

