**DRAFT**

**SOP – Process to categorize and review cases in "Under Review – Do Not Revoke Yet" Status**

Updated 4/14/2025

[Steps 1-4 are completed by a Revocation Cell Analyst]

**STEP 1**

Categorize the "Under Review" case by selecting one of the following 3 options in the "Review Category" column:

1. **Criminal Charges for Review** (for cases with insufficient information in arrest charge, no clear nexus to public safety)
    a. Examples: [redacted])
2. **Not Guilty** (for cases with a final disposition of "not guilty" or "acquittal" for ALL charges)
3. **DHS Hit** (for non-criminal cases with a hit related to an immigration violation)
    a. Examples: [redacted])

**STEP 2**

Search [redacted]:

- [redacted]

Enter a summary in the "Notes" of any additional details relevant to determining a basis for prudential revocation.

**Criminal Charges for Review** Examples of useful Notes responses:

- [redacted]
-
-

**DHS Hit** Examples of useful Notes responses:

- [redacted]
-
-
-
-
-

**STEP 3**

**Enter a Proposed Action**

Based on the category and information, you will enter a "proposed action" for updating the Status of the case to CA Revoke, Pending DHS Information, or No Action Available to State.

**Criminal Charges for Review** cases:

- Change to **CA Revoke** when additional information provides a basis for prudential revocation, such as more detailed criminal charges with public safety nexus ([redacted]) or other prudential revocation basis [redacted]
- Change to **Pending DHS Information** when charge information and case review is insufficient to support a revocation

**Not Guilty** cases:

- Change to **No Action Available to State** when applicant has been found legally not guilty of the crime, the charges do not form a basis for prudentially revoking the visa. We will inform DHS that State is not taking any action

**DHS Hit** cases:

- Reasons to change to **CA Revoke**:
    - [redacted]
- Reasons to change to **No action available to State**:
    - [redacted]
- Change to **Pending DHS Information** when [redacted] and [redacted] records are unclear, lack information to make a revocation determination

**STEP 4**

Use the "Other Comment" column to add any additional information you think is relevant to the case or explaining proposed action or lack of proposed action.

- Flag for Team Lead or L/CA to review, etc.

| Review Category | Notes | Proposed Action | Other Comments |
|---|---|---|---|
| 1. Criminal Charges for Review | Summary of additional information found in [redacted] and [redacted] | CA Revoke<br>Pending DHS Information | Special concerns or flag for review |
| 2. Not Guilty | | No action available to State | |
| 3. DHS Hit | | | |

**STEP 5**

Once all "Under Review" cases in a list have been reviewed and marked with proposed action, Team Lead will review recommendations, make any appropriate changes, and do the following:

- CA Revoke: Assign revocation cell team members to prudentially revoke cases with "CA Revoke" proposed action and update the case status and other fields. Then revocation cell provides notification instructions to post.
- Pending DHS Info and No action available to State: Send e-mail to DHS with cases for more information or for no action available. Update Status in working spreadsheet

**STEP 6**

Upon receipt of additional information from DHS, revocation cell will add info to the working spreadsheet in the "DHS Additional Info" column. Revocation cell analyst will identify a proposed action based on the additional information (CA Revoke; No action available to State). Team Lead will review and assign to revoke or inform DHS of non-revocation and update status to "No action available to State."