*Homeland Security Investigations*
*National Security Division*

**U.S. Department of Homeland Security**
500 12th Street, SW
Washington, D.C. 20536

LAW ENFORCEMENT SENSITIVE

Shane Myers
Principal Deputy Assistant Secretary, Acting
Bureau of Consular Affairs
Department of State

Re: SEVIS NCIC Hits

Dear Mr. Myers:

I am writing to confirm our referral of the ECHO spreadsheet containing positive NCIC hits of current foreign students for your review and any action you deem appropriate.

If you require further assistance or additional information, please let me know. I can be reached at [redacted].

Respectfully,
ANDRE R WATSON Digitally signed by ANDRE R WATSON Date: 2025.04.03 16:58:55 -04'00'
Andre R. Watson
Assistant Director
National Security Division