*Homeland Security Investigations*
*National Security Division*

**U.S. Department of Homeland Security**
500 12th Street, SW
Washington, D.C. 20536

LAW ENFORCEMENT SENSITIVE

Shane Myers
Principal Deputy Assistant Secretary, Acting
Bureau of Consular Affairs
Department of State

Re: SEVIS NCIC Hits

Dear Mr. Myers:

I am writing to confirm our referral of the HOTEL spreadsheet containing positive NCIC hits of current foreign students that was sent on 5 April 2025 for your review and any action you deem appropriate.

If you require further assistance or additional information, please let me know. I can be reached at [redacted].

Respectfully,
ANDRE R WATSON Digitally signed by ANDRE R WATSON Date: 2025.04.05 11:55:33 -04'00'
Andre R. Watson
Assistant Director
National Security Division