Keliang (Clay) Zhu (SBN 305509) (czhu@dehengsv.com)
Yi Yao (SBN 292563) (yyao@dehengsv.com)
**DEHENG LAW OFFICES PC**
7901 Stoneridge Drive, Suite 208
Pleasanton, CA 94588
T: 925-399-6702
F: 925-397-1976

Justin Sadowsky – Admitted Pro Hac Vice
CHINESE AMERICAN LEGAL DEFENSE ALLIANCE
4250 N Fairfax Drive #600
Arlington, VA 22203

T: 646-785-9154
E: justins@caldausa.org

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JING TAO, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>MARCO RUBIO, in his official capacity as Secretary of State, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-03292-JSC<br><br>**DECLARATION OF JUSTIN SADOWSKY IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>The Honorable Jacqueline Scott Corley |

I, Justin Sadowsky, declare as follows:

1. I am an attorney representing Plaintiffs in this action. I submit this declaration in support of Plaintiffs' Motion for Summary Judgment. I have personal knowledge of the matters stated herein and, if called as a witness, could competently testify thereto.
2. I have reviewed the pleadings, declarations, administrative record, and other documents cited in Plaintiffs' Motion for Summary Judgment.
3. Attached hereto as **Exhibit A** is a true and correct copy of the Watson Patel testimony filed in Patel v. Lyons, Case No. 25-cv-1906, Dkt. No. 18 (D.D.C. Apr. 29, 2025).
4. Attached hereto as **Exhibit B** is a true and correct copy of the Watson Bushireddy testimony filed in Bushireddy v. Lyons, Case No. 25-cv-1102, Dkt. No. 68-1 (D.D.C. May 14, 2025).
5. Attached hereto as **Exhibit C** is a true and correct copy of the Declaration of Jing Tao, previously filed in this action at Dkt. No. 65, Exhibit A.
6. Attached hereto as **Exhibit D** is a true and correct copy of the Declaration of Yifeng Wu, previously filed in this action at Dkt. No. 65, Exhibit B.
7. Attached hereto as **Exhibit E** is a true and correct copy of the Declaration of Wanrong (Fiona) Li, previously filed in this action at Dkt. No. 65, Exhibit C.
8. Attached hereto as **Exhibit F** is a true and correct copy of the April 10, 2025 visa-revocation correspondence from the Guangzhou Consulate, as referenced in Plaintiffs' Motion for Summary Judgment.
9. Attached hereto as **Exhibit G** is a true and correct copy of the visa-revocation correspondence concerning Wanrong Li, as referenced in Plaintiffs' Motion for Summary Judgment.
10. Plaintiffs also rely upon the administrative record and other documents previously filed in this action, as cited in their Motion for Summary Judgment.

11. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 20, 2026, at Arlington, Virgina.

Dated: November 20, 2026

Respectfully submitted,

CHINESE AMERICAN LEGAL DEFENSE ALLIANCE

/s/ *Justin Sadowsky*
JUSTIN SADOWSKY

*Attorney for Plaintiffs*
*Zhuoer Chen, Mengcheng Yu, Jiarong Ouyang, Gexi Guo, and Jing Tao*