**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

JING TAO, *et al.*,

Plaintiffs,

vs.

MARCO RUBIO, in his official capacity as Secretary of State, *et al.*,

Defendants.

Case No. 3:25-cv-03292-JSC

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT"**

Upon consideration of the Motion for Summary Judgment, the Opposition thereto, and any hearing held on the Motion, it is hereby

**ORDERED** that the Motion is granted. It is further **ORDERED** that the Department of State's April 2025 Visa Revocation policy is set aside. It is further

**ORDERED** that the Department of State shall not revoke the visa of any individual who had their visa "prudentially revoked" under the April 2025 Visa Revocation Policy upon that individual leaving the country, unless the Department of State revokes that person's visa for a different reason under a lawful policy. It is further DECLARED that for the reasons set forth in Plaintiffs' Motion for Summary Judgment, the 2025 Visa Revocation Policy is in excess of statutory authority, violates the *Accardi* doctrine, and is arbitrary and capricious in any event. It is further **ORDERED** that the State Department's Motion for Summary Judgment is denied.

**SO ORDERED.**

Dated:

Jacqueline Scott Corley
Senior United States District Judge